TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | Case No. 2:21-cv-06746-FMO-KS<br><br>Stipulation to Extend Time to Answer by Not More than 30 days<br>(L.R. 8-3)<br><br>[No order required]<br><br>Current Response Date: November 15, 2021<br><br>New Response Date: December 15, 2021 |

    The United States of America (Plaintiff) and Laura Kim (Defendant) stipulate as follows:

    1.    Defendant's counsel signed the Waiver of Service of Summons confirming that an answer or motion under Rule 12 was due by November 15, 2021 (60 days after September 16, 2021).

1

2. The undersigned previously agreed to extend Defendant's time to respond to the Complaint until December 15, 2021, pursuant to Local Rule 8-3.

3. The total time extended does not extend the time to respond for more than 30 days from the date the response initially would have been due from Defendant.

**IT IS SO STIPULATED.**

                Respectfully submitted,

                TRACY L. WILKISON
                Acting United States Attorney
                THOMAS D. COKER
                Assistant United States Attorney
                Chief, Tax Division

Dated: November 12, 2021

                /s/
                GAVIN GREENE
                Assistant United States Attorney
                Attorneys for the United States of America

                Law Offices of A. Lavar Taylor

Dated: 11-8-21

                A. LAVAR TAYLOR
                Attorneys for Laura Kim

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **November 12, 2021,** I served **Stipulation to Extend Time to Answer by Not More than 30 Days** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**Law Offices of A. Lavar Taylor, LLP**
**3 Hutton Centre**
**Suite #500**
**Santa Ana, CA 92707**

Date of mailing **November 12, 2021.** Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 12, 2021** Los Angeles, California.

_____/s/_____
Maria Luisa Q. Parcon