Name and address:

Jonathan T. Amitrano
Law Offices of A. Lavar Taylor LLP
3 Hutton Centre Drive, Suite 500
Santa Ana, CA 92707

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>         v.<br><br>Laura Kim<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-06746<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greco, William G.                                               of   Kostelanetz & Fink, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          601 New Jersey Avenue, NW
202-875-8000, ext. 207          202-844-3500                          Suite 260
*Telephone Number*              *Fax Number*                          Washington, DC 20001
wgreco@kflaw.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Laura Kim

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Jonathan T. Amitrano                                             of   Law Offices of A. Lavar Taylor, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            3 Hutton Centre Drive
283389          714-546-0445          714-242-1379                    Suite 500
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*         Santa Ana, CA 92707
jamitrano@taylorlaw.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                                     _____
                                                                  **U.S. District Judge/U.S. Magistrate Judge**