Name and address:

Jonathan T. Amitrano
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Suite 500
Santa Ana, CA 92707

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-06746 |
| v. | |
| Laura Kim | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ciraolo, Caroline D.    of    Kostelanetz & Fink, LLP
                              601 New Jersey Ave, NW
*Applicant's Name (Last Name, First Name & Middle Initial)*    Suite 260
                                                                Washington, D.C. 20001
443-845-4898    212-808-8108

*Telephone Number*    *Fax Number*

cciraolo@kflaw.com

*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Laura Kim

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Jonathan T. Amitrano    of    Law Offices of A. Lavar Taylor, LLP
                              3 Hutton Centre Drive
*Designee's Name (Last Name, First Name & Middle Initial)*    Suite 500
                                                                Santa Ana, CA 92707
283389    714-546-0445    714-242-1379

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jamitrano@taylorlaw.com

*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                    U.S. District Judge/U.S. Magistrate Judge