**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br><br>Laura Kim<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-06746-FMO (KSx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greco, William G.          of   Kostelanetz & Fink, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      601 New Jersey Avenue, NW
202-875-8000, ext. 207    202-844-3500            Suite 260
*Telephone Number*    *Fax Number*            Washington, DC 20001
wgreco@kflaw.com
*E-Mail Address*             *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Laura Kim

*Name(s) of Party(ies) Represented*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel
Jonathan T. Amitrano          of   Law Offices of A. Lavar Taylor, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      3 Hutton Centre Drive
283389     714-546-0445    714-242-1379         Suite 500
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Santa Ana, CA 92707
jamitrano@taylorlaw.com
*E-Mail Address*             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because ------------------------------------------------------

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**   December 7, 2021                    /s/
                                    **Fernando M. Olguin, U.S. District Judge**

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page of 1