# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Laura Kim<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-06746-FMO (KSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ciraolo, Caroline D.       of    Kostelanetz & Fink, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   601 New Jersey Ave, NW
                                Suite 260
443-845-4898       212-808-8108        Washington, D.C. 20001
*Telephone Number*   *Fax Number*
cciraolo@kflaw.com
*E-Mail Address*                 *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Laura Kim

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Jonathan T. Amitrano       of   Law Offices of A. Lavar Taylor, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   3 Hutton Centre Drive
                                Suite 500
283389     714-546-0445    714-242-1379    Santa Ana, CA 92707
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jamitrano@taylorlaw.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   December 7, 2021              /s/
                                      **Fernando M. Olguin, U.S. District Judge**