Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Laura Kim,<br>　　　　Defendant. | CASE NO. 2:21-cv-06746-FMO-KS<br><br>**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL PURSUANT TO RULE 38** |

{00013338.DOCX}

1

## ANSWER

Defendant, Laura Kim, by and through her undersigned counsel, hereby answers and asserts affirmative defenses and other defenses to the Complaint (EDF No. 1, August 20, 2021) of the United States of America. Except as hereinafter expressly admitted, qualified, or otherwise answered, Defendant denies each and every allegation and assertion set forth in the Complaint. The paragraphs that follow correspond to the numbered paragraphs in the Complaint.

1. Defendant admits the allegation in Paragraph 1.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 2.

3. Defendant admits that venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district. Defendant denies that she resides in the Central District of California.

4. Paragraph 4 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

5. Paragraph 5 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

6. Paragraph 6 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

7. Paragraph 7 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

8. Paragraph 8 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

9. Paragraph 9 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code

{00013338.DOCX}

3

and Code of Federal Regulations for a complete and accurate account of their contents.

10. To the extent any response to the allegation in this paragraph is required, Defendant restates her responses to Paragraphs 1 through 9, above, as if fully set forth herein.

11. Defendant admits that she was born in 1944. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the remainder of the allegation in Paragraph 11.

12. Defendant admits the allegation in Paragraph 12.

13. Defendant admits that she speaks English. Defendant denies the remainder of the allegation, including Plaintiff's characterization, in Paragraph 13.

14. Defendant admits the allegation in Paragraph 14.

15. Defendant denies the allegation in Paragraph 15.

16. Defendant denies the allegation in Paragraph 16.

17. Defendant denies the allegation in Paragraph 17.

18. Paragraph 18 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents.

{00013338.DOCX}

4

19. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 19.

20. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 20.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 21.

22. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 22.

23. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 23.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 24.

25. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 25.

26. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 26.

27. To the extent any response to the allegations in this paragraph is required, Defendant restates her responses to Paragraphs 19 through 26.

28. Defendant admits the allegation in Paragraph 28.

{00013338.DOCX}

5

29. Defendant refers to the document referenced in Paragraph 29 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 29.

30. Defendant refers to the document referenced in Paragraph 30 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 30.

31. Defendant refers to the document referenced in Paragraph 31 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 31.

32. Defendant refers to the document referenced in Paragraph 32 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a

{00013338.DOCX}

belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 33.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 34.

35. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 36.

37. Defendant refers to the documents referenced in Paragraph 37 for a complete and accurate account of their contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 37.

38. Paragraph 38 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent a further response is required, Defendant lacks

{00013338.DOCX}

7

1    knowledge or information sufficient to form a belief about the truth or

2    falsity of, and therefore denies, the allegation in Paragraph 38.

3    39.   Defendant refers to the document referenced in Paragraph 39 for a complete

4    and accurate account of its contents. To the extent a further response is

5    required, Defendant lacks knowledge or information sufficient to form a

6    belief about the truth or falsity of, and therefore denies, the allegation in

7    Paragraph 39.

8    40.   Defendant lacks knowledge or information sufficient to form a belief about

9    the truth or falsity of, and therefore denies, the allegation in Paragraph 40.

10   41.   Defendant refers to the document referenced in Paragraph 41 for a complete

11   and accurate account of its contents. To the extent a further response is

12   required, Defendant lacks knowledge or information sufficient to form a

13   belief about the truth or falsity of, and therefore denies, the allegation in

14   Paragraph 41.

15   42.   Defendant lacks knowledge or information sufficient to form a belief about

16   the truth or falsity of, and therefore denies, the allegation in Paragraph 42.

17   43.   Defendant refers to the document referenced in Paragraph 43 for a complete

18   and accurate account of its contents. To the extent a further response is

19   required, Defendant lacks knowledge or information sufficient to form a

{00013338.DOCX}

8

belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 43.

44. Defendant refers to the document referenced in Paragraph 44 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 44.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 45.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 46.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 47.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 48.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 49.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 50.

{00013338.DOCX}

51. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 51.

52. Defendant denies the allegation in Paragraph 52.

53. Defendant denies the allegation in Paragraph 53.

54. Paragraph 54 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent further response required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 54.

55. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 55.

56. Defendant denies the allegation in Paragraph 56.

57. Paragraph 57 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent further response required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 57.

{00013338.DOCX}

10

58. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 58.

59. Defendant denies the allegation in Paragraph 59.

60. Paragraph 60 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent further response required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 60.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 61.

62. Defendant denies the allegation in Paragraph 62.

63. Paragraph 63 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent further response required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegations in Paragraph 63.

{00013338.DOCX}

11

64. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 64.

65. Defendant refers to the document referenced in Paragraph 65 for a complete and accurate account of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 65.

66. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 66.

67. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 67.

68. Paragraph 68 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code and Code of Federal Regulations for a complete and accurate account of their contents. To the extent further response required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of, and therefore denies, the allegation in Paragraph 68.

69. Paragraph 69 states legal conclusions to which no response is required. To the extent a response is required, Defendant refers to the United States Code

{00013338.DOCX}

12

1   and Code of Federal Regulations for a complete and accurate account of

2   their contents. To the extent further response required, Defendant lacks

3   knowledge or information sufficient to form a belief about the truth or

4   falsity of, and therefore denies, the allegation in Paragraph 69.

5   70.  Defendant denies the allegation in Paragraph 70.

**Relief Requested**

7   Defendant states that no response is required to Plaintiff's request for relief in

8  the paragraph following Paragraph 70. To the extent a response is required,

9  Defendant denies that Plaintiff is entitled to the relief sought in the Complaint, or

10  any relief at all.

**AFFIRMATIVE AND OTHER DEFENSES**

12   Without assuming any burden of proof, persuasion, or production not

13  otherwise legally assigned to Defendant as to any element of any claim asserted in

14  the Complaint, Defendant asserts the following affirmative and other defenses:

**First Defense**

16  The complaint fails to state a claim upon which relief can be granted.

{00013338.DOCX}

13

1

**Second Defense**

2      Plaintiff is barred from relief by the doctrines of unclean hands, estoppel,

3 laches, release, unjust enrichment, and/or waiver due to Plaintiff's own acts and/or

4 omissions with reference to the subject matter of the Complaint.

5

**Third Defense**

6      The penalties sought by Plaintiff are barred, in whole or in part, by the

7 applicable statute(s) of limitations.

8

**Fourth Defense**

9      The penalties sought by Plaintiff are barred, in whole or in part, because they

10 did not receive proper or timely supervisory approval as required by 26 U.S.C. § 6751

11 or other applicable statutes, regulations, procedures, and/or authorities.

12

**Fifth Defense**

13      The penalties sought by Plaintiff are barred, in whole or in part, because they

14 were not assessed, authorized, or approved by someone with the requisite authority

15 under 31 U.S.C. § 5321 or other applicable statutes, regulations, and/or authorities.

16

**Sixth Defense**

17      The Complaint fails to plead willfulness with the adequate degree of specificity

18 and particularity.

19

{00013338.DOCX}

14

**Seventh Defense**

The penalties sought by Plaintiff are barred, in whole or in part, because they were determined and assessed through processes that violated the Due Process Clause of the Fifth Amendment of the U.S. Constitution and/or were arbitrary and capricious under the Administrative Procedure Act, 5 U.S.C. §§ 500-596.

**Eighth Defense**

To the extent that penalties are not barred, they exceed the amount allowed by the U.S. Constitution and/or applicable statutes, regulations, procedures or authorities.

{00013338.DOCX}

15

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Defendant demands a trial by jury on all issues so triable.

December 15, 2021                    RESPECTFULLY SUBMITTED,

*/s/ Caroline D. Ciraolo*_____
Email: cciraolo@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Ste. 260
Washington, DC 20001

*/s/ William G. Greco*_____
Email: wgreco@kflaw.com
Telephone: (202) 875-8000, ext. 207
Fax: (202) 844-3500
Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Ste. 260
Washington, DC 20001

## **Attestation of Filer**

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ William G. Greco*_____

{00013338.DOCX}

16