1  Caroline D. Ciraolo
   Email: cciraolo@kflaw.com
2  William G. Greco
   Email: wgreco@kflaw.com
3  Telephone: (443) 845-4898
   Fax: (212) 808-8108
4  Kostelanetz & Fink, LLP
   601 New Jersey Ave, NW, Ste. 260
5  Washington, DC 20001
   *Pro Hac Vice Counsel*
6
   A. Lavar Taylor (CA Bar No. 129512)
7  Email: ltaylor@taylorlaw.com
   Jonathan T. Amitrano (CA Bar No. 283389)
8  Email: jamitrano@taylorlaw.com
   Telephone: (714) 546-0445, ext. 116
9  Fax: (714) 546-2604
   Law Offices of A. Lavar Taylor, LLP
10 3 Hutton Centre Drive, Ste. 500
   Santa Ana, CA 92707
11 *Attorneys for Laura Kim*

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                     WESTERN DIVISION

15 | United States of America,         | CASE NO. 2:21-cv-06746-FMO-KS
16 |         Plaintiff,                 | **NOTICE OF INTERESTED PARTIES**
17 |         v.
18 | Laura Kim,
19 |         Defendant.

{00174851.DOCX}

1

The undersigned counsel of record for Defendant Laura Kim, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| 1. United States of America | Plaintiff |
| 2. Laura Kim | Defendant |
| December 15, 2021 | RESPECTFULLY SUBMITTED, |
| | */s/ William G. Greco* |
| | Email: wgreco@kflaw.com |
| | Telephone: (202) 875-8000, ext. 207 |
| | Fax: (202) 844-3500 |
| | Kostelanetz & Fink, LLP |
| | 601 New Jersey Ave, NW, Ste. 260 |
| | Washington, DC 20001 |

{00174851.DOCX}