1  Caroline D. Ciraolo
   Email: cciraolo@kflaw.com
2  William G. Greco
   Email: wgreco@kflaw.com
3  Telephone: (443) 845-4898
   Fax: (212) 808-8108
4  Kostelanetz & Fink, LLP
   601 New Jersey Ave, NW, Ste. 260
5  Washington, DC 20002

6  A. Lavar Taylor (CA Bar No. 129512)
   Email: ltaylor@taylorlaw.com
7  Jonathan T. Amitrano (CA Bar No. 283389)
   Email: jamitrano@taylorlaw.com
8  Telephone: (714) 546-0445, ext. 116
   Fax: (714) 546-2604
9  Law Offices of A. Lavar Taylor, LLP
   3 Hutton Centre Drive, Ste. 500
10 Santa Ana, CA 92707

11 Attorneys for Laura Kim

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15 | United States of America,           | CASE NO. 2:21-cv-06746-FMO (KSx)
        Plaintiff,
16                                        | **NOTICE OF LODGING:**
                                          | **CERTIFICATES OF GOOD**
17          v.                            | **STANDING**

   Laura Kim,
18      Defendant.

19

1

1 I, Caroline D. Ciraolo, applied for admission *pro hac vice* ("the Application")
2 in this case on December 6, 2021 (EFD No. 11). The Court granted the Application
3 on December 7, 2021 (EFD No. 13) subject to a notice of deficiency regarding
4 outstanding Certificates of Good Standing (EFD No. 14).  I hereby lodge as
5 supplement to the Application, and in response to the Notice of Deficiency, the
6 Certificates of Good Standing for Maryland, Pennsylvania, and New Jersey.

7 Respectfully submitted,

8 January 18, 2022 /s/ Caroline D. Ciraolo
Caroline D. Ciraolo
9 Kostelanetz & Fink, LLP
601 New Jersey Ave, NW, Ste. 260
10 Washington, DC 20002
Telephone: (443) 845-4898
11 Fax: (212) 808-8108
Email: cciraolo@kflaw.com

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1993,

### Caroline D. Ciraolo

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixth day of December, 2021.

*Clerk of the Court of Appeals of Maryland*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Caroline D. Ciraolo, Esq.

**DATE OF ADMISSION**

**September 1, 1995**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 7, 2021

Nicole Traini
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Caroline Delisle Ciraolo** (No. **043171994**) was constituted and appointed an Attorney at Law of New Jersey on **March 27, 1995** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 10th day of December, 2021.

_____
Clerk of the Supreme Court

-453a-