Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Laura Kim,<br><br>  Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**JOINT REQUEST AND STIPULATION TO EXTEND DEADLINE TO CONDUCT SETTLEMENT CONFERENCE** |

1

## JOINT REQUEST AND STIPULATION TO EXTEND DEADLINE TO CONDUCT SETTLEMENT CONFERENCE

Plaintiff United States of America ("Plaintiff) and Defendant Laura Kim ("Defendant") (collectively, "the Parties") submit this joint request to extend the deadline to conduct the settlement conference from August 12, 2022, to August 25, 2022. This is the first request for a continuance the Parties have made in this case.

The Parties have engaged in fact discovery and anticipate completing such discovery by the cut-off date set by the Court of August 12, 2022. As part of fact discovery, the Parties intend for five individuals to be deposed. These depositions are necessary for the Parties to fully develop the facts of this case. However, due to scheduling conflicts between the Parties and the prospective deponents, the depositions cannot be scheduled before the currently scheduled settlement conference on July 28, 2022. The settlement officer has confirmed that the next available date to reschedule the settlement conference is August 25, 2022.

The Parties believe that deposing these five individuals prior to the settlement conference would contribute to a more productive conference and thereby reduce the future burdens placed on the Court. Continuation of the settlement conference deadline would not require the continuation of any other dates set by the Court.

1    NOW THEREFORE, the Parties respectfully and jointly request that the deadline for the settlement conference be continued until August 25, 2022.

Respectfully submitted,

Dated: July 8, 2022          /s/
                             WILLIAM GRECO
                             Kostelanetz & Fink, LLP

Dated: July 8, 2022          /s/
                             CAROLINE D. CIRAOLO
                             Kostelanetz & Fink, LLP

Dated: July 8, 2022          /s/
                             JONATHAN AMITRANO
                             Law Offices of A. Lavar Taylor, LLP

Dated: July 8, 2022          /s/
                             A. LAVAR TAYLOR
                             Law Offices of A. Lavar Taylor, LLP

                             STEPHANIE S. CHRISTENSEN
                             Acting United States Attorney
                             THOMAS D. COKER
                             Assistant United States Attorney
                             Chief, Tax Division

Dated: July 8, 2022          /s/
                             GAVIN GREENE
                             Assistant United States Attorney

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, William Greco, attest that Caroline D. Ciraolo, Jonathan Amitrano, A. Lavar Taylor, and Gavin Greene concur in the contents of this document and have authorized this filing.