Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO EXTEND DEADLINE TO CONDUCT SETTLEMENT CONFERENCE** |

1

# ORDER

By Order dated February 14, 2022, the Court required the United States of America ("Plaintiff") and Laura Kim ("Defendant") (collectively, "the Parties") to "complete their settlement conference before the assigned magistrate judge ("settlement officer") no later than August 12, 2022." That settlement conference was originally scheduled for July 28, 2022.

The Parties have engaged in fact discovery and anticipate completing such discovery by the cut-off date set by the Court of August 12, 2022. As part of fact discovery, the Parties intend for five individuals to be deposed. The Parties believe these depositions are necessary to fully develop the facts of this case. However, the Parties are unable to schedule these depositions before July 28, 2022. The settlement officer has confirmed that the next available date to reschedule the settlement conference is August 25, 2022.

Finding that the Parties have not previously requested any continuances in this case, and finding that extending the deadline for the settlement conference would contribute to a more productive settlement conference, it is hereby ordered as follows:

The deadline for the Parties to have their settlement conference is hereby extended until August 25, 2022.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                    Fernando M. Olguin
                                                    United States District Court Judge