UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21- 6746-FMO (KSx)                                                    Date: August 25, 2022

Title   _United States of America v. Laura Kim_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Zoom VTC- Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
AUSA Gavin L. Greene

Attorneys Present for Defendants:
Caroline DeLisle Ciraolo
A. Lavar Taylor
Jonathan Amitrano
William Greco

**Proceedings:**  MINUTES RE: SETTLEMENT CONFERENCE

The Court held a settlement conference on August 25, 2022, from 1:00 p.m. to 3:35 p.m. with Plaintiff's counsel, Assistant United States Attorney Gavin L. Greene;  and Defendant's counsel, Caroline D. Caraolo, attorney Daniel Davidson,  and defense paralegals Mia Bailey and Mahima Chaudhary[1]

The settlement conference was conducted off the record. All parties participated in good faith.  The matter did not result in a settlement.

The Court will remain available to the parties should they wish to have further settlement discussions at a mutually convenient time.

2 hr:45mins

**Initials of Preparer**   gr

---

[1]   Plaintiff Laura Kim participated by telephone fromSouth Korea