STEPHANIE S. CHRISTENSEN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-4600
     Facsimile: (213) 894-0115
     E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | No. 2:21-cv-06746-FMO-KS |
|---|---|
|     Plaintiff, | Status Report Re: Settlement |
|       v. | |
| Laura Kim, | |
|     Defendant. | |

In response to the Court's Scheduling and Case Management Order Re: Jury Trial (ECF document number 20), on August 25, 2022, the parties participated in settlement conference before Magistrate Judge Karen L. Stevenson. The matter did not result in a settlement.

                                        Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: August 26, 2022        /s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America

Kostelanetz & Fink, LLP

Dated: August 26, 2022        /s/
CAROLINE D. CIRAOLO
Attorneys for Laura Kim

Kostelanetz & Fink, LLP

Dated: August 26, 2022        /s/
WILLIAM GRECO
Attorneys for Laura Kim

|   |   |   |
|---|---|---|
|   | | Law Offices of A. Lavar Taylor, LLP |
| Dated: August 26, 2022 | /s/<br>A. LAVAR TAYLOR<br>Attorneys for Laura Kim |
|   | Law Offices of A. Lavar Taylor, LLP |
| Dated: August 26, 2022 | /s/<br>JONATHAN AMITRANO<br>Attorneys for Laura Kim |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Gavin Greene attest that Caroline D. Ciraolo, William Greco, A. Lavar Taylor, and Jonathan Amitrano concur in the contents of this document and have authorized this filing.

3