Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**JOINT REQUEST AND STIPULATION TO RE-OPEN FACT DISCOVERY AND EXTEND DEADLINES RELATED TO SUMMARY JUDGMENT AND TRIAL** |

1

# JOINT REQUEST AND STIPULATION TO RE-OPEN FACT DISCOVERY AND EXTEND DEADLINES RELATED TO SUMMARY JUDGMENT AND TRIAL

Plaintiff United States of America ("Plaintiff") and Defendant Laura Kim ("Defendant") (collectively, "the Parties") submit this joint request to re-open fact discovery until December 22, 2022, and to extend by 77 days (11 weeks) all deadlines related to motions for summary judgment and trial set forth in the Court's Scheduling and Case Management Order RE: Jury Trial (ECF No. 20, Feb. 14, 2022), Order Re: Summary Judgment Motions (ECF No. 21, Feb. 15, 2022), and the Local Civil Rules for the Central District of California. The Parties do not seek any extensions pertaining to expert discovery. A Proposed Schedule of Pretrial and Trial Dates is attached at Exhibit A. This is the second request for a continuance that the Parties have made in this case. The Parties' first request for a continuance – to extend the time for a settlement conference – was granted (ECF No. 24, Jul. 11, 2022).

Fact discovery ended on August 12, 2022. Prior to that date, the Parties exchanged over 25,000 pages of documents and deposed five witnesses. Three of those witnesses were Internal Revenue Service employees, who were deposed on August 4, 5, and 11. During those depositions, it became apparent to the Parties that documents responsive to Defendant's discovery requests and potentially relevant to the factual and legal issues in this case had not been produced to Defendant. Having learned of these documents only days before the fact discovery cut-off date, counsel for Plaintiff was unable to produce them to Defendant prior to the cut-off date.

On September 13, 2022, Plaintiff produced over 200 potentially relevant documents to Defendant, some for the first time. Counsel for Defendant believes that these documents are essential to its defense, and that re-opening the depositions of two of the three Internal Revenue Service

employees is necessary to fully develop the facts of this case and avoid prejudice to Defendant. However, the Parties are unable to schedule these depositions any earlier than November 2022.

Defendant believes that good cause exists for fact discovery to be re-opened until December 22, 2022, because it is necessary for the record to be fairly and fully developed in light of the newly produced documents. Further, Defendant believes such re-opening of fact discovery necessitates a commensurate extension of 77 days for all deadlines pertaining to summary judgment motions, pre-trial deadlines, and trial itself. Such extensions will allow the Parties to effectively brief the Court in their summary judgment motions and streamline pre-trial matters and the trial itself. Plaintiff does not oppose this request.

NOW THEREFORE, the Parties respectfully and jointly request that fact discovery be re-opened until December 22, 2022, and that all deadlines related to motions for summary judgment and trial set forth in the Court's Scheduling and Case Management Order RE: Jury Trial (ECF No. 20, Feb. 14, 2022), Order Re: Summary Judgment Motions (ECF No. 21, Feb. 15, 2022), and the Local Civil Rules for the Central District of California be extended by 77 days.

The parties agree that the Defendant will be limited taking the depositions of Revenue Agent Ella Chernyak and Appeals Officer Duane Binns. Each deposition will be limited to three hours and will start and end in a single day. Defendant will not bring a motion to compel production of

///
///
///
///
///

1 documents where the United States has previously asserted the attorney-
2 client privilege or the deliberative process privilege.

                                                     Respectfully submitted,

Dated: October 4, 2022          /s/
                                      WILLIAM GRECO
                                      Kostelanetz & Fink, LLP

Dated: October 4, 2022          /s/
                                      CAROLINE D. CIRAOLO
                                      Kostelanetz & Fink, LLP

Dated: October 4, 2022          /s/
                                      JONATHAN AMITRANO
                                      Law Offices of A. Lavar Taylor, LLP

Dated: October 4, 2022          /s/
                                      A. LAVAR TAYLOR
                                      Law Offices of A. Lavar Taylor, LLP

                                                E. MARTIN ESTRADA
                                                United States Attorney
                                                THOMAS D. COKER
                                                Assistant United States Attorney
                                                Chief, Tax Division

Dated: October 4, 2022          /s/
                                        GAVIN GREENE
                                      Assistant United States Attorney

     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, William Greco, attest that Caroline D. Ciraolo, Jonathan Amitrano, A. Lavar Taylor, and Gavin Greene concur in the contents of this document and have authorized this filing.

## Exhibit A – Schedule of Pretrial and Trial Dates

| Event | Current Date | Proposed Date | Court Order |
|---|---|---|---|
| Fact Discovery Cut-Off | 8/12/2022 | 12/22/2022 | |
| Expert Discovery Cut-Off | 10/24/2022 | 10/24/2022 | |
| Summary Judgment Motions Due | 11/23/2022 | 2/8/2023 | |
| Memoranda of Contentions of Law and Fact; Witness Lists; Pretrial Exhibit Stipulation; Joint Motions in Limine Due | 1/20/2023 | 4/7/2023 | |
| Proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; Joint Proposed Verdict Form; Joint Statement of the Case; Optional Proposed Additional Voir Dire Questions; and Reply Memoranda to Motions in Limine Due | 1/27/2023 | 4/14/2023 | |
| Final Pretrial Conference | 2/10/2023 | 4/28/2023 | |
| Trial Begins | 2/28/2023 | 5/16/2023 | |