Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**ORDER GRANTING JOINT REQUEST AND STIPULATION TO RE-OPEN FACT DISCOVERY AND EXTEND DEADLINES RELATED TO SUMMARY JUDGMENT AND TRIAL** |

# ORDER

Based on the Joint Request and Stipulation to Re-Open Fact Discovery and Extend Deadlines Related to Summary Judgment and Trial, and for good cause appearing:

Fact discovery is hereby re-opened until December 22, 2022, and the schedule of pretrial and trial dates is hereby amended in accordance with the schedule attached as Exhibit A.

Defendant is limited to taking the depositions of Revenue Agent Ella Chernyak and Appeals Officer Duane Binns. Each deposition will be limited to three hours and will start and end in a single day.  Defendant shall not bring a motion to compel production of documents where the United States has previously asserted the attorney-client privilege or the deliberative process privilege.

**IT IS SO ORDERED.**

DATED: October 6, 2022

/s/

Fernando M. Olguin
United States District Court Judge

## **Exhibit A – Schedule of Pretrial and Trial Dates**

| **Event** | **Date** |
|---|---|
| Fact Discovery Cut-Off | 12/22/2022 |
| Expert Discovery Cut-Off | 10/24/2022 |
| Summary Judgment Motions Due | 2/8/2023 |
| Memoranda of Contentions of Law and Fact; Witness Lists; Pretrial Exhibit Stipulation; Joint Motions in Limine Due | 4/7/2023 |
| Proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; Joint Proposed Verdict Form; Joint Statement of the Case; Optional Proposed Additional Voir Dire Questions; and Reply Memoranda to Motions in Limine Due | 4/14/2023 |
| Final Pretrial Conference | 4/28/2023 at 2:00 p.m. |
| Trial Begins | 5/16/2023 at 9;00 a.m. |