1  Caroline D. Ciraolo
2  Email: cciraolo@kflaw.com
   William G. Greco
3  Email: wgreco@kflaw.com
4  Telephone: (443) 845-4898
   Fax: (212) 808-8108
5  Kostelanetz LLP
6  601 New Jersey Ave, N.W., Ste. 260
   Washington, DC 20001
7  *Pro Hac Vice Counsel*
8  A. Lavar Taylor (CA Bar No. 129512)
9  Email: ltaylor@taylorlaw.com
   Jonathan T. Amitrano (CA Bar No. 283389)
10 Email: jamitrano@taylorlaw.com
11 Telephone: (714) 546-0445, ext. 116
   Fax: (714) 546-2604
12 Law Offices of A. Lavar Taylor, LLP
13 3 Hutton Centre Drive, Ste. 500
   Santa Ana, CA 92707
14 *Attorneys for Laura Kim*
15

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18                    WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**JOINT REQUEST AND STIPULATION TO CLARIFY THE PROCEDURE AND SET DATES FOR THE MOTION FOR SUMMARY JUDGMENT**<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY** |

Plaintiff United States of America ("Plaintiff") and Defendant Laura Kim ("Defendant") (collectively, "the Parties") request that the Court enter the Order Establishing Dates for the Motion for Summary Judgment lodged concurrently.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 23, 2022 | /s/<br>WILLIAM GRECO<br>Kostelanetz LLP |
| Dated: November 23, 2022 | /s/<br>CAROLINE D. CIRAOLO<br>Kostelanetz LLP |
| Dated: November 23, 2022 | /s/<br>JONATHAN AMITRANO<br>Law Offices of A. Lavar Taylor, LLP |
| Dated: November 23, 2022 | /s/<br>A. LAVAR TAYLOR<br>Law Offices of A. Lavar Taylor, LLP<br><br>E. MARTIN ESTRADA<br>United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division |
| Dated: November 23, 2022 | /s/<br>GAVIN GREENE<br>Assistant United States Attorney |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, William Greco, attest that Caroline D. Ciraolo, Jonathan Amitrano, A. Lavar Taylor, and Gavin Greene concur in the contents of this document and have authorized this filing.