UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ESTABLISHING DATES FOR THE MOTION FOR SUMMARY JUDGMENT** |
| Laura Kim, | |
| Defendant. | |

Based on the Joint Request and Stipulation to Clarify the Procedure and Set Dates for the Motion for Summary Judgment, and for good cause appearing:

**IT IS ORDERED** that on Wednesday, January 4, 2023, the parties shall meet and confer on the motion for summary judgment as required by Local Rule 7-3.

By Wednesday, January 11, 2023, the United States shall send its portion of the following documents to Defendant: (1) joint brief on the motion for summary judgment, (2) evidentiary appendix, and (3) statement of facts

1

1  in 5-column format (collectively United States' Initial Documents).
2  Defendant shall send its portion of the same documents to the United States
3  on the same day (collectively Defendant's Initial Documents).
4      By Wednesday, February 1, 2023, the United States shall send its
5  responses to Defendant regarding Defendant's Initial Documents. Defendant
6  shall send its responses to the United States' Initial Documents to the
7  United States on the same day.
8      By Friday, February 3, 2023, the United States shall integrate the
9  documents, finalize the motion for summary judgment and related papers,
10 and deliver them to Defendant by email.
11     By Monday, February 6, 2023, Defendant shall sign the finalized
12 motion for summary judgment, or authorize the filing pursuant to Local Rule
13 5-4.3.4(a)(2)(i).
14     By Tuesday, February 7, 2023, Plaintiff shall file the motion for
15 summary judgment and related papers.

17  **IT IS SO ORDERED.**

19 DATED: _____          _____
20                                   Fernando M. Olguin
21                                   United States District Court Judge