Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Taylor Nelson Amitrano, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

# APPLICATION

Pursuant to Local Rule 79-5.2.2(a), Defendant Laura Kim ("Defendant") hereby applies to file certain exhibits to the parties' joint motion for summary judgment under seal. Specifically, Defendant wishes to file the following documents under seal:

- Defendant's Report of Foreign Bank and Financial Accounts (TD F 90-22.1) ("FBAR") for 2008
- Defendant's FBAR for 2009
- Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2009
- Transcript of Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2011
- Transcript of Defendant's FBAR for 2012

Filing these documents under seal is necessary to prevent information about Defendant's financial accounts from being made public. Ordinarily, financial account numbers are redacted from public filings, pursuant to Federal Rule of Civil Procedure 5.2(a). However, Defendant believes it is necessary for the Court to examine her unredacted FBARs to determine what she reported to the IRS and her understanding of her reporting obligations.

Included with this application are the following documents:

- Declaration of William Greco in support of the application to file documents under seal;
- Proposed order granting the application to file documents under seal;
- Redacted versions of the documents proposed to be filed under seal; and
- Unredacted versions of the documents proposed to be filed under seal.

1  Plaintiff does not oppose this application.

                                              Respectfully submitted,

DATED: January 27, 2023        /s/ *William Greco*
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel for Defendant*

3