1  Caroline D. Ciraolo
2  Email: cciraolo@kflaw.com
   William G. Greco
3  Email: wgreco@kflaw.com
4  Telephone: (443) 845-4898
   Fax: (212) 808-8108
5  Kostelanetz & Fink, LLP
6  601 New Jersey Ave, N.W., Ste. 260
   Washington, DC 20001
7  *Pro Hac Vice Counsel*

8  A. Lavar Taylor (CA Bar No. 129512)
9  Email: ltaylor@taylorlaw.com
   Jonathan T. Amitrano (CA Bar No. 283389)
10 Email: jamitrano@taylorlaw.com
11 Telephone: (714) 546-0445, ext. 116
   Fax: (714) 546-2604
12 Law Offices of A. Lavar Taylor, LLP
13 3 Hutton Centre Drive, Ste. 500
   Santa Ana, CA 92707
14 *Attorneys for Laura Kim*

15

16 UNITED STATES DISTRICT COURT

17 CENTRAL DISTRICT OF CALIFORNIA

18 WESTERN DIVISION

| | |
|---|---|
| 19  United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
| 20        Plaintiff, | |
| 21        v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 22  Laura Kim, | |
| 23        Defendant. | |

24
25
26
27
28

# ORDER

This matter comes before the Court on Defendant Laura Kim's application to file her Reports of Foreign Bank and Financial Accounts ("FBARs") and FBAR transcripts under seal. These documents contain sensitive personal information that is necessary for the Court to examine but which could expose Defendant to undue harm if made public. Plaintiff United States of America did not oppose Defendant's application.

Based upon Defendant's submission, the Court finds compelling reasons to grant Defendant's Application to file the following documents under seal:

- Defendant's FBAR for 2008
- Defendant's FBAR for 2009
- Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2009
- Transcript of Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2011
- Transcript of Defendant's FBAR for 2012

COMPELLING REASONS HAVING BEEN FOUND, IT IS HEREBY ORDERED that Defendant's Application to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated:_____                    _____

Fernando M. Olguin
United States District Court Judge

2