# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

2011188820053

# TD F 90-22.1
(Rev. March 2011)
Department of the Treasury

Do not use previous editions of this form

## REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2 0 1 0**

Amended ☐

### Part I  Filer Information

**2 Type of Filer**
a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other – Enter type _____

**3 U.S. Taxpayer Identification Number**
       486

If filer has no U.S. Identification Number complete Item 4.

**4 Foreign Identification** (Complete only if Item 3 is not applicable.)
a Type ☐ Passport ☐ Other _____
b Number _____
c Country of Issue _____

**5 Individual's Date of Birth** MM/DD/YYYY
       944

**6 Last Name or Organization Name**
Kim

**7 First Name**
Laura hija j

**8 Middle Initial**
H

**9 Address (Number, Street, and Apt. or Suite No.)**
[redacted]

**10 City**
Busan

**11 State**

**12 Zip/Postal Code**
[redacted]

**13 Country**
Korea KS

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

### Part II  Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**
$904,17_,_0_

**16 Type of account** a ☑ Bank  b ☐ Securities  c ☑ Other – Enter type below
savings

**17 Name of Financial Institution in which account is held**
Laura hija j Kim

**18 Account number or other designation**

**19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held**
Hyundae Bonocity, [redacted]

**20 City**
busan

**22 Zip/Postal Code**
612-021

**23 Country**
Korea KS

### Signature

**44 Filer Signature**

**45 Filer Title, if not reporting a personal account**

**46 Date (MM/DD/YYYY)**
06/30/2011

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3.242, Lanham MD 20706.

Cat. No. 12996D                                    Form TD F 90-22.1 (Rev. 3-2011)

Stamp: RECEIVED 2011 JUL -5 AM 9:45 IRS DETROIT COMPUTING CENTER

2011188820053

| Part V | Information on Financial Account(s) Where the Filer is Filing a Consolidated Report | | Form TD F 90-22.1 Page Number |
|---|---|---|---|
| **Complete a Separate Block for Each Account** This side can be copied as many times as necessary in order to provide information on all accounts. | | | 2 of 2 |

| 1. Filing for calendar year 2 0 1 0 | 3-4 Check appropriate Identification Number ☐ Taxpayer Identification Number ☑ Foreign Identification Number Enter Identification number here: | 6. Last Name or Organization Name Marina Enterprise Inc | |
|---|---|---|---|
| 15. Maximum value of account during calendar year reported **$305,885.90** | | 16. Type of account: a ☑ Bank b ☐ Securities c ☐ Other—Enter type below business checking | |
| 17. Name of Financial Institution in which account is held **Woori Bank** | | | |
| 16. Account number or other designation ████8362 | 19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held 1406 woo dong, haeun dae gu | | |
| 20. City **Busan** | 21. State, if known **Centum city** | 22. Zip/Postal Code, if known | 23. Country **So. Korea** |
| 34. Corporate Name of Account Owner **Laura Kim** | | | 35. Taxpayer Identification Number of Account Owner ████ 8249 |
| 38. Address (Number, Street, and Apt. or Suite No.) Hyndae benocity, ████ | | | |
| 39. City **Busan** | 40. State | 41. Zip/Postal Code **612-869** | 42. Country **So. Korea** |
| 15. Maximum value of account during calendar year reported **$211,471.81** | | 16. Type of account a ☑ Bank b ☐ Securities c ☐ Other—Enter type below checking | |
| 17. Name of Financial Institution in which account is held **Woori bank** | | | |
| 18. Account number or other designation ████-003 | 19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held same as above | | |
| 20. City **Busan** | 21. State, if known | 22. Zip/Postal Code, if known **612-869** | 23. Country **So. Korea** |
| 34. Corporate Name of Account Owner **same owner** | | | 35. Taxpayer Identification Number of Account Owner ████ 20242 |
| 38. Address (Number, Street, and Apt. or Suite No.) same as above | | | |
| 39. City **Busan** | 40. State | 41. Zip/Postal Code **612-869** | 42. Country **So. Korea** |
| 15. Maximum value of account during calendar year reported | | 16. Type of account a ☐ Bank b ☐ Securities c ☐ Other—Enter type below | |
| 17. Name of Financial Institution in which account is held | | | |
| 18. Account number or other designation | 19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | | |
| 20. City | 21. State, if known | 22. Zip/Postal Code, if known | 23. Country |
| 34. Corporate Name of Account Owner | | | 35. Taxpayer Identification Number of Account Owner |
| 38. Address (Number, Street, and Apt. or Suite No.) | | | |
| 39. City | 40. State | 41. Zip/Postal Code | 42. Country |

Form TD F 90-22.1 (Rev. 3-2011)

RECEIVERS RESTRUCTURING COMPUTING CENTER 2011 JUL -5 PM 4:55