1  Caroline D. Ciraolo
2  Email: cciraolo@kflaw.com
   William G. Greco
3  Email: wgreco@kflaw.com
4  Telephone: (443) 845-4898
   Fax: (212) 808-8108
5  Kostelanetz LLP
6  601 New Jersey Ave, N.W., Ste. 260
   Washington, DC 20001
7  *Pro Hac Vice Counsel*

8  A. Lavar Taylor (CA Bar No. 129512)
9  Email: ltaylor@taylorlaw.com
   Jonathan T. Amitrano (CA Bar No. 283389)
10 Email: jamitrano@taylorlaw.com
11 Telephone: (714) 546-0445, ext. 116
   Fax: (714) 546-2604
12 Taylor Nelson Amitrano, LLP
13 3 Hutton Centre Drive, Ste. 500
   Santa Ana, CA 92707
14 *Attorneys for Laura Kim*

16            UNITED STATES DISTRICT COURT
17            CENTRAL DISTRICT OF CALIFORNIA
18                   WESTERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
| Plaintiff, | |
| v. | **DEFENDANT'S AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| Laura Kim, | |
| Defendant. | |

1

# AMENDED APPLICATION

Defendant Laura Kim ("Defendant") hereby amends her application pursuant to Local Rule 79-5.2.2(a) for leave to file certain exhibits to the parties' joint motion for summary judgment under seal, *see* Application to File Documents Under Seal, ECF No. 32 (Jan. 27, 2023).

Defendant wishes to file the following documents under seal:

- Defendant's Report of Foreign Bank and Financial Accounts (TD F 90-22.1) ("FBAR") for 2008
- Defendant's FBAR for 2009
- Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2009
- Transcript of Defendant's FBAR for 2010
- Transcript of Defendant's FBAR for 2011
- Transcript of Defendant's FBAR for 2012

Filing these documents under seal is necessary to prevent information about Defendant's financial accounts from being made public. Ordinarily, financial account numbers are redacted from public filings, pursuant to Federal Rule of Civil Procedure 5.2(a). However, Defendant believes it is necessary for the Court to examine her unredacted FBARs to determine what she reported to the IRS and her understanding of her reporting obligations.

Included with this amended application are the following documents:

- Proposed order granting the amended application to file documents under seal; and
- Redacted versions of the documents proposed to be filed under seal.

1 | Plaintiff does not oppose this application.

2 |                                              Respectfully submitted,

3 | DATED: January 30, 2023         /s/ *William Greco*
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2023, the following documents were served to Gavin Greene, attorney for Plaintiff the United States of America, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5-3.1:

- Defendant's Amended Application to File Documents Under Seal
- Proposed Order Granting Defendant's Amended Application to File Documents Under Seal;
- Redacted versions of the documents proposed to be filed under seal;
- Declaration of William Greco in support of Defendant's Application for Leave to File Documents Under Seal; and
- Unredacted versions of the documents proposed to be filed under seal.

These documents were served by email, as allowed by the parties' Rule 26(f) Joint Report, ECF No. 19 (Feb. 9, 2022).

Signed,

DATED: January 30, 2023

/s/ *William Greco*
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel for Defendant*