# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# TD F 90-22.1

(Rev. October 2008)
Department of the Treasury

Do not use previous editions of this form after December 31, 2008

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31

**2 0 0 9**

Amended ☐

## Part I   Filer Information

**2  Type of Filer**

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

**3  U.S. Taxpayer Identification Number**   ▓▓3486

**4  Foreign Identification (Complete only if Item 3 is not applicable.)**

a  Type:  ☐ Passport   ☐ Other

If filer has no U.S. Identification Number complete Item 4.

b  Number _____   c  Country of Issue _____

**5  Individual's Date of Birth MM/DD/YYYY**   ▓▓ 1944

**6  Last Name or Organization Name**   KIM

**7  First Name**   hija

**8  Middle Initial**   none

**9  Address (Number, Street, and Apt. or Suite No.)**

**10  City**   PUSAN   **11  State** -   **12  Zip/Postal Code**   612-021   **13  Country**   KOREA ~~KS~~ KS

**14  Does the filer have a financial interest in 25 or more financial accounts?**

☐ Yes   If "Yes" enter total number of accounts _____

(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)

☒ No

## Part II   Information on Financial Account(s) Owned Separately

**15  Maximum value of account during calendar year reported**   7,180.33

**16  Type of account**  a ☒ Bank   b ☐ Securities   c ☐ Other—Enter type below   savings

**17  Name of Financial Institution in which account is held**   Standard Chartered First bank Korea limited

**18  Account number or other designation**   6699, ▓3627

**19  Mailing Address (Number, Street, Suite Number) of financial institution in which account is held**   1432 Woo 1 Dong, Hae un dae Gu,

**20  City**   PUSAN   **21  State, if known**   N/A   **22  Zip/Postal Code, if known**   612-021   **23  Country**   KOREA KS

## Signature

**44  Filer Signature**

**45  Filer Title, if not reporting a personal account**

**46  Date (MM/DD/YYYY)**   06/28/2010

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

The form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

## PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D          Form **TD F 90-22.1** (Rev. 10:2008)

| **Part II** | Continued—Information on Financial Account(s) Owned Separately | | Form TD F 90-22.1 |
|---|---|---|---|
| Complete a Separate Block for Each Account Owned Separately | | | Page Number |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | | 1 of 1 |

| 1 Filing for calendar year<br>2 0 0 9 | 3-4 Check appropriate Identification Number<br>☑ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | 6 Last Name or Organization Name<br>Hija KIM |
|---|---|---|

| 15 Maximum value of account during calendar year reported<br>$79,952.62 | 16 Type of account  a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held
**Standard Chartered First bank Korea limited**

| 18 Account number or other designation<br>2983, 2984 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>1432 Woo 1 Dong, Hae un dae Gu, |
|---|---|

| 20 City<br>PUSAN | 21 State, if known | 22 Zip/Postal Code, if known<br>612-021 | 23 Country<br>KOREA |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported<br>$85,872.39 | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held
**Standard Chartered First bank Korea limited**

| 18 Account number or other designation<br>2505, 5207  0218 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>1432 Woo 1 Dong, Hae un dae Gu, |
|---|---|

| 20 City<br>Busan | 21 State, if known | 22 Zip/Postal Code, if known<br>612-021 | 23 Country<br>Korea |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

Form TD F 90-22.1 (Rev. 10-2008)

LHK_0278

| **Part V** | Information on Financial Account(s) Where Corporate Filer is Filing a Consolidated Report | | | | Form TD F 90-22.1 |
|---|---|---|---|---|---|

**Page Number** 1 of 1

**Complete a Separate Block for Each Account**

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate identification Number | 8 Last Name or Organization Name |
|---|---|---|
| 2 0 0 9 | ☐ Taxpayer Identification Number<br>☑ Foreign Identification Number<br>Enter Identification number here: | marina Enterprise Inc. |

| 15 Maximum value of account during calendar year reported | 16 Type of account e ☑ Bank b ☐ Securities c ☐ Other—Enter type below |
|---|---|
| $319,710 $319,745.62 | |

| 17 Name of Financial Institution in which account is held |
|---|
| Woori Bank |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 8411 | 1406 Woo Dong, Hae un dae Gu, |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Pusan | | 612-020 | Korea |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Marina Enterprise Inc. | 8241 |

| 38 Address (Number, Street, and Apt. or Suite No.) |
|---|
| Leaders Mark 2504 |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Busan | Centum City | | Korea |

| 15 Maximum value of account during calendar year reported | 16 Type of account a ☐ Bank b ☐ Securities c ☐ Other—Enter type below |
|---|---|
| | |

| 17 Name of Financial Institution in which account is held |
|---|
| |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 38 Address (Number, Street, and Apt. or Suite No.) |
|---|
| |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

| 15 Maximum value of account during calendar year reported | 16 Type of account a ☐ Bank b ☐ Securities c ☐ Other—Enter type below |
|---|---|
| | |

| 17 Name of Financial Institution in which account is held |
|---|
| |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 38 Address (Number, Street, and Apt. or Suite No.) |
|---|
| |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

Form TD F 90-22.1 (Rev. 10-2008)

201018276230

June 28, 2010

Dear sir.

Reporting 2009.

Total of 3 sheets.

Sincerely,

Hija Kim

