# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



BSA: 30000042998475

# FBAR Transcript

## Filing Information

|  |  |
|---|---|
| **Filing Date** | 06/28/2010 |
| **Received Date** | 07/01/2010 |
| **Entry Date** | 12/14/2010 |
| **Report for Calendar Year** | 2009 |
| **Submission Method** | Paper filing |

## Filer Information

|  |  |  |
|---|---|---|
| **Filer Role** | Foreign account filer | |
| **Filer TIN** | **Identification Type** | SSN/ITIN |
|  | **Identification Number** | Redacted |
|  | **Other Text** | T |
| **Type of Filer** | Individual | |
| **Filer Last Name or Organization Name** | KIM | |
| **Filer First Name** | HIJA | |
| **Filer Date of Birth** | 1944 | |
| **Filer Address** | **Street Address** | |
|  | **City** | PUSAN |
|  |  | PUSAN - Enhanced |
|  | **ZIP Code** | |
|  |  | - Enhanced |
|  | **Country** | KS |
|  |  | US - Enhanced |
| **Financial Interest in 25 or More Accounts** | No | |

## Information on Financial Account(s) Owned Separately

### Account 1 of 3

|  |  |  |
|---|---|---|
| **Report For Calendar Year** | 2009 | |
| **Filer Role** | Filer (Secondary) | |
| **Filer TIN** | **Identification Type** | TIN |
| **Account Number or Other Designation** | 0218 | |
| **Maximum value of Account During Calendar Year Reported** | $85,872 | |
| **Name of Financial Institution in which the Account is Held** | STANDARD CHARTERED FIRST BK KOREA LIMITED | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000001



BSA: 30000004299847S

**FBAR Transcript**

## Information on Financial Account(s) Owned Separately

| | | |
|---|---|---|
| **Financial Institution Address** | **Street Address** | - Enhanced |
| | **City** | BUSAN |
| | | BUSAN - Enhanced |
| | **ZIP Code** | |
| | | - Enhanced |
| | **Country** | KS |
| | | US - Enhanced |

### Account 2 of 3

| | |
|---|---|
| **Report For Calendar Year** | 2009 |
| **Filer Role** | Filer (Secondary) |
| **Filer TIN** | |
| **Identification Type** | TIN |
| **Identification Number** | Redacted |
| **Account Type** | Bank |
| **Account Number or Other Designation** | 3627 |
| **Maximum value of Account During Calendar Year Reported** | $7,180 |
| **Name of Financial Institution in which the Account is Held** | STANDARD CHARTERED FIRST BK KOREA LIMITED |
| **Financial Institution Address** | **Street Address** - Enhanced |
| | **City** PUSAN |
| | PUSAN - Enhanced |
| | **ZIP Code** |
| | - Enhanced |
| | **Country** KS |
| | US - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000002



**FBAR Transcript**

BSA: 30000042998475

## Information on Financial Account(s) Owned Separately

### Account 3 of 3

| | |
|---|---|
| **Report For Calendar Year** | 2009 |
| **Filer Role** | Filer (Secondary) |
| **Filer TIN** | **Identification Type** TIN |
| **Account Type** | Bank |
| **Account Number or Other Designation** | 2994 |
| **Maximum value of Account During Calendar Year Reported** | $79,953 |
| **Name of Financial Institution in which the Account is Held** | STANDARD CHARTERED FIRST BK KOREA LIMITED |
| **Financial Institution Address** | **Street Address** Enhanced |
| | **City** PUSAN |
| | PUSAN - Enhanced |
| | **ZIP Code** |
| | - Enhanced |
| | **Country** KS |
| | US - Enhanced |

## Information on Financial Account(s) Where the Filer is Filing a Consolidated Report

### Account 1 of 1

| | |
|---|---|
| **Report For Calendar Year** | 2009 |
| **Filer Role** | Filer (Secondary) |
| **Filer TIN** | **Identification Type** TIN |
| | **Identification Number** 2824 |
| **Account Type** | Bank |
| **Account Number or Other Designation** | 6411 |
| **Maximum value of Account During Calendar Year Reported** | $319,716 |
| **Name of Financial Institution in which the Account is Held** | WOORI BANK |
| **Financial Institution Address** | **Street Address** Enhanced |
| | **City** PUSAN |
| | PUSAN - Enhanced |
| | **ZIP Code** 612020 |
| | 612020 - Enhanced |
| | **Country** KS |
| | US - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000003



FBAR Transcript

## Information on Financial Account(s) Where the Filer is Filing a Consolidated Report

| | |
|---:|---|
| **Role of Owner** | Foreign account corporate owner (other than filer) |
| **TIN of Account Owner** | |
| **Identification Type** | Foreign |
| **Owner Last Name or Organization Name** | MARINA ENTERPRISE INC |

## Signature

| | |
|---:|---|
| **Signature** | Yes |
| **Signature Date** | 06/28/2010 |

BSA: 30000042998475

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000004