# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript

BSA: 310000002092835

| Filing Information | |
|---|---|
| Filing Type(s) | Initial Report |
| Filing Date | 06/30/2011 |
| Received Date | 07/08/2011 |
| Entry Date | 01/30/2012 |
| Report for Calendar Year | 2010 |
| Submission Method | Paper filing |

| Filer Information | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | Redacted |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | KIM | |
| Filer First Name | LAURA HIJA J | |
| Filer Middle Name | H | |
| Filer Date of Birth | 1944 | |
| Filer Address | Address Type | Foreign account filer address |
| | Street Address | |
| | City | BUSAN |
| | | BUSAN - Enhanced |
| | ZIP Code | |
| | | - Enhanced |
| | Country | KS |
| | | US - Enhanced |

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| Report For Calendar Year | 2010 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | Redacted |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | KIM | |
| Account Type | Bank | |
| Other Type of Account | SAVINGS | |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et. seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000005

**FinCEN | Financial Crimes Enforcement Network**
United States Department of the Treasury

# FBAR Transcript
BSA: 31000002092835 and DCN:20111882005360

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| Maximum value of Account During Calendar Year Reported | $90,417 | |
| Name of Financial Institution in which the Account is Held | LAURA HIJA J KIM | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | |
| | City | BUSAN |
| | | BUSAN - Enhanced |
| | ZIP Code | |
| | | - Enhanced |
| | Country | KS |
| | | US - Enhanced |

| Information on Financial Account(s) Where the Filer is Filing a Consolidated Report | | |
|---|---|---|
| **Account 1 of 2** | | |
| Report For Calendar Year | 2010 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | Redacted |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | KIM | |
| Account Type | Bank | |
| Account Number or Other Designation | 1003 | |
| Maximum value of Account During Calendar Year Reported | $211,471 | |
| Name of Financial Institution in which the Account is Held | WOORI BANK | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | SAME AS ABOVE |
| | | SAME AS ABOVE - Enhanced |
| | City | BUSAN |
| | | BUSAN - Enhanced |
| | ZIP Code | 612869 |
| | | 612869 - Enhanced |
| | Country | KS |

BSA: 31000002092835

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000006



**FBAR Transcript**

BSA: 310000002092835

| Information on Financial Account(s) Where the Filer is Filing a Consolidated Report | | | |
|---|---|---|---|
| | | | US - Enhanced |
| **Role of Owner** | Foreign account corporate owner (other than filer) | | |
| **Owner Last Name or Organization Name** | SAME OWNER | | |
| **Owner Address** | **Address Type** | | Foreign account corporate owner address |
| | **Street Address** | | SAME AS ABOVE |
| | | | SAME AS ABOVE - Enhanced |
| | **City** | | BUSAN |
| | | | BUSAN - Enhanced |
| | **ZIP Code** | | 612869 |
| | | | 612869 - Enhanced |
| | **Country** | | KS |
| | | | US - Enhanced |
| **Account 2 of 2** | | | |
| **Report For Calendar Year** | 2010 | | |
| **Filer Role** | Foreign account filer | | |
| **Filer TIN** | **Identification Type** | | SSN/ITIN |
| | **Identification Number** | | Redacted |
| **Type of Filer** | Individual | | |
| **Filer Last Name or Organization Name** | KIM | | |
| **Account Type** | Bank | | |
| **Account Number or Other Designation** | 9362 | | |
| **Maximum value of Account During Calendar Year Reported** | $305,885 | | |
| **Name of Financial Institution in which the Account is Held** | WOORI BANK | | |
| **Financial Institution Address** | **Address Type** | | Foreign account financial institution address |
| | **Street Address** | | |
| | **City** | | BUSAN |
| | | | BUSAN - Enhanced |
| | **Country** | | KS |
| | | | US - Enhanced |
| **Role of Owner** | Foreign account corporate owner (other than filer) | | |
| **Owner Last Name or Organization Name** | LAURA KIM | | |
| **Owner Address** | **Address Type** | | Foreign account corporate owner address |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000007



# FBAR Transcript

BSA: 310000002092835

| Information on Financial Account(s) Where the Filer is Filing a Consolidated Report | | |
|---|---|---|
| | Street Address | |
| | City | BUSAN |
| | | BUSAN - Enhanced |
| | ZIP Code | |
| | | - Enhanced |
| | Country | KS |
| | | US - Enhanced |

| Signature | |
|---|---|
| Signature | Yes |
| Signature Date | 06/30/2011 |

| Third Party Preparer Use Only |
|---|
| No Third Party Preparer Use Only Information Available |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

USA - 000008