Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz & Fink, LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Law Offices of A. Lavar Taylor, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**ORDER GRANTING DEFENDANT'S AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

1

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | This matter comes before the Court on Defendant Laura Kim's |
| 3 | amended application for leave to file her Reports of Foreign Bank and |
| 4 | Financial Accounts ("FBARs") and FBAR transcripts under seal. These |
| 5 | documents contain sensitive personal information that is necessary for the |
| 6 | Court to examine but which could expose Defendant to undue harm if made |
| 7 | public. Plaintiff United States of America did not oppose Defendant's |
| 8 | application. |
| 9 | Based upon Defendant's submission, the Court finds compelling |
| 10 | reasons to grant Defendant's amended Application to file the following |
| 11 | documents under seal: |
| 12 | • Defendant's FBAR for 2008 |
| 13 | • Defendant's FBAR for 2009 |
| 14 | • Defendant's FBAR for 2010 |
| 15 | • Transcript of Defendant's FBAR for 2009 |
| 16 | • Transcript of Defendant's FBAR for 2010 |
| 17 | • Transcript of Defendant's FBAR for 2011 |
| 18 | • Transcript of Defendant's FBAR for 2012 |
| 19 | COMPELLING REASONS HAVING BEEN FOUND, IT IS HEREBY |
| 20 | ORDERED that Defendant's Amended Application to File Documents Under |
| 21 | Seal is GRANTED. |
| 22 |   |
| 23 | **IT IS SO ORDERED.** |
| 24 | Dated: January 31, 2023            /s/ |
| 25 |                                                   Fernando M. Olguin |
| 26 |                                                   United States District Court Judge |
| 27 |   |
| 28 |   |