E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | Case No. 2:21-cv-06746-FMO-KS<br><br>Evidentiary Appendix<br><br>Date:        March 9, 2023<br>Time:       10:00 a.m.<br>Courtroom:  6D<br>Location:   First Street Courthouse<br>                 350 West First Street<br>                 Los Angeles, California |

## A. Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1 | Defendant's bank statement for the account number ending in 3441 produced by Defendant and Bates numbered LK-15 to 29 |
| 2 | Defendant's bank statement for the account number ending in 6699 produced by Defendant and Bates numbered LK-1 to 3 |
| 3 | Defendant's bank statement for the account number ending in 2033 produced by Defendant and Bates numbered LK-232 to 244 |
| 4 | Defendant's bank statement for the account number ending in 5806 produced by Defendant and Bates numbered LK-229 to 231 |
| 5 | Defendant's bank statement for the account number ending in 6658 produced by Defendant and Bates numbered LK-198 to 199 |
| 6 | Defendant's bank statement for the account number ending in 6817 produced by Defendant and Bates numbered LK-195 to 196 |
| 7 | Defendant's bank statement for the account number ending in 6005 produced by Defendant and Bates numbered LK-207 to 208 |
| 8 | Defendant's bank statement for the account number ending in 0368 produced by Defendant and Bates numbered LK-211 to 212 |
| 9 | Defendant's bank statement for the account number ending in 0361 produced by Defendant and Bates numbered LK-209 to 210 |
| 10 | Defendant's bank statement for the account number ending in 2308 produced by Defendant and Bates numbered LK-205 to 206 |

| Exhibit | Description |
|---|---|
| 11 | Defendant's bank statement for the account number ending in 4317 produced by Defendant and Bates numbered LK-200 to 201 |
| 12 | Defendant's bank statement for the account number ending in 0365 produced by Defendant and Bates numbered LK-213 |
| 13 | Defendant's bank statement for the account number ending in 6411 produced by Defendant and Bates numbered LK-123 to 164 |
| 14 | Defendant's bank statement for the account number ending in 3626 produced by Defendant and Bates numbered LK-173 to 174 |
| 15 | Defendant's bank statement for the account number ending in 5711 produced by Defendant and Bates numbered LK-185 to 187 |
| 16 | Defendant's bank statement for the account number ending in 4186 produced by Defendant and Bates numbered LK-188 to 189 |
| 17 | Defendant's bank statement for the account number ending in 7795 produced by Defendant and Bates numbered LK-197 |
| 18 | Defendant's bank statement for the account number ending in 1478 produced by Defendant and Bates numbered LK-190 |
| 19 | Defendant's bank statement for the account number ending in 2567 produced by Defendant and Bates numbered LK-202 |
| 20 | Defendant's bank statement for the account number ending in 4765 produced by Defendant and Bates numbered LK-191 |

| Exhibit | Description |
|---|---|
| 21 | Defendant's bank statement for the account number ending in 1017 produced by Defendant and Bates numbered LK-180 |
| 22 | Defendant's bank statement for the account number ending in 9362 produced by Defendant and Bates numbered LK-219 to 226 |
| 23 | Defendant's bank statement for the account number ending in 2274 produced by Defendant and Bates numbered LK-194 |
| 24 | Defendant's bank statement for the account number ending in 4207 produced by Defendant and Bates numbered LK-203 to 203 |
| 25 | Defendant's bank statement for the account number ending in 4889 produced by Defendant and Bates numbered LK-247 to 249 |
| 26 | Defendant's bank statement for the account number ending in 7808 produced by Defendant and Bates numbered LK-90 to 93 |
| 27 | Defendant's bank statement for the account number ending in 9368 produced by Defendant and Bates numbered LK-250 to 253 |
| 28 | Defendant's bank statement for the account number ending in 2748 produced by Defendant and Bates numbered LK-227 to 227 |
| 29 | Defendant's bank statement for the account number ending in 2323 produced by Defendant and Bates numbered LK-215 to 216 |
| 30 | Defendant's bank statement for the account number ending in 6397 produced by Defendant and Bates numbered LK-176 to 177 |

| Exhibit | Description |
|---|---|
| 31 | Defendant's bank statement for the account number ending in 8740 produced by Defendant and Bates numbered LK-178 |
| 32 | Defendant's bank statement for the account number ending in 0302 produced by Defendant and Bates numbered LK-245 to 246 |
| 33 | Defendant's bank statement for the account number ending in 3570 produced by Defendant and Bates numbered LK-83 |
| 34 | Defendant's bank statement for the account number ending in 4681 produced by Defendant and Bates numbered LK-84 to 89 |
| 35 | Defendant's bank statement for the account number ending in 5417 produced by Defendant and Bates numbered LK-94 to 120 |
| 36 | Defendant's bank statement for the account number ending in 0758 produced by Defendant and Bates numbered LK-192 to 193 |
| 37 | Defendant's bank statement for the account number ending in 9534 produced by Defendant and Bates numbered LK-183 to 184 |
| 38 | Defendant's bank statement for the account number ending in 9676 produced by Defendant and Bates numbered LK-165 to 166 |
| 39 | Defendant's bank statement for the account number ending in 9689 produced by Defendant and Bates numbered LK-167 to 172 |
| 40 | Defendant's bank statement for the account number ending in 6539 produced by Defendant and Bates numbered LK-121 to 122 |

| Exhibit | Description |
|---|---|
| 41 | Defendant's bank statement for the account number ending in 6258 produced by Defendant and Bates numbered LK-179 |
| 42 | Defendant's bank statement for the account number ending in 9546 produced by Defendant and Bates numbered LK-204 |
| 43 | Defendant's bank statement for the account number ending in 1926 produced by Defendant and Bates numbered LK-82 |
| 44 | Defendant's bank statement for the account number ending in 8765 produced by Defendant and Bates numbered LK-228 |
| 45 | Defendant's bank statement for the account number ending in 5282 produced by Defendant and Bates numbered LK-11 |
| 46 | Defendant's bank statement for the account number ending in 3627 produced by Defendant and Bates numbered LK-4 |
| 47 | Defendant's bank statement for the account number ending in 0207 produced by Defendant and Bates numbered LK-6 |
| 48 | Defendant's bank statement for the account number ending in 3908 produced by Defendant and Bates numbered LK-14 |
| 49 | Defendant's bank statement for the account number ending in 5183 produced by Defendant and Bates numbered LK-8 |
| 50 | Defendant's bank statement for the account number ending in 5293 produced by Defendant and Bates numbered LK-12 |

| Exhibit | Description |
|---------|-------------|
| 51 | Defendant's bank statement for the account number ending in 5301 produced by Defendant and Bates numbered LK-13 |
| 52 | Defendant's bank statement for the account number ending in 3558 produced by Defendant and Bates numbered LK-217 to 218 |
| 53 | Defendant's bank statement for the account number ending in 6048 produced by Defendant and Bates numbered LK-181 to 182 |
| 55 | 2009 Individual Tax Return (1040) |
| 56 | 2010 Individual Tax Return (1040) |
| 57 | 2011 Individual Tax Return (1040) |
| 59 | Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2009 produced by Defendant and Bates numbered LK-277 to 280 |
| 60 | Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2010 produced by Defendant and Bates numbered LK-281 to 282 |
| 61 | Defendant's FBAR Transcript for the year 2011 produced by Defendant and Bates numbered LK-283 to 284 |
| 62 | Defendant's FBAR Transcript for the year 2012 produced by Defendant and Bates numbered LK-285 to 287 |
| 63 | Defendant's FBAR Transcript for the year 2009 from FinCEN |

| Exhibit | Description |
|---|---|
| 64 | Defendant's FBAR Transcript for the year 2010 from FinCEN |
| 65 | Defendant's FBAR Transcript for the year 2011 from FinCEN |
| 66 | Defendant's FBAR Transcript for the year 2012 from FinCEN |
| 67 | Email correspondence between Laura Kim and Michael Khim |
| 68 | Memorandum authorizing Kathy Mitchell as Acting, Department Manager, CTR Operations, from August 20, 2019 to August 26, 2019, signed by Leah Smith-Pope |
| 69 | Letter 3709 sent to Laura Kim dated March 7, 2018 |
| 70 | Form 13448 Penalty Assessment Certification (Title 31 "FBAR") for Laura Kim for the years 2009 through 2012 signed by Cesilee Graves for Lea Smith-Pope |
| 71 | Letter 3708 sent to Laura Kim on August 26, 2019 |
| 82 | 10.28.2019 Emails between Ella Chernyak and Duane Binns |
| 84 | 4.24.2017 1st Letter 3709 and Attachments |
| 85 | Cover letter from Defendant's attorney and Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. § 5321 for FBAR Violations for the years 2009 through 2012 dated April 23, 2018 |
| 90 | 8.7.2018 Income Tax Adjustments |

| Exhibit | Description |
|---|---|
| 91 | 8.29.2018 Income Tax Adjustments |
| 92 | 9.5.2018 Income Tax Adjustments |
| 100 | 5.1.2018 Income Tax Adjustments |
| 101 | 6.12.2018 Income Tax Adjustments |
| 103 | FBAR Penalty Calculation totaling $4,056,439.39 |
| 104 | Excerpts from 4.6.2017 Michael Khim Interview Transcript |
| 107 | 4.23.2018 Protest Letter to Proposed FBAR Penalties |
| 108 | Appeals Case Activity Record from AO Duane Binns |
| 110 | Form 3210 Document Transmittal Record dated October 17, 2018 |
| 111 | 11.5.2018 Form 3210 Document Transmittal Record |
| 114 | 5.24.2019 Appeals Welcome Letter |
| 115 | 7.10.2019 Consent to Extend FBAR Statute Signed by Duane Binns |
| 116 | 7.10.2019 Consent to Extend FBAR Statute to June 30, 2020 |
| 142 | 9.24.2020 Duane Binns Fax to Jonathan Amitrano |
| 144 | 11.23.2020 FBAR Closing Letter |
| 152 | 5.6.2020 Emails between Russell McGeehan and Duane Binns (FW_KxxFBAR case (10)) |

| Exhibit | Description |
|---|---|
| 153 | 8.10.2020 Emails between Duane Binns, Russell McGeehan, and Denise Golden |
| 155 | 8.13.2019 Email from Duane Binns to Onisha Darnell |
| 156 | Dummy File – 8.20.2019 Emails between Onisha Darnell and Duane Binns |
| 161 | EO Ella Chernyak Activity Record, Income Tax (complete) |
| 177 | Excerpts from 8.5.2022 Ella Chernyak Deposition Transcript |
| 178 | 6.8.2018 Protest Letter to Proposed Income Tax Adjustments |
| 179 | Defendant Laura Kim's Response to United States' First Request for Admissions |
| 180 | Defendant Laura Kim's Responses to United States' First Set of Interrogatories |
| 181 | Defendant Laura Kim's Responses to United States' First Set of Requests for Production of Documents |
| 182 | Excerpts from the Deposition of Laura Kim on July 18, 2022 |
| 183 | Modification to the Delegation Order 25-13 dated July 8, 2015 |
| 184 | Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6) (Form 13449) dated January 31, 2018, and a memorandum entitled FBAR Explanation of Items regarding Defendant dated April 21, 2017 |

| Exhibit | Description |
|---|---|
| 185 | Cover letter from Defendant's attorney and Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. § 5321 for FBAR Violations for the years 2009 through 2011 dated September 11, 2017 |
| 186 | Declaration of Gavin Greene |
| 188 | Declaration of Duane Binns |
| 189 | Declaration of Kathy Mitchell |
| 190 | 1.11.2023 Declaration of A. Lavar Taylor |
| 191 | 1.12.2023 Declaration of Laura Kim |
| 192 | Excerpts from 6.23.2014 Laura Kim Interview Transcript |
| 193 | Excerpts from 8.25.2016 Laura Kim Interview Transcript |
| 194 | Excerpts from 5.11.2017 Charlie Son Interview Transcript |
| 195 | US v. Kim – Defendant's Expert Witness Disclosure and Report |
| 196 | Excerpts from 7.20.2022 Michael Khim Deposition Transcript |
| 197 | 2008 Form 1120S for Laura's French Baking Company |
| 198 | 2009 Form 1120S for Laura's French Baking Company |
| 199 | 2010 Form 1120S for Laura's French Baking Company |
| 200 | 2011 Form 1120S for Laura's French Baking Company |

| Exhibit | Description |
|---|---|
| 201 | 2012 Form 1120S for Laura's French Baking Company |
| 202 | 2008 FBAR for Laura Kim |
| 203 | 11.20.2012 Notice of Audit |
| 204 | Excerpts from 8.11.2022 Duane Binns Deposition Transcript |
| 205 | Excerpts from 11.28.2022 Duane Binns Deposition Transcript |
| 206 | Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript |
| 207 | 10.9.2020 Emails between Russell McGeehan and Duane Binns |
| 208 | Account Statement for Account x0405 |
| 209 | Account Statement for Account x3441 |
| 210 | Account Statement for Account x2033 |
| 211 | Account Statement for Account x6411 |
| 212 | Excerpts from 12.5.2022 Ella Chernyak Deposition Transcript |
| 213 | Stipulation Regarding Foreign Account Balances |

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | E. MARTIN ESTRADA<br>United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division |

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: February 7, 2023

/s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America