예금주 : K I M  L A U R A  H I J A          계좌번호 : 1002-20 9-183441

Taxpayer Provided

| 거래일자 | 적요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시간 | 건 |
|---|---|---|---|---|---|---|---|
| 2011-07-26 | 가스요금 | 820 부산도시가스 | | 56,327,032 | 020-460 | 03:29:57 | |
| 2011-07-29 | 인터넷 | (주) 마리나엔터프 | 3,300,000 | 59,627,032 | 020-460 | 08:42:42 | |
| 2011-07-29 | 텔레뱅킹 | 500,000 국민정동근 | | 59,127,032 | 020-460 | 09:39:23 | |
| 2011-07-29 | 대체입금 | (주) 아리나엔터프 | 7,962,950 | 67,089,982 | 020-460 | 10:29:41 | |
| 2011-08-01 | 가스요금 | 25,910 부산도시가스 | | 67,064,072 | 020-460 | 03:43:23 | |
| 2011-08-01 | 자동이체 | 500,000 2 회 - K I M | | 66,564,072 | 020-460 | 03:43:23 | |
| 2011-08-05 | C M S | 13,000 이래정수산업 | | 66,551,072 | 020-460 | 03:33:12 | |
| 2011-08-20 | 예금결산 | 예금결산이자 | 52,047 | 66,603,119 | 020-460 | 10:27:17 | |
| 2011-08-22 | 통신요금 | 35,200 해운대방송 08 월 | | 66,567,919 | 020-460 | 04:01:14 | |
| 2011-08-23 | 대체지급 | 3,000,000 | | 63,567,919 | 020-460 | 15:39:50 | |
| 2011-08-25 | 대체지급 | 3,000,000 자기앞 3 0 장 | | 60,567,919 | 020-460 | 16:01:14 | |
| 2011-08-26 | 가스요금 | 820 부산도시가스 | | 60,567,099 | 020-460 | 03:30:45 | |
| 2011-08-26 | 텔레뱅킹 | 164,580 센텀파크 1 단지아 | | 60,402,519 | 020-460 | 08:27:18 | |
| 2011-08-29 | 대체지급 | 3,000,000 제일 K I M L A U R | | 57,402,519 | 020-460 | 15:23:13 | |
| 2011-08-31 | 가스요금 | 13,860 부산도시가스 | | 57,388,659 | 020-460 | 03:42:05 | |
| 2011-08-31 | 대체입금 | (주) 아라나엔터프 | 7,962,950 | 65,351,609 | 020-460 | 08:32:22 | |
| 2011-08-31 | 텔레뱅킹 | 500,000 국민정동근 | | 64,851,609 | 020-460 | 09:34:28 | |
| 2011-08-31 | 인터넷 | (주) 마리나엔터프 | 3,300,000 | 68,151,609 | 020-460 | 11:08:17 | |
| 2011-09-01 | 자동이체 | 500,000 3 회 - K I M | | 67,651,609 | 020-460 | 03:31:04 | |
| 2011-09-06 | C M S | 13,000 이래정수산업 | | 67,638,609 | 020-460 | 03:28:33 | |
| 2011-09-08 | 타행환 | 부산지역환경기술 | 150,000 | 67,788,609 | 007-705 | 13:54:05 | |
| 2011-09-14 | 이체 | K I M  L A U R A | 109,350,000 | 177,138,609 | 020-460 | 16:16:31 | |
| 2011-09-14 | 이체 | K I M  L A U R A | 988,650,000 | 1,165,788,609 | 020-460 | 16:18:08 | |
| 2011-09-14 | 입금취소 | 109,350,000 입금계좌착오본 | | 1,056,438,609 | 020-460 | 16:26:35 | |
| 2011-09-14 | 입금취소 | 988,650,000 입금계좌착오 | | 67,788,609 | 020-460 | 16:27:27 | |
| 2011-09-20 | 예금결산 | 예금결산이자 | 42,551 | 67,831,160 | 020-460 | 10:00:22 | |
| 2011-09-19 | 현금지급 | 2,131,850 | | 65,699,310 | 020-460 | 16:05:16 | |
| 2011-09-20 | 통신요금 | 35,200 해운대방송 09 월 | | 65,664,110 | 020-460 | 03:36:16 | |
| 2011-09-23 | 텔레뱅킹 | 171,630 센텀파크 1 단지아 | | 65,492,480 | 020-460 | 16:52:57 | |
| 2011-09-26 | 가스요금 | 820 부산도시가스 | | 65,491,660 | 020-460 | 04:00:49 | |
| 2011-09-26 | 텔레뱅킹 | 485,000 수협이석모 | | 65,006,660 | 020-460 | 10:27:18 | |
| 2011-09-26 | 대체지급 | 3,000,000 수표출금 | | 62,006,660 | 020-460 | 14:30:09 | |
| 2011-09-30 | 대체입금 | (주) 마리나엔터프 | 7,962,950 | 69,969,610 | 020-460 | 08:41:34 | |
| 2011-09-30 | 인터넷 | (주) 마리나엔터프 | 3,300,000 | 73,269,610 | 020-460 | 08:54:00 | |
| 2011-09-30 | 텔레뱅킹 | 500,000 국민정동근 | | 72,769,610 | 020-460 | 10:12:54 | |
| 2011-10-04 | 가스요금 | 28,690 부산도시가스 | | 72,740,920 | 020-460 | 03:34:09 | |
| 2011-10-04 | 자동이체 | 500,000 4 회 - K I M | | 72,240,920 | 020-460 | 03:34:09 | |
| 2011-10-05 | C M S | 13,000 이래정수산업 | | 72,227,920 | 020-460 | 03:35:39 | |
| 2011-10-05 | 텔레뱅킹 | 70,390 농협자분별 (서천군 | | 72,157,530 | 020-460 | 11:50:20 | |
| 2011-10-05 | 펌뱅킹 | 강사료 | 160,000 | 72,337,530 | 007-705 | 14:31:44 | |
| 2011-10-15 | 예금결산 | 예금결산이자 | 44,724 | 72,382,254 | 020-460 | 11:24:52 | |
| 2011-10-17 | 텔레뱅킹 | 227,630 제일에이원헌트리몰 | | 72,154,624 | 020-460 | 16:44:30 | |
| 2011-10-19 | 대체지급 | 3,000,000 수표출금 | | 69,154,624 | 020-460 | 09:32:59 | |
| 2011-10-24 | 통신요금 | 35,200 해운대방송 10 월 | | 69,119,424 | 020-460 | 03:38:25 | |
| 2011-10-24 | 텔레뱅킹 | 174,670 센텀파크 1 단지아 | | 68,944,754 | 020-460 | 08:52:48 | |
| 2011-10-26 | 가스요금 | 820 부산도시가스 | | 68,943,934 | 020-460 | 03:33:14 | |
| 2011-10-31 | 인터넷 | (주) 마리나엔터프 | 3,300,000 | 72,243,834 | 020-460 | 08:54:37 | |
| 2011-10-31 | 텔레뱅킹 | 500,000 국민정동근 | | 71,743,934 | 020-460 | 09:02:04 | |
| 2011-10-31 | 대체입금 | (주) 마리나엔터프 | 7,962,950 | 79,706,884 | 020-460 | 09:22:00 | |
| 2011-11-01 | 자동이체 | 500,000 5 회 - K I M | | 79,206,884 | 020-460 | 03:33:57 | |
| 2011-11-01 | 텔레뱅킹 | 30,000 농협부경디학교총동 | | 79,176,884 | 020-460 | 14:03:44 | |
| 2011-11-02 | 가스요금 | 21,450 부산도시가스 | | 79,155,434 | 020-460 | 03:27:50 | |
| 2011-11-07 | C M S | 13,000 이래정수산업 | | 79,142,434 | 020-460 | 03:38:03 | |
| 2011-11-07 | 펌뱅킹 | 강사료 | 240,000 | 79,382,434 | 007-705 | 10:31:40 | |
| 2011-11-09 | 대체지급 | 3,000,000 | | 76,382,434 | 020-460 | 09:56:05 | |

400-10,75

우리은행 마린시티지점          조작자 : 류재은     출력일자 : 2013-07-29  10:45:58 (  3/4  )

예 금 주 : K I M   L A U R A   H I J A          계좌번호 : 1002-209-183441

**Taxpayer Provided**

| 거래일자 | 적 요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시 간 |
|---|---|---|---|---|---|---|
| 2011-11-11 | 계좌이동 | 우리은행 | 300,000 | 76,682,434 | 020-460 | 11:19:50 |
| 2011-11-11 | 현금입금 | 우리은행가산세 | 243,590 | 76,926,024 | 020-460 | 13:10:38 |
| 2011-11-11 | 현금지급 | 6,369,940 | | 70,556,084 | 020-460 | 13:58:40 |
| 2011-11-17 | 대체지급 | 27,646,810 | | 42,909,274 | 020-460 | 12:12:37 |
| 2011-11-19 | 예금결신 | 예금결산이자 | 57,186 | 42,966,460 | 020-460 | 10:49:27 |
| 2011-11-21 | 통신요금 | 35,200 해운대방송 11 월 | | 42,931,260 | 020-460 | 03:59:35 |
| 2011-11-24 | 텔리뱅킹 | 169,600 센텀파크 1 단지아 | | 42,761,660 | 020-460 | 10:01:52 |
| 2011-11-24 | 텔리뱅킹 | 300,000 (주) 한샘 | | 42,461,660 | 020 460 | 15:16:58 |
| 2011-11-25 | 대체지급 | 3,000,000 | | 39,461,660 | 020-460 | 16:38:08 |
| 2011-11-28 | 가스요금 | 1,720 부산도시가스 | | 39,459,940 | 020-460 | 03:35:31 |
| 2011-11-28 | 텔리뱅킹 | 652,000 (주) 한샘 | | 38,807,940 | 020-460 | 14:40:25 |
| 2011-11-30 | 대체입금 | (주) 아리나인트프 | 7,962,950 | 46,770,890 | 020-460 | 08:29:31 |
| 2011-11-30 | 인터넷 | (주) 마리나엔터프 | 3,300,000 | 50,070,890 | 020-460 | 08:52:46 |
| 2011-12-01 | 자동이체 | 500,000 6 회 - K I M | | 49,570,890 | 020-460 | 03:33:13 |
| 2011-12-01 | 타행환 | 정지규부동산! | 5,000,000 | 54,570,890 | 032-029 | 14:39:57 |
| 2011-12-02 | 가스요금 | 72,840 부산도시가스 | | 54,498,050 | 020-460 | 03:27:37 |
| 2011-12-05 | C M S | 13,000 미래청수산업 | | 54,485,050 | 020-460 | 03:36:08 |
| 2011-12-05 | 펌뱅킹 | 강사료 | 240,000 | 54,725,050 | 007-705 | 10:31:56 |
| 2011-12-05 | 텔리뱅킹 | 500,000 국민정동근 | | 54,225,050 | 020-460 | 15:30:04 |
| 2011-12-06 | 텔리뱅킹 | 1,090,000 부산손구남 | | 53,135,050 | 020-460 | 11:13:57 |
| 2011-12-08 | 텔레뱅킹 | 235,100 국민센텀파크 1 단지 | | 52,899,950 | 020-460 | 11:51:53 |
| 2011-12-09 | 텔리뱅킹 | 30,000 국민센텀파크1 단지 | | 52,869,950 | 020-460 | 11:44:08 |
| 2011-12-15 | 텔리뱅킹 | 8,000 성원보 | | 52,861,950 | 020-460 | 08:54:57 |
| 2011-12-17 | 예금결산 | 예금결산이자 | 28,331 | 52,890,281 | 020-460 | 11:04:44 |
| 2011-12-19 | 대체지급 | 3,000,000 | | 49,890,281 | 020-460 | 15:18:10 |
| 2011-12-20 | 통신요금 | 35,200 해운대방송 12 월 | | 49,855,081 | 020-460 | 03:36:52 |
| 2011-12-26 | 가스요금 | 820 부산도시가스 | | 49,854,261 | 020-460 | 04:09:40 |
| 2011-12-26 | 이체 | (주) 마리나엔터프 | 3,300,000 | 53,154,261 | 020 460 | 15:08:04 |
| 2011-12-26 | 대체지급 | 50,000,000 | | 3,154,261 | 020-460 | 15:14:07 |
| 2011-12-28 | 텔레뱅킹 | 499,960 국민박정희 | | 2,654,301 | 020-460 | 17:15:46 |
| 2011-12-29 | 현금입금 | K I M   L A U R A | 22,400,526 | 25,054,827 | 020-460 | 12:18:59 |
| 2011-12-29 | 대체입금 | 이자발생분 | 701 | 25,055,528 | 020-460 | 15:03:03 |
| 2011-12-29 | 대체입금 | | 40,000,000 | 65,055,526 | 020-460 | 15:12:11 |
| 2011-12-30 | 대체입금 | (주) 마리니엔터프 | 7,962,950 | 73,018,478 | 020-460 | 09:24:01 |
| 2011-12-30 | 펌뱅킹 | 강사료 | 240,000 | 73,258,478 | 00 7-705 | 10:32:33 |
| 2011-12-30 | 텔리뱅킹 | 500,000 국민정동근 | | 72,758,478 | 020-460 | 11:36:31 |
| 2011-12-30 | 대체지급 | 6,336,000 운용 / 자산관리수수 | | 66,422,478 | 020-460 | 17:34:44 |
| 2011-12-30 | 인터넷 | (주) 로라유통 | 499,960 | 66,922,438 | 020-460 | 18:46:32 |

[ 이하여백 ]

| 발급확인 |  | 예 금 거 래 실 적 증 명 서 | Taxpayer Provided |

예 금 주 : KIM LAURA HIJA
계좌번호 : 1081-900-510302
예금구분 :
적용이율 : 00.000
조회기간 : 2012-01-01 ~ 2012-12-31
모 계 좌   번 호:

통   화 : USD
신 규 일 : 2011-04-13

주인(사업자)번호: 440918-6120176
상품명     : 대외계정 - 외국인기주자
계좌상태   : 해약
만 기 일 :

관 리 점 : 마린시티 (지)  [20-460]

| 거래일자 | 입지구분 | 적  요 | 거래금액 | 잔  액 | 거래점 | OP | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-02-13 | 지급 · | 해지 | 680,732.840 [ 이하여백 ] | 0.000 | 020-460 | 29811665 | 14:28:03 |

우리은행 마린시티지점          조작자 : 류재은     출력일자 : 2013-07-29 10:49:23 ( 1/1 )

400-10,77

LHK 3566



예금거래 실적 증명서

Taxpaye▮ Provided

| 발급확인 | |

예 금 주 : K I M  L A U R A  H I J A          주민(사업자)번호: ▮▮▮ 176
계좌번호 : ▮▮▮▮4813                        상품명      : 대외계정 외국인거주자
예금구분 :                       통    화 : USD       계좌상태    : 해약
적용이율 : 00.000               신 규 일 : 2011-06-07    만 기 일 :
조회기간 : 2012-01-01 ~ 2012-12-31
모 계 좌  번 호 :                               관 리 점 : 아린시티 (지) [20-460]

| 거래일자 | 입지구분 | 적 요 | 거래금액 | 잔 액 | 거래점 | OP | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-03-18 | 입금 | 예금결산이자 | 0.000 | 0.000 | 020-460 | 80399999 | 10:41:32 |
| 2012-06-17 | 입금 | 예금결산이자 | 0.000 | 0.000 | 020-460 | 80399999 | 10:18:40 |
| 2012-09-16 | 입금 | 예금결산이자 | 0.000 | 0.000 | 020-460 | 80399999 | 10:44:52 |
| 2012-12-12 | 지금 | 해지 | 0.000 | 0.000 | 020-460 | 2831087 1 | 15:36:41 |

[ 이하여백 ]

우리은행 마란시티지점          조작자 : 류재은     출력일자 : 2013-07-29 10:49:23  1/1     400-10,78

LHK 3567



예 금 거 래 실 적 증 명 서

# Taxpayer Provided

| | |
|---|---|
| 발급확인 | |

예 금 주 : K I M  L A U R A  H I J A
계좌번호 : ███████0758
예금구분 :
적용이율 : 01. 153
조회기간 : 2012-01-01 ~ 2012-12-31
모 계 좌  번 호 :

통 화 : USD
신 규 일 : 2011-06-16

주인(사업자)번호 : ██████0176
상품명 : 외화정기예금 (자동갱신
계좌상태 : 중도해약
만 기 일 : 2012-04-16

관 리 점 : 마린시티 (지) [20-460]

---

| 거래일자 | 입지구분 | 적 요 | 거래금액 | 잔 액 | 거래점 | OP | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-02-13 | 지급 | 해지 | 3,008,985.340 | 0.000 | 020-460 | 29811685 | 14:26:54 |
| | | | [ 이하여백 ] | | | | |



| 발급확인 | 예 금 거 래 실 적 증 명 서 | **Taxpayer Provided** |

예 금 주 : K I M  L  URA  HIJA       주인(사업자)번호 : ████ 0176
계좌번호 : ████ 765     상품명 : 외국인거주자
예금구분 :     통 화 : USD     계좌상태 : 해약
적용이율 : 00.000     신 규 일 : 2012-02-13     만 기 일 :
조회기간 : 2012-01-01 ~ 2012-12-31
모 게 좌  번 호 :     관 리 점 : 마린시티 (지)  [20-460]

| 거래일자 | 입지구분 | 적 요 | 거래금액 | 잔 액 | 기래점 | OP | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-02-13 | 입금 | | 680.732.840 | 680.732.840 | 020-460 | 29811685 | 14:43:14 |
| 2012-02-13 | 입금 | 외화 보통세후 | 37.140 | 680.769.980 | 020-460 | 29811685 | 16:37:08 |
| 2012-02-13 | 입금 | 외화정기세후 | 2.176.720 | 682.946.700 | 020-460 | 29811685 | 16:38:17 |
| 2012-03-18 | 입금 | 예금결산이자 | 21.840 | 682.968.540 | 020-460 | 80399999 | 10:40:21 |
| 2012-06-17 | 입금 | 예금결산이자 | 58.420 | 683.026.980 | 020-460 | 80399999 | 10:16:59 |
| 2012-00-16 | 입금 | 예금결산이자 | 58.420 | 683.085.380 | 020-460 | 80399999 | 10:43:37 |
| 2012-12-12 | 지급 | 해지 | 683.085.380 | 0.000 | 020-460 | 28310871 | 15:19:52 |

[ 이하여백 ]

Rate: 0.000925
$631.80

우리은행 마린시티지점     조작자 : 류재은     출력일자 : 2013-07-29 10:49:23  (1/1)

400-10,80



| 발급확인 |

예 금 거 래 실 적 증 명 서

# Taxpayer Provided

예 금 주 : ▓▓▓▓ AURA HIJA  주민(사업자)번호 : ▓▓▓▓0176
계좌번호 : ▓▓▓▓9546  상품명 : 외화정기예금 (자동갱신
예금구분 :  통 화 : USD  계좌상태 : 중도해약
적용이율 : 00.793  신 규 일 : 2012-02-13  만 기 일 : 2012-12-13
조회기간 : 2012-01-01 ~ 2012-12-31
모 게 좌  번 호 :  관 리 점 : 마린시티 (지) [20-460]

| 거래일자 | 입지구분 | 적 요 | 거래금액 | 잔 액 | 거래점 | OP | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-02-13 | 입금 | | 3,006,985.340 | 3,006,985.340 | 020-460 | 29811685 | 14:49:23 |
| 2012-07-13 | 입금 | 이자지급 | 11,666.900 | 3,018,652.240 | 020-460 | 80399999 | 10:32:01 |
| 2012-07-13 | 입금 | 자동갱신 | 0.000 | 3,018,652.240 | 020-460 | 80399999 | 10:32:01 |
| 2012-12-12 | 지급 | 해지 | 3,018,652.240 | 0.000 | 020-460 | 26310871 | 15:03:38 |

[ 이하여백 ]

*late : 0.000925*
*#2792.25*

우리은행 마린시티지점  조작지 : 류재은  출력일자 : 2013-07-29 10:49:23  **400-10,81**



예 금 거 래 실 적 증 명 서   **Taxpayer Provided**

예 금 주 : K I M   L A U R A   H I J A          주민(사업자)번호 : ██████0176
계좌번호 : ████████9368                          상 품 명 :      템플턴글로벌증권자E [
신 규 일 : 2010-10-22                            해 지 일 : 2012-02-23
민 기 일 :                                       관 리 점 : 마린시티 (지)  [20-460]
조회기간 : 2012-01-01 ~ 2012-12-31

| 거래일자 | 적요 | 거래금액 | 평가금액 | 기준가격 | 거래좌수 | 잔존좌수 |
|---|---|---|---|---|---|---|
| 20120213 | 예약해지 | 500,000,000 | 533,280,157 | 1033.70 | 515,894,512 | 515,894,512 |
| 20120223 | 본부해지 | 500,000,000 | 0 | 1031.21 | 515,894,512 | 0 |
|  |  |  | [ 이하여백 ] |  |  |  |

우리은행 마린시티지점          조작자 : 류재은      출력일자 : 2013-07-29 10:48:02    400-10,82



예 금 거 래 실 적 증 명 서 — **Taxpayer Provided**

| 발급확인! | |

예 금 주 : ...AURA  HIJA         주인(사업자)번호 : ...0176
계좌번호 : ...4681               상   품   명 : 저축예금
신 규 일 : 2011-06-16            관리점 : 마린시티 (지)  [20-460]
조회기간 : 2012-01-01 ~ 2012-12-31

| 거래일자 | 적 요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시 간 |
|---|---|---|---|---|---|---|
| 2012-02-14 | 대체지급 | 200,000,000 농협김은지1 | | 500,725,851 | 020-460 | 10:27:53 |
| 2012-02-23 | 대체입금 | 프랭클린템폼매도 | 529,350,889 | 1,030,076,740 | 020-460 | 09:02:35 |
| 2012-03-17 | 예금결산 | 예금결산이자 | 335,137 | 1,030,411,877 | 020-460 | 10:43:20 |
| 2012-04-02 | 대체지급 | 500,000,000 (주) 지리산찬셈이 | | 530,411,877 | 020-460 | 12:14:43 |
| 2012-05-04 | 인터넷 | 박재호 901 호 | 5,000,000 | 535,411,877 | 004-838 | 14:04:33 |
| 2012-05-04 | 전액타점 | K I M  L A U R A | 15,000,000 | 550,411,877 | 020-991 | 14:41:28 |
| 2012-06-13 | 타행환 | 박재호 | 320,000,000 | 870,411,877 | 021-334 | 11:23:51 |
| 2012-06-13 | 대체지급 | 100,000,000 주식회사엘케이샘룡 | | 770,411,877 | 020-460 | 16:51:48 |
| 2012-06-16 | 예금결산 | 예금결산이자 | 267,883 | 770,679,760 | 020-460 | 09:54:18 |
| 2012-06-26 | 대체지급 | 100,000,000 주식회사엘케이샘룡 | | 670,679,760 | 020-460 | 14:44:24 |
| 2012-06-29 | 이체 | 주식회사엘케이샘룡 | 100,000,000 | 770,679,760 | 020-460 | 11:59:16 |
| 2012-07-25 | 대체지급 | 100,000,000 주식회사엘케이샘룡 | | 670,679,760 | 020-460 | 15:27:35 |
| 2012-09-10 | 대체지급 | 50,000,000 (주) 엘케이샘룡 | | 620,679,760 | 020-460 | 11:11:16 |
| 2012-09-11 | 대체지급 | 240,000,000 | | 380,679,760 | 020-460 | 13:17:18 |
| 2012-09-15 | 예금결산 | 예금결산이자 | 294,007 | 380,973,767 | 020-460 | 10:58:42 |
| 2012-09-28 | 대체지급 | 50,000,000 퇴작연금 | | 330,973,767 | 020-460 | 14:09:44 |
| 2012-10-02 | 대체지급 | 50,000,800 주식회사엘케이샘룡 | | 280,973,767 | 020-460 | 17:20:17 |
| 2012-11-05 | 대체지급 | 50,000,000 주식회사엘케이샘룡 | | 230,973,767 | 020-460 | 10:45:20 |
| 2012-12-12 | 대체입금 | 1061400538765 | 732,669,265 | 963,643,032 | 020-460 | 15:19:52 |
| 2012-12-12 | 대체입금 | 1002942817808 | 9,388 | 963,652,420 | 020-460 | 15:29:21 |
| 2012-12-12 | 대체지급 | 963,500,000 | | 152,420 | 020-460 | 16:10:03 |
| 2012-12-15 | 예금결산 | 예금결산이자 | 113,015 | 265,435 | 020-460 | 10:40:29 |

[ 이하여백 ]

*Rate : 0.000925*
*$712,878.78*

우리은행 마린시티지점    조작자 : 류재은    출력일지 : 2013-07-29 12:37:04 ( 1/1 )

400-10,83



LHK 3572



| 빌급확인 | | 예 금 거 래 실 적 증 명 서 | **Taxpayer Provided** |

예 금 주 : K I M  L A U R A  H I J A   주민(사업자)번호 : ███████0176
계좌번호 : ██████9534   상 품 명 : M a g i c  /  적금
세금우대 : 무   신 규 일 : 2011-07-01   적용금리 : 04.000
해 지 일 : 2012-12-12   만 기 일 : 2014-07-01
조회기간 : 2012-01-01 ~ 2012-12-31   관 리 점 : 마린시티 (지)  [20-460]

| 거래일자 | 순번 | 적요 | 거래금액 | 세액 | 잔액 | 종류 | 취급점 | 거래시간 |
|---|---|---|---|---|---|---|---|---|
| 2012-01-02 | 1 | 자동이체 | 500,000 | 0 | 3,500,000 | 121099 | 020-460 | 03:38:47 |
| 2012-02-01 | 1 | 자동이체 | 500,000 | 0 | 4,000,000 | 121099 | 020-460 | 03:31:49 |
| 2012-03-02 | 1 | 자동이체 | 500,000 | 0 | 4,500,000 | 121099 | 020-460 | 03:31:28 |
| 2012-04-02 | 1 | 자동이체 | 500,000 | 0 | 5,000,000 | 121099 | 020-460 | 03:43:19 |
| 2012-05-02 | 1 | 자동이체 | 500,000 | 0 | 5,500,000 | 121099 | 020-460 | 03:31:11 |
| 2012-06-01 | 1 | 자동이체 | 500,000 | 0 | 6,000,000 | 121099 | 020-460 | 04:57:13 |
| 2012-07-02 | 1 | 자동이체 | 500,000 | 0 | 6,500,000 | 121099 | 020-460 | 03:50:01 |
| 2012-08-01 | 1 | 자동이체 | 500,000 | 0 | 7,000,000 | 121099 | 020-460 | 03:31:49 |
| 2012-09-03 | 1 | 자동이체 | 500,000 | 0 | 7,500,000 | 121099 | 020-460 | 03:33:17 |
| 2012-10-02 | 1 | 자동이체 | 500,000 | 0 | 8,000,000 | 121099 | 020-460 | 03:45:01 |
| 2012-11-01 | 1 | 자동이체 | 500,000 | 0 | 8,500,000 | 121099 | 020-460 | 03:32:59 |
| 2012-12-03 | 1 | 자동이체 | 500,000 | 0 | 9,000,000 | 121099 | 020-460 | 03:37:20 |
| 2012-12-12 | 1 | 대체해지 | 9,103,643 | 15,960 | 0 | 127001 | 020-460 | 15:22:50 |

[ 이하여백 ]

Rate: 0.000935
₱6,012.50

우리은행 마린시티지점   조작자 : 류재은   출력일자 : 2013-07-29 10:48:02 ( 1/1 )

400-10,84

LHK 3573

| 발급확인 | 예 금 거 래 실 적 종 명 서    **Taxpayer Provided** |

예 금 주 : K I M   L A U R A   H I J A         주인(사업자)번호 : ▆▆▆0176
계좌번호 : ▆▆▆▆6258                상 품 명 : 키위 정기예금 2 차 (확정형)
세금우미 : 무                        신 규 일 : 2012-01-16              적용금리 : 03.950
해 지 일 : 2012-12-12              만 기 일 : 2013-01-16
조회기간 : 2012-01-01 ~ 2012-12-31    관 리 점 : 마린시티 (지)  [20-460]

| 거래일자 | 순번 | 적요 | 거래금액 | 세금액 | 잔액 종류 | 취급점 | 거래시간 |
|---|---|---|---|---|---|---|---|
| 2012-01-16 | 1 | 예금신규 | 50,000,000 | 0 | 50,000,000 120120 | 020-460 | 14:37:34 |
| 2012-12-12 | 1 | 대체해지 | 50,748,150 | 115,210 | 0 127001 | 020-460 | 15:06:24 |
| | | | | 【 이하여백 】 | | | |

*Rate: 0.000925*
*#46,250*

| 발급확인 | | 예 금 거 래 실 적 증 명 서 | **Taxpayer Provided** |
|---|---|---|---|

예 금 주 : K I M   L A U R A   H I J A     주민(사업자)번호 : ████0176
계좌번호 : ████7808     상    품    명 : 고단백MMDA (개인)
신 규 일 : 2010 10 05     관리점 : 마린시티 (지) [20-460]
조회기간 : 2012-01-01 ~ 2012-12-31

| 거래일자 | 적 요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시 간 |
|---|---|---|---|---|---|---|
| 2012-01-21 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 10:02:30 |
| 2012-02-18 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 10:45:53 |
| 2012-03-17 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:52:18 |
| 2012-04-21 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:16:30 |
| 2012-05-19 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:05:27 |
| 2012-06-16 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:14:55 |
| 2012-07-21 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:02:37 |
| 2012-08-18 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:22:01 |
| 2012-09-15 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 12:20:58 |
| 2012-10-20 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:27:00 |
| 2012-11-17 | 예금결산 | 예금결산이자 | 0 | 9,388 | 020-460 | 11:23:11 |
| 2012-12-12 | 대체해지 | 9,388 해지 | | 0 | 020-460 | 15:29:21 |

[ 이하여백 ]

*Rate: 0.000925*
*$8.68*

400-10.86

우리은행 마린시티지점     조작자 : 류재은     출력일자 : 2013-07-29 10:45:58 ( 1/1 )

LHK 3575

| 발급확인 | | 예 금 거 래 실 적 증 명 서 | Taxpayer Provided |

예 금 주 : K I M  L A U R A  H I J A          주민(사업자)번호 : ████ 176
계좌번호 : ████ 0405                        상    품    영 : 저축예금
신 규 일 : 2005-11-01                        관리점 : 마린시티 (지) [20-460]
조회기간 : 2012-01-01 ~ 2012-12-31

| 거래일자 | 적  요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시  간 |
|---|---|---|---|---|---|---|
| 2012-03-17 예금결산 | 예금결산이자 | | 0 | 0 | 020-460 | 11:24:49 |
| 2012-06-16 예금결산 | 예금결산이자 | | 0 | 0 | 020-460 | 10:31:55 |
| 2012-09-15 예금결산 | 예금결산이자 | | 0 | 0 | 020-460 | 11:35:35 |
| 2012-12-12 현금해지 | | 0 해지 | | 0 | 020-460 | 15:27:06 |
| 2012-12-12 해지취소 | 방카연결계좌 | | 0 | 0 | 020-460 | 18:01:24 |
| 2012-12-15 예금결산 | 예금결산이자 | | 0 | 0 | 020-460 | 11:34:25 |

[ 이하여백 ]

우리은행 마린시티지점(인)          조작자 : 류재은     출력일자 : 2013-07-29 10:45:58 ( 1/1 )

400-10,87

LHK 3576



예금거래 실적 증명서

Taxpayer Provided

| 발급확인 |

예 금 주 : K I M   L A U R A   H I J A     주민(사업자)번호 : ▮ 176
계좌번호 : ▮0362                           상   품   명 :
신 규 일 :                                  관리점 : 마린시티 (지)  [20-460]
조회기간 : 2012-01-01 ~ 2012-12-31

| 거래일자 | 적 요 | 지급금액 | 입금금액 | 잔액 | 취급점 | 시 간 |
|---|---|---|---|---|---|---|

[ 이하여백 ]

우리은행 마린시티지점         조작자 : 류재은     출력일자 : 2013-07-29 10:45:58 ( 1/1 )     400-10.88

LHK_3577

예금주 : K I M   L A U R A   H I J A        계좌번호 : 1002-209-183441

**Taxpayer Provided**

| 거래일자 | 적 요 | 지급금액 | 입금금액 | 잔액 취급점 시 간 |
|---|---|---|---|---|
| 2012-04-30 | 인터넷 | (주) 마리나엔터프 3,300,000 | | 86,012,100 020-460 09:10:50 |
| 2012-04-30 | 텔레뱅킹 | 500,000 국민정동근 | | 85,512,100 020-460 09:16:21 |
| 2012-04-30 | 대체입금 | (주) 마리나엔터프 | 8,025,480 | 93,537,580 020-460 09:34:55 |
| 2012-05-02 | 가스요금 | 175,880 부산도시가스 | | 93,361,700 020-460 03:31:11 |
| 2012-05-02 | 자동이체 | 500,000 11 회 - K I M | | 92,861,700 020-460 03:31:11 |
| 2012-05-03 | 텔리뱅킹 | 3,000,000 S C K I M L A U R | | 89,861,700 020-460 14:27:02 |
| 2012-05-04 | 티행환 | 부경디교무처 | 200,000 | 90,061,700 007-705 10:16:55 |
| 2012-05-07 | C M S | 13,000 미래정수산업 | | 90,048,700 020-460 03:38:54 |
| 2012-05-10 | 텔리뱅킹 | 1,100,000 농협정예린 | | 88,948,700 020460 16:38:34 |
| 2012-05-15 | 텔레뱅킹 | 350,000 신한최경에 | | 88,598,700 020-460 09:50:49 |
| 2012-05-16 | 타행환 | 이미자 | 1,500,000 | 90,098,700 032-029 16:20:19 |
| 2012-05-17 | 텔리뱅킹 | 200,000 부산김정기 | | 89,898,700 020-460 10:05:45 |
| 2012-05-18 | 텔리뱅킹 | 350,000 신현최경해 | | 89,548,700 020-460 12:36:08 |
| 2012-05-19 | 예금결산 | 예금결산이자 | 57,111 | 89,605,811 020-460 10:46:44 |
| 2012-05-21 | 통신요금 | 35,200 CJ 헬로비전 05 | | 89,570,611 020-460 04:13:44 |
| 2012-05-21 | 텔리뱅킹 | 1,000,000 농협정예리 | | 88,570,611 020-460 16:36:10 |
| 2012-05-24 | 현금지급 | 2,103,120 지방소득세 | | 86,467,491 020-460 16:06:50 |
| 2012-05-29 | 텔리뱅킹 | 500,000 국민정동근 | | 85,967,491 020-460 12:50:25 |
| 2012-05-31 | 인터넷 | (주) 마리나엔터프 3,300,000 | | 89,267,491 020-460 08:55:36 |
| 2012-05-31 | 대체입금 | (주) 미리나엔터프 | 8,000,500 | 97,267,991 020-460 09:20:01 |
| 2012-06-01 | 자동이체 | 500,000 12 회 - K I M | | 96,767,991 020-460 04:57:13 |
| 2012-06-04 | 가스요금 | 44,670 부산도시가스 | | 96,723,321 020-460 03:29:01 |
| 2012-06-04 | 텔리뱅킹 | 330,000 부산아호종 | | 96,393,321 020-460 15:10:58 |
| 2012-06-05 | C M S | 13,000 미래정수산업 | | 96,380,321 020-460 04:25:40 |
| 2012-06-05 | 타행환 | 부경미교무처 | 200,000 | 96,580,321 007-705 11:45:11 |
| 2012-06-08 | 인터넷 | (주) 마리나엔터프 | 1,205,200 | 97,785,521 020-460 15:02:31 |
| 2012-06-08 | 일부대체 | 3,500,000 현금외 | | 94,285,521 020-460 16:39:53 |
| 2012-06-14 | 텔리뱅킹 | 3,060,000 농협이남옥 | | 91,225,521 020-460 09:31:40 |
| 2012-06-14 | 인터넷 | (주) 마리나엔더프 | 446,840 | 91,672,361 020-460 11:09:34 |
| 2012-06-15 | 타행환 | 이미자 | 1,500,000 | 93,172,361 032-029 11:57:03 |
| 2012-06-16 | 예금결산 | 예금결산이자 | 59,655 | 93,232,016 020-460 09:55:47 |
| 2012-06-20 | 동사요금 | 35,200 CJ 헬로비전 06 | | 93,196,816 020-460 03:38:57 |
| 2012-06-28 | 국고이체 | 수영세무서 (징세과 | 6,615,590 | 99,812,406 020-150 12:39:21 |
| 2012-06-29 | 인터넷 | (주) 마리나엔터프 | 400,510 | 100,212,916 020-460 08:43:15 |
| 2012-06-29 | 대체입금 | (주) 마리니엔터프 | 8,022,910 | 108,235,826 020-460 10:57:32 |
| 2012-06-29 | 인터넷 | (주) 마리나엔터프 3,300,000 | | 111,535,826 020-460 11:05:25 |
| 2012-06-29 | 인터넷 | 양소뱅담항공료 | 5,495,910 | 117,031,736 020-460 12:44:27 |
| 2012-06-29 | 텔레뱅킹 | 500,000 국민정동근 | | 116,531,736 020-460 13:08:58 |
| 2012-07-02 | 가스요금 | 20,380 부산도시가스 | | 116,511,356 020-460 03:50:01 |
| 2012-07-02 | 자동이체 | 500,000 13 회 - K I M | | 116,011,356 020-460 03:50:01 |
| 2012-07-03 | 텔리뱅킹 | 3,000,000 S C K I M L A U R | | 113,011,356 020-460 16:35:08 |
| 2012-07-05 | C M S | 13,000 미래정수산업 | | 112,998,356 020-460 04:01:34 |
| 2012-07-05 | 타행환 | 부경대교무처 | 200,000 | 113,198,356 007-705 14:53:48 |
| 2012-07-09 | 대치지급 | 3,000,000 | | 110,198,356 020-460 09:22:23 |
| 2012-07-16 | 타행환 | 아미자 | 1,500,000 | 111,698,356 032-174 14:23:23 |
| 2012-07-17 | 타행 C D | 배상연 기업 | 40,000 | 111,738,356 015-587 14:13:42 |
| 2012-07-20 | 현금지급 | 3,802,440 재산세납부 | | 107,935,916 020-460 15:31:08 |
| 2012-07-21 | 예금결산 | 예금결산이자 | 85,517 | 108,021,433 020-460 10:42:18 |
| 2012-07-31 | 대처입금 | (주) 마리나인터프 | 8,022,910 | 116,044,343 020-460 09:08:47 |
| 2012-07-31 | 텔리뱅킹 | 150,000 국민정동근 | | 115,894,343 020-460 09:36:09 |
| 2012-07-31 | 인터넷 | (주) 마리나엔터프 3,300,000 | | 119,194,343 020-460 11:09:47 |
| 2012-08-01 | 자동이체 | 500,000 14 회 - K I M | | 118,694,343 020-460 03:31:49 |
| 2012-08-02 | 가스요금 | 18,840 부산도시가스 | | 118,675,503 020-460 03:24:45 |
| 2012-08-03 | 타행환 | 부경대교 무처 | 200,000 | 118,875,503 007-705 17:30:04 |
| 2012-08-06 | C M S | 13,000 이래정수산업 | | 118,862,503 020 460 03:36:17 |

Rate: 0.000935

400-10-90

우리은행 마린시티지점        조작자 : 류재은        출력일자 : 2013-07-29 10:45:58 ( 2/3 )

LHK  3578

LHK_3579

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**
SOUTHWEST EXAMINATION AREA

| Taxpayer: | Examining Agent: |
|---|---|
| Laura Kim | Ella Chernyak |
| SSN:    -8486 |  |
|  | **Years:** |
| Los Angeles, CA | 2009, 2010, 2011, 2012 |

# FBAR
## EXPLANATION OF ITEMS
### April 21, 2017

## ISSUE

Whether Lara Kim is liable for the willful FBAR penalty per 31 U.S.C. §5321(a)(5) for the years 2009 through 2012.

## BACKGROUND, HISTORY AND FACTS

**Initial Contact & Power of Attorneys Identified**
The initial examination letter was mailed (by prior examiner Kathleen Ledbetter) to Laura Kim (Mrs. Kim):

- November 20, 2012 - In that letter, Mrs. Kim was asked to contact examiner and the date of the appointment was scheduled for December 18, 2012.
- November 26, 2012 – Mrs. Kim was sent an Information Document Request and appointment re-scheduled for January 8, 2013

The other letters and requests for testimony and records that were sent to Mrs. Kim by the current examining agent (RA Ella Chernyak) prior to her ultimately appearing in June 2014 include the following:

- Summons served on 04/17/2013 for Mrs. Kim to personally appear with the requested records.
- Pattern letter was sent to Mrs. Kim's address for the non-filling of Form 5471 for Marina Enterprise Corporation in Korea on 04/09/2013. As of the date of this memo, Mrs. Kim has not filed these delinquent forms.
  Mrs. Kim has included these forms beginning with her 2012 income tax return. When Mrs. Kim submitted the 2012 return to the IRS, the dates the corporation started were questioned based on the following:

Page 1

- o California Board Sports Inc. (CBSI) has had vendor relationship with Marina Enterprise since 2000.  Mrs. Kim stated during her interview that she has been supplying CBSI since 2000.
- o Marina Enterprise was established in 2000 year per Internet research.

The POA has subsequently provided an amended 2012 income tax return.

- RA sent out six Information Document Requests
  - o 07/25/2013
  - o 07/30/2013
  - o 03/13/2014
  - o 04/09/2015
  - o 04/22/2015

The actions taken by the examining agents to obtain an interview with Mrs. Kim:

- 1st examiner (Kathleen Ledbetter set up an appointment with Mrs. Kim and her former POA Michael Khim appeared without Mrs. Kim.
- 2nd examiner (Ella Chernyak) contacted Mr. Khim and asked to interview Mrs. Kim.  Mr. Khim said that he would provide a response by 03/28/2013.
- On 04/09/2013, examining agent contacted POA again.
- No response was received.  Examining agent issued a summons on 04/17/2013 for Mrs. Kim to appear for testimony with records.
- POA Villanueva from Moss Adams attempted to get the examining agent (Chernyak) removed from the case because they did not like the length of the interview of a related entity and each of its shareholders including Mrs. Kim. Laura Kim was only interviewed on her audit; she refused to answer questions about her relationship with CBSI and its shareholders.
- On 04/22/2013, POA attempted to reschedule an appointment for 2-4 weeks later.
- On 05/14/2013, POA said that he will get back to the examining agent ASAP regarding appointment scheduled per the summons.
- On 05/16/2013, Mrs. Kim did not appear for her scheduled appointment.
- On 07/25/2013, new POA received.  POA left town for 4 weeks and examining agent asked for Mrs. Kim to appear for interview again either in the office or by phone.
- On 04/17/2013, 04/22/2013, 07/30/2013, 08/28/2013, 05/01/2014, 06/09/2015, 07/15/2015 – examining agent issued summons to various banks.
- On 08/14/2013, examining agent spoke with POA who stated that he is sending her records
- On 08/26/2013, examining agent received some records in Korean.
- On 08/28/2013, examining agent scheduled tour of the business and bakery as well as a meeting with POA, accountant and controller.
- On 07/14/2015 - examining agent requested a conference call with Mrs. Kim's preparer.  POA Horowitz wanted to be present at that conversation and claimed privilege for the accountant. Counsel allowed POA to be present at first interview with accountant.
- On 09/10/2013, POA called to reschedule interview with Mrs. Kim.

Page 2

- From 01/07/2014 to present, examining agent consistently communicating with the POA regarding the case and summoning records that still have not been provided.
- On 06/23/2014, examining agent met Mrs. Kim for an interview

Since Mrs. Kim failed to respond to letters mailed to her last known address, Mrs. Kim's tax return preparer, Michael Khim (Mr. Khim) was contacted and interviewed (by prior examiner). Mr. Khim was subsequently interviewed again because he prepared returns for 2009 to 2013 and recent FBARs.

During the course of the examination the Powers of Attorney were as follows:

| From | To | POA |
|------|-----|-----|
| 01/10/2013 | 03/28/2013 | Michael Khim |
| 03/28/2013 | 07/28/2013 | Alan Villanueva (Moss Adams Company) |
| 04/18/2013 | 07/28/2013 | Nicola Bruno Attorney |
| 07/25/2013 | Present | A. Lavar Taylor (A. Lavar Taylor Law Firm) |
| 06/30/2014 | Present | A. Lavar Taylor (A. Lavar Taylor Law Firm) for FBAR |

## Summons for Testimony and Records

- Mr. Villanueva failed to provide records requested per IDRs dated 11/20/2012 and 11/26/2012 and also failed to follow through with requests to schedule an appointment to interview Mrs. Kim.
- The Next POA, Michael Khim, also failed to present Mrs. Kim to the interview even though he told the examining agent that he would set that up.
- Finally, the last POA, Lavar Taylor, attempted to quash the summons to appear for Mrs. Kim and then scheduled appointment with Mrs. Kim anyway. As a result, a summons for testimony and records was issued on April 17, 2013. The summons was served at Mrs. Kim's last known place of residence in Los Angeles, California. The summons requested that Mrs. Kim appear before the examiner and provide testimony and records on May 16, 2013

Mrs. Kim failed to make contact and did not appear for the appointment as requested per the summons. IRS Counsel mailed a "last chance letter" to Mrs. Kim on July 13, 2013. Mrs. Kim failed to respond again.

Based on the belief that Mrs. Kim was often in Korea and was no longer residing at her last known place of abode, IRS Counsel did not take additional summons enforcement actions. A subsequent review of IDRS indicated that though prior tax returns showed an address in Los Angeles, in 2015 the address changed to a location in Korea.

## No-show for the appointments and attempt to hinder investigation

Mrs. Kim did not appear at an interview scheduled for 01/08/2013
Mrs. Kim did not appear at an interview until 06/23/2014.

Mrs. Kim did not show up to the 05/16/2013 scheduled appointment by the summons. NOTE:

a. The case was reviewed several times with different POAs.
b. Two examining agents have scheduled three different appointments for Mrs. Kim. Mrs. Kim did not appear for the appointments and she did not make any contact with the examining agent to change the appointment dates.
c. Revenue Agent Chernyak has issued four Information Document Requests (IDRs) and Revenue Agent Ledbetter has issued two.
d. Taxpayer has attempted to quash two summonses: one for appearance and one for her accountant providing offshore records to the examining agent.
e. POA has sent a letter to examining agent to interfere with production of the offshore records according to the summons issued to the accountant

The examining agent called POA Amitrano, from Lavar Taylor office, and left him a voice mail to call her back on 07/12/2016. This attempt was made to schedule appointment with Mrs. Kim for the interview regarding FBARs.

During an interview with Richard Lim and his spouse, who are friends of Mrs. Kim, the examining agent learned that Mrs. Kim should be "coming to town shortly" and therefore an interview would be possible. POA still has not contacted the examining agent regarding an appointment.

**Interview – September 9, 2013**
Mr. Khim was interviewed on September 9, 2013. Also present at the interview was the examining agent. The following are statements made by Mr. Khim that are relevant to the FBAR examination

- He has been Mrs. Kim's return preparer since 2009 and continued to prepare her returns until 2013.
- He first learned about Mrs. Kim's offshore accounts in either October or November of 2012.
- Every time records were requested from him by the IRS, he would first send the records to Mrs. Kim's POA, Mr. Taylor. Mr. Taylor told him that he (Mr. Taylor) would send the information to the IRS (See Exhibit 1, Letter from Mr. Taylor).
- He had no knowledge about other offshore assets (such as real properties) of Mrs. Kim until early 2013.
- Mr. Khim said Mrs. Kim did not complete questionnaires. He has communicated with Charlie Son from Laura's Bakery to gather any records necessary to prepare returns.
- POA Horowitz attempted to interfere with this interview by objecting to the questions regarding Mrs. Kim's offshore accounts. He said during the interview that they are not ready for offshore-type questions.

LHK  3583

Interview – June 23, 2014

Mrs. Kim was interviewed on June 23, 2014. The interview was transcribed by a court reporter. Also present at the interview were Mrs. Kim's POAs – Mr. Taylor and Robert Horowitz, a Korean translator (name unknown – refused to provide any assistance with translating) who came with Mrs. Kim and her POAs, the examining agent and a Korean translator provided by the IRS.

The following are statements made by Mrs. Kim, via the IRS-provided Korean translator, which are relevant to the FBAR examination (See transcript for complete interview):

- She is a U.S. citizen and not Korea citizen.
- She does not have any missing any income on her tax returns for years 2009 through 2013.
  - When asked if she thinks there were any mistakes on the originally filed returns, Mrs. Kim stated that she does not think there are any mistakes.
  - After review of her Korean returns, it was found that the salaries from her 100 percent owned Korean corporations were over $600,000 – which was never claimed on the income tax returns.
- When asked about how many foreign and domestic bank accounts she owned, Mrs. Kim identified an account at Wilshire Bank in the U.S., an account at Woori Bank in Korea and an account at Chartered Bank in Korea.
- She owns three real estate properties. Two are in the U.S. and three are in Korea. One was sold about a month ago.
  - After the investigation was completed, additional facts revealed that Mrs. Kim owns three rental properties in Korea, farmland property and a real estate property in Los Angeles where her mother currently resides.
- Charlie Son is her sister's husband.
  - Charlie Son runs the bakery. He told the examining agent that everything gets reviewed by Mrs. Kim and he sends her reports all the time.
  - Mrs. Kim said that she rarely gets any reports from Charlie and that he is doing everything without her approval (See details in the interview memo).
- She earned wages from Marina Enterprise in Korea, interest income from bank accounts, dividends and rental income. All of the above are shown on her Korean tax returns. She has verified that Korean tax returns are accurate and correct to extend of her knowledge during 2nd interview.
- Marina Enterprise is located in Pusan, Korea. It operates as a trading company. It is an agent for CBSI and takes care of production, shipping, etc.
- CBSI would send the design to Marina, and based on the design would make samples.

Interview – June 23, 2014 (Discussion and Analysis)

- Mrs. Kim has admitted to having a bank account in Korea. She said that one is an expense account and one general account.
- Mrs. Kim did not speak English and appeared to have difficulty answering questions. The government translating agent also had difficulty understanding and translating what Mrs. Kim said.
- Mrs. Kim could not remember anything about operations of her businesses

Page 5

- **Pg 23** – Mrs. Kim said that she had 2 personal accounts: one at Woori Bank and one at Standard Chartered Bank
  - She also said that she has 5 properties in Korea and during the second interview she said she has 1 property in Korean in 2009 and then various up to 4 up to the year 2013.
- **Pg 53** – During this interview Mrs. Kim said that she visits the US two months in the winter and two months in the summer. The following interview she said she visits for 1 week for each trip – once or twice per year.
- **Pg 88** – Mrs. Kim said that she does not review the general ledger of the bakery. However, the examining agent found emails from Charlie Son and Michael Khim to Mrs. Kim where she is requesting emails with trial balances and general ledgers and they are providing Mrs. Kim with that information. During the examining agent's tour of the bakery, Charlie Son said that he send the reports to Mrs. Kim with all transactions.
- **Pg 125** – Mrs. Kim said that Marina Enterprise started to have a business relationship with CBSI in 1999; but during the second interview she said that Marina did not start to operate until the 2001 tax year.


**Interview – July 15, 2015**
A second interview was conducted with Mr. Khim on July 15, 2015.  Also present at the interview were IRS Counsel Attorney Monica Polo and the examining agent.

The following are statements made by Mr. Khim that are relevant to the FBAR examination (See MOI for complete summary):
- He was contacted by Charlie Son to preparer Mrs. Kim's personal and business tax returns in 2009.
- He was asked by Mrs. Kim's POA, Mr. Taylor, to prepare amended returns for each year under audit.
  - These returns were never filed with the IRS but Mr. Taylor instructed Mr. Khim not to cooperate with that provision of the records and therefore currently the summons is with DOJ to be enforced.
  - The Exhibit F is the letter interfering with the summons to Mr. Khim
- He sent all of the requested records to Mr. Taylor, so he does not know why the IRS did not receive everything he provided to Mr. Taylor.
  - The examining agent did not received records from Mr. Taylor; the examining agent asked Mr. Khim to submit records to her again but it went through Mr. Taylor again and some of the records were not provided.
- He knows that Mrs. Kim is 100% owner and shareholder of Laura's Distribution Company.  He has used tax returns filed in Korea to come up with the numbers provided to the IRS and placed on amended returns.  The amended returns were not provided to the IRS per instruction of power of attorney.
- He knows that Mrs. Kim is 100% owner and a shareholder of LK Waters.  This was also part of the records he received from Mrs. Kim on July 22, 2013.
- He knows that Laura Kim is 100% owner and shareholder of Marina Enterprise.

- He normally sends out questionnaires; however since he knew that Mrs. Kim lived in Korea, he did not send her a questionnaire but instead he sent it to Charlie Son, her brother in law, who is in charge of Laura's Bakery in Los Angeles.
- He did send returns to Mrs. Kim prior to filing business and personal returns with the IRS.
- He has been preparing tax returns for 25 years and he does not have any other clients with offshore activities.

**Letter from POA, Mr. Taylor, dated September 3, 2015 (Faxed on September 4) Exhibit F.**
- Lavar Taylor's office received summons issued to Mr. Khim.
- They are admitting to receiving the records from him as well.
- They are claiming privilege information on the some of the records that were requested.
    - o Note: they have never represented Mr. Khim.
- They requested extension of time to comply with the summons that was not issued to them and to some that they do not represent. They stated that the information was not received yet – which contradicts the statement above where they stated that they had the information.
- Letter also stated that they are working on gathering information according to the IDR dated September 21, 2015
    - o Note: None of the records were ever provided to the examining agent.

**Interview – August 25, 2016**
- Interpreter hired by Mrs. Kim /POA said that Mrs. Kim understands English perfectly and wanted to know if she still needs to translate.(pg 6 – 10)
    - o Mrs. Kim said that she came to US in 1968 and lives there till present time
    - o Mrs. Kim has received some of her education in US
    - o Mrs. Kim held various jobs in US such as nursing

- During the interview, Mrs. Kim was answering questions without the interpreter but her attorney interrupted Mrs. Kim's answers and had the interpreter translate before Mrs. Kim gave the response (pg 5).

- During the interview, Mrs. Kim was asked whether she has received wages from LK Waters, Marina Enterprise and Laura's Distributions. She said that she did not/never received any salary (pg 20) from Laura's distributions. However, the financial statement and Korean tax return for Laura's distributions showed that Mrs. Kim did receive salary from this company.
- Mrs. Kim stated that Laura's Distributions has been inactive since it opened (pg 20). However the financial statements show different story. It shows gross receipts and salary paid.

LHK  3586

- **Accounts**: During the beginning of the interview, Mrs. Kim said that she does not remember how many accounts there are in each company; but then she said that she thinks there is one account. She also stated that she has rolling accounts when one would close and the other one would open. The closed account would zero out and funds transfer to other new account. This would happen within 6 months to a year period. When asked about the accounts having the balances for several years and not zeroed out, Mrs. Kim could not answer that question. The following are statements Mrs. Kim made:
  - Pg 28 – Mrs. Kim said that she is the only one with access to the accounts but her employees do all the work. When she was asked in detail, she said that they (employees) only do accounting for these accounts.
  - Pg 38 – Mrs. Kim said that she has two accounts for LK Waters and opened the first account in 2011 and not closed currently. The second account is also currently opened. Her FBAR returns for the current years do not reflect any of these accounts. Mrs. Kim also mentioned that the second account has no money in it. According to bank statements provided taxpayer has three accounts for LK Waters (Exhibit M) and each account has balances.
  - Pg 44 – Mrs. Kim said that she picked main account to be reported on FBAR return but she does not remember how she decided which one is main account.
  - Pg 49 – Mrs. Kim said that she calls her employees and asks about specific accounts and they would provide it. In previous pages of the interview she said that employees just give the balance of main accounts to her for FBAR preparation and she does not know which ones are main (pg 44).
  - Pg 50 – Mrs. Kim said that she does not know if the employees at her company have access to her personal bank accounts; however on prior pages of the interview she said that her employees give her balance information for the preparation of FBAR returns.
  - Pg 51 – 53 – Mrs. Kim said that she has revolving accounts that would last for 3 to 6 months in addition to 4 to 5 accounts that she has admitted to having. These accounts would be open and then closed in 3 to 6 months and another one would be opened with the same money. The funds would be transferred to another account while the old account closed; therefore the balance in old account would be zero.
  - Pg 54 – when Laura Kim called her company for the accounts, she said that she requested current accounts balances before she completed her FBAR returns.

- Pg 31 – Mrs. Kim said that the salary was determined according to the instructions provided by CPA. She also said that she has changed CPAs five times and she does not remember which one told her/gave her instructions for the salary. Her statements and explanations were unclear regarding the system that advised her on what salary to take, but then she could not say what that system was or how it worked.

- **Pg 34** – Mrs. Kim said that she has started to receive salary for the first time from Marina Enterprise in 2000; however when she filed Form 5471 she said that this company first started in 2010. Then she amended the answer to 2001 after the examining agent asked a follow-up/clarifying question.

- **Pg 35** – When Mrs. Kim was asked questions about LK Waters Company, she said that this company was fraudulent and she was forbidden from operating it. It was supposed to be a bottling company. According to the form 5471 filed in US this company has been operating since 2011, has gross receipts and reports salary that was paid to Mrs. Kim.

- **Pg 41** – Mrs. Kim has verified her signature and her handwritten notes on the FBAR returns filed.

- **Pg 61-62** – Mrs. Kim said that she has never received copy of the income tax return from Mr. Khim. During Mr. Khim's interview, Mr. Khim presented copies of the emails that he had sent to Mrs. Kim where she approved filling of the returns and agreed to the numbers.

- **Pg 71** – Mrs. Kim said that she has never asked any additional tax questions from Mr. Khim. She would call her brother-in-law because he is friends with Mr. Khim. According to the interview with Mr. Khim, he was in touch with Mrs. Kim's brother-in-law but he did send her tax return over the email and he did communicate with her sometimes.

- **Pg 104** – Mrs. Kim said that she has a return for each FBAR she has filed. IDR was issued previously for these records and Mrs. Kim did not provide anything.

- **Pg 108** – Mrs. Kim said that return is completely correct filed in Korea for 2009 to 2014

- **Pg 111** – Mrs. Kim said that she did not have any dividends that she has received; however her Korean tax returns show differently.

**Laura Kim education:**
- Nursing
- PhD in engineering

**Income per Korean Tax Returns Not Reflected on U.S. Tax Returns (Exhibit H):**

| Year | Amount |
|------|--------|
| 2010 | $934,042.06 |
| 2011 | $248,020.84 |
| 2012 | $458,891.22 |

LHK 3588

**Month-End Aggregate Foreign Account Balances**

|     | 2009 | 2010 | 2011 | 2012 |
|-----|------|------|------|------|
| Jan | $ 8,285,335.38 | $ 8,652,373.53 | $ 11,795,015.19 | $ 5,613,428.65 |
| Feb | 8,413,124.31 | 8,474,190.07 | 11,627,074.27 | 6,372,926.25 |
| Mar | 9,830,406.26 | 11,342,803.13 | 12,223,226.80 | 6,357,925.96 |
| Apr | 10,506,000.88 | 11,069,454.79 | 11,849,554.71 | 5,845,925.96 |
| May | 10,235,728.78 | 11,362,510.92 | 10,742,607.39 | 5,910,046.53 |
| Jun | 11,129,977.99 | 10,944,849.29 | 9,071,753.49 | 5,556,492.31 |
| Jul | 11,469,906.66 | 11,377,492.09 | 7,861,433.61 | 5,773,953.51 |
| Aug | 11,276,039.13 | 11,512,578.96 | 7,592,808.57 | 5,903,245.81 |
| Sep | 10,907,261.86 | 11,899,190.11 | 7,387,580.86 | 5,686,138.94 |
| Oct | 10,995,231.95 | **12,730,930.90** | 7,123,534.52 | 5,363,816.09 |
| Nov | 11,039,451.27 | 12,013,522.54 | 7,107,659.92 | 5,602,548.43 |
| Dec | 10,648,496.38 | 11,825,994.76 | 6,286,295.54 | 1,494,562.23 |

**Note:** The highest aggregate balance based on month-end balances was $12,730,930.90. This figure likely does not include double-counting.

**Foreign Bank Records**

Mrs. Kim provided the following on August 15, 2013:

- Personal returns filed in Korean from 2009 to 2012
- Standard Chartered Bank statements personal accounts
- Laura's Distribution company statements from 01/01/2011 to 01/01/2012
- LK Water statements from 01/01/2011 to 12/26/2012
- Marina Enterprise statements from 01/01/2009 to 01/01/2012
- Bank statements for the personal accounts at Woori Bank:

| Account # | Period |
|-----------|--------|
| █████5711 | 10/13/2009 – 10/13/2010 |
| █████4317 | 04/08/2008 – 04/08/2010 |
| █████6658 | 01/01/2009 – 12/31/2010 |
| █████6817 | 01/01/2009 – 12/31/2010 |
| █████6005 | 01/01/2009 – 12/31/2010 |
| █████2308 | 01/01/2009 – 12/31/2010 |
| █████0365 | 01/01/2009 – 12/31/2010 |
| █████0368 | 01/01/2009 – 12/31/2010 |
| █████0361 | 01/01/2009 – 12/31/2010 |
| █████5806 | 01/01/2009 – 12/31/2010 |

Page 10

| Account# | Period |
|---|---|
| ███████5053 | 01/01/2009 – 12/31/2010 |
| ███████5711 | 01/01/2009 – 12/31/2010 |
| ███████4186 | 01/01/2009 – 12/31/2010 |
| ███████9166 | 01/01/2009 – 12/31/2010 |
| ███████0405 | 01/01/2009 – 12/31/2010 |
| ███████0362 | 01/01/2009 – 12/31/2010 |
| ███████3441 | 01/01/2009 – 12/31/2010 |
| ███████1478 | 01/01/2010 – 12/31/2010 |
| ███████2567 | 01/01/2010 – 12/31/2010 |
| ███████4765 | 01/01/2010 – 12/31/2010 |
| ███████2274 | 01/01/2010 – 12/31/2010 |
| ███████4207 | 01/01/2010 – 12/31/2010 |
| ███████2748 | 01/01/2010 – 12/31/2010 |
| ███████2323 | 01/01/2010 – 12/31/2011 |
| ███████7795 | 01/01/2010 – 12/31/2010 |
| ███████4317 | 01/01/2010 – 12/31/2010 |
| ███████9368 | 01/01/2010 – 12/31/2012 |
| ███████6397 | 01/01/2010 – 12/31/2011 |
| ███████1017 | 01/01/2010 – 12/31/2010 |
| ███████3626 | 01/01/2009 – 12/31/2010 |
| ███████7808 | 01/01/2010 – 12/31/2012 |
| ███████3020 | 01/01/2011 – 12/31/2012 |
| ███████4813 | 01/01/2011 – 12/31/2012 |
| ███████0758 | 01/01/2011 – 12/31/2012 |
| ███████5806 | 01/01/2011 – 12/31/2011 |
| ███████4681 | 01/01/2011 – 12/31/2012 |
| ███████9534 | 01/01/2011 – 12/31/2012 |
| ███████5711 | 01/01/2011 – 12/31/2011 |
| ███████8740 | 01/01/2011 – 12/31/2011 |
| ███████1926 | 01/01/2011 – 12/31/2011 |
| ███████3570 | 01/01/2011 – 12/31/2011 |
| ███████9166 | 01/01/2011 – 12/31/2011 |
| ███████0405 | 01/01/2011 – 12/31/2012 |
| ███████0362 | 01/01/2011 – 12/31/2012 |
| ███████3441 | 01/01/2011 – 12/31/2012 |
| ███████8765 | 01/01/2012 – 12/31/2012 |
| ███████9546 | 01/01/2012 – 12/31/2012 |
| ███████6258 | 01/01/2012 – 12/31/2012 |

**In complying with the summons, Mr. Khim provided the following records:**

- Personal foreign tax returns filed by Laura Kim in Korea
- Corporate returns filed by Marina Enterprise, LK Waters and Laura's distributions.
- Financial statements that was received by him from Korea for the 3 corporations.
- All the documents received were in Korean language and submitted for translation to English.

**Summary of Foreign Financial Accounts**

- The accounts listed on the spreadsheet are sourced from FBARs filed
- Each of these accounts has been traced/reconciled to the statements provided on FBAR tax returns.
- In the beginning of the audit, Mrs. Kim provided some bank statements for Woori Account in Korea and Standard Chartered Bank in Korea as well as tax returns filed in Korea from 2009 to 2012
- Examining agent has issued a summons to Mr. Khim and received more information from him. Information received: financial statements, Korean tax returns for the corporations and personal returns.

The rest of the records that were not provided are now the subject of summons enforcement.

- Examining agent received records from EOI request submitted to Korea. Received 475 pages and submitted that for translation.
- Examining agent has the following information for Marina Enterprise, LK Waters and Laura's Distribution Company:
  - Account statements
  - Financial statements for each of the companies
  - Tax returns filed
  - Rental properties information
  - More records will be known once EOI-requested documents received are translated.

**FBAR Filing History and Analysis**

Mrs. Kim filed FBARs for the years 2008 through 2013. No record of FBARs filed for earlier years.

When filing the 2009 FBAR, she amended her original submission and included the following comment:

> *I'm resubmitting forms due to an error found after mailed. Corrected where highlighted in yellow. Please discard originals were sent after dated Oct 14 – 09. Sorry for inconvenience caused you. Sincerely, Hija Kim"*

Based on foreign bank records received, the actual number of accounts owned by Mrs. Kim were analyzed and compared to the FBARs filed by Mrs. Kim...

LHK 3591

| Year | Filing Date | Per FBARs | | Actual | |
| | | # of Accts | Aggregate Balances | Pers. Accts | Aggregate Balances |
|---|---|---|---|---|---|
| * | None | | | | Not provided |
| 1999 | None | | | | Not provided |
| 2000 | None | | | | Not provided |
| 2001 | None | | | | Not provided |
| 2002 | None | | | | Not provided |
| 2003 | None | | | | Not provided |
| 2004 | None | | | | Not provided |
| 2005 | None | | | | Not provided |
| 2006 | None | | | | Not provided |
| 2007 | None | | | | Not provided |
| 2008 | 06/20/09 | 5 | $928,420.00 | | Not provided |
| 2009 | 06/28/10 | 4 | 492,721.00 | 14 | $11,469,906.66 |
| 2010 | 07/08/11 | 3 | 607,773.00 | 20 | 12,730,930.90 |
| 2011 | 07/07/12 | 2 | 263,811.00 | 18 | 12,223,226.80 |
| 2012 | 07/12/13 | 2 | 495,016.00 | 14 | 6,372,926.25 |
| 2013 | 06/26/14 | 12 | 5,370,470.00 | | |

\* No record of any FBAR Filings prior to 1999.

**Background regarding Mrs. Kim's foreign corporations**

Laura Kim is 100% owner of:
    a.  Marina Enterprise
    b.  LK Waters

Each of these corporations is located in Korea. Marina Enterprise has been in business the longest. They had relationship with CBSI back in 1995; other corporations are more recent from 2010 to present. Each of these corporations are multi-million dollar companies. Marina Enterprise is a wholesaler for shoes and CBSI is a major client. The attached financial statements show gross receipts for each of these corporations. Marina Enterprise and LK Waters is 100% owned by Laura Kim. Laura's Distributions is owned 50% by Mrs. Kim and the rest by her sister. According to the second interview, this company was never operated; however according to the tax returns it was operating and Mrs. Kim received salary from it. Also according to the Korean tax returns, this company is 100% owned by Mrs. Kim; her sister is not mentioned for this company. According to the second interview, Marina Enterprise has been operated since 2001 and LK Waters since 2011 as well as Laura's Distributions.

LHK 3592

According to the Korean tax returns received from CPA and Mrs. Kim, she has received salary for each year from each company.

Financial statements also were received that show operations for each of these companies. According to the second interview, there were only two bank accounts for Marina and one account for each other company; however the statements show different story. Mrs. Kim said that some of these accounts are flowing accounts, meaning the funds would accumulate and then zero out after 3 to 6 months and transfer to different account; however the statements show different story. They statements show that there were no flowing accounts and that Mrs. Kim has a large number for personal and business accounts. See attached for details.

### Income Tax Reporting History and Analysis
According to IRS records, the following is a summary of income and taxes reported compared to actual/corrected income:

| Year | Wages | Interest Income | Total Pos. Inc. | AGI | Taxable Income | Total Tax | Actual Income |
|------|-------|-----------------|-----------------|-----|----------------|-----------|---------------|
| 1989 | $ 0 | $ 300 | $ 300 | $ (1,001,109) | $ 0 | $ 0 | Not provided |
| 1990 | 0 | 100 | 868,006 | (1,237,839) | 0 | 0 | Not provided |
| 1991 | 0 | 100 | 3,100 | (1,314,454) | 0 | 0 | Not provided |
| 1992 | 0 | 0 | 0 | (1,329,196) | 0 | 0 | Not provided |
| 1993 | 0 | 23 | 10,218 | (1,319,698) | 0 | 1,440 | Not provided |
| 1994 | 0 | 0 | 27,868 | (1,293,822) | 0 | 3,937 | Not provided |
| 1995 | No Rtn | | | | | | Not provided |
| 1996 | 0 | 0 | 124,877 | (1,057,077) | 0 | 11,119 | Not provided |
| 1997 | 0 | 0 | 160,192 | (901,941) | 0 | 10,112 | Not provided |
| 1998 | 0 | 0 | 21,215 | (925,950) | 0 | 0 | Not provided |
| 1999 | 0 | 0 | 46,732 | (896,448) | 0 | 0 | Not provided |
| 2000 | 0 | 320 | 92,984 | (812,487) | 0 | 0 | Not provided |
| 2001 | 0 | 1,227 | 45,728 | (810,279) | 8,878 | 0 | Not provided |
| 2002 | 0 | 7,507 | 77,142 | (792,395) | 0 | 0 | Not provided |
| 2003 | 0 | 18 | 27,823 | (836,386) | 0 | 0 | Not provided |
| 2004 | 17,942 | 2 | 24,663 | (811,741) | 0 | 0 | Not provided |
| 2005 | 39,313 | 1,595 | 93,480 | (725,183) | 0 | 0 | Not provided |
| 2006 | 70,000 | 0 | 118,000 | (613,322) | 0 | 0 | Not provided |
| 2007 | 70,000 | 0 | 166,000 | (565,699) | 0 | 0 | Not provided |
| 2008 | 75,871 | 0 | 222,884 | (499,140) | 0 | 0 | Not provided |
| 2009 | 70,767 | 1 | 74,991 | (542,495) | 0 | 0 | Not provided |
| 2010 | 55,000 | 32 | 55,032 | (582,603) | 0 | 0 | 1,207,953.00 |
| 2011 | 55,000 | 5 | 65,992 | (516,643) | 0 | 3,729 | 303,020.84 |
| 2012 | 290,158 | 22,432 | 363,044 | 322,485 | 311,285 | 17,726 | 513,891.22 |

**Other Items**

Income tax audits are open from 2010 through 2012 years. Fraud-related penalties are being proposed regarding both foreign and domestic issues as follows:

    a. Unreported income from worldwide sources such as Korean Corporations and 4 rental properties and offshore bank account interest.

    b. Unreported income from rental expense from bakery owned in Los Angeles.

    c. Disallowance of NOL from bakery (issue already conceded by POA - no attempt made by Mrs. Kim to provide any substantiation).

Related statute memorandums were properly secured for the years at issue.

The FBAR statute for the 2009 year has been extended to June 30, 2017 – which is the earliest statute date. The remaining FBAR years at issue have their normal six-year statutes, which are either the same as the 2009 year or later dates.

RSM was approved 2009, 2010, 2011 and 2012 tax years.

## LAW

**31 USC § 5314** – Records and reports on foreign financial agency transactions
**31 USC § 5321** – Civil Penalties

**31 CFR 1010.350** – Reports of foreign financial accounts.
**31 CFR 1010.420** – Records to be made and retained by persons having financial interests in foreign financial accounts

## ANALYSIS

Based on a review and analysis of the available evidence secured during the course of this examination, FBAR filing requirements and FBAR penalties will be addressed.

**Filing Requirement**

For each of the years at issue, Mrs. Kim had an FBAR filing requirement based on the following facts:

- Mrs. Kim is a U.S. person.
- Mrs. Kim had financial accounts in a foreign country that were personal and Korean corporations' accounts
- Mrs. Kim had a financial interest in the account or signature or other authority over the foreign financial account; and
- The aggregate amount in the foreign financial accounts exceeded $10,000 in U.S. currency at any time during the year.

Since Mrs. Kim does not have reasonable cause (as discussed later in this Memo), FBAR penalty types and amounts will be considered.

Analysis of Actions, Conduct, Facts and Circumstances

In reviewing and analyzing the evidence in this case, the following factors were considered in evaluating the type and extent of FBAR penalties that are appropriate.

Knowledge of Foreign Accounts

Mrs. Kim opened these foreign accounts, which were held in her name or in the name of businesses with which she had 100 percent ownership. She interacted with these accounts directly or indirectly by making deposits, withdrawals and other investment decisions. She also frequently opened and closed accounts. Mrs. Kim was fully and completely aware of the existence of her foreign accounts and their account balances and values from the time she opened the accounts. At least 43 foreign accounts were opened at different times from 2009 through 2012.

Foreign Accounts and Foreign Income Concealed from U.S. Return Preparer

Mrs. Kim has gone to the same U.S. income tax preparer since at least 2009. During each of those years, Mrs. Kim failed to initiate any discussion with her return preparer, Mr. Khim, regarding the existence of her foreign accounts. Mrs. Kim had opportunities to disclose her foreign accounts, foreign businesses and foreign income through Mr. Khim's annual tax preparation questionnaires, which included questions about foreign accounts and foreign income. Mr. Khim also asked Mrs. Kim every year whether she had foreign bank accounts. Mrs. Kim never completed the questionnaires and always replied "No" when asked whether she had foreign accounts or foreign income

Mrs. Kim not only failed to disclose the existence of her foreign account, she also made false and/or misleading statements when directly asked about foreign accounts, foreign businesses and foreign income by Mr. Khim.

Foreign Accounts, Foreign Businesses and Foreign Income Concealed from Internal Revenue Service

Mrs. Kim's failure to make full disclosure of relevant facts to her return preparer as well as her false and/or misleading statements regarding the existence of her foreign accounts, foreign businesses and foreign income directly resulted in causing her U.S. return preparer to both falsely prepare her tax returns and falsely believe that she (Mrs. Kim) did not have an FBAR filing requirement.

- In preparing Part III of Form 1040 Schedule B for the years at issue, Mr. Khim falsely checked the box "No" – indicating that Mrs. Kim did not have an interest in or signature or other authority over a foreign financial account.
- Mr. Khim falsely excluded income of approximately $1,624,706 during the period 2010 through 2012. Mrs. Kim should have reported $2,024,864 in income but only reported $400,158. The full extent of unreported foreign income covering prior years is now known. What is known is that Mrs. Kim **never** reported her foreign wages and **never** reported her foreign portfolio income.
- Mr. Khim falsely excluded Forms 5471 for all three of Mrs. Kim's foreign businesses – not only for the years at issue but for all prior years during which

Mrs. Kim's entities have been operating in Korea as far back as the year 2000, if not earlier.

- No FBARs were filed prior to 2008.  Incomplete FBARs were filed for the years 2008 through 2012.  As many as 17 foreign accounts were excluded from filed FBARs, thereby concealing aggregate foreign bank account balances that exceeded $12 million (based on month-end balances from 2009 through 2012).
- Mr. Khim sent Mrs. Kim the tax returns prior to filing them.  Mrs. Kim signed each of the tax returns under penalty of perjury.  This was done for each return from 2009 to 2013.

Repeated Delays during the Examination
The examining agent had to wait over a year to interview Mrs. Kim.  The follow-up interview was equally difficult to schedule.  Mrs. Kim has claimed the delays were due to the fact that she lives in Korea.  However, while the examining agent was waiting, Mrs. Kim would visit the United States on multiple occasions without contacting the examining agent.

False and/or Misleading Statements during the FBAR Examination
- During her interview on June 23, 2014, Mrs. Kim identified just two foreign bank accounts.
- During that same interview, Mrs. Kim also stated that no money goes into her foreign account from other sources or countries.

Continued Non-Compliance
As of the date of this memo, Mrs. Kim still has not filed delinquent Forms 5471 for her foreign entities until the audit. Her 2012 return was filled in 2015 and it included 5471 with wrong dates and wrong information according to financial statements.

Additional Efforts to Conceal Relevant Information during Examination
When asked if there were other sources of funds that she did not declare on her personal return, Mrs. Kim claimed privilege (Page 20 of interview).

POA limited Mrs. Kim's answers to years under audit purposefully – not allowing her to answer questions about years that included additional income and additional assets such as 2009 (Page 21 of interview).
- The relevance of this information is significant because it is helpful in determining the extent of non-compliance and whether or not it was truly egregious.
- The fact that Mrs. Kim was not willing to disclose those relevant facts forces the examining agent to rely on speculation and circumstantial evidence.  For example, (a) what was the actual amount of non-compliance and (b) why does the person choose to conceal those facts.

For the 23 year period from 1989 through 2011:
- Mrs. Kim paid zero income taxes.

- Mrs. Kim paid zero total taxes in 18 years and a cumulative total of $30,337 in self-employment taxes for the other 5 years. The NOL that had been offsetting her taxable income was disallowed and the issue was conceded by Mrs. Kim.
- During the same period, Mrs. Kim was accumulating significant wealth in Korea. The exact amount is not known, but the fact that she was not willing to disclose it is an indication that it was material and significant.

Knowledge of FBAR Filing Requirements

Mrs. Kim had first-hand knowledge of the FBAR filing requirements by the mere fact that she personally filed FBARs for the years 2008 through 2012.

**Reasonable Cause**

If the failure to timely file FBARs was not willful and was due to reasonable cause, then no penalty will be asserted.

Reasonable cause relief is generally granted when a person exercises ordinary business care and prudence. Other considerations include whether the person acted in good faith as well as the person's experience, knowledge, and education. Good faith means no deception, and good faith reliance upon the advice of a tax professional means the following must have occurred:

- The tax professional was a qualified professional.
- The existence of the foreign account was fully disclosed.
- All relevant facts regarding the foreign account were fully disclosed.

In this case, Mrs. Kim has not provided any explanation for failing to timely file complete and accurate FBARs. She did not seek the advice of a qualified tax professional. On the contrary, she failed to make any disclosure of as many as 43 foreign financial accounts, 3 foreign businesses, over $1.6 million in unreported income from 2009 through 2012 and additional unreported income in prior years that resulted in foreign account balances exceeding $12 million.

As a result of her failure to disclose all relevant facts, Mrs. Kim does not have a good-faith reliance defense. Therefore, Mrs. Kim does not have reasonable cause for failing to timely file FBAR for the years at issue.

## CONCLUSION

Since Mrs. Kim does not qualify for full penalty relief based on reasonable cause, FBAR penalties are recommended.

The following factors were considered when evaluating the appropriate FBAR penalty amount.

LHK 3597

## Mitigation Guidelines

Mrs. Kim does not qualify for the mitigation guidelines for the following reasons:

- She did not cooperate during the entire course of the examination. A summons had to be issued for records and testimony. Mrs. Kim did not consent to the follow-up interview and she did not cooperate with multiple requests for specific offshore records. A summons was not able to be issued because of the Place of Abode argument in the original summons.
- The fraud penalty is also being considered for the income tax case.
- The balances in her unreported foreign bank accounts exceeded $1 million. The mitigation guidelines only provide relief when the aggregate balance of all unreported accounts is less than $1 million.

## Maximum FBAR Penalty per Violation

After considering mitigation guidelines and penalty ceilings per the IRM, FBAR penalties per violation cannot exceed these amounts:

| Willful | Greater of: <br> • $100,000 – or <br> • 50 percent of the balance in the account at the time of the violation. | 31 USC §5321(a)(5)(C) <br> 31 USC §5321(a)(5)(D)(ii) |
|---|---|---|

## Computation of FBAR Penalty - Summary: attached

In an effort to be conservative and safe regarding statute, the examining agent is assessing $4,056,439.39 per the attached penalty calculation for the total FBAR penalty for the years 2009 through 2012.

In accordance with Internal Revenue Manual 4.26.17.4.3, this FBAR penalty has been reviewed and approved by the SB/SE Counsel Area FBAR Coordinator.

Exhibit 70

USA - 004684

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: LAURA KIM

SSN/EIN ▓▓▓▓8486

Calendar Year: 12/31/2009

**Proposed Penalty:**

Foreign Account Number(s)

Foreign Bank:

WOORI BANK AND STANDARD
CHARTERED BANK

1. Willful Failure to Report - 31 USC
5321 (a)(5)

$1,014,109.85

VARIOUS

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting
records, subject to such correction as subsequent inquiries and determinations in respect hereto may
indicate to be proper.

Tuesday, August 20, 2019

CTR OPERATIONS DEPARTMENT MANAGER

Page 1 of 4

USA - 004685

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM

**SSN/EIN** ▮▮▮▮8486

**Calendar Year:** 12/31/2010

**Foreign Bank:**

WOORI BANK AND STANDARD

CHARTERED BANK

| Proposed Penalty: | | Foreign Account Number(s) |
|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $1,014,109.85 | VARIOUS |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Tuesday, August 20, 2019

Sig: _Leah Smith-Pope_

CTR OPERATIONS DEPARTMENT MANAGER

Page 2 of 4

USA - 004686

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM       **SSN/EIN** ████8486       **Calendar Year:** 12/31/2011

| Proposed Penalty: | | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $1,014,109.85 | VARIOUS | WOORI BANK AND STANDARD |
| | | | CHARTERED BANK |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_(signature)_

for: _(signature)_ Sonia - Pope                    Tuesday, August 20, 2019
_____

CTR OPERATIONS DEPARTMENT MANAGER

Page 3 of 4

USA - 004687

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM     **SSN/EIN** ▮▮▮8486     **Calendar Year:** 12/31/2012.

| **Proposed Penalty:** | | **Foreign Account Number(s):** | **Foreign Bank:** |
|---|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $1,014,109.85 | VARIOUS | WOORI BANK AND STANDARD CHARTERED BANK |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Tuesday, August 20, 2019

_Ceuler Chorez_
_Ho: Leah Smith-Cope_
CTR OPERATIONS DEPARTMENT MANAGER

Page 4 of 4

# Exhibit 71



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Determination**
Detroit Federal Building
P.O. Box 33115
Detroit, MI 48232-0115

Laura Kim

Los Angeles, CA ████

**Date:**
08/28/2019
**Person to contact:**
O. Darnell (AB)
**Employee ID number:**
259071
**Contact telephone number:**
(313)234-1566
**Taxpayer ID number:**
XXX-XX-8486
**Form:**
TD F 90-22.1/FinCEN 114
**Calendar years:**
2009 - 2012
**Response due date:**
09/28/2019

Dear Laura Kim:

**Why we are sending you this letter**

We require payment of the Report of Foreign Bank and Financial Accounts (FBAR) penalty assessed to you on 08/20/2019, under [Title 31 of the U.S. Code Section 5321(a)(5) or 5321(a)(6)]. We previously sent Letter 3709 explaining the reasons why you owe this amount and how the penalty assessment applies.

**Account summary**

| Calendar Years: | Current Balance: | Calendar Years: | Current Balance: |
|---|---|---|---|
| 12/31/2009 | $1,014,109.85 | | $0.00 |
| 12/31/2010 | $1,014,109.85 | | $0.00 |
| 12/31/2011 | $1,014,109.85 | | $0.00 |
| 12/31/2012 | $1,014,109.85 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |

**Total Amount Due:**

$4,056,439.40

**Payment instructions**

Send a check or money order payable to the United States Treasury for the total amount due within 30 days of the date of this letter. Include the following information on your check:

- FBAR (Report of Foreign Bank and Financial Accounts
- Calendar years
- Social Security number or other taxpayer identification number

Mail your payment to the following address:

Internal Revenue Service
Detroit Computing Center
P. O. BOX 33115
Detroit, MI 48232-0115

Letter 3708 (Rev. 10-2018)
Catalog Number 38613F

USA - 004681

*APROX 30% see details below*

If you can't pay the full amount within 30 days from the date of this letter, pay what you can now. Let us know if you'd like to apply for an installment agreement for the amount due. Send your request with your payment to the address above. We'll forward your request to the Department of Treasury's Bureau of Fiscal Service. If you pay in installments, we will charge interest at the rate of 1% per year and an additional debt-servicing fee of approximately 3018% of the penalty amount.

**Interest and penalties**
We'll charge interest and a late payment penalty if you don't pay in full within 30 days of the date of this letter.

Interest will accrue at the rate of 1% per year. Interest will begin as of the date of this letter if payment isn't received within 30 days. Interest will not be charged if the full payment is received timely [Title 31 of the U.S. Code Sections 3717(a)-(d)].

A late payment penalty charge of 6% each year will be assessed on any amount of the penalty that remains unpaid 90 days from the date of this letter [Title 31 U.S. Code Section 3717(e)(2)].

Interest and penalties will be charged unless waived. (Title 31 Code of Federal Regulations Section 5.5)

**Collection costs**
If you do not pay the penalty in full within 30 days after the date of this letter, you may also owe additional costs associated with a delinquent debt under Title 31 U.S. Code Section 3717(e)(1). See the section below on "Collection enforcement action" for more information.

**Collection enforcement action**
If you do not pay within 30 days of the date of this letter, any of the following actions may be taken to enforce collection, which may result in more costs to you:

- Referral to the Department of Justice to start litigation against you.
- Referral to the Department of the Treasury's Bureau of Fiscal Service. (This referral involves an additional debt-servicing fee that is approximately 30% of the balance due.)
- Referral to private collection agencies. (Referral to a private collection agency increases the additional debt-servicing fee from approximately 30% to 32% of the balance due.)
- Offset of federal payments such as income tax refunds and certain benefit payments such as Social Security.
- Administrative garnishment of wages.
- Revocation or suspension of federal licenses, permits, or privileges.
- Ineligibility for federal loans, loan insurance, or guarantees.

**Contesting the penalty assessment**
If you didn't previously request an administrative penalty review, you may still request a hearing with the Appeals Office. You may also request a hearing if new situations occurred since an administrative review. To make the request, follow the requirements provided in Letter 3709 or you may review Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree.

Send the request to the address below within 30 days from the date of this letter.

Internal Revenue Service
Detroit Computing Center
P. O. BOX 33115
Detroit, MI 48232-0115

At the hearing, you may present proof you don't owe the debt, that the debt isn't overdue, or that it isn't legally enforceable.

**Letter 3708 (Rev. 10-2018)**
Catalog Number 36613F

USA - 004682

In addition, you may try to recover previously paid FBAR penalties by taking your case to the United States District Court that has jurisdiction or the United States Court of Federal Claims. For more information about filing suit in federal court, contact the clerk of your U.S. District Court or the U.S. Court of Federal Claims.

If you have questions, you can contact the person listed in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*for:* Leah Smith-Pope
CTR Operations Department Manager

# Exhibit 82

**Binns Duane**

| | |
|---|---|
| **From:** | Chernyak Ella |
| **Sent:** | Monday, October 28, 2019 2:40 PM |
| **To:** | Binns Duane |
| **Cc:** | Bonilla Simon |
| **Subject:** | RE: Chicago Appeals |
| **Attachments:** | EOI Translation.zip; EOI Korea 052016(1) zip |

That's not correct. Each account is separate and the case file that was send to appeals had each one of the accounts statements. I have send you zip file with all the accounts and it would need to be opened in order to see each separate statement.

Each account is individual. The reason why there is $100,000 charge for each account is because it was intentional disregard by the taxpayer.

The statements that I have send you and that you should have had with case file will have each of the statements. You need to open the zip fie I have send you in order to see all the statements. The two statements that we looked at are for open account; however the rest of the case file has other accounts.

If you need anything else, please let me know.

**Ella Chernyak CFE, MBA**
*Revenue Agent/ ASME – EGC 1337*

Small Business & Self-Employed Division
Special Enforcement Program (SEP)

**Internal Revenue Service**
333 W Broadway MS4466
San Diego, CA 92101

Phone: 619-615-7750
E-Fax: 855-251-9679
E-Mail: ella.chernyak@irs.gov

**Southwest Area SEP SharePoint »» Click Here!**
**National SEP SharePoint  »» Click Here!**
**Offshore Knowledge Base Site »» Click Here!**
**Western International SharePoint »»  Click Here**
**The International Knowledge Base »»  Click Here**
**LB&I International SharePoint »»  Click Here**
**SB/SE Southwest Exam Share Point  »»» Click Here!**
**SB/SE Southwest Exam Website  »» Click Here!**
**MAP SharePoint Site       >>>> CLICK HERE!**

**From:** Binns Duane <Duane.Binns@irs.gov>
**Sent:** Monday, October 28, 2019 12:10 PM
**To:** Chernyak Ella <Ella.Chernyak@irs.gov>
**Subject:** Chicago Appeals

1

USA - 022312

**Allow me to illustrate my problem:**

The info you sent me, at the top, refers to ███████ 3-001 and it says the precursor/successor is ███████ 6411.

Doesn't that mean they are the <u>same</u> account?

So, when I look at your FBAR penalty calc, there is a $100,000 penalty for ███████ 3-001 and one for ██ 6411.  But, aren't they the same account?

And, when I look at your FBAR penalty calc, ███████ 3-001 is listed with a 6-30-12 balance of $7,919.20----and ███████ 6411 is listed with a 6-30-12 balance of $15,056.  But, how can they have different 6-30-12 balances if they are the same account?

It looks like you are charging two $100,000 penalties on one account.  And the different 6-30-12 balances is unexplainable.

Duane Binns
312-582-6820

2

USA - 022313

**Binns Duane**

| | |
|---|---|
| **From:** | Chernyak Ella |
| **Sent:** | Monday, October 28, 2019 3:13 PM |
| **To:** | Binns Duane |
| **Subject:** | RE: Chicago Appeals |

Every account listed on my spreadsheet is a separate account

**Ella Chernyak CFE, MBA**
*Revenue Agent/ ASME – EGC 1337*

Small Business & Self-Employed Division
Special Enforcement Program (SEP)

**Internal Revenue Service**
333 W Broadway MS4466
San Diego, CA 92101

Phone: 619-615-7750
E-Fax: 855-251-9679
E-Mail: ella.chernyak@irs.gov

**Southwest Area SEP SharePoint »» Click Here!**
**National SEP SharePoint »» Click Here!**
**Offshore Knowledge Base Site »» Click Here!**
**Western International SharePoint »» Click Here**
**The International Knowledge Base »» Click Here**
**LB&I International SharePoint »» Click Here**
**SB/SE Southwest Exam Share Point »» Click Here!**
**SB/SE Southwest Exam Website »» Click Here!**
**MAP SharePoint Site    >>>> CLICK HERE!**

**From:** Binns Duane <Duane.Binns@irs.gov>
**Sent:** Monday, October 28, 2019 1:08 PM
**To:** Chernyak Ella <Ella.Chernyak@irs.gov>
**Subject:** RE: Chicago Appeals

Yes.

In the file, I see an account statement for ████████ 2033, which (in the heading) shows ████████ 1-003 as a precursor/successor account.

And yes, I see a separate account statement for ████████ 1 003.

But, the same daily balances are listed from Jan-5-09 to the account close on Jan 18 '12.

So, they must be the same account.

Duane Binns

i

USA - 022314

From: Chernyak Ella <Ella.Chernyak@irs.gov>
Sent: Monday, October 28, 2019 2:40 PM
To: Binns Duane <Duane.Binns@irs.gov>
Cc: Bonilla Simon <Simon.Bonilla@irs.gov>
Subject: RE: Chicago Appeals

That's not correct. Each account is separate and the case file that was send to appeals had each one of the accounts statements. I have send you zip file with all the accounts and it would need to be opened in order to see each separate statement.

Each account is individual. The reason why there is $100,000 charge for each account is because it was intentional disregard by the taxpayer.

The statements that I have send you and that you should have had with case file will have each of the statements. You need to open the zip fie I have send you in order to see all the statements. The two statements that we looked at are for open account; however the rest of the case file has other accounts.

If you need anything else, please let me know.

**Ella Chernyak CFE, MBA**
*Revenue Agent/ ASME – EGC 1337*

Small Business & SelfEmployed Division
Special Enforcement Program (SEP)

**Internal Revenue Service**
333 W Broadway MS4466
San Diego, CA 92101

Phone: 619-615-7750
E-Fax: 855-251-9679
E-Mail: ella.chernyak@irs.gov

**Southwest Area SEP SharePoint »» Click Here!**
**National SEP SharePoint  »» Click Here!**
**Offshore Knowledge Base Site »» Click Here!**
**Western International SharePoint »»  Click Here**
**The International Knowledge Base »» Click Here**
**LB&I International SharePoint »»  Click Here**
**SB/SE Southwest Exam Share Point »» Click Here!**
**SB/SE Southwest Exam Website  »» Click Here!**
**MAP SharePoint Site       >>>> CLICK HERE!**

From: Binns Duane <Duane.Binns@irs.gov>
Sent: Monday, October 28, 2019 12:10 PM
To: Chernyak Ella <Ella.Chernyak@irs.gov>
Subject: Chicago Appeals

Allow me to illustrate my problem:

The info you sent me, at the top, refers to ███████ 3-001 and it says the precursor/successor is ███████ 6411.

Doesn't that mean they are the same account?

2

USA - 022315

So, when I look at your FBAR penalty calc, there is a $100,000 penalty for ███████ 3-001 and one for ██ 6411.  But, aren't they the same account?

And, when I look at your FBAR penalty calc, ███████ 3-001 is listed with a 6-30-12 balance of $7,919.20----and ████████ 6411 is listed with a 6-30-12 balance of $15,056.  But, how can they have different 6-30-12 balances if they are the same account?

It looks like you are charging two $100,000 penalties on one account.  And the different 6-30-12 balances is unexplainable.

Duane Binns
312-582-6820

3

USA - 022316

**Binns Duane**

| | |
|---|---|
| **From:** | Chernyak Ella |
| **Sent:** | Monday, October 28, 2019 11:46 AM |
| **To:** | Binns Duane |
| **Subject:** | RE: Note From Appeals |
| **Attachments:** | Offshore Accounts Balances US$ Exhibit M.xlsx; Offshore Accounts Analysis FBARs Exhibit L.xlsx; Offshore Accounts Analysis FBARs Exhibit N.xlsx; Offshore Accounts Balances US$ Exhibit K.xlsx |

Here is some

**Ella Chernyak CFE, MBA**
*Revenue Agent/ ASME – EGC 1337*

Small Business & Self-Employed Division
Special Enforcement Program (SEP)

**Internal Revenue Service**
333 W Broadway MS4466
San Diego, CA 92101

Phone: 619-615-7750
E-Fax: 855-251-9679
E-Mail: ella.chernyak@irs.gov

**Southwest Area SEP SharePoint »» Click Here!**
**National SEP SharePoint »» Click Here!**
**Offshore Knowledge Base Site »» Click Here!**
**Western International SharePoint »»» Click Here**
**The International Knowledge Base »»» Click Here**
**LB&I International SharePoint »»» Click Here**
**SB/SE Southwest Exam Share Point »»» Click Here!**
**SB/SE Southwest Exam Website »»» Click Here!**
**MAP SharePoint Site     >>>> CLICK HERE!**

**From:** Binns Duane <Duane.Binns@irs.gov>
**Sent:** Monday, October 28, 2019 6:57 AM
**To:** Chernyak Ella <Ella.Chernyak@irs.gov>
**Subject:** Note From Appeals

I don't recall if I had asked you this, but did you save electronic copies of the Exhibits to the calculation of the FBAR penalty for Laura Kim?

Most specifically, did you save Exhibits:
400-7.14 ----acct # ████████ 2-001
400-9.10 ---acct # ████████ 1-003
400-8.32 --- acct # ████████ 3-001

**Duane Binns**

1

# Exhibit 84



**Department of the Treasury**
**Internal Revenue Service**
**[SBSE - Group 1337]**
W 333 Broadway MS 4466
San Diego, CA 92101

Date:
04/24/2017
Filer ID number:
██████8486
Form:
FBAR
Calendar years:
2009, 2010, 2011, 2012
Person to contact:
Ella Chernyak
Contact telephone number:
619-615-7750
Contact fax number:
855-251-9679
Employee ID number:
██4322
Refer reply to:
Ella Chernyak
Response due date:
05/24/2017

Taxpayer: Laura Kim
████████████
Los Angeles, CA ████

Dear Laura Kim:

**Why you are receiving this letter**
We're proposing a penalty for violating the reporting or record keeping requirements for foreign financial accounts. We checked the box for the penalty paragraphs that apply to you. Review this proposed penalty and let us know if you agree by following directions at the end of this letter. We enclosed a summary memorandum describing the violations. The summary also includes a penalty calculation.

**Proposed assessment (See the checked box and attached Form 13449)**

☒ We're proposing a penalty under 31 U.S.C. § 5321(a)(5) for failing to meet the filing requirements of 31 U.S.C. § 5314. A United States person is required to file FinCEN Report 114 (formerly Form TD F 90-22.1), *Report of Foreign Bank and Financial Accounts (FBAR)*, with the Financial Crimes Enforcement Network (FinCEN) by June 30th of the following year if he or she has a financial interest in (or signature authority over) one or more foreign financial accounts whose aggregate balance exceeds $10,000 at any time during the calendar year.

   ☐ For a non-willful failure to file a complete and accurate FBAR, the maximum penalty is $10,000 per violation.

   ☒ For a willful failure to file a complete and accurate FBAR, the maximum penalty is the greater of 1) $100,000 or 2) 50% of the balance in the account at the time of the violation, for each violation.

☐ We're proposing a penalty under 31 U.S.C. § 5321(a)(5) for failing to meet the record keeping requirements under 31 U.S.C. § 5314. A United States person is required to keep certain records of foreign financial accounts and their maximum value during the year if he or she has a financial interest in (or signature authority over) one or more foreign financial accounts whose aggregate balance exceeds $10,000 at any time during the calendar year.

   ☐ For a non-willful failure to meet the record keeping requirement, the maximum penalty is $10,000 per violation.

   ☐ For a willful failure to meet the record keeping requirement, the maximum penalty is the greater of 1) $100,000 or 2) 50% of balance in the account at the time of the violation.

**Letter 3709 (Rev. 9-2015)**
Catalog Number 35614Q

☐ We're proposing a penalty under 31 U.S.C. § 5321(a)(6)(A) for negligent failure to meet the filing requirements for financial institutions or non-financial trades or businesses under 31 U.S.C. § 5314 and 31 C.F.R. § 1010.350 . The maximum penalty is $500.

☐ We're proposing a penalty under 31 U.S.C. § 5321(a)(6)(A) for negligent failure to meet the record keeping requirements for financial institutions or non-financial trades or businesses under 31 U.S.C. § 5314 and 31 C.F.R. § 1010.420. The maximum penalty is $500.

☐ We're proposing a penalty under 31 U.S.C. § 5321(a)(6)(B) for a pattern of negligent violations of any provision of 31 U.S.C. § § 5311-5332 and the regulations under them. The penalty will be in addition to any penalties imposed under 31 U.S.C. § 5321(a)(6)(A), but the maximum penalty is $50,000.

**If you agree**
If you agree to the assessment and collection of the proposed penalties, please sign, date, and return the enclosed Form 13449, *Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6)*, in the envelope provided by the response due date, which is 30 days from the date of this letter. Make your check or money order payable to the United States Treasury for the amount indicated on the agreement form. If you agree but can't pay in full, pay what you can with the Form 13449 by the response due date and we'll send you a bill for the remaining amount with information on your payment options. We enclosed Notice 1330, *Information on Making FBAR Penalty Payment by Check*.

**If you disagree**
If you don't agree to the assessment and collection of the proposed penalties, you can request a conference with our Appeals Office. To do so, mail your written protest to the address shown at the top of this letter. Direct your letter to the attention of the person listed as the "Person to contact" at the top of this letter. We must receive your protest by the response due date, which is 30 days from the date of this letter. Include the following in your written protest:

1. A request for conference;

2. Your name, address, and daytime telephone number;

3. Your social security number, individual taxpayer identification number, or employer identification number;

4. The date and number of this letter;

5. The calendar years involved;

6. The penalties you're contesting;

7. An explanation of why you contest those penalties, including any reasonable cause explanation;

8. All information pertinent to your position;

9. If applicable, a statement of law or other authority that you relied on, and how that law or other authority applies to your case; and

10. The following signed statement: "Under penalties of perjury, I declare that I have examined the facts presented in this statement and any accompanying information, and, to the best of my knowledge and belief, they are true and complete."

**Note:** If you're a representative submitting a protest on behalf of another person, you should substitute a statement that you prepared the protest, and that you know personally the statement of facts contained in the protest are true and correct. Generally, you can rely in good faith on information your client provides. However, you must ask reasonable questions if the information appears to be incorrect, inconsistent, or incomplete.

**Letter 3709 (Rev. 9-2015)**
Catalog Number 36614Q

USA - 003520

**If you do nothing**
If you don't take any action by the response date listed at the top of this letter, we'll assess the penalty and begin collection procedures.

If you have questions, contact the person listed at the top of this letter.

Thank you for your cooperation.

Sincerely,

Simon Bonilla

Simon Bonilla
Group Manager

Enclosures:
Form 13449
Summary memorandum
Notice 1330
Envelope

| Form **13449**<br>(May 2015) | Department of the Treasury - Internal Revenue Service<br>**Agreement to Assessment and Collection of Penalties Under**<br>**31 USC 5321(a)(5) and 5321(a)(6)** |
|---|---|

Name of account holder

Laura Kim

Social security number (SSN) or Employer identification number (EIN)

█████-8486

Address of account holder *(Number, Street, City or Town, State, ZIP code)*

Los Angeles, CA ████

## Definition of Penalty Statutes

1. **Foreign Financial Agency Transaction Violation — willful** failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

2. **Foreign Financial Agency Transaction Violation — non-willful** failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

3. **Negligent Failure to Report:** 31 USC 5321(a)(6) and 31 CFR sections 1010.350 and 1010.820(h)

4. **Negligent Failure to Meet Recordkeeping Requirements:** 31 USC 5321(a)(6) and 31 CFR sections 1010.420 and 1010.820(h)

5. **Pattern of Negligent Activity:** 31 USC section 5321(a)(6)(B)

| TOTAL proposed penalty *(from Page 2 of 2)* | $ 6111613 |
|---|---|

## Signature Authorization

I consent to the immediate assessment and collection of the penalty amount specified above plus any interest and penalty as provided by law.

| Your signature | Date signed |
|---|---|

| Representative's signature *(valid only with Power of Attorney attached)* | Date signed |
|---|---|

Name of entity *(for corporations, partnerships, trusts, etc., when EIN specified above)*

| Signature of authorized officer | Title | Date signed |
|---|---|---|

| Signature of authorized officer | Title | Date signed |
|---|---|---|

| Name of examiner | Employee ID number | Date *(mmddyyyy)* |
|---|---|---|

Office of examiner

| Name of supervisor | Employee ID number | Date *(mmddyyyy)* |
|---|---|---|

Office of supervisor

USA - 003522

## Foreign Account Penalty Information

| Name of account holder | Account holder ID *(EIN or SSN)* |
|---|---|
| Laura Kim | ███-8486 |

### Foreign Account 1

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2009 | multiple | [x] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ see attached | Various | $ 1527904 |

### Foreign Account 2

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2010 | multiple | [x] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ see attached | Various | $ 1527903 |

### Foreign Account 3

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2011 | multiple | [x] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ see attached | Various | $ 1527903 |

### Foreign Account 4

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2012 | multiple | [x] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ see attached | Various | $ 1527903 |

### Foreign Account 5

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| | | [ ] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ | | $ |

### Foreign Account 6

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| | | [ ] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ | | $ |

**TOTAL** proposed penalty *(Enter here and on Page 1 of 2)*  $ 6111613

USA - 003523

# Information on Making FBAR Penalty Payment by Check

### *Required Disclosure to be Provided with Invoice or Remittance Instructions*
### *Accounts Receivable Check Conversion*

**Authorization to convert your check:** If you send us a check to make your payment, your check will be converted into an electronic fund transfer. "Electronic fund transfer" is the term used to refer to the process in which we electronically instruct your financial institution to transfer funds from your account to our account, rather than processing your check. By sending your completed, signed check to us, you authorize us to copy your check and to use the account information from your check to make an electronic fund transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient funds:** The electronic fund transfer from your account will usually occur within 24 hours, which is faster than a check is normally processed. Therefore, make sure there are sufficient funds available in your checking account when you send us your check. If the electronic fund transfer cannot be completed because of insufficient funds, we may try to make the transfer up to two times [and we will charge you a one-time fee of $20.00 which we will also collect by electronic fund transfer].

**Transaction information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. However, the transfer may be in a different place on your statement than the place where your checks normally appear. For example, it may appear under "other withdrawals" or "other transactions." You will not receive your original check back from your financial institution. For security reasons, we will destroy your original check, but we will keep a copy of the check for recordkeeping purposes.

**Your rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your account statement was not properly authorized or is otherwise incorrect. Consumers have protections under a Federal law called the Electronic Fund Transfer Act for an unauthorized or incorrect electronic fund transfer.

 **IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Notice 1330 (4-2004)
Catalog Number 38438W

USA - 003524



**SMALL BUSINESS/SELF-EMPLOYED DIVISION**
SOUTHWEST EXAMINATION AREA

| Taxpayer: | Examining Agent: |
|---|---|
| Laura Kim | Ella Chernyak |
| SSN: ███-8486 | |
| ████████████ | **Years:** |
| Los Angeles, CA ███ | 2009, 2010, 2011, 2012 |

# FBAR
## EXPLANATION OF ITEMS
April 21, 2017

## ISSUE

Whether Lara Kim is liable for the willful FBAR penalty per 31 U.S.C. §5321(a)(5) for the years 2009 through 2012.

## BACKGROUND, HISTORY AND FACTS

**Initial Contact & Power of Attorneys Identified**
The initial examination letter was mailed (by prior examiner Kathleen Ledbetter) to Laura Kim (Mrs. Kim):

- November 20, 2012 - In that letter, Mrs. Kim was asked to contact examiner and the date of the appointment was scheduled for December 18, 2012.
- November 26, 2012 – Mrs. Kim was sent an Information Document Request and appointment re-scheduled for January 8, 2013

The other letters and requests for testimony and records that were sent to Mrs. Kim by the current examining agent (RA Ella Chernyak) prior to her ultimately appearing in June 2014 include the following:

- Summons served on 04/17/2013 for Mrs. Kim to personally appear with the requested records.
- Pattern letter was sent to Mrs. Kim's address for the non-filling of Form 5471 for Marina Enterprise Corporation in Korea on 04/09/2013.  As of the date of this memo, Mrs. Kim has not filed these delinquent forms.
  Mrs. Kim has included these forms beginning with her 2012 income tax return. When Mrs. Kim submitted the 2012 return to the IRS, the dates the corporation started were questioned based on the following:

USA - 003525

- o California Board Sports Inc. (CBSI) has had vendor relationship with Marina Enterprise since 2000. Mrs. Kim stated during her interview that she has been supplying CBSI since 2000.
- o Marina Enterprise was established in 2000 year per Internet research.

The POA has subsequently provided an amended 2012 income tax return.

- RA sent out six Information Document Requests
  - o 07/25/2013
  - o 07/30/2013
  - o 03/13/2014
  - o 04/09/2015
  - o 04/22/2015


The actions taken by the examining agents to obtain an interview with Mrs. Kim:

- 1st examiner (Kathleen Ledbetter) set up an appointment with Mrs. Kim and her former POA Michael Khim appeared without Mrs. Kim.
- 2nd examiner (Ella Chernyak) contacted Mr. Khim and asked to interview Mrs. Kim. Mr. Khim said that he would provide a response by 03/28/2013.
- On 04/09/2013, examining agent contacted POA again.
- No response was received. Examining agent issued a summons on 04/17/2013 for Mrs. Kim to appear for testimony with records.
- POA Villanueva from Moss Adams attempted to get the examining agent (Chernyak) removed from the case because they did not like the length of the interview of a related entity and each of its shareholders including Mrs. Kim. Laura Kim was only interviewed on her audit; she refused to answer questions about her relationship with CBSI and its shareholders.
- On 04/22/2013, POA attempted to reschedule an appointment for 2-4 weeks later.
- On 05/14/2013, POA said that he will get back to the examining agent ASAP regarding appointment scheduled per the summons.
- On 05/16/2013, Mrs. Kim did not appear for her scheduled appointment.
- On 07/25/2013, new POA received. POA left town for 4 weeks and examining agent asked for Mrs. Kim to appear for interview again either in the office or by phone.
- On 04/17/2013, 04/22/2013, 07/30/2013, 08/28/2013, 05/01/2014, 06/09/2015, 07/15/2015 – examining agent issued summons to various banks.
- On 08/14/2013, examining agent spoke with POA who stated that he is sending her records
- On 08/26/2013, examining agent received some records in Korean.
- On 08/28/2013, examining agent scheduled tour of the business and bakery as well as a meeting with POA, accountant and controller.
- On 07/14/2015 - examining agent requested a conference call with Mrs. Kim's preparer. POA Horowitz wanted to be present at that conversation and claimed privilege for the accountant. Counsel allowed POA to be present at first interview with accountant.
- On 09/10/2013, POA called to reschedule interview with Mrs. Kim.

USA - 003526

- From 01/07/2014 to present, examining agent consistently communicating with the POA regarding the case and summoning records that still have not been provided.
- On 06/23/2014, examining agent met Mrs. Kim for an interview

Since Mrs. Kim failed to respond to letters mailed to her last known address, Mrs. Kim's tax return preparer, Michael Khim (Mr. Khim) was contacted and interviewed (by prior examiner). Mr. Khim was subsequently interviewed again because he prepared returns for 2009 to 2013 and recent FBARs.

During the course of the examination the Powers of Attorney were as follows:

| From | To | POA |
|------|-----|-----|
| 01/10/2013 | 03/28/2013 | Michael Khim |
| 03/28/2013 | 07/28/2013 | Alan Villanueva (Moss Adams Company) |
| 04/18/2013 | 07/28/2013 | Nicola Bruno Attorney |
| 07/25/2013 | Present | A. Lavar Taylor (A. Lavar Taylor Law Firm) |
| 06/30/2014 | Present | A. Lavar Taylor (A. Lavar Taylor Law Firm) for FBAR |

**Summons for Testimony and Records**
- Mr. Villanueva failed to provide records requested per IDRs dated 11/20/2012 and 11/26/2012 and also failed to follow through with requests to schedule an appointment to interview Mrs. Kim.
- The Next POA, Michael Khim, also failed to present Mrs. Kim to the interview even though he told the examining agent that he would set that up.
- Finally, the last POA, Lavar Taylor, attempted to quash the summons to appear for Mrs. Kim and then scheduled appointment with Mrs. Kim anyway. As a result, a summons for testimony and records was issued on April 17, 2013. The summons was served at Mrs. Kim's last known place of residence in Los Angeles, California. The summons requested that Mrs. Kim appear before the examiner and provide testimony and records on May 16, 2013

Mrs. Kim failed to make contact and did not appear for the appointment as requested per the summons. IRS Counsel mailed a "last chance letter" to Mrs. Kim on July 13, 2013. Mrs. Kim failed to respond again.

Based on the belief that Mrs. Kim was often in Korea and was no longer residing at her last known place of abode, IRS Counsel did not take additional summons enforcement actions. A subsequent review of IDRS indicated that though prior tax returns showed an address in Los Angeles, in 2015 the address changed to a location in Korea.

**No-show for the appointments and attempt to hinder investigation**
Mrs. Kim did not appear at an interview scheduled for 01/08/2013
Mrs. Kim did not appear at an interview until 06/23/2014.

Page 3

USA - 003527

Mrs. Kim did not show up to the 05/16/2013 scheduled appointment by the summons. NOTE:

    a. The case was reviewed several times with different POAs.

    b. Two examining agents have scheduled three different appointments for Mrs. Kim. Mrs. Kim did not appear for the appointments and she did not make any contact with the examining agent to change the appointment dates.

    c. Revenue Agent Chernyak has issued four Information Document Requests (IDRs) and Revenue Agent Ledbetter has issued two.

    d. Taxpayer has attempted to quash two summonses: one for appearance and one for her accountant providing offshore records to the examining agent.

    e. POA has sent a letter to examining agent to interfere with production of the offshore records according to the summons issued to the accountant

The examining agent called POA Amitrano, from Lavar Taylor office, and left him a voice mail to call her back on 07/12/2016. This attempt was made to schedule appointment with Mrs. Kim for the interview regarding FBARs.

During an interview with Richard Lim and his spouse, who are friends of Mrs. Kim, the examining agent learned that Mrs. Kim should be "coming to town shortly" and therefore an interview would be possible. POA still has not contacted the examining agent regarding an appointment.

## Interview – September 9, 2013

Mr. Khim was interviewed on September 9, 2013.  Also present at the interview was the examining agent.  The following are statements made by Mr. Khim that are relevant to the FBAR examination.

- He has been Mrs. Kim's return preparer since 2009 and continued to prepare her returns until 2013.
- He first learned about Mrs. Kim's offshore accounts in either October or November of 2012.
- Every time records were requested from him by the IRS, he would first send the records to Mrs. Kim's POA, Mr. Taylor.  Mr. Taylor told him that he (Mr. Taylor) would send the information to the IRS (See Exhibit 1, Letter from Mr. Taylor).
- He had no knowledge about other offshore assets (such as real properties) of Mrs. Kim until early 2013.
- Mr. Khim said Mrs. Kim did not complete questionnaires.  He has communicated with Charlie Son from Laura's Bakery to gather any records necessary to prepare returns.
- POA Horowitz attempted to interfere with this interview by objecting to the questions regarding Mrs. Kim's offshore accounts.  He said during the interview that they are not ready for offshore-type questions.

USA - 003528

**Interview – June 23, 2014**

Mrs. Kim was interviewed on June 23, 2014.  The interview was transcribed by a court reporter.  Also present at the interview were Mrs. Kim's POAs – Mr. Taylor and Robert Horowitz, a Korean translator (name unknown – refused to provide any assistance with translating) who came with Mrs. Kim and her POAs, the examining agent and a Korean translator provided by the IRS.

The following are statements made by Mrs. Kim, via the IRS-provided Korean translator, which are relevant to the FBAR examination (See transcript for complete interview):
- She is a U.S. citizen and not Korea citizen.
- She does not have any missing any income on her tax returns for years 2009 through 2013.
  - When asked if she thinks there were any mistakes on the originally filed returns, Mrs. Kim stated that she does not think there are any mistakes.
  - After review of her Korean returns, it was found that the salaries from her 100 percent owned Korean corporations were over $600,000 – which was never claimed on the income tax returns.
- When asked about how many foreign and domestic bank accounts she owned, Mrs. Kim identified an account at Wilshire Bank in the U.S., an account at Woori Bank in Korea and an account at Chartered Bank in Korea.
- She owns three real estate properties.  Two are in the U.S. and three are in Korea.  One was sold about a month ago.
  - After the investigation was completed, additional facts revealed that Mrs. Kim owns three rental properties in Korea, farmland property and a real estate property in Los Angeles where her mother currently resides.
- Charlie Son is her sister's husband.
  - Charlie Son runs the bakery.  He told the examining agent that everything gets reviewed by Mrs. Kim and he sends her reports all the time.
  - Mrs. Kim said that she rarely gets any reports from Charlie and that he is doing everything without her approval (See details in the interview memo).
- She earned wages from Marina Enterprise in Korea, interest income from bank accounts, dividends and rental income. All of the above are shown on her Korean tax returns. She has verified that Korean tax returns are accurate and correct to extend of her knowledge during 2nd interview.
- Marina Enterprise is located in Pusan, Korea.  It operates as a trading company. It is an agent for CBSI and takes care of production, shipping, etc.
- CBSI would send the design to Marina, and based on the design would make samples.

**Interview – June 23, 2014 (Discussion and Analysis)**
- Mrs. Kim has admitted to having a bank account in Korea. She said that one is an expense account and one general account.
- Mrs. Kim did not speak English and appeared to have difficulty answering questions.  The government translating agent also had difficulty understanding and translating what Mrs. Kim said.
- Mrs. Kim could not remember anything about operations of her businesses

USA - 003529

- **Pg 23** – Mrs. Kim said that she had 2 personal accounts: one at Woori Bank and one at Standard Chartered Bank
  - She also said that she has 5 properties in Korea and during the second interview she said she has 1 property in Korean in 2009 and then various up to 4 up to the year 2013.
- **Pg 53** – During this interview Mrs. Kim said that she visits the US two months in the winter and two months in the summer. The following interview she said she visits for 1 week for each trip – once or twice per year.
- **Pg 88** – Mrs. Kim said that she does not review the general ledger of the bakery. However, the examining agent found emails from Charlie Son and Michael Khim to Mrs. Kim where she is requesting emails with trial balances and general ledgers and they are providing Mrs. Kim with that information. During the examining agent's tour of the bakery, Charlie Son said that he send the reports to Mrs. Kim with all transactions.
- **Pg 125** – Mrs. Kim said that Marina Enterprise started to have a business relationship with CBSI in 1999; but during the second interview she said that Marina did not start to operate until the 2001 tax year.

### Interview – July 15, 2015

A second interview was conducted with Mr. Khim on July 15, 2015. Also present at the interview were IRS Counsel Attorney Monica Polo and the examining agent.

The following are statements made by Mr. Khim that are relevant to the FBAR examination (See MOI for complete summary):

- He was contacted by Charlie Son to preparer Mrs. Kim's personal and business tax returns in 2009.
- He was asked by Mrs. Kim's POA, Mr. Taylor, to prepare amended returns for each year under audit.
  - These returns were never filed with the IRS but Mr. Taylor instructed Mr. Khim not to cooperate with that provision of the records and therefore currently the summons is with DOJ to be enforced.
  - The Exhibit F is the letter interfering with the summons to Mr. Khim
- He sent all of the requested records to Mr. Taylor, so he does not know why the IRS did not receive everything he provided to Mr. Taylor.
  - The examining agent did not received records from Mr. Taylor; the examining agent asked Mr. Khim to submit records to her again but it went through Mr. Taylor again and some of the records were not provided.
- He knows that Mrs. Kim is 100% owner and shareholder of Laura's Distribution Company. He has used tax returns filed in Korea to come up with the numbers provided to the IRS and placed on amended returns. The amended returns were not provided to the IRS per instruction of power of attorney.
- He knows that Mrs. Kim is 100% owner and a shareholder of LK Waters. This was also part of the records he received from Mrs. Kim on July 22, 2013.
- He knows that Laura Kim is 100% owner and shareholder of Marina Enterprise.

USA - 003530

- He normally sends out questionnaires; however since he knew that Mrs. Kim lived in Korea, he did not send her a questionnaire but instead he sent it to Charlie Son, her brother in law, who is in charge of Laura's Bakery in Los Angeles.
- He did send returns to Mrs. Kim prior to filing business and personal returns with the IRS.
- He has been preparing tax returns for 25 years and he does not have any other clients with offshore activities.

**Letter from POA, Mr. Taylor, dated September 3, 2015 (Faxed on September 4) Exhibit F.**

- Lavar Taylor's office received summons issued to Mr. Khim.
- They are admitting to receiving the records from him as well.
- They are claiming privilege information on the some of the records that were requested.
  - o Note: they have never represented Mr. Khim.
- They requested extension of time to comply with the summons that was not issued to them and to some that they do not represent. They stated that the information was not received yet – which contradicts the statement above where they stated that they had the information.
- Letter also stated that they are working on gathering information according to the IDR dated September 21, 2015
  - o Note: None of the records were ever provided to the examining agent.

**Interview – August 25, 2016**

- Interpreter hired by Mrs. Kim /POA said that Mrs. Kim understands English perfectly and wanted to know if she still needs to translate.(pg 6 – 10)
  - o Mrs. Kim said that she came to US in 1968 and lives there till present time
  - o Mrs. Kim has received some of her education in US
  - o Mrs. Kim held various jobs in US such as nursing

- During the interview, Mrs. Kim was answering questions without the interpreter but her attorney interrupted Mrs. Kim's answers and had the interpreter translate before Mrs. Kim gave the response (pg 5).

- During the interview, Mrs. Kim was asked whether she has received wages from LK Waters, Marina Enterprise and Laura's Distributions. She said that she did not/never received any salary (pg 20) from Laura's distributions. However, the financial statement and Korean tax return for Laura's distributions showed that Mrs. Kim did receive salary from this company.
- Mrs. Kim stated that Laura's Distributions has been inactive since it opened (pg 20). However the financial statements show different story. It shows gross receipts and salary paid.

USA - 003531

- **Accounts**: During the beginning of the interview, Mrs. Kim said that she does not remember how many accounts there are in each company; but then she said that she thinks there is one account. She also stated that she has rolling accounts when one would close and the other one would open. The closed account would zero out and funds transfer to other one new account. This would happen within 6 months to a year period. When asked about the accounts having the balances for several years and not zeroed out, Mrs. Kim could not answer that question. The following are statements Mrs. Kim made:
    - o **Pg 28** – Mrs. Kim said that she is the only one with access to the accounts but her employees do all the work. When she was asked in detail, she said that they (employees) only do accounting for these accounts.
    - o **Pg 38** – Mrs. Kim said that she has two accounts for LK Waters and opened the first account in 2011 and not closed currently. The second account is also currently opened. Her FBAR returns for the current years do not reflect any of these accounts. Mrs. Kim also mentioned that the second account has no money in it. According to bank statements provided taxpayer has three accounts for LK Waters (Exhibit M) and each account has balances.
    - o **Pg 44** – Mrs. Kim said that she picked main account to be reported on FBAR return but she does not remember how she decided which one is main account.
    - o **Pg 49** – Mrs. Kim said that she calls her employees and asks about specific accounts and they would provide it. In previous pages of the interview she said that employees just give the balance of main accounts to her for FBAR preparation and she does not know which ones are main (pg 44).
    - o **Pg 50** – Mrs. Kim said that she does not know if the employees at her company have access to her personal bank accounts; however on prior pages of the interview she said that her employees give her balance information for the preparation of FBAR returns.
    - o **Pg 51 – 53** – Mrs. Kim said that she has revolving accounts that would last for 3 to 6 months in addition to 4 to 5 accounts that she has admitted to having. These accounts would be open and then closed in 3 to 6 months and another one would be opened with the same money. The funds would be transferred to another account while the old account closed; therefore the balance in old account would be zero.
    - o **Pg 54** – when Laura Kim called her company for the accounts, she said that she requested current accounts balances before she completed her FBAR returns.

- **Pg 31** – Mrs. Kim said that the salary was determined according to the instructions provided by CPA. She also said that she has changed CPAs five times and she does not remember which one told her/gave her instructions for the salary. Her statements and explanations were unclear regarding the system that advised her on what salary to take, but then she could not say what that system was or how it worked.

USA - 003532

- **Pg 34** – Mrs. Kim said that she has started to receive salary for the first time from Marina Enterprise in 2000; however when she filed Form 5471 she said that this company first started in 2010.  Then she amended the answer to 2001 after the examining agent asked a follow-up/clarifying question.

- **Pg 35** – When Mrs. Kim was asked questions about LK Waters Company, she said that this company was fraudulent and she was forbidden from operating it. It was supposed to be a bottling company. According to the form 5471 filed in US this company has been operating since 2011, has gross receipts and reports salary that was paid to Mrs. Kim.

- **Pg 41** – Mrs. Kim has verified her signature and her handwritten notes on the FBAR returns filed.

- **Pg 61-62** – Mrs. Kim said that she has never received copy of the income tax return from Mr. Khim. During Mr. Khim's interview, Mr. Khim presented copies of the emails that he had sent to Mrs. Kim where she approved filling of the returns and agreed to the numbers.

- **Pg 71** – Mrs. Kim said that she has never asked any additional tax questions from Mr. Khim.  She would call her brother-in-law because he is friends with Mr. Khim.  According to the interview with Mr. Khim, he was in touch with Mrs. Kim's brother-in-law but he did send her tax return over the email and he did communicate with her sometimes.

- **Pg 104** – Mrs. Kim said that she has a return for each FBAR she has filed. IDR was issued previously for these records and Mrs. Kim did not provide anything.

- **Pg 108** – Mrs. Kim said that return is completely correct filed in Korea for 2009 to 2014

- **Pg 111** – Mrs. Kim said that she did not have any dividends that she has received; however her Korean tax returns show differently.


**Laura Kim education:**
- Nursing
- PhD in engineering


**Income per Korean Tax Returns Not Reflected on U.S. Tax Returns (Exhibit H):**

| Year | Amount |
|------|--------------|
| 2010 | $934,042.06 |
| 2011 | $248,020.84 |
| 2012 | $458,891.22 |

USA - 003533

**Month-End Aggregate Foreign Account Balances**

|     | 2009 | 2010 | 2011 | 2012 |
|-----|------|------|------|------|
| Jan | $ 8,285,335.38 | $ 8,652,373.53 | $ 11,795,015.19 | $ 5,613,428.65 |
| Feb | 8,413,124.31 | 8,474,190.07 | 11,627,074.27 | 6,372,926.25 |
| Mar | 9,830,406.26 | 11,342,803.13 | 12,223,226.80 | 6,357,925.96 |
| Apr | 10,506,000.88 | 11,069,454.79 | 11,849,554.71 | 5,845,925.96 |
| May | 10,235,728.78 | 11,362,510.92 | 10,742,607.39 | 5,910,046.53 |
| Jun | 11,129,977.99 | 10,944,849.29 | 9,071,753.49 | 5,556,492.31 |
| Jul | 11,469,906.66 | 11,377,492.09 | 7,861,433.61 | 5,773,953.51 |
| Aug | 11,276,039.13 | 11,512,578.96 | 7,592,808.57 | 5,903,245.81 |
| Sep | 10,907,261.86 | 11,899,190.11 | 7,387,580.86 | 5,686,138.94 |
| Oct | 10,995,231.95 | **12,730,930.90** | 7,123,534.52 | 5,363,816.09 |
| Nov | 11,039,451.27 | 12,013,522.54 | 7,107,659.92 | 5,602,548.43 |
| Dec | 10,648,496.38 | 11,825,994.76 | 6,286,295.54 | 1,494,562.23 |

> **Note:** The highest aggregate balance based on month-end balances was $12,730,930.90. This figure likely does not include double-counting.

**Foreign Bank Records**

Mrs. Kim provided the following on August 15, 2013:

- Personal returns filed in Korean from 2009 to 2012
- Standard Chartered Bank statements personal accounts
- Laura's Distribution company statements from 01/01/2011 to 01/01/2012
- LK Water statements from 01/01/2011 to 12/26/2012
- Marina Enterprise statements from 01/01/2009 to 01/01/2012
- Bank statements for the personal accounts at Woori Bank:

| Account # | Period |
|-----------|--------|
| ▓▓▓▓5711 | 10/13/2009 – 10/13/2010 |
| ▓▓▓▓4317 | 04/08/2008 – 04/08/2010 |
| ▓▓▓▓6658 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓6817 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓6005 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓2308 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓0365 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓0368 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓0361 | 01/01/2009 – 12/31/2010 |
| ▓▓▓▓5806 | 01/01/2009 – 12/31/2010 |

USA - 003534

| Account # | Period |
|---|---|
| █ 5053 | 01/01/2009 – 12/31/2010 |
| █ 5711 | 01/01/2009 – 12/31/2010 |
| █ 4186 | 01/01/2009 – 12/31/2010 |
| █ 9166 | 01/01/2009 – 12/31/2010 |
| █ 0405 | 01/01/2009 – 12/31/2010 |
| █ 0362 | 01/01/2009 – 12/31/2010 |
| █ 3441 | 01/01/2009 – 12/31/2010 |
| █ 1478 | 01/01/2010 – 12/31/2010 |
| █ 2567 | 01/01/2010 – 12/31/2010 |
| █ 4765 | 01/01/2010 – 12/31/2010 |
| █ 2274 | 01/01/2010 – 12/31/2010 |
| █ 4207 | 01/01/2010 – 12/31/2010 |
| █ 2748 | 01/01/2010 – 12/31/2010 |
| █ 2323 | 01/01/2010 – 12/31/2011 |
| █ 7795 | 01/01/2010 – 12/31/2010 |
| █ 4317 | 01/01/2010 – 12/31/2010 |
| █ 9368 | 01/01/2010 – 12/31/2012 |
| █ 6397 | 01/01/2010 – 12/31/2011 |
| █ 1017 | 01/01/2010 – 12/31/2010 |
| █ 3626 | 01/01/2009 – 12/31/2010 |
| █ 7808 | 01/01/2010 – 12/31/2012 |
| █ 3020 | 01/01/2011 – 12/31/2012 |
| █ 4813 | 01/01/2011 – 12/31/2012 |
| █ 0758 | 01/01/2011 – 12/31/2012 |
| █ 5806 | 01/01/2011 – 12/31/2011 |
| █ 4681 | 01/01/2011 – 12/31/2012 |
| █ 9534 | 01/01/2011 – 12/31/2012 |
| █ 5711 | 01/01/2011 – 12/31/2011 |
| █ 8740 | 01/01/2011 – 12/31/2011 |
| █ 1926 | 01/01/2011 – 12/31/2011 |
| █ 3570 | 01/01/2011 – 12/31/2011 |
| █ 9166 | 01/01/2011 – 12/31/2011 |
| █ 0405 | 01/01/2011 – 12/31/2012 |
| █ 0362 | 01/01/2011 – 12/31/2012 |
| █ 3441 | 01/01/2011 – 12/31/2012 |
| █ 8765 | 01/01/2012 – 12/31/2012 |
| █ 9546 | 01/01/2012 – 12/31/2012 |
| █ 6258 | 01/01/2012 – 12/31/2012 |

Page 11

USA - 003535

**In complying with the summons, Mr. Khim provided the following records:**
- Personal foreign tax returns filed by Laura Kim in Korea
- Corporate returns filed by Marina Enterprise, LK Waters and Laura's distributions.
- Financial statements that was received by him from Korea for the 3 corporations.
- All the documents received were in Korean language and submitted for translation to English.

**Summary of Foreign Financial Accounts**
- The accounts listed on the spreadsheet are sourced from FBARs filed
- Each of these accounts has been traced/reconciled to the statements provided on FBAR tax returns.
- In the beginning of the audit, Mrs. Kim provided some bank statements for Woori Account in Korea and Standard Chartered Bank in Korea as well as tax returns filed in Korea from 2009 to 2012
- Examining agent has issued a summons to Mr. Khim and received more information from him. Information received: financial statements, Korean tax returns for the corporations and personal returns.

The rest of the records that were not provided are now the subject of summons enforcement.
- Examining agent received records from EOI request submitted to Korea. Received 475 pages and submitted that for translation.
- Examining agent has the following information for Marina Enterprise, LK Waters and Laura's Distribution Company:
  - Account statements
  - Financial statements for each of the companies
  - Tax returns filed
  - Rental properties information
  - More records will be known once EOI-requested documents received are translated.

**FBAR Filing History and Analysis**
Mrs. Kim filed FBARs for the years 2008 through 2013. No record of FBARs filed for earlier years.

When filing the 2009 FBAR, she amended her original submission and included the following comment:

> *I'm resubmitting forms due to an error found after mailed. Corrected where highlighted in yellow. Please discard originals were sent after dated Oct 14 – 09. Sorry for inconvenience caused you. Sincerely, Hija Kim"*

Based on foreign bank records received, the actual number of accounts owned by Mrs. Kim were analyzed and compared to the FBARs filed by Mrs. Kim...

USA - 003536

| | | Per FBARs | | Actual | |
|---|---|---|---|---|---|
| Year | Filing Date | # of Accts | Aggregate Balances | Pers. Accts | Aggregate Balances |
| * | None | | | | Not provided |
| 1999 | None | | | | Not provided |
| 2000 | None | | | | Not provided |
| 2001 | None | | | | Not provided |
| 2002 | None | | | | Not provided |
| 2003 | None | | | | Not provided |
| 2004 | None | | | | Not provided |
| 2005 | None | | | | Not provided |
| 2006 | None | | | | Not provided |
| 2007 | None | | | | Not provided |
| 2008 | 06/20/09 | 5 | $928,420.00 | | Not provided |
| 2009 | 06/28/10 | 4 | 492,721.00 | 14 | $11,469,906.66 |
| 2010 | 07/08/11 | 3 | 607,773.00 | 20 | 12,730,930.90 |
| 2011 | 07/07/12 | 2 | 263,811.00 | 18 | 12,223,226.80 |
| 2012 | 07/12/13 | 2 | 495,016.00 | 14 | 6,372,926.25 |
| 2013 | 06/26/14 | 12 | 5,370,470.00 | | |

* No record of any FBAR Filings prior to 1999.

**Background regarding Mrs. Kim's foreign corporations**

Laura Kim is 100% owner of:
   a. Marina Enterprise
   b. LK Waters

Each of these corporations is located in Korea. Marina Enterprise has been in business the longest. They had relationship with CBSI back in 1995; other corporations are more recent from 2010 to present. Each of these corporations are multi-million dollar companies. Marina Enterprise is a wholesaler for shoes and CBSI is a major client. The attached financial statements show gross receipts for each of these corporations. Marina Enterprise and LK Waters is 100% owned by Laura Kim. Laura's Distributions is owned 50% by Mrs. Kim and the rest by her sister. According to the second interview, this company was never operated; however according to the tax returns it was operating and Mrs. Kim received salary from it. Also according to the Korean tax returns, this company is 100% owned by Mrs. Kim; her sister is not mentioned for this company. According to the second interview, Marina Enterprise has been operated since 2001 and LK Waters since 2011 as well as Laura's Distributions.

USA - 003537

According to the Korean tax returns received from CPA and Mrs. Kim, she has received salary for each year from each company.

Financial statements also were received that show operations for each of these companies. According to the second interview, there were only two bank accounts for Marina and one account for each other company; however the statements show different story. Mrs. Kim said that some of these accounts are flowing accounts, meaning the funds would accumulate and then zero out after 3 to 6 months and transfer to different account; however the statements show different story. They statements show that there were no flowing accounts and that Mrs. Kim has a large number for personal and business accounts. See attached for details.

**Income Tax Reporting History and Analysis**
According to IRS records, the following is a summary of income and taxes reported compared to actual/corrected income:

| Year | Wages | Interest Income | Total Pos. Inc. | AGI | Taxable Income | Total Tax | Actual Income |
|------|-------|-----------------|-----------------|-----|----------------|-----------|---------------|
| 1989 | $ 0 | $ 300 | $ 300 | $ (1,001,109) | $ 0 | $ 0 | Not provided |
| 1990 | 0 | 100 | 868,006 | (1,237,839) | 0 | 0 | Not provided |
| 1991 | 0 | 100 | 3,100 | (1,314,454) | 0 | 0 | Not provided |
| 1992 | 0 | 0 | 0 | (1,329,196) | 0 | 0 | Not provided |
| 1993 | 0 | 23 | 10,218 | (1,319,698) | 0 | 1,440 | Not provided |
| 1994 | 0 | 0 | 27,868 | (1,293,822) | 0 | 3,937 | Not provided |
| 1995 | No Rtn | | | | | | Not provided |
| 1996 | 0 | 0 | 124,877 | (1,057,077) | 0 | 11,119 | Not provided |
| 1997 | 0 | 0 | 160,192 | (901,941) | 0 | 10,112 | Not provided |
| 1998 | 0 | 0 | 21,215 | (925,950) | 0 | 0 | Not provided |
| 1999 | 0 | 0 | 46,732 | (896,448) | 0 | 0 | Not provided |
| 2000 | 0 | 320 | 92,984 | (812,487) | 0 | 0 | Not provided |
| 2001 | 0 | 1,227 | 45,728 | (810,279) | 8,878 | 0 | Not provided |
| 2002 | 0 | 7,567 | 77,142 | (792,395) | 0 | 0 | Not provided |
| 2003 | 0 | 18 | 27,823 | (836,386) | 0 | 0 | Not provided |
| 2004 | 17,942 | 2 | 24,663 | (811,741) | 0 | 0 | Not provided |
| 2005 | 39,313 | 1,595 | 93,480 | (725,183) | 0 | 0 | Not provided |
| 2006 | 70,000 | 0 | 118,000 | (613,322) | 0 | 0 | Not provided |
| 2007 | 70,000 | 0 | 166,000 | (565,699) | 0 | 0 | Not provided |
| 2008 | 75,871 | 0 | 222,884 | (499,140) | 0 | 0 | Not provided |
| 2009 | 70,767 | 1 | 74,991 | (542,495) | 0 | 0 | Not provided |
| 2010 | 55,000 | 32 | 55,032 | (582,603) | 0 | 0 | 1,207,953.00 |
| 2011 | 55,000 | 5 | 65,992 | (516,643) | 0 | 3,729 | 303,020.84 |
| 2012 | 290,158 | 22,432 | 363,044 | 322,485 | 311,285 | 17,726 | 513,891.22 |

USA - 003538

**Other Items**

Income tax audits are open from 2010 through 2012 years.  Fraud-related penalties are being proposed regarding both foreign and domestic issues as follows:

- a. Unreported income from worldwide sources such as Korean Corporations and 4 rental properties and offshore bank account interest.
- b. Unreported income from rental expense from bakery owned in Los Angeles.
- c. Disallowance of NOL from bakery (issue already conceded by POA - no attempt made by Mrs. Kim to provide any substantiation).

Related statute memorandums were properly secured for the years at issue.

The FBAR statute for the 2009 year has been extended to June 30, 2017 – which is the earliest statute date.  The remaining FBAR years at issue have their normal six-year statutes, which are either the same as the 2009 year or later dates.

RSM was approved 2009, 2010, 2011 and 2012 tax years.

## LAW

31 USC § 5314 – Records and reports on foreign financial agency transactions
31 USC § 5321 – Civil Penalties

31 CFR 1010.350 – Reports of foreign financial accounts.
31 CFR 1010.420 – Records to be made and retained by persons having financial
interests in foreign financial accounts

## ANALYSIS

Based on a review and analysis of the available evidence secured during the course of this examination, FBAR filing requirements and FBAR penalties will be addressed.

**Filing Requirement**

For each of the years at issue, Mrs. Kim had an FBAR filing requirement based on the following facts:

- Mrs. Kim is a U.S. person.
- Mrs. Kim had financial accounts in a foreign country that were personal and Korean corporations' accounts
- Mrs. Kim had a financial interest in the account or signature or other authority over the foreign financial account; and
- The aggregate amount in the foreign financial accounts exceeded $10,000 in U.S. currency at any time during the year.

Since Mrs. Kim does not have reasonable cause (as discussed later in this Memo), FBAR penalty types and amounts will be considered.

USA - 003539

**Analysis of Actions, Conduct, Facts and Circumstances**
In reviewing and analyzing the evidence in this case, the following factors were
considered in evaluating the type and extent of FBAR penalties that are appropriate.

Knowledge of Foreign Accounts
Mrs. Kim opened these foreign accounts, which were held in her name or in the name of
businesses with which she had 100 percent ownership.  She interacted with these
accounts directly or indirectly by making deposits, withdrawals and other investment
decisions.  She also frequently opened and closed accounts.  Mrs. Kim was fully and
completely aware of the existence of her foreign accounts and their account balances
and values from the time she opened the accounts.  At least 43 foreign accounts were
opened at different times from 2009 through 2012.

Foreign Accounts and Foreign Income Concealed from U.S. Return Preparer
Mrs. Kim has gone to the same U.S. income tax preparer since at least 2009.  During
each of those years, Mrs. Kim failed to initiate any discussion with her return preparer,
Mr. Khim, regarding the existence of her foreign accounts.  Mrs. Kim had opportunities
to disclose her foreign accounts, foreign businesses and foreign income through Mr
Khim's annual tax preparation questionnaires, which included questions about foreign
accounts and foreign income.  Mr. Khim also asked Mrs. Kim every year whether she
had foreign bank accounts.  Mrs. Kim never completed the questionnaires and always
replied "No" when asked whether she had foreign accounts or foreign income.

Mrs. Kim not only failed to disclose the existence of her foreign account, she also made
false and/or misleading statements when directly asked about foreign accounts, foreign
businesses and foreign income by Mr. Khim.

Foreign Accounts, Foreign Businesses and Foreign Income Concealed from Internal
Revenue Service
Mrs. Kim's failure to make full disclosure of relevant facts to her return preparer as well
as her false and/or misleading statements regarding the existence of her foreign
accounts, foreign businesses and foreign income directly resulted in causing her U.S.
return preparer to both falsely prepare her tax returns and falsely believe that she (Mrs.
Kim) did not have an FBAR filing requirement.
- In preparing Part III of Form 1040 Schedule B for the years at issue, Mr. Khim
  falsely checked the box "No" – indicating that Mrs. Kim did not have an interest in
  or signature or other authority over a foreign financial account.
- Mr. Khim falsely excluded income of approximately $1,624,706 during the period
  2010 through 2012.  Mrs. Kim should have reported $2,024,864 in income but
  only reported $400,158.  The full extent of unreported foreign income covering
  prior years is now known.  What is known is that Mrs. Kim **never** reported her
  foreign wages and **never** reported her foreign portfolio income.
- Mr. Khim falsely excluded Forms 5471 for all three of Mrs. Kim's foreign
  businesses – not only for the years at issue but for all prior years during which

USA - 003540

Mrs. Kim's entities have been operating in Korea as far back as the year 2000, if not earlier.
- No FBARs were filed prior to 2008. Incomplete FBARs were filed for the years 2008 through 2012. As many as 17 foreign accounts were excluded from filed FBARs, thereby concealing aggregate foreign bank account balances that exceeded $12 million (based on month-end balances from 2009 through 2012).
- Mr. Khim sent Mrs. Kim the tax returns prior to filing them. Mrs. Kim signed each of the tax returns under penalty of perjury. This was done for each return from 2009 to 2013.

Repeated Delays during the Examination
The examining agent had to wait over a year to interview Mrs. Kim. The follow-up interview was equally difficult to schedule. Mrs. Kim has claimed the delays were due to the fact that she lives in Korea. However, while the examining agent was waiting, Mrs. Kim would visit the United States on multiple occasions without contacting the examining agent.

False and/or Misleading Statements during the FBAR Examination
- During her interview on June 23, 2014, Mrs. Kim identified just two foreign bank accounts.
- During that same interview, Mrs. Kim also stated that no money goes into her foreign account from other sources or countries.

Continued Non-Compliance
As of the date of this memo, Mrs. Kim still has not filed delinquent Forms 5471 for her foreign entities until the audit. Her 2012 return was filled in 2015 and it included 5471 with wrong dates and wrong information according to financial statements.

Additional Efforts to Conceal Relevant Information during Examination
When asked if there were other sources of funds that she did not declare on her personal return, Mrs. Kim claimed privilege (Page 20 of interview).

POA limited Mrs. Kim's answers to years under audit purposefully – not allowing her to answer questions about years that included additional income and additional assets such as 2009 (Page 21 of interview).
- The relevance of this information is significant because it is helpful in determining the extent of non-compliance and whether or not it was truly egregious.
- The fact that Mrs. Kim was not willing to disclose those relevant facts forces the examining agent to rely on speculation and circumstantial evidence. For example, (a) what was the actual amount of non-compliance and (b) why does the person choose to conceal those facts.

For the 23 year period from 1989 through 2011:
- Mrs. Kim paid zero income taxes.

Page 17

- Mrs. Kim paid zero total taxes in 18 years and a cumulative total of $30,337 in self-employment taxes for the other 5 years. The NOL that had been offsetting her taxable income was disallowed and the issue was conceded by Mrs. Kim.
- During the same period, Mrs. Kim was accumulating significant wealth in Korea. The exact amount is not known, but the fact that she was not willing to disclose it is an indication that it was material and significant.

Knowledge of FBAR Filing Requirements
Mrs. Kim had first-hand knowledge of the FBAR filing requirements by the mere fact that she personally filed FBARs for the years 2008 through 2012.

**Reasonable Cause**
If the failure to timely file FBARs was not willful and was due to reasonable cause, then no penalty will be asserted.

Reasonable cause relief is generally granted when a person exercises ordinary business care and prudence. Other considerations include whether the person acted in good faith as well as the person's experience, knowledge, and education. Good faith means no deception, and good faith reliance upon the advice of a tax professional means the following must have occurred:
- The tax professional was a qualified professional.
- The existence of the foreign account was fully disclosed.
- All relevant facts regarding the foreign account were fully disclosed.

In this case, Mrs. Kim has not provided any explanation for failing to timely file complete and accurate FBARs. She did not seek the advice of a qualified tax professional. On the contrary, she failed to make any disclosure of as many as 43 foreign financial accounts, 3 foreign businesses, over $1.6 million in unreported income from 2009 through 2012 and additional unreported income in prior years that resulted in foreign account balances exceeding $12 million.

As a result of her failure to disclose all relevant facts, Mrs. Kim does not have a good-faith reliance defense. Therefore, Mrs. Kim does not have reasonable cause for failing to timely file FBARs for the years at issue.

## CONCLUSION

Since Mrs. Kim does not qualify for full penalty relief based on reasonable cause, FBAR penalties are recommended.

The following factors were considered when evaluating the appropriate FBAR penalty amount.

USA - 003542·

## Mitigation Guidelines

Mrs. Kim does not qualify for the mitigation guidelines for the following reasons:

- She did not cooperate during the entire course of the examination. A summons had to be issued for records and testimony. Mrs. Kim did not consent to the follow-up interview and she did not cooperate with multiple requests for specific offshore records. A summons was not able to be issued because of the Place of Abode argument in the original summons.
- The fraud penalty is also being considered for the income tax case.
- The balances in her unreported foreign bank accounts exceeded $1 million. The mitigation guidelines only provide relief when the aggregate balance of all unreported accounts is less than $1 million.

## Maximum FBAR Penalty per Violation

After considering mitigation guidelines and penalty ceilings per the IRM, FBAR penalties per violation cannot exceed these amounts:

| Willful | Greater of:<br>• $100,000 – or<br>• 50 percent of the balance in the account at the time of the violation. | 31 USC §5321(a)(5)(C)<br>31 USC §5321(a)(5)(D)(ii) |
|---|---|---|

In this case, the maximum possible FBAR Penalty was computed as follows:

| | 2009 | | 2010 | | 2011 | | 2012 | |
|---|---|---|---|---|---|---|---|---|
| Acct# | 06/30/10 | 50% or $100K | 06/30/11 | 50% or $100K | 06/30/12 | 50% or $100K | 06/30/13 | 50% or $100K |
| 5411 | 21,894 | 100,000 | 7,919 | 100,000 | 15,056 | 100,000 | 7,787 | 100,000 |
| 6699 | 8,259 | 100,000 | 2,203 | 100,000 | 2,362 | 100,000 | Closed | 100,000 |
| 2033 | 149,416 | 100,000 | 10,527 | 100,000 | Closed | 100,000 | | |
| 5806 | 15,135 | 100,000 | Closed | 100,000 | Closed | 100,000 | | |
| 6005 | Closed | 100,000 | Closed | 100,000 | | | | |
| 817 | Closed | 100,000 | Closed | 100,000 | | | | |
| 6658 | Closed | 100,000 | | | | | | |
| 3626 | Closed | 100,000 | | | | | | |
| 3341 | Closed | 100,000 | | | | | | |
| 0361 | Closed | 100,000 | | | | | | |
| 2308 | Closed | 100,000 | | | | | | |
| 4317 | Closed | 100,000 | | | | | | |
| 0368 | Closed | 100,000 | | | | | | |
| 0365 | Closed | 100,000 | | | | | | |
| 5711 | Closed | 100,000 | | | | | | |
| 889 | | | 838,325 | 419,163 | 816,935 | 408,468 | 930,959 | 465,479 |
| 9362 | | | 234,998 | 117,499 | 194,390 | 100,000 | 550,437 | 275,219 |
| 3441 | | | 63,294 | 100,000 | Closed | 100,000 | 343 | 100,000 |
| 2323 | | | Closed | 100,000 | Closed | 100,000 | | |
| 2274 | | | Closed | 100,000 | | | | |
| 4207 | | | Closed | 100,000 | | | | |
| 1017 | | | Closed | 100,000 | | | | |

USA - 003543

| Acct# | 2009 06/30/10 | 50% or $100K | 2010 06/30/11 | 50% or $100K | 2011 06/30/12 | 50% or $100K | 2012 06/30/13 | 50% or $100K |
|---|---|---|---|---|---|---|---|---|
| 2567 | | | Closed | 100,000 | | | | |
| 1478 | | | Closed | 100,000 | | | | |
| 2748 | | | Closed | 100,000 | | | | |
| 9368 | | | Closed | 100,000 | | | | |
| 7795 | | | Closed | 100,000 | | | | |
| 7808 | | | Closed | 100,000 | | | | |
| 4186 | | | Closed | 100,000 | | | | |
| 4681 | | | | | 662,014 | 331,007 | 247 | 100,000 |
| 5417 | | | | | 24,399 | 100,000 | 14 | 100,000 |
| 9689 | | | | | 2,722 | 100,000 | 4,553 | 100,000 |
| 9676 | | | | | 202 | 100,000 | 11 | 100,000 |
| 9534 | | | | | 5,154 | 100,000 | Closed | 100,000 |
| 0758 | | | | | Closed | 100,000 | | |
| 0302 | | | | | Closed | 100,000 | | |
| 6397 | | | | | Closed | 100,000 | | |
| 3570 | | | | | Closed | 100,000 | | |
| 8740 | | | | | Closed | 100,000 | | |
| 9546 | | | | | | | Closed | 100,000 |
| 3765 | | | | | | | Closed | 100,000 |
| 6258 | | | | | | | Closed | 100,000 |
| 6539 | | | | | | | 211 | 100,000 |
| TOTAL | | 1,500,000 | | 2,336,661 | | 2,339,475 | | 1,940,698 |

Note: Some accounts were closed prior to June 30, but they were open during the subsequent year.

In summary, per 31 USC §5321, the total FBAR penalty for all years cannot exceed $8,116,834 as follows:

| Year | Penalty |
|---|---|
| 2009 | $ 1,500,000 |
| 2010 | 2,336,661 |
| 2011 | 2,339,475 |
| 2012 | 1,940,698 |
| TOTAL | $ 8,116,834 |

Possible FBAR Penalty:

| Acct# | 2009 HAB | 2010 HAB | 2011 HAB | 2012 HAB |
|---|---|---|---|---|
| 6411 | $ 532,146 | $ 48,302 | $ 184,192 | $ 17,624 |
| 6699 | 9,403 | 10,235 | 4,279 | 4,173 |
| 2033 | 1,479,316 | 894,588 | 174,181 | |
| 5806 | 215,107 | 41,913 | 68,875 | |
| 6005 | 1,971,097 | 1,971,097 | | |
| 6817 | 511,157 | 511,157 | | |
| 6658 | 2,372,627 | | | |
| 3626 | 1,716,000 | | | |

USA - 003544

# Exhibit 85



A. LAVAR TAYLOR*
LISA O. NELSON
JONATHAN T. AMITRANO
CHRISTINA M. LYNCH
CHARLES F. ROSEN
LYNDA B. TAYLOR**

JAMES M. KAMMAN
. OF COUNSEL

ALSO ADMITTED:
*DISTRICT OF COLUMBIA
**NEW YORK AND MASSACHUSETTS

LAW OFFICES OF
## A. LAVAR TAYLOR LLP
A TAX CONTROVERSY LAW FIRM

3 Hutton Center Drive
Suite 500
Santa Ana, CA 92707

TELEPHONE: 714-516-0445
FACSIMILE: 714-516-2604

JOYCE E. CHENG, E.A./C.P.
ENROLLED AGENT/CERTIFIED PARALEGAL

MAGGIE ALLEN-REIMERS, AACP
LEGAL ASSISTANT/CERTIFIED PARALEGAL

FIRM WEBSITE: WWW.TAYLORLAW.COM

April 23, 2018

<u>Via Facsimile & Certified Mail</u>
<u>7017 0190 0000 6367 0449</u>
Revenue Agent E. Chernyak
Internal Revenue Service
W 333 Broadway
M/S 4466
San Diego, CA 92101
Fax: (855) 251-9679

INTERNAL REVENUE SERVICE
RECEIVED

APR 26 2018

SBSE COMPLIANCE
FE 1337 SAN DIEGO, CA

  Re: Laura Kim
     Consents to Extend Statute of Limitations for FBAR Related
     Penalties for Years 2009, 2010, 2011 and 2012

Dear Revenue Agent Chernyak,

  I am transmitting with this letter two set of original signed Consents to Extend the Time to Asssess Civil Penalties Provided by 31 U.S.C. §5321 for years 2009, 2010, 2011 and 2012 for Ms. Laura Kim. These Consents, once signed by the Commissioner, extend the statute of limitations on assessment for the years in question to December 31, 2019. These Consents are being provided because the Office of Appeals will not accept a pre-assessment administrative FBAR penalty protest unless there is at least 12 months left on the statute of limitations on assessment. The enclosed consents are being provided to you so that the Office of Appeals will permit Ms. Kim to pursue a pre-assessment administrative appeal to challenge the proposed FBAR penalty assessments.

  Ms. Kim wishes to pursue a pre-assessment administrative appeal to challenge the proposed FBAR penalty assessments which have been proposed by your office. It is our understanding that the FBAR penalty audit conducted by your office has now concluded and that your office will be forwarding our protest of the proposed FBAR penalty assessments against Ms. Kim, sent to you this same day, to the Office of Appeals in the very near future. The enclosed Consents are being submitted based and conditioned upon these understandings and representations by your office.

{00094317.DOCX}

USA - 003551

Letter to Revenue Agent Chernyak
Re: Laura Kim
Monday, April 23, 2018
**2 | P a g e**

If you have any questions, please feel free to contact me at your convenience.

Best regards,

**Law Offices of A. Lavar Taylor** LLP

A. Lavar Taylor

Cc: client

{00094317.DOCX}

USA - 003552

INTERNAL REVENUE SERVICE
RECEIVED

APR 26 2018

SBSE COMPLIANCE
FE 1337 SAN DIEGO, CA

# CONSENT TO EXTEND THE TIME TO ASSESS CIVIL PENALTIES PROVIDED BY 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

**WHEREAS,** the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

**WHEREAS,** the parties to this agreement are aware that they have the right to refuse to sign this consent,

Laura Kim SSN# ███████ 8486
(name and taxpayer identification number)

United States person, of _____ Los Angeles, CA _____
(address)

and the Commissioner of the Internal Revenue Service, hereby agree and consent to the following:

(1)  For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years _____ 2009 that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before ____12/31/2019____ .

(2)  This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax. This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

Date _____

Signature of the United States Person _____

Date
4.23-2018

Signature of Authorized Representative
_____

Date
5/1/18

Signature of the Commissioner's Delegate
_____

Group Manager
Title

USA - 003553

# CONSENT TO EXTEND THE TIME TO ASSESS CIVIL PENALTIES PROVIDED BY 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

**WHEREAS,** the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

**WHEREAS,** the parties to this agreement are aware that they have the right to refuse to sign this consent,

Laura Kim SSN # ▮▮▮▮948 6
_____ ,
(name and taxpayer identification number)

United States person, of _____ Los Angeles, CA ▮▮▮▮▮ __
(address)

and the Commissioner of the Internal Revenue Service, hereby agree and consent to the following:

(1)  For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years _____ 2010 _____ that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before __12/31/2019__ .

(2)  This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax.  This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

Date                                         Signature of the United States Person
_____                            _____

Date                                         Signature of Authorized Representative
4-23-2018                                    _____

Date                                         Signature of the Commissioner's Delegate
5/1/18                                        _____
                                             Group Manager
                                             Title

# CONSENT TO EXTEND THE TIME TO ASSESS CIVIL PENALTIES PROVIDED BY 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

**WHEREAS,** the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

**WHEREAS,** the parties to this agreement are aware that they have the right to refuse to sign this consent,

Laura Kim SSN # █████8486
(name and taxpayer identification number)

United States person, of ████████████ Los Angeles, CA ████████
(address)

and the Commissioner of the Internal Revenue Service, hereby agree and consent to the following:

(1) For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years ___2011___ that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before __12/31/2019__.

(2) This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax. This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

Date _____

Signature of the United States Person _____

Date  4.23-2018

Signature of Authorized Representative _____

Date  5/1/18

Signature of the Commissioner's Delegate _____

Group Manager
Title

# CONSENT TO EXTEND THE TIME TO ASSESS CIVIL PENALTIES PROVIDED BY 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

**WHEREAS,** the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

**WHEREAS,** the parties to this agreement are aware that they have the right to refuse to sign this consent,

Laura Kim SSN # ███████ 84 86

(name and taxpayer identification number)

United States person, of ███████████ Los Angeles, CA ██████████

(address)

and the Commissioner of the Internal Revenue Service, hereby agree and consent to the following:

(1) For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years _____2012_____ that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before __12/31/2019__

(2) This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax. This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

Date _____

Signature of the United States Person _____

Date
4.23 - 2018

Signature of Authorized Representative _____

Date
5/1/18

Signature of the Commissioner's Delegate _____

_Group Manager_
Title

# Exhibit 90

8/7/2018

This report has been corrected. Pleas review & Respond, if needed by 8/7/18.

Thank you.

RA. E. Chernyak

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | | | Page __1__ of __2__ |
|---|---|---|---|---|---|

| Name and Address of Taxpayer | | Taxpayer Identification Number | | | Return Form No.: |
|---|---|---|---|---|---|
| LAURA H KIM<br><br>LOS ANGELES   CA | | ▮▮▮▮-8486 | | | 1040 |
| | | Person with whom examination changes were discussed. | Name and Title:<br>LAURA H KIM | | |

| **1. Adjustments to Income** | **Period End**<br>12/31/2010 | **Period End**<br>12/31/2011 | **Period End**<br>12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends | 1,281.82 | 15,260.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. Other Income | 783,152.07 | 78,451.95 | |
| e. NOL Carryforward | 546,719.00 | 582,635.00 | |
| f. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | 272,780.80 | 31,961.00 | 220,487.70 |
| g. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| h. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| i. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| **2. Total Adjustments** | 2,729,218.42 | 1,248,743.18 | 521,824.41 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| **4. Corrected Taxable Income** | 2,128,972.00 | 714,135.00 | 833,109.00 |
|     Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
|     Filing Status | Single | Single | Single |
| 5. Tax | 693,108.00 | 172,941.00 | 241,340.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | 0.00 | 0.00 |
| 7. Corrected Tax Liability | 693,108.00 | 172,941.00 | 241,340.00 |
| 8. Less   a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 172,929.00 |
|     Credits   b. Credit for Elderly | | 750.00 | |
|     c. | | | |
|     d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 395,903.00 | 97,765.00 | 68,411.00 |
| 10. Plus   a. | | | |
|     Other   b. | | | |
|     Taxes   c. | | | |
|     d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 395,903.00 | 97,765.00 | 68,411.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
|     b. | | | |
|     c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 396,303.00 | 94,036.00 | 50,685.00 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| **16. Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 396,303.00 | 94,036.00 | 50,685.00 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23105A | www.irs.gov | Form **4549** (Rev. 5-2008) |
|---|---|---|

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 2 |
|---|---|---|---|
| Name of Taxpayer<br>LAURA H KIM | Taxpayer Identification Number<br>-8486 | | Return Form No.:<br>1040 |

| 17. Penalties/ Code Sections | Period End<br>12/31/2010 | Period End<br>12/31/2011 | Period End<br>12/31/2012 |
|---|---|---|---|
| a. Fraud-IRC 6663 | 297,227.25 | 70,527.00 | 38,013.75 |
| b. Delq-IRC 6651(a)(1) | | | 15,029.75 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 297,227.25 | 70,527.00 | 53,043.50 |
| Underpayment attributable to negligence: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT).<br>The interest will accrue and be assessed at 120% of the under-<br>payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 396,303.00 | 94,036.00 | 50,685.00 |
| b. Penalties (Line 18) - computed to 08/07/2018 | 297,227.25 | 70,527.00 | 53,043.50 |
| c. Interest (IRC § 6601) - computed to 09/06/2018 | 194,087.69 | 39,280.14 | 20,812.12 |
| d. TMT Interest - computed to 09/06/2018 (on TMT underpayment) | 0.00 | 0.00 | 0.00 |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | 887,617.94 | 203,843.14 | 124,540.62 |

**Other Information:**

For tax period(s) 201012, 201112, the tax liability shown in this report may be subject to IRC section 6404(g). Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.

These adjustments have been agreed. The taxpayer is in agreement with the adjustments indicated as agreed, and the applicable deficiency is being assessed and is included in the Total tax as previously adjusted.

| Examiner's Signature:<br>Ella Chernyak | Employee ID:<br>4322 | Office: | Date:<br>08/07/2018 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law.  It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

| **PLEASE NOTE:** If a joint return was filed BOTH taxpayers must sign | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By: | | Title: | Date: |

| Form 886-A (Rev. January 1994) | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer        KIM, LAURA H | Tax Identification Number ▇▇-8486 | Year/Period ended |

Adjustment(s) to Prepayment Credit(s) Subject to
Deficiency (Form 4549 series Line 13a or Form
5278 Line 20a):                                                    2010

Make work pay/government retiree credit                      (400.00)


Total Adjustment Amount:                                       (400.00)


Adjustment(s) to Prepayment Credit(s) Not
Subject to Deficiency (Form 4549 series Line 15
or Form 5278 Line 22):                                         2010


Total Adjustment Amount:

Form **886-A** (1-1994)                       Department of the Treasury-Internal Revenue Service

Name of Taxpayer:   LAURA H KIM                                08/07/2018
Identification Number:   ▮▮▮-8486                  Total              19.20.00

### 2010 - Form 6251 - Alternative Minimum Tax Computation

1.  If filing Schedule A, enter taxable income before exemptions;
    otherwise, enter adjusted gross income                                    2,132,622.00
2.  Total adjustment and preferences (excluding any NOL deduction)              13,993.00
3.  Net operating loss deduction                                                    0.00
4.  Alternative tax net operating loss deduction                                    0.00
5.  Alternative minimum taxable income (combine lines 1 thru 4)             2,146,615.00
6.  Exemption amount                                                                0.00
7.  Subtract line 6 from line 5 (if zero or less, enter zero)               2,146,615.00
8.  If capital gains are reported, see line 19 from continuation page
    (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead)
    All others:
    If line 7 is $175,000 or less ($87,500 if MFS) multiply
    line 7 by 26%. Otherwise, multiply line 7 by 28% and
    subtract $3,500 ($1,750 if MFS) from the result                           578,263.00
9.  Alternative minimum tax foreign tax credit                                297,205.00
10. Tentative minimum tax (line 8 less line 9)                                281,058.00
11. Regular tax before credits (if Schedule J was used to figure tax,
    use the refigured amounts for lines 44 and 47 of Form 1040
    without using Schedule J)                                                 395,903.00
12. Alternative minimum tax                                                         0.00

#### Exemption Worksheet (line 6 above)

A.  Exemption amount based on filing status                                    47,450.00
B.  Alternative minimum taxable income                                      2,146,615.00
C.  Enter $112,500 ($150,000 if married filing jointly or
    qualifying widow(er), $75,000 if married filing separately)               112,500.00
D.  Subtract line C from line B                                             2,034,115.00
E.  Multiply line D by 25%                                                    508,529.00
F.  Subtract line E from line A (if zero or less, enter zero)                       0.00

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ▮-8486 | Total | 19.20.00 |

### 2010 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | | |
|---|---|---:|
| 1. | Amount from Form 6251 report, line 7 | 2,146,615.00 |
| | (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. | Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| | or line 13 Schedule D Tax Worksheet (refigured for AMT) | 148,383.50 |
| 3. | Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. | Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| | the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 148,383.50 |
| 5. | Smaller of line 1 or line 4 | 148,383.50 |
| 6. | Subtract line 5 from line 1 | 1,998,231.50 |
| 7. | If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| | otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| | from the result | 556,005.00 |
| 8. | Enter: | |
| | $68,000 if married filing jointly or qualifying widow(er) | |
| | $34,000 if single or married filing separately | 34,000.00 |
| | $45,550 if head of household | |
| 9. | Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| | or line 14 Schedule D Tax Worksheet | 1,980,588.50 |
| 10. | Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. | Smaller of line 1 or line 2 | 148,383.50 |
| 12. | Smaller of line 10 or line 11 | 0.00 |
| 13. | Subtract line 12 from line 11 | 148,383.50 |
| 14. | Multiply line 13 by 15% | 22,258.00 |
| 15. | Subtract line 11 from line 5 | 0.00 |
| 16. | Multiply line 15 by 25% | 0.00 |
| 17. | Total of lines 7, 14 and 16 | 578,263.00 |
| 18. | If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| | otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| | from the result | 597,552.00 |
| 19. | Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 578,263.00 |

| Name of Taxpayer:   LAURA H KIM | | 08/07/2016 |
|---|---|---|
| Identification Number: ▮▮▮8486 | Total | 19.20.00 |

## 2010 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 0.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $216,900 and | |
| married filing separate for prior year - see instructions) | 0.00 |
| 5. Exemption amount from prior year Form 6251 | 46,700.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 0.00 |
| 8. Multiply line 7 by 25% | 0.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 0.00 |
| 11. Line 11 computation | |
| (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, | |
| (if capital gains for prior year, enter amount from Part III, line 47); | |
| otherwise, multiply line 10 by 26% and subtract $   0    from the result) | 0.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items | |
| (line 11 less line 12) | 0.00 |
| 14. Regular tax before credits minus foreign tax credit | |
| (line 35 of prior year Form 6251) | 0.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 0.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 36 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 0.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | 0.00 |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

Name of Taxpayer:   LAURA H KIM                                              08/07/2018
Identification Number:   ████-8486          Total                           19.20.00

**Part III - Tax Computation Using Maximum Capital Gains Rates**

29. Amount from line 10
    (If FEIT worksheet for F8801 was used,
    enter amount from line 3 of that worksheet instead)                                0.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
    line 13 of Schedule D Tax Worksheet                                                0.00
31. Amount from prior year Schedule D, line 19                                         0.00
32. Smaller of lines 30 and 31                                                         0.00
    or prior year line 10 of Schedule D Tax Worksheet
33. Smaller of line 29 or line 32                                                      0.00
34. Subtract line 33 from line 29                                                      0.00
35. Multiply line 34 by 26% and subtract $   0   from the result                       0.00
36. Enter:                                                                             0.00
    $67,900 if married filing jointly or qualifying widow(er) for 2009,
    $33,950 if single or married filing separately for 2009,
    $45,500 if head of household for 2009
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
    line 14 of Schedule D Tax Worksheet                                                0.00
38. Subtract line 37 from line 36. If zero or less, enter -0-                           0.00
39. Smaller of line 29 or line 30                                                      0.00
40. Smaller of line 36 or line 39                                                      0.00
41. Subtract line 40 from line 39                                                      0.00
42. Multiply line 41 by 15%                                                            0.00
43. Subtract line 39 from line 33                                                      0.00
44. Multiply line 43 by 25%                                                            0.00
45. Add lines 35, 42, and 44                                                           0.00
46. Multiply line 29 by 26% and subtract $   0   from the result                       0.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
    (If FEIT worksheet for F6801 was used,
    enter amount on line 4 of that worksheet instead)                                  0.00

**Part IV - Tentative Refundable Credit**

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2008 Form 8801, lines 16 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51 Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (If zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
| Identification Number: | ▮▮-8486 | Total | 19.20.00 |

## 2010 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

| | | |
|---|---|---|
| 1. Enter amount from Form 8801, line 10 | | 0.00 |
| 2. Enter amount from 2009 Form 2555, line 45 and 50, | | |
| or Form 2555-EZ, line 18 | | 0.00 |
| 3. Add lines 1 and 2 | | 0.00 |
| 4. Tax on amount on line 3 | | |
|    If capital gains are reported for prior year, | | |
|    enter amount from line 3 on Form 8801, line 29. | | |
|    Complete Form 8801, Part III and enter amount from line 47 here | | |
|    All others: If line 3 is $175,000 or less | | |
|    ($87,500 or less if married filing separately for prior year), | | |
|    multiply line 3 by 26%; | | |
|    otherwise, multiply line 3 by 28% and subtract $3,500 | | |
|    ($1,750 if married filing separately for prior year) from the result | | 0.00 |
| 5. Tax on amount on line 2 | | |
|    If line 2 is $175,000 or less | | |
|    ($87,500 or less if married filing separately for prior year), | | |
|    multiply line 2 by 26%; | | |
|    otherwise, multiply line 2 by 28% and subtract $3,500 | | |
|    ($1,750 if married filing separately for prior year) from the result | | 0.00 |
| 6. Subtract line 5 from line 4. If zero or less, enter -0- | | |
|    (enter amount here and on line 11 of page 1) | | 0.00 |

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: ██████8486 | | Total | 19.20.00 |

## 2010 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 or
   FEIT worksheet, line 3, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.**  2,128,972.00
2. Enter the amount from Form 1040, line 9b . . . . . . . . . . . . **2.**  148,383.50
3. Are you filing Schedule D?

   ☐ **Yes.** Enter the **smaller** of line 15 or 16 of
      Schedule D, but do not enter less than
      -0-                                                    **3.**  0.00
   ☑ **No.** Enter the amount from Form 1040, line 13

4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . **4.**  148,383.50
5. If filing Form 4952, enter any amount from line 4g
   of that form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.**  0.00
6. Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . **6.**  148,383.50
7. Subtract line 6 from line 1. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . **7.**  1,980,588.50
8. Enter:
   $34,000 if single or married filing separately,
   $68,000 if married filing jointly or qualifying widow(er),   . . . . . . . . . . **8.**  34,000.00
   $45,550 if head of household.
9. Enter the smaller of line 1 or line 8   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.**  34,000.00
10. Enter the smaller of line 7 or line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10.**  34,000.00
11. Subtract line 10 from line 9. This amount is taxed at 0% . . . . . . . . . . . . . . . . **11.**  0.00
12. Enter the smaller of line 1 or line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12.**  148,383.50
13. Enter the amount from line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13.**  0.00
14. Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14.**  148,383.50
15. Multiply line 14 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15.**  22,258.00
16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use
    the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the
    Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16.**  670,850.00
17. Add lines 15 and 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17.**  693,108.00
18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use
    the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the
    Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18.**  722,784.00
19. Tax on all taxable income. Enter the **smaller** of line 17 or line 18. Also include this amount on
    Form 1040, line 44 or FEIT worksheet, line 4, if applicable . . . . . . . . . . . . . . . . . . **19.**  693,108.00

| Name of Taxpayer: | LAURA H KIM | | Page of |
|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | Tax Period Ending: 12/31/2010 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 396,303.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 396,303.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 297,227.25 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 297,227.25 |

RGS Version 19.20.00          Date Tax Computation Last Generated   08/07/2018

Name of Taxpayer:    LAURA H KIM                                                08/07/2018
Identification Number: ████3486                    Total                        19.20.00

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the ____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: (     )

Work: (     )

| Name Of Taxpayer: | LAURA H KIM | | | 08/07/2018 |
|---|---|---|---|---|
| Identification Number: | ████-8486 | Total | | 19.2000 |

## 2010 TAX YEAR INTEREST COMPUTATION

| | |
|---|---|
| Interest computed to | 09/06/2018 |
| Total Tax Deficiency | $396,303.00 |

Plus Penalties*

| | |
|---|---|
| Failure to File - IRC 6651 | $.00 |
| Accuracy Related Penalty - IRC 6662 | $.00 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $297,227.25 |
| Manually Computed Penalty | $.00 |

| | |
|---|---|
| Total Penalties Subject to Interest | $297,227.25 |
| Tax Deficiency and Penalties Subject to Interest | $693,530.25 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2011--09/30/2011 | 168 | 4% | $7,363.49 |
| Compound | 10/01/2011--12/31/2011 | 92 | 3% | $4,950.80 |
| Compound | 01/01/2012--12/31/2012 | 366 | 3% | $21,495.27 |
| Compound | 01/01/2013--12/31/2013 | 365 | 3% | $22,149.87 |
| Compound | 01/01/2014--12/31/2014 | 365 | 3% | $22,824.41 |
| Compound | 01/01/2015--12/31/2015 | 365 | 3% | $23,519.48 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $5,958.08 |
| Compound | 04/01/2016--12/31/2016 | 275 | 4% | $24,461.98 |
| Compound | 01/01/2017--12/31/2017 | 365 | 4% | $33,718.17 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $8,523.41 |
| Compound | 04/01/2018--09/06/2018 | 159 | 5% | $19,122.73 |

| | |
|---|---|
| Total Interest | $194,087.69 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

Name of Taxpayer: LAURA H KIM                                           08/07/2018
Identification Number ▇▇▇▇8486              Total                        19,20.00

### 2010 - MAKING WORK PAY CREDIT

| | |
|---|---|
| 1a. Earned income amount (*see below) | 754,489.78 |
| 1b. Nontaxable combat pay included in line 1a | 0.00 |
| 2. Multiply line 1a by .062 | 46.778.00 |
| 3. Enter $400 ($800 if married filing jointly) | 400.00 |
| 4. Smaller of line 2 or line 3 | 400.00 |
| 5. Adjusted gross income | 2.146.615.00 |
| 6. Enter $75,000 ($150,000 if married filing jointly) | 75.000.00 |
| 7. Subtract line 6 from line 5 (if zero or less, skip line 8 and enter amount from line 4 on line 9) | 2,071,615.00 |
| 8. Multiply line 7 by .02 | 41.432,00 |
| 9. Subtract line 8 from line 4 (if zero or less, enter -0-) | 0.00 |
| 10. Economic recovery payment amount received for current year | 0.00 |
| 11. Making work pay credit.  Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |

\* Enter earned income amount on line 1a if any of the following conditions apply:

    Net loss from business;

    Taxable scholarship or fellowship grant not reported on Form W-2;

    Wages include pay for work performed while an inmate in a penal institution;

    Received pension or annuity from a nonqualified deferred compensation plan or nongovernmental section 457 plan;

    Filing Form 2555 or 2555-EZ.

  If current year wages are more than minimum amount. skip lines 1a through 3 and enter $400

    ($800 if married filing jointly) on line 4 and go to line 5; otherwise, enter earned income amount on line 1a

Name of Taxpayer:   LAURA H KIM                                                      08/07/2018
Identification Number▮▮▮-8486              Total                                      19.20.00

### 2011 - Form 6251 - Alternative Minimum Tax Computation

1. If filing Schedule A, enter taxable income before exemptions;
   otherwise, enter adjusted gross income                                           717,835.00
2. Total adjustment and preferences (excluding any NOL deduction)                    13,950.00
3. Net operating loss deduction                                                           0.00
4. Alternative tax net operating loss deduction                                           0.00
5. Alternative minimum taxable income (combine lines 1 thru 4)                       731,785.00
6. Exemption amount                                                                       0.00
7. Subtract line 6 from line 5 (if zero or less, enter zero)                         731,785.00
8. If capital gains are reported, see line 19 from continuation page
   (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead)
   All others:
   If line 7 is $175,000 or less ($87,500 if MFS) multiply
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from the result                                   166,091.00
9. Alternative minimum tax foreign tax credit                                        74,426.00
10. Tentative minimum tax (line 8 less line 9)                                        91,665.00
11. Regular tax before credits (if Schedule J was used to figure tax,
    use the refigured amounts for lines 44 and 47 of Form 1040
    without using Schedule J)                                                         98,515.00
12. Alternative minimum tax                                                                0.00

### Exemption Worksheet (line 6 above)

A. Exemption amount based on filing status                                           48,450.00
B. Alternative minimum taxable income                                               731,785.00
C. Enter $112,500 ($150,000 if married filing jointly or
   qualifying widow(er), $75,000 if married filing separately)                      112,500.00
D. Subtract line C from line B                                                       619,285.00
E. Multiply line D by 25%                                                            154,821.00
F. Subtract line E from line A (if zero or less, enter zero)                               0.00

LHK_3752

Name of Taxpayer:   LAURA H KIM                                           08/07/2018
Identification Number: ████8486                        Total              19,20.00

---

### 2011 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

1. Amount from Form 6251 report, line 7                                        731,785.00
   (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead)
2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet
   or line 13 Schedule D Tax Worksheet (refigured for AMT)                    271,604.75
3. Amount from Schedule D line 19 (refigured for AMT)                                0.00
4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of
   the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT)   271,604.75
5. Smaller of line 1 or line 4                                                271,604.75
6. Subtract line 5 from line 1                                                460,180.25
7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%;
   otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS)
   from the result                                                           125,350.00
8. Enter:
   $69,000 if married filing jointly or qualifying widow(er)
   $34,500 if single or married filing separately                            34,500.00
   $46,250 if head of household
9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet
   or line 14 Schedule D Tax Worksheet                                       442,530.25
10. Subtract line 9 from line 8 (if zero or less, enter zero)                      0.00
11. Smaller of line 1 or line 2                                              271,604.75
12. Smaller of line 10 or line 11                                                  0.00
13. Subtract line 12 from line 11                                            271,604.75
14. Multiply line 13 by 15%                                                   40,741.00
15. Subtract line 11 from line 5                                                   0.00
16. Multiply line 15 by 25%                                                        0.00
17. Total of lines 7, 14 and 16                                              166,091.00
18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%;
    otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS)
    from the result                                                          201,400.00
19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report   166,091.00

Name of Taxpayer:   LAURA H KIM          08/07/2018
Identification Number:   ████-8486          Total          19,20.00

## 2011 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---:|
| 1. Taxable Income (loss) from prior year Form 6251 | 2,132,622.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $219,900 and married filing separate for prior year - see instructions) | 2,132,622.00 |
| 5. Exemption amount from prior year Form 6251 | 47,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 2,020,122.00 |
| 8. Multiply line 7 by 25% | 505,031.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 2,132,622.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 574,345.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 574,345.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 395,903.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 178,442.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---:|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 178,442.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (178,442.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter 0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

| Name of Taxpayer: LAURA H KIM | | 08/07/2018 |
| Identification Number: ████ 8486 | Total | 19.20.00 |

**Part III - Tax Computation Using Maximum Capital Gains Rates**

29. Amount from line 10
   (If FEIT worksheet for F8801 was used,
   enter amount from line 3 of that worksheet instead) ........ 2,132,622.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
   line 13 of Schedule D Tax Worksheet ........ 148,383.50
31. Amount from prior year Schedule D, line 19 ........ 0.00
32. Smaller of lines 30 and 31
   or prior year line 10 of Schedule D Tax Worksheet ........ 148,383.50
33. Smaller of line 29 or line 32 ........ 148,383.50
34. Subtract line 33 from line 29 ........ 1,984,238.50
35. Multiply line 34 by 28% and subtract $ 3,500 from the result ........ 552,087.00
36. Enter: ........ 34,000.00
   $68,000 if married filing jointly or qualifying widow(er) for 2010,
   $34,000 if single or married filing separately for 2010,
   $45,550 if head of household for 2010
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
   line 14 of Schedule D Tax Worksheet ........ 1,980,588.50
38. Subtract line 37 from line 36. If zero or less, enter -0- ........ 0.00
39. Smaller of line 29 or line 30 ........ 148,383.50
40. Smaller of line 38 or line 39 ........ 0.00
41. Subtract line 40 from line 39 ........ 148,383.50
42. Multiply line 41 by 15% ........ 22,258.00
43. Subtract line 39 from line 33 ........ 0.00
44. Multiply line 43 by 25% ........ 0.00
45. Add lines 35, 42, and 44 ........ 574,345.00
46. Multiply line 29 by 28% and subtract $ 3,500 from the result ........ 593,634.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
   (if FEIT worksheet for F8801 was used,
   enter amount on line 4 of that worksheet instead) ........ 574,345.00

**Part IV - Tentative Refundable Credit**

48. Enter amount from line 21
49. Minimum tax credit amount
   from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
   from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter-0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
   (if zero or less, stop and enter -0- here and on line 26 and
   do not complete the rest of Part IV).
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ▮▮8486 | Total | 19.20.00 |

### 2011  - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10 — 0.00
2. Enter amount from 2010 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18 — 0.00
3. Add lines 1 and 2 — 0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 26% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1) — 0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURAH KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ▓▓▓▓8486 | Total | 19.20.00 |

## 2011 - Qualified Dividends and Capital Gain Tax Worksheet

| | | |
|---|---|---|
| 1. | Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ | 714,135.00 |
| 2. | Enter the qualified dividends from Form 1040, line 9b | 271,604.75 |
| 3. | If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 | 0.00 |
| 4. | Add lines 2 and 3 | 271,604.75 |
| 5. | If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- | 0.00 |
| 6. | Subtract line 5 from line 4. If zero or less, enter -0- | 271,604.75 |
| 7. | Subtract line 6 from line 1. If zero or less, enter -0- | 442,530.25 |
| 8. | Enter: $34,500 if single or married filing separately; $69,000 if married filing jointly or qualifying widow(er); or $46,250 if head of household | 34,500.00 |
| 9. | Enter the smaller of line 1 or line 8 | 34,500.00 |
| 10. | Enter the smaller of line 7 or line 9 | 34,500.00 |
| 11. | Subtract line 10 from line 9. This amount is taxed at 0% | 0.00 |
| 12. | Enter the smaller of line 1 or line 6 | 271,604.75 |
| 13. | Enter the amount from line 11 | 0.00 |
| 14. | Subtract line 13 from line 12 | 271,604.75 |
| 15. | Multiply line 14 by 15% (.15) | 40,741.00 |
| 16. | Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 132,200.00 |
| 17. | Add lines 15 and 16 | 172,941.00 |
| 18. | Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 227,261.00 |
| 19. | Tax on all taxable income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable | 172,941.00 |

| Name of Taxpayer: | LAURA H KIM | | Page     of |
|---|---|---|---|
| Identification Number: ████-8486 | | Total | Tax Period Ending: 12/31/2011 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 94,036.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 94,036.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 70,527.00 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 70,527.00 |

Name of Taxpayer:    LAURA H KIM                                08/07/2018
Identification Number:     ▇-8486         Total                 19.20.00

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: (      ) _____

Work: (      ) _____

| Name Of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number | ▓8486 | Total | 19.20.00 |

## 2011 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 09/06/2018 |
| Total Tax Deficiency | | $94,036.00 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $.00 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $70,527.00 | |
| Manually Computed Penalty | $.00 | |

| | | |
|---|---|---|
| Total Penalties Subject to Interest | | $70,527.00 |
| Tax Deficiency and Penalties Subject to Interest | | $164,563.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2012–06/30/2012 | 76 | 3% | $587.60 |
| Compound | 07/01/2012–09/30/2012 | 92 | 3% | $716.22 |
| Compound | 10/01/2012--12/31/2012 | 92 | 3% | $1,168.16 |
| Compound | 01/01/2013--03/31/2013 | 90 | 3% | $1,240.13 |
| Compound | 04/01/2013–06/30/2013 | 91 | 3% | $1,263.27 |
| Compound | 07/01/2013–09/30/2013 | 92 | 3% | $1,286.79 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,296.56 |
| Compound | 01/01/2014–03/31/2014 | 90 | 3% | $1,277.90 |
| Compound | 04/01/2014–06/30/2014 | 91 | 3% | $1,301.74 |
| Compound | 07/01/2014–09/30/2014 | 92 | 3% | $1,325.98 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $1,336.05 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $1,316.81 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $1,341.39 |
| Compound | 07/01/2015–09/30/2015 | 92 | 3% | $1,366.36 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $1,376.73 |
| Compound | 01/01/2016–03/31/2016 | 91 | 3% | $1,368.29 |
| Compound | 04/01/2016–06/30/2016 | 91 | 4% | $1,840.30 |
| Compound | 07/01/2016–09/30/2016 | 92 | 4% | $1,879.22 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $1,898.21 |
| Compound | 01/01/2017–03/31/2017 | 90 | 4% | $1,880.67 |
| Compound | 04/01/2017–06/30/2017 | 91 | 4% | $1,920.52 |
| Compound | 07/01/2017–09/30/2017 | 92 | 4% | $1,961.19 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $1,981.06 |
| Compound | 01/01/2018–03/31/2018 | 90 | 4% | $1,957.42 |
| Compound | 04/01/2018–06/30/2018 | 91 | 5% | $2,501.70 |
| Compound | 07/01/2018–09/06/2018 | 68 | 5% | $1,889.87 |

| Name Of Taxpayer: | LAURA H KIM | | | 08/07/2018 |
| Identification Number | ███-8486 | Total | | 19,2█.00 |

## 2011  TAX YEAR INTEREST COMPUTATION

Interest computed to                                          09/06/2018

| Type | Effective Dates | Days | Rate | Interest |
| --- | --- | --- | --- | --- |

| | | | Total Interest | $39,280.14 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number | 8486 | Total | 19.20.00 |

### 2012 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 844,309.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | (139.00) |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 844,170.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 844,170.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 215,312.00 |
| 9. Alternative minimum tax foreign tax credit | 240,061.00 |
| 10. Tentative minimum tax (line 8 less line 9) | (24,749.00) |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 68,411.00 |
| 12. Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---|
| A. Exemption amount based on filing status | 50,600.00 |
| B. Alternative minimum taxable income | 844,170.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 731,670.00 |
| E. Multiply line D by 25% | 182,918.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
| Identification Number: ███-8486 | | Total | 19.20.00 |

### 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | | |
|---|---|---|
| 1. Amount from Form 6251 report, line 7 | | 844,170.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | | 135,042.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | | 135,042.00 |
| 5. Smaller of line 1 or line 4 | | 135,042.00 |
| 6. Subtract line 5 from line 1 | | 709,128.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 195,056.00 |
| 8. Enter: | | |
| $70,700 if married filing jointly or qualifying widow(er) | | |
| $35,350 if single or married filing separately | | 35,350.00 |
| $47,350 if head of household | | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 14 Schedule D Tax Worksheet | | 698,067.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | | 0.00 |
| 11. Smaller of line 1 or line 2 | | 135,042.00 |
| 12. Smaller of line 10 or line 11 | | 0.00 |
| 13. Subtract line 12 from line 11 | | 135,042.00 |
| 14. Multiply line 13 by 15% | | 20,256.00 |
| 15. Subtract line 11 from line 5 | | 0.00 |
| 16. Multiply line 15 by 25% | | 0.00 |
| 17. Total of lines 7, 14 and 16 | | 215,312.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 232,868.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | | 215,312.00 |

| Name of Taxpayer:   LAURA H KIM | | 06/07/2016 |
|---|---|---|
| Identification Number:   ▮-8486 | Total | 19.20.00 |

## 2012 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 717,635.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $223,900 and married filing separate for prior year - see instructions) | 717,635.00 |
| 5. Exemption amount from prior year Form 6251 | 46,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 605,335.00 |
| 8. Multiply line 7 by 25% | 151,334.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 717,635.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 162,185.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 162,185.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 98,515.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 63,670.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 63,670.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (63,670.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

| | | |
|---|---|---|
| Name of Taxpayer:  LAURA H KIM | | 06/07/2018 |
| Identification Number: ████████8486 | Total | 19,20.00 |

### Part III - Tax Computation Using Maximum Capital Gains Rates

| | |
|---|---|
| 29. Amount from line 10 | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount from line 3 of that worksheet instead) | 717,835.00 |
| 30. Amount from prior year line 6 of Qualified Dividends Worksheet or | |
| line 13 of Schedule D Tax Worksheet | 271,604.75 |
| 31. Amount from prior year Schedule D, line 19 | 0.00 |
| 32. Smaller of lines 30 and 31 | 271,604.75 |
| or prior year line 10 of Schedule D Tax Worksheet | 271,604.75 |
| 33. Smaller of line 29 or line 32 | 271,604.75 |
| 34. Subtract line 33 from line 29 | 446,230.25 |
| 35. Multiply line 34 by 28% and subtract $ 3,500 from the result | 121,444.00 |
| 36. Enter: | 34,500.00 |
| $69,000 if married filing jointly or qualifying widow(er) for 2011, | |
| $34,500 if single or married filing separately for 2011, | |
| $46,250 if head of household for 2011 | |
| 37. Amount from prior year line 7 of Qualified Dividends Worksheet or | |
| line 14 of Schedule D Tax Worksheet | 442,530.25 |
| 38. Subtract line 37 from line 36. If zero or less, enter -0- | 0.00 |
| 39. Smaller of line 29 or line 30 | 271,604.75 |
| 40. Smaller of line 38 or line 39 | 0.00 |
| 41. Subtract line 40 from line 39 | 271,604.75 |
| 42. Multiply line 41 by 15% | 40,741.00 |
| 43. Subtract line 39 from line 33 | 0.00 |
| 44. Multiply line 43 by 25% | 0.00 |
| 45. Add lines 35, 42, and 44 | 162,185.00 |
| 46. Multiply line 29 by 28% and subtract $ 3,500 from the result | 197,494.00 |
| 47. Smaller of line 45 or line 46 (enter here and on line 11 above) | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount on line 4 of that worksheet instead) | 162,165.00 |

### Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
   from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
   from 2011 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
   (if zero or less, stop and enter -0- here and on line 26 and
   do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
| Identification Number: | ▉▉▉-8486 | Total | 19.20.00 |

## 2012 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10 — 0.00
2. Enter amount from 2011 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18 — 0.00
3. Add lines 1 and 2 — 0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1) — 0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
| Identification Number: | ▊-8486 | Total | 19.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2012 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 10/15/2013 | |
| 3. Date return filed | 10/21/2014 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax liability | | 68,411.00 |
| 7. Allowable payments on or prior to due date of return | | 8,292.00 |
| 8. Net Amount Due (line 6 less line 7) | | 60,119.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 15,029.75 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 15,029.75 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 15,029.75 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 15,029.75 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ████8486 | Total | 19.20.00 |

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

| | |
|---|---|
| 1. Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ | 833,109.00 |
| 2. Enter the qualified dividends from Form 1040, line 9b | 135,042.00 |
| 3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 | 0.00 |
| 4. Add lines 2 and 3 | 135,042.00 |
| 5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- | 0.00 |
| 6. Subtract line 5 from line 4. If zero or less, enter -0- | 135,042.00 |
| 7. Subtract line 6 from line 1. If zero or less, enter -0- | 698,067.00 |
| 8. Enter: $35,350 if single or married filing separately; $70,700 if married filing jointly or qualifying widow(er); or $47,350 if head of household | 35,350.00 |
| 9. Enter the smaller of line 1 or line 8 | 35,350.00 |
| 10. Enter the smaller of line 7 or line 9 | 35,350.00 |
| 11. Subtract line 10 from line 9. This amount is taxed at 0% | 0.00 |
| 12. Enter the smaller of line 1 or line 6 | 135,042.00 |
| 13. Enter the amount from line 11 | 0.00 |
| 14. Subtract line 13 from line 12 | 135,042.00 |
| 15. Multiply line 14 by 15% (.15) | 20,256.00 |
| 16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 221,084.00 |
| 17. Add lines 15 and 16 | 241,340.00 |
| 18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 268,349.00 |
| 19. Tax on all taxable income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable | 241,340.00 |

| Name of Taxpayer: | LAURA H KIM | | Page    of |
|---|---|---|---|
| Identification Number: ▓▓-8486 | | Total | Tax Period Ending: 12/31/2012 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud. Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 50,685.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 50,685.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 38,013.75 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 6) | 38,013.75 |

| Name of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ▓▓▓-8486 | Total | 19.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: ( ) _____

Work: ( ) _____

| Name Of Taxpayer:   LAURA H KIM | | 08/07/2018 |
| Identification Number ████ 8486 | Total | 19.20.00 |

## 2012 TAX YEAR INTEREST COMPUTATION

| Interest computed to | | 09/06/2018 |
|---|---|---|
| Total Tax Deficiency | | $50,685.00 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $15,029.75 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $38,013.75 | |
| Manually Computed Penalty | $.00 | |

| Total Penalties Subject to Interest | | $53,043.50 |
|---|---|---|
| Tax Deficiency and Penalties Subject to Interest | | $103,728.50 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2013--06/30/2013 | 76 | 3% | $317.59 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $387.11 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $726.79 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $780.75 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $795.32 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $810.13 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $816.27 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $804.52 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $819.54 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $834.80 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $841.13 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $835.97 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $1,124.36 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $1,148.14 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $1,159.74 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $1,149.02 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $1,173.37 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $1,198.21 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $1,210.36 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $1,195.91 |
| Compound | 04/01/2018--06/30/2018 | 91 | 5% | $1,528.45 |
| Compound | 07/01/2018--09/06/2018 | 68 | 5% | $1,154.64 |

| Name Of Taxpayer: | LAURA H KIM | | 08/07/2018 |
|---|---|---|---|
| Identification Number: | ████-8486 | Total | 19.20.00 |

## 2012   TAX YEAR INTEREST COMPUTATION

Interest computed to                                          09/06/2018

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|

Total Interest                                $20,812.12

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| Form **886-A**<br>(May 2017) | Department of the Treasury - Internal Revenue Service<br># **Explanation of Items** | Schedule number or exhibit |
|---|---|---|
| Name of taxpayer<br><br>LAURA H KIM | Tax Identification Number *(last 4 digits)*<br><br>8486 | Year/Period ended<br><br>2011 2012 |

**Statutory-Alt Min Tax**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $4,479.00 | $0.00 | ($4,479.00) |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($48,450 for Single/Head of Household
 $74,450 for Married Filing Joint/Surviving Spouse; and
 $37,225 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $1,841.00 | $0.00 | ($1,841.00) |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($50,600 for Single/Head of Household
 $78,750 for Married Filing Joint/Surviving Spouse; and
 $39,375 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

RECEIVED  AUG 1 3 2018

RECEIVED  AUG 1 3 2018

LHK_3774

# Exhibit 91



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**

333 Broadway
MailStop 4466
San Diego  CA  92101

**Date:**
August 29, 2018
**Taxpayer ID number (last 4 digits):**
8486
**Taxpayer name:**
LAURA H KIM

**Form number:**
1040
**Years:**
December 31, 2012

Jonathan Amitrano
3 Hutton Center Suite 500
Santa Ana CA  92707

**Person to contact:**
Ella Chernyak
**Employee ID number:**
322
**Contact telephone number:**
619-615-7750
**Contact fax number:**
619-615-3720

Dear Jonathan Amitrano:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Ella Chernyak
Revenue Agent

Enclosures:
☒ Letters      907
☐ Reports
☐ Copy of Determination Letter
☒ Other   Statute extension for 2012

**Letter 937 (Rev. 3-2017)**
Catalog Number 30780X



**Department of the Treasury**
**Internal Revenue Service**
333 W Broadway MS 4466
San Diego, CA 92101

Date:
08/29/2018
Taxpayer ID number (last 4 digits):
8486
Form:
1040
Tax periods ended:
2010, 2011, 2012
Person to contact:
Ella Chernyak
Contact telephone number:
619-615-7750
Contact fax number:
855-251-9679
Employee ID number:
4322
Response due date:
09/11/2018

Dear Mrs. Kim

I am enclosing two copies of an examination report showing proposed changes to your tax for the periods above. Review the report, and tell us whether you agree or disagree with the changes by the response due date above. If you have an interest in any partnerships, S corporations, trusts, etc., this report may not reflect examinations of those entities. Changes to those accounts could also affect your tax.

**If you agree with the proposed changes in the report**

1. Sign and date one copy of the examination report. If you filed a joint return, both spouses must sign the report.

2. Return the signed and dated examination report with your payment by the response due date in the enclosed envelope.

**If you don't agree with the proposed changes in the report**
Contact me by the response due date. Publication 3498, *The Examination Process,* also explains what to do if you don't agree with the proposed changes. For Appeals to have enough time to consider your case, you must agree to extend the period for assessment. We sent a separate request for your consent to extend the period for assessment with Form 872    , consent to extend time , and Publication 1035, *Extending the Tax Assessment Period.*

**If you don't reply by the response due date**
We'll process your case based on the proposed changes and send you a notice of deficiency. The notice gives you 90 days (150 days if the notice is addressed to a person outside the United States) to either agree to the deficiency or file a petition with the United States Tax Court. If you petition the Tax Court, you will generally have the opportunity for a pretrial settlement. If you can't reach a settlement agreement, your case will be heard in court. If you don't file a petition during the 90-day (150-day) period after you receive the notice of deficiency, we'll assess the amount on the notice of deficiency, and you'll owe the full amount.

Letter 5153-D (1-2017)
Catalog Number 68820E

If you have questions, you can contact me at the telephone number listed at the top of this letter.

Thank you for your cooperation.

Sincerely,

Ella Chernyak Digitally signed by Ella Chernyak
Date: 2018.08.29 11:10:27 -07'00'

Ella Chernyak
Revenue Agent

Enclosures:
Examination Report (2)
Publication 3498
Envelope

**Letter 5153-D (1-2017)**
Catalog Number 68820E

Form **4549**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service
## Income Tax Examination Changes

Page ___1___ of ___2___

Name and Address of Taxpayer

LAURA H KIM

LOS ANGELES   CA

| Taxpayer Identification Number | | Return Form No.: |
|---|---|---|
| ▇▇-8486 | | 1040 |
| Person with whom examination changes were discussed. | Name and Title: LAURA H KIM | |

| 1. **Adjustments to Income** | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends From Korea | 1,281.82 | 15,260.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. Other Income | 783,152.07 | 78,451.95 | |
| e. NOL Carryforward | 546,719.00 | 582,635.00 | |
| f. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | 292,988.00 | 36,733.00 | 239,979.00 |
| g. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| h. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| i. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 2,749,425.62 | 1,253,515.18 | 541,315.71 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| 4. **Corrected Taxable Income** | 2,149,180.00 | 718,907.00 | 852,601.00 |
|   Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
|   Filing Status | Single | Single | Single |
| 5. **Tax** | 700,181.00 | 174,611.00 | 248,163.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | 0.00 | 0.00 |
| 7. Corrected Tax Liability | 700,181.00 | 174,611.00 | 248,163.00 |
| 8. **Less** a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 95,609.36 |
|   **Credits** b. Credit for Elderly | | 750.00 | |
|   c. | | | |
|   d. | | | |
| 9. **Balance** *(Line 7 less Lines 8a through 8d)* | 402,976.00 | 99,435.00 | 152,553.64 |
| 10. **Plus** a. | | | |
|   **Other** b. | | | |
|   **Taxes** c. | | | |
|   d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 402,976.00 | 99,435.00 | 152,553.64 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
|   b. | | | |
|   c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 403,376.00 | 95,706.00 | 134,827.64 |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. **Balance Due or** *(Overpayment)* - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 403,376.00 | 95,706.00 | 134,827.64 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

**Form 4549**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

## Income Tax Examination Changes

Page __2__ of __2__

| Name of Taxpayer<br>LAURA H KIM | Taxpayer Identification Number<br>████-8486 | Return Form No:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/2010 | Period End<br>12/31/2011 | Period End<br>12/31/2012 |
|---|---|---|---|
| a.  Fraud-IRC 6663 | 302,532.00 | 71,779.50 | 101,120.73 |
| b.  Delq-IRC 6651(a)(1) | | | 36,065.41 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.  Total Penalties | 302,532.00 | 71,779.50 | 137,186.14 |
| Underpayment attributable to negligence: *(1981-1987)*<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*.<br>The  interest will accrue  and be assessed at 120% of the under-<br>payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| 19.  Summary of Taxes, Penalties and Interest: | | | |
| a.  Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 403,376.00 | 95,706.00 | 134,827.64 |
| b.  Penalties *(Line 18)* - computed to 08/29/2018 | 302,532.00 | 71,779.50 | 137,186.14 |
| c.  Interest *(IRC§ 6601)* - computed to 09/28/2018 | 200,278.34 | 40,603.90 | 55,597.21 |
| d.  TMT Interest - computed to   09/28/2018   *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e.  Amount due or *(refund)* - (sum of Lines a, b, c and d) | 906,186.34 | 208,089.40 | 327,610.99 |

**Other Information:**
For tax period(s) 201012, 201112, the tax liability shown in this report may be subject to IRC section 6404(g).  Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.
These adjustments have been agreed. The taxpayer is in agreement with the adjustments indicated as agreed, and the applicable deficiency is being assessed and is included in the Total tax as previously adjusted.

| Examiner's Signature:<br>Ella Chernyak | Employee ID:<br>████4322 | Office: | Date:<br>08/29/2018 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law.  It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

| **PLEASE NOTE**: if a joint return was filed.  **BOTH** taxpayers must sign | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By: | | Title: | Date: |

Catalog Number 23105A

Form **4549** (Rev. 5-2008)

| Form 886-A<br>(Rev. January 1994) | **EXPLANATION OF ITEMS** | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>KIM, LAURA H | | Tax Identification Number<br>████-8486 | Year/Period ended |

Adjustment(s) to Prepayment Credit(s) Subject to
Deficiency (Form 4549 series Line 13a or Form
5278 Line 20a):                                                                 2010

Make work pay/government retiree credit                                  (400.00)

Total Adjustment Amount:                                                   (400.00)

Adjustment(s) to Prepayment Credit(s) Not
Subject to Deficiency (Form 4549 series Line 15
or Form 5278 Line 22):                                                         2010

Total Adjustment Amount:

Form 886-A (1-1994)                    Department of the Treasury-Internal Revenue Service

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number: | ▮-8486 | Total | 19,20.00 |

### 2010 - Form 6251 - Alternative Minimum Tax Computation

| | | |
|---|---|---:|
| 1. | If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 2,152,830.00 |
| 2. | Total adjustment and preferences (excluding any NOL deduction) | 13,993.00 |
| 3. | Net operating loss deduction | 0.00 |
| 4. | Alternative tax net operating loss deduction | 0.00 |
| 5. | Alternative minimum taxable income (combine lines 1 thru 4) | 2,166,823.00 |
| 6. | Exemption amount | 0.00 |
| 7. | Subtract line 6 from line 5 (if zero or less, enter zero) | 2,166,823.00 |
| 8. | If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 583,921.00 |
| 9. | Alternative minimum tax foreign tax credit | 297,205.00 |
| 10. | Tentative minimum tax (line 8 less line 9) | 286,716.00 |
| 11. | Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 402,976.00 |
| 12. | Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | | |
|---|---|---:|
| A. | Exemption amount based on filing status | 47,450.00 |
| B. | Alternative minimum taxable income | 2,166,823.00 |
| C. | Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. | Subtract line C from line B | 2,054,323.00 |
| E. | Multiply line D by 25% | 513,581.00 |
| F. | Subtract line E from line A (if zero or less, enter zero) | 0.00 |

LHK_3781

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number: | ███-8486 | Total | 19.20.00 |

### 2010 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

|  |  |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 2,166,823.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 148,383.50 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 148,383.50 |
| 5. Smaller of line 1 or line 4 | 148,383.50 |
| 6. Subtract line 5 from line 1 | 2,018,439.50 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 561,663.00 |
| 8. Enter: | |
| $68,000 if married filing jointly or qualifying widow(er) | |
| $34,000 if single or married filing separately | 34,000.00 |
| $45,550 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 2,000,796.50 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 148,383.50 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 148,383.50 |
| 14. Multiply line 13 by 15% | 22,258.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 583,921.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 603,210.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 583,921.00 |

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮-8486 | Total | 19.20.00 |

## 2010 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 0.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $216,900 and | |
| married filing separate for prior year - see instructions) | 0.00 |
| 5. Exemption amount from prior year Form 6251 | 46,700.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 0.00 |
| 8. Multiply line 7 by 25% | 0.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 0.00 |
| 11. Line 11 computation | |
| (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, | |
| (if capital gains for prior year, enter amount from Part III, line 47); | |
| otherwise, multiply line 10 by 26% and subtract $ 0 from the result) | 0.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items | |
| (line 11 less line 12) | 0.00 |
| 14. Regular tax before credits minus foreign tax credit | |
| (line 35 of prior year Form 6251) | 0.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 0.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 36 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 0.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | 0.00 |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

| Name of Taxpayer:  LAURA H KIM | | 08/29/2018 |
| Identification Number: ▮▮▮-8486 | Total | 19.20 0.00 |

## Part III - Tax Computation Using Maximum Capital Gains Rates

| | |
|---|---|
| 29. Amount from line 10 | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount from line 3 of that worksheet instead) | 0.00 |
| 30. Amount from prior year line 6 of Qualified Dividends Worksheet or | |
| line 13 of Schedule D Tax Worksheet | 0.00 |
| 31. Amount from prior year Schedule D, line 19 | 0.00 |
| 32. Smaller of lines 30 and 31 | 0.00 |
| or prior year line 10 of Schedule D Tax Worksheet | |
| 33. Smaller of line 29 or line 32 | 0.00 |
| 34. Subtract line 33 from line 29 | 0.00 |
| 35. Multiply line 34 by 26 % and subtract $   0   from the result | 0.00 |
| 36. Enter: | 0.00 |
| $67,900 if married filing jointly or qualifying widow(er) for 2009, | |
| $33,950 if single or married filing separately for 2009, | |
| $45,500 if head of household for 2009 | |
| 37. Amount from prior year line 7 of Qualified Dividends Worksheet or | |
| line 14 of Schedule D Tax Worksheet | 0.00 |
| 38. Subtract line 37 from line 36. If zero or less, enter -0- | 0.00 |
| 39. Smaller of line 29 or line 30 | 0.00 |
| 40. Smaller of line 38 or line 39 | 0.00 |
| 41. Subtract line 40 from line 39 | 0.00 |
| 42. Multiply line 41 by 15% | 0.00 |
| 43. Subtract line 39 from line 33 | 0.00 |
| 44. Multiply line 43 by 25% | 0.00 |
| 45. Add lines 35, 42, and 44 | 0.00 |
| 46. Multiply line 29 by 26 % and subtract $   0   from the result | 0.00 |
| 47. Smaller of line 45 or line 46 (enter here and on line 11 above) | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount on line 4 of that worksheet instead) | 0.00 |

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2008 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ████8486 | Total | 19.20.00 |

### 2010 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8601, line 10      0.00
2. Enter amount from 2009 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18      0.00
3. Add lines 1 and 2      0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result      0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result      0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)      0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | 19.20.00 |

## 2010 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 or FEIT worksheet, line 3, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . .1.   2,149,180.00
2. Enter the amount from Form 1040, line 9b . . . . . . . . . . . .2.        148,383.50
3. Are you filing Schedule D?
   ☐ Yes. Enter the **smaller** of line 15 or 16 of Schedule D, but do not enter less than -0-   } 3.        0.00
   ☑ No. Enter the amount from Form 1040, line 13
4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . .4.        148,383.50
5. If filing Form 4952, enter any amount from line 4g of that form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5.        0.00
6. Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . .6.        148,383.50
7. Subtract line 6 from line 1. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . .7.   2,000,796.50
8. Enter:
   $34,000 if single or married filing separately,
   $68,000 if married filing jointly or qualifying widow(er),   } . . . . . . . . . . .8.        34,000.00
   $45,550 if head of household.
9. Enter the smaller of line 1 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9.        34,000.00
10. Enter the smaller of line 7 or line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.        34,000.00
11. Subtract line 10 from line 9. This amount is taxed at 0% . . . . . . . . . . . . . . . 11.        0.00
12. Enter the smaller of line 1 or line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.        148,383.50
13. Enter the amount from line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.        0.00
14. Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14.        148,383.50
15. Multiply line 14 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15.        22,258.00
16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16.        677,923.00
17. Add lines 15 and 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17.        700,181.00
18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18.        729,857.00
19. **Tax on all taxable income.** Enter the **smaller** of line 17 or line 18. Also include this amount on Form 1040, line 44 or FEIT worksheet, line 4, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . 19.        700,181.00

| Name of Taxpayer: | LAURA H KIM | | Page | of |
|---|---|---|---|---|
| Identification Number: | ███-8486 | Total | Tax Period Ending: 12/31/2010 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | | |
|---|---|---:|
| 1. | Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 403,376.00 |
| 2. | Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. | Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. | Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. | Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 403,376.00 |
| 6. | Applicable penalty rate | 75.00% |
| 7. | Section 6663(a) civil fraud penalty (Line 5 times line 6) | 302,532.00 |
| 8. | Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. | Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 302,532.00 |

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮▮-8486 | Total | 19.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: ( ) _____

Work: ( ) _____

| Name Of Taxpayer: | LAURA H KIM | | | | 08/29/2018 |
|---|---|---|---|---|---|
| Identification Number: | ▓▓-8486 | Total | | | 19.20.00 |

## 2010  TAX YEAR INTEREST COMPUTATION

| | | | |
|---|---|---|---|
| Interest computed to | | 09/28/2018 | |
| Total Tax Deficiency | | $403,376.00 | |

Plus Penalties*

| | |
|---|---|
| Failure to File- IRC 6651 | $.00 |
| Accuracy Related Penalty - IRC 6662 | $.00 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $302,532.00 |
| Manually Computed Penalty | $.00 |

| | |
|---|---|
| Total Penalties Subject to Interest | $302,532.00 |
| Tax Deficiency and Penalties Subject to Interest | $705,908.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2011--09/30/2011 | 168 | 4% | $7,494.91 |
| Compound | 10/01/2011--12/31/2011 | 92 | 3% | $5,039.15 |
| Compound | 01/01/2012--12/31/2012 | 366 | 3% | $21,878.91 |
| Compound | 01/01/2013--12/31/2013 | 365 | 3% | $22,545.19 |
| Compound | 01/01/2014--12/31/2014 | 365 | 3% | $23,231.76 |
| Compound | 01/01/2015--12/31/2015 | 365 | 3% | $23,939.25 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $6,064.42 |
| Compound | 04/01/2016--12/31/2016 | 275 | 4% | $24,898.57 |
| Compound | 01/01/2017--12/31/2017 | 365 | 4% | $34,319.95 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $8,675.53 |
| Compound | 04/01/2018--09/28/2018 | 181 | 5% | $22,190.70 |

| | |
|---|---|
| Total Interest | $200,278.34 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

Name of Taxpayer: LAURA H KIM

08/29/2018

Identification Number: ███-8486  Total  19.20.00

### 2010 - MAKING WORK PAY CREDIT

| | |
|---|---:|
| 1a. Earned income amount (*see below) | 754,489.78 |
| 1b. Nontaxable combat pay included in line 1a | 0.00 |
| 2. Multiply line 1a by .062 | 46,778.00 |
| 3. Enter $400 ($800 if married filing jointly) | 400.00 |
| 4. Smaller of line 2 or line 3 | 400.00 |
| 5. Adjusted gross income | 2,166,823.00 |
| 6. Enter $75,000 ($150,000 if married filing jointly) | 75,000.00 |
| 7. Subtract line 6 from line 5 (if zero or less, skip line 8 and enter amount from line 4 on line 9) | 2,091,823.00 |
| 8. Multiply line 7 by .02 | 41,836.00 |
| 9. Subtract line 8 from line 4 (if zero or less, enter -0-) | 0.00 |
| 10. Economic recovery payment amount received for current year | 0.00 |
| 11. Making work pay credit. Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |

* Enter earned income amount on line 1a if any of the following conditions apply:
  Net loss from business;
  Taxable scholarship or fellowship grant not reported on Form W-2;
  Wages include pay for work performed while an inmate in a penal institution;
  Received pension or annuity from a nonqualified deferred compensation plan or nongovernmental section 457 plan;
  Filing Form 2555 or 2555-EZ.
If current year wages are more than minimum amount, skip lines 1a through 3 and enter $400
  ($800 if married filing jointly) on line 4 and go to line 5; otherwise, enter earned income amount on line 1a

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▓▓-8486 | Total | 19.20.00 |

### 2011 - Form 6251 - Alternative Minimum Tax Computation

| | | |
|---|---|---|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | | 722,607.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | | 13,950.00 |
| 3. Net operating loss deduction | | 0.00 |
| 4. Alternative tax net operating loss deduction | | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | | 736,557.00 |
| 6. Exemption amount | | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | | 736,557.00 |
| 8. If capital gains are reported, see line 19 from continuation page | | |
| (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) | | |
| All others: | | |
| If line 7 is $175,000 or less ($87,500 if MFS) multiply | | |
| line 7 by 26%. Otherwise, multiply line 7 by 28% and | | |
| subtract $3,500 ($1,750 if MFS) from the result | | 167,428.00 |
| 9. Alternative minimum tax foreign tax credit | | 74,426.00 |
| 10. Tentative minimum tax (line 8 less line 9) | | 93,002.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, | | |
| use the refigured amounts for lines 44 and 47 of Form 1040 | | |
| without using Schedule J) | | 100,185.00 |
| 12. Alternative minimum tax | | 0.00 |

### Exemption Worksheet (line 6 above)

| | | |
|---|---|---|
| A. Exemption amount based on filing status | | 48,450.00 |
| B. Alternative minimum taxable income | | 736,557.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or | | |
| qualifying widow(er), $75,000 if married filing separately) | | 112,500.00 |
| D. Subtract line C from line B | | 624,057.00 |
| E. Multiply line D by 25% | | 156,014.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | | 0.00 |

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▓▓▓-8486 | Total | 19.20.00 |

### 2011 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | | |
|---|---|---|
| 1. Amount from Form 6251 report, line 7 | | 736,557.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | | 271,604.75 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | | 271,604.75 |
| 5. Smaller of line 1 or line 4 | | 271,604.75 |
| 6. Subtract line 5 from line 1 | | 464,952.25 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 126,687.00 |
| 8. Enter: | | |
| $69,000 if married filing jointly or qualifying widow(er) | | |
| $34,500 if single or married filing separately | | 34,500.00 |
| $46,250 if head of household | | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 14 Schedule D Tax Worksheet | | 447,302.25 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | | 0.00 |
| 11. Smaller of line 1 or line 2 | | 271,604.75 |
| 12. Smaller of line 10 or line 11 | | 0.00 |
| 13. Subtract line 12 from line 11 | | 271,604.75 |
| 14. Multiply line 13 by 15% | | 40,741.00 |
| 15. Subtract line 11 from line 5 | | 0.00 |
| 16. Multiply line 15 by 25% | | 0.00 |
| 17. Total of lines 7, 14 and 16 | | 167,428.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 202,736.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | | 167,428.00 |

| Name of Taxpayer: LAURAH KIM | | 08/29/2018 |
| Identification Number: ████-8486 | Total | 19,20.00 |

## 2011 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---:|
| 1. Taxable income (loss) from prior year Form 6251 | 2,152,830.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $219,900 and married filing separate for prior year - see instructions) | 2,152,830.00 |
| 5. Exemption amount from prior year Form 6251 | 47,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 2,040,330.00 |
| 8. Multiply line 7 by 25% | 510,083.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 2,152,830.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 580,003.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 580,003.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 402,976.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 177,027.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---:|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 177,027.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (177,027.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

| Name of Taxpayer:  LAURA H KIM | | 08/29/2018 |
| Identification Number: ▓▓-8486 | Total | 19.20.00 |

### Part III - Tax Computation Using Maximum Capital Gains Rates

29. Amount from line 10
    (If FEIT worksheet for F8601 was used,
    enter amount from line 3 of that worksheet instead) — 2,152,830.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
    line 13 of Schedule D Tax Worksheet — 148,383.50
31. Amount from prior year Schedule D, line 19 — 0.00
32. Smaller of lines 30 and 31
    or prior year line 10 of Schedule D Tax Worksheet — 148,383.50
33. Smaller of line 29 or line 32 — 148,383.50
34. Subtract line 33 from line 29 — 2,004,446.50
35. Multiply line 34 by 28% and subtract $ 3,500 from the result — 557,745.00
36. Enter:
    $66,000 if married filing jointly or qualifying widow(er) for 2010,
    $34,000 if single or married filing separately for 2010,
    $45,550 if head of household for 2010 — 34,000.00
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
    line 14 of Schedule D Tax Worksheet — 2,000,786.50
38. Subtract line 37 from line 36. If zero or less, enter -0- — 0.00
39. Smaller of line 29 or line 30 — 148,383.50
40. Smaller of line 38 or line 39 — 0.00
41. Subtract line 40 from line 39 — 148,383.50
42. Multiply line 41 by 15% — 22,258.00
43. Subtract line 39 from line 33 — 0.00
44. Multiply line 43 by 25% — 0.00
45. Add lines 35, 42, and 44 — 580,003.00
46. Multiply line 29 by 28% and subtract $ 3,500 from the result — 599,292.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
    (If FEIT worksheet for F8801 was used,
    enter amount on line 4 of that worksheet instead) — 580,003.00

### Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV).
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number: | ███-8486 | Total | 19.20.00 |

## 2011  - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

| | |
|---|---|
| 1. Enter amount from Form 8801, line 10 | 0.00 |
| 2. Enter amount from 2010 Form 2555, line 45 and 50, | |
|    or Form 2555-EZ, line 18 | 0.00 |
| 3. Add lines 1 and 2 | 0.00 |
| 4. Tax on amount on line 3 | |
|    If capital gains are reported for prior year, | |
|    enter amount from line 3 on Form 8801, line 29. | |
|    Complete Form 8801, Part III and enter amount from line 47 here | |
|    All others: If line 3 is $175,000 or less | |
|    ($87,500 or less if married filing separately for prior year), | |
|    multiply line 3 by 26%; | |
|    otherwise, multiply line 3 by 28% and subtract $3,500 | |
|    ($1,750 if married filing separately for prior year) from the result | 0.00 |
| 5. Tax on amount on line 2 | |
|    If line 2 is $175,000 or less | |
|    ($87,500 or less if married filing separately for prior year), | |
|    multiply line 2 by 26%; | |
|    otherwise, multiply line 2 by 28% and subtract $3,500 | |
|    ($1,750 if married filing separately for prior year) from the result | 0.00 |
| 6. Subtract line 5 from line 4. If zero or less, enter -0- | |
|    (enter amount here and on line 11 of page 1) | 0.00 |

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number | -8486 | Total | 19.20.00 |

## 2011 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the taxable income from Form 1040, line 43, or the amount from
   Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ ... 718,907.00

2. Enter the qualified dividends from Form 1040, line 9b ... 271,604.75

3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter
   less than -0-. Otherwise, enter the amount from Form 1040, line 13 ... 0.00

4. Add lines 2 and 3 ... 271,604.75

5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- ... 0.00

6. Subtract line 5 from line 4. If zero or less, enter -0- ... 271,604.75

7. Subtract line 6 from line 1. If zero or less, enter -0- ... 447,302.25

8. Enter:
   $34,500 if single or married filing separately;
   $69,000 if married filing jointly or qualifying widow(er); or
   $46,250 if head of household ... 34,500.00

9. Enter the smaller of line 1 or line 8 ... 34,500.00

10. Enter the smaller of line 7 or line 9 ... 34,500.00

11. Subtract line 10 from line 9. This amount is taxed at 0% ... 0.00

12. Enter the smaller of line 1 or line 6 ... 271,604.75

13. Enter the amount from line 11 ... 0.00

14. Subtract line 13 from line 12 ... 271,604.75

15. Multiply line 14 by 15% (.15) ... 40,741.00

16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more,
    use the Tax Computation Worksheet ... 133,870.00

17. Add lines 15 and 16 ... 174,611.00

18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more,
    use the Tax Computation Worksheet ... 228,931.00

19. Tax on all taxable income. Enter the smaller of line 17 or line 18
    Also include this amount on Form 1040, line 44, or
    Foreign Earned Income Tax Worksheet, line 4, if applicable ... 174,611.00

| Name of Taxpayer: | LAURA H KIM | | Page | of |
|---|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | Tax Period Ending: | 12/31/2011 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 95,706.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 95,706.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 71,779.50 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 71,779.50 |

RGS Version  19.20.00          Date Tax Computation Last Generated   08/29/2018

| | | | |
|---|---|---|---|
| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number: | ▓▓-8486 | Total | 19.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: ( ) _____

Work: ( ) _____

| Name Of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | 19.20.00 |

## 2011 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 09/28/2018 |
| Total Tax Deficiency | | $95,706.00 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $.00 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6682A | $.00 | |
| Civil Fraud - IRC 6663 | $71,779.50 | |
| Manually Computed Penalty | $.00 | |

| | | |
|---|---|---|
| Total Penalties Subject to Interest | | $71,779.50 |
| Tax Deficiency and Penalties Subject to Interest | | $167,485.50 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2012--06/30/2012 | 76 | 3% | $598.04 |
| Compound | 07/01/2012--09/30/2012 | 92 | 3% | $728.94 |
| Compound | 10/01/2012--12/31/2012 | 92 | 3% | $1,188.91 |
| Compound | 01/01/2013--03/31/2013 | 90 | 3% | $1,262.16 |
| Compound | 04/01/2013--06/30/2013 | 91 | 3% | $1,285.71 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $1,309.65 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,319.59 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $1,300.59 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $1,324.86 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $1,349.53 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $1,359.77 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $1,340.20 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $1,365.21 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $1,390.63 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $1,401.18 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $1,392.59 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $1,872.99 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $1,912.60 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $1,931.92 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $1,914.07 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $1,954.63 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $1,996.02 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $2,016.24 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $1,992.18 |
| Compound | 04/01/2018--06/30/2018 | 91 | 5% | $2,546.13 |
| Compound | 07/01/2018--09/28/2018 | 90 | 5% | $2,549.56 |

| Name Of Taxpayer: LAURA H KIM | | 08/29/2018 |
|---|---|---|
| Identification Number: ▮▮▮-8486 | Total | 19.20.00 |

## 2011  TAX YEAR INTEREST COMPUTATION

Interest computed to                                                              09/28/2018

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|

Total Interest                                $40,603.90

Interest'on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| | |
|---|---|
| Name of Taxpayer:   LAURA H KIM | 08/29/2018 |
| Identification Number: ▓▓▓ -8486              Total | 19.20.00 |

### 2012 - Form 6251 - Alternative Minimum Tax Computation

1. If filing Schedule A, enter taxable income before exemptions;
   otherwise, enter adjusted gross income ....................................... 863,801.00
2. Total adjustment and preferences (excluding any NOL deduction) ........ (139.00)
3. Net operating loss deduction .................................................. 0.00
4. Alternative tax net operating loss deduction ............................... 0.00
5. Alternative minimum taxable income (combine lines 1 thru 4) ............ 863,662.00
6. Exemption amount ............................................................. 0.00
7. Subtract line 6 from line 5 (if zero or less, enter zero) .................. 863,662.00
8. If capital gains are reported, see line 19 from continuation page
   (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead)
   All others:
   If line 7 is $175,000 or less ($87,500 if MFS) multiply
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from the result ........................ 220.770.00
9. Alternative minimum tax foreign tax credit ............................... 94,004.36
10. Tentative minimum tax (line 8 less line 9) ............................... 126,765.64
11. Regular tax before credits (if Schedule J was used to figure tax,
    use the refigured amounts for lines 44 and 47 of Form 1040
    without using Schedule J) ................................................... 152.553.64
12. Alternative minimum tax ..................................................... 0.00

### Exemption Worksheet (line 6 above)

A. Exemption amount based on filing status ................................... 50,600.00
B. Alternative minimum taxable income ......................................... 863,662.00
C. Enter $112,500 ($150,000 if married filing jointly or
   qualifying widow(er), $75,000 if married filing separately) ............. 112,500.00
D. Subtract line C from line B .................................................. 751.162.00
E. Multiply line D by 25% ....................................................... 187,791.00
F. Subtract line E from line A (if zero or less, enter zero) ................ 0.00

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | 19.20.00 |

### 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---|
| 1. Amount from Form 6251 report, line 7 | 863,662.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 135,042.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet: otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 135,042.00 |
| 5. Smaller of line 1 or line 4 | 135,042.00 |
| 6. Subtract line 5 from line 1 | 728,620.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 200,514.00 |
| 8. Enter: | |
| $70,700 if married filing jointly or qualifying widow(er) | |
| $35,350 if single or married filing separately | 35,350.00 |
| $47,350 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 717,559.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 135,042.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 135,042.00 |
| 14. Multiply line 13 by 15% | 20,256.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 220,770.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 238,325.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 220,770.00 |

Name of Taxpayer:  LAURA H KIM                                    08/29/2018
Identification Number:  ▉-8466          Total                     19.20.00

## 2012 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---:|
| 1. Taxable income (loss) from prior year Form 6251 | 722,607.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $223,900 and married filing separate for prior year - see instructions) | 722,607.00 |
| 5. Exemption amount from prior year Form 6251 | 48,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 610,107.00 |
| 8. Multiply line 7 by 25% | 152,527.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 722,607.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 163,522.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 163,522.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 100,185.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 63,337.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---:|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 63,337.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (63,337.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) (if applicable) | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

Name of Taxpayer:  LAURA H KIM                                                                08/29/2018
Identification Number:  ■■■-6466            Total                                              19.20.00

## Part III - Tax Computation Using Maximum Capital Gains Rates

| | |
|---|---:|
| 29. Amount from line 10 | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount from line 3 of that worksheet instead) | 722,807.00 |
| 30. Amount from prior year line 6 of Qualified Dividends Worksheet or | |
| line 13 of Schedule D Tax Worksheet | 271,604.75 |
| 31. Amount from prior year Schedule D, line 19 | 0.00 |
| 32. Smaller of lines 30 and 31 | 271,604.75 |
| or prior year line 10 of Schedule D Tax Worksheet | 271,604.75 |
| 33. Smaller of line 29 or line 32 | 271,604.75 |
| 34. Subtract line 33 from line 29 | 451,002.25 |
| 35. Multiply line 34 by 28% and subtract $ 3,500 from the result | 122,781.00 |
| 36. Enter: | 34,500.00 |
| $69,000 if married filing jointly or qualifying widow(er) for 2011, | |
| $34,500 if single or married filing separately for 2011, | |
| $46,250 if head of household for 2011 | |
| 37. Amount from prior year line 7 of Qualified Dividends Worksheet or | |
| line 14 of Schedule D Tax Worksheet | 447,302.25 |
| 38. Subtract line 37 from line 36. If zero or less, enter -0- | 0.00 |
| 39. Smaller of line 29 or line 30 | 271,604.75 |
| 40. Smaller of line 38 or line 39 | 0.00 |
| 41. Subtract line 40 from line 39 | 271,604.75 |
| 42. Multiply line 41 by 15% | 40,741.00 |
| 43. Subtract line 39 from line 33 | 0.00 |
| 44. Multiply line 43 by 25% | 0.00 |
| 45. Add lines 35, 42, and 44 | 163,522.00 |
| 46. Multiply line 29 by 28% and subtract $3,500 from the result | 198,830.00 |
| 47. Smaller of line 45 or line 46 (enter here and on line 11 above) | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount on line 4 of that worksheet instead) | 163,522.00 |

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2011 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 46)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▆▆-8486 | Total | 19.20.00 |

## 2012 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10     0.00
2. Enter amount from 2011 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18     0.00
3. Add lines 1 and 2     0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result     0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result     0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)     0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ████-8486 | Total | 19.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2012 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 10/15/2013 | |
| 3. Date return filed | 10/21/2014 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax liability | | 152,553.64 |
| 7. Allowable payments on or prior to due date of return | | 8,292.00 |
| 8. Net Amount Due (line 6 less line 7) | | 144,261.64 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 36,065.41 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 36,065.41 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 36,065.41 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 36,065.41 |

• If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number | -8486 | Total | 19.20.00 |

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

| | |
|---|---|
| **1.** Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ | 852,601.00 |
| **2.** Enter the qualified dividends from Form 1040, line 9b | 135,042.00 |
| **3.** If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 | 0.00 |
| **4.** Add lines 2 and 3 | 135,042.00 |
| **5.** If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- | 0.00 |
| **6.** Subtract line 5 from line 4. If zero or less, enter -0- | 135,042.00 |
| **7.** Subtract line 6 from line 1. If zero or less, enter -0- | 717,559.00 |
| **8.** Enter: $35,350 if single or married filing separately; $70,700 if married filing jointly or qualifying widow(er); or $47,350 if head of household | 35,350.00 |
| **9.** Enter the smaller of line 1 or line 8 | 35,350.00 |
| **10.** Enter the smaller of line 7 or line 9 | 35,350.00 |
| **11.** Subtract line 10 from line 9. This amount is taxed at 0% | 0.00 |
| **12.** Enter the smaller of line 1 or line 6 | 135,042.00 |
| **13.** Enter the amount from line 11 | 0.00 |
| **14.** Subtract line 13 from line 12 | 135,042.00 |
| **15.** Multiply line 14 by 15% (.15) | 20,256.00 |
| **16.** Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 227,907.00 |
| **17.** Add lines 15 and 16 | 248,163.00 |
| **18.** Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 275,171.00 |
| **19.** Tax on all taxable income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable | 248,163.00 |

| Name of Taxpayer: | LAURA H KIM | | Page of |
|---|---|---|---|
| Identification Number: ████ 8486 | | Total | Tax Period Ending: 12/31/2012 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 134,827.64 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 134,827.64 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 101,120.73 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 101,120.73 |

| Name of Taxpayer: | LAURA H KIM | | 08/29/2018 |
| Identification Number: | ████8486 | Total | 19,20.00 |

### HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: (     ) _____

Work: (     ) _____

| Name Of Taxpayer: | LAURA H KIM | | 08/29/2018 |
|---|---|---|---|
| Identification Number: | ▮▮▮-8486 | Total | 19.20.00 |

## 2012 **TAX YEAR INTEREST COMPUTATION**

| | | |
|---|---|---|
| Interest computed to | | 09/28/2018 |
| Total Tax Deficiency | | $134,827.64 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $36,065.41 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $101,120.73 | |
| Manually Computed Penalty | $.00 | |

| | | |
|---|---|---|
| Total Penalties Subject to Interest | | $137,186.14 |
| Tax Deficiency and Penalties Subject to Interest | | $272,013.78 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2013--06/30/2013 | 76 | 3% | $844.81 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $1,029.75 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,908.50 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $2,047.62 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $2,085.83 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $2,124.67 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $2,140.79 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $2,109.98 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $2,149.35 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $2,189.37 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $2,205.99 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $2,192.45 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $2,948.78 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $3,011.15 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $3,041.58 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $3,013.47 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $3,077.32 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $3,142.49 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $3,174.33 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $3,136.44 |
| Compound | 04/01/2018--06/30/2018 | 91 | 5% | $4,008.57 |
| Compound | 07/01/2018--09/28/2018 | 90 | 5% | $4,013.97 |

| Name Of Taxpayer: | LAURA H KIM | | | 08/29/2018 |
|---|---|---|---|---|
| Identification Number | ▆▆▆-8486 | Total | | 19.20.00 |

## 2012   TAX YEAR INTEREST COMPUTATION

Interest computed to                                                                 09/28/2018

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|

| | | | Total Interest | $55,597.21 |
|---|---|---|---|---|

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| Form **886-A** (May 2017) | Department of the Treasury - Internal Revenue Service **Explanation of Items** | Schedule number or exhibit |
|---|---|---|
| Name of taxpayer LAURA H KIM | Tax Identification Number *(last 4 digits)* 8486 | Year/Period ended 2011 2012 |

**Statutory-Alt Min Tax**

| | Tax Period 2011 | Per Return $4,479.00 | Per Exam $0.00 | Adjustment ($4,479.00) |
|---|---|---|---|---|

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($48,450 for Single/ Head of Household
$74,450 for Married Filing Joint/Surviving Spouse; and
$37,225 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

| | Tax Period 2012 | Per Return $1,841.00 | Per Exam $0.00 | Adjustment ($1,841.00) |
|---|---|---|---|---|

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($50,600 for Single/Head of Household
$78,750 for Married Filing Joint/Surviving Spouse; and
$39,375 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

**Internal Revenue Service**
333 Broadway; SanDiego, CA 92101

**Department of the Treasury**

Tax Year(s):
2012

Taxpayer Identification Number:
████ 8486

Date: 08/29/2018

Kind of Tax:
Income

Consent Form Number:
Form 872

Laura Kim
████████████████
Los Angeles, CA ████████

Person to Contact:
Ella Chernyak

Employee Identification Number:
██ 4322

Phone Number:
619-615-7750

Dear Mrs. Kim

The limitation period allowed by law for assessing additional tax on your federal tax return will expire soon. Therefore, we request that you consent to extend the period for assessment.

We have enclosed copies of consent Form 872        , which extends the statute of limitation period.  Before signing this form, it is important that you understand your rights concerning consents, which are as follows:

1)   You have the right to refuse to extend the limitation period.

2)   You have the right to request the extension be limited to particular issues held open for further examination or appeal.

3)   You have the right to request the limitation period be limited to a specific date.

If you wish to exercise any of your rights mentioned above, please review the enclosed Publication 1035, *Extending the Tax Assessment Period,* for a more detailed explanation of your rights, options, and procedures.

**NOTE:** You do not have to sign the consent to be considered to have cooperated with the Internal Revenue Service for purposes of determining who has the burden of proof in any court proceeding.

**Joint Filers:** If the enclosed consent is for a joint return, each individual must sign.

Enclosed:

3 copies for 2012 - sign and return each of them

*(over)*

**Letter 907 (Rev. 1-2006)**
Catalog Number 62067X

LHK_3815

If you agree to the terms in the enclosed consent form, please sign all copies of the consent form and return them in the enclosed envelope within 5 days from the date of this letter.

**NOTE:** It is important that you sign your name exactly as it appears on Form 872 . Upon acceptance, we will return an approved copy for your records.

If you have questions concerning the enclosed form or your rights when extending the statute of limitations, please contact the person whose name and number is shown above. If the telephone number is outside your local calling area, there will be a long distance charge to you. If you choose to write, please provide a telephone number and most convenient time to call if we need to contact you.

Thank you for your cooperation.

Sincerely,

Ella Chernyak
Revenue Agent

Enclosures:
Copies of consent form
Envelope
Publication 1035

**Letter 907 (Rev. 1-2006)**
Catalog Number 62067X

LHK_3817

| Form **872**<br>(Rev. July 2014) | Department of the Treasury-Internal Revenue Service<br>**Consent to Extend the Time to Assess Tax** | In reply refer to:<br>SE:S:E:CAA:SF:6<br>TIN<br>███-8486 |

**Laura Kim**

*(Name(s))*

taxpayer(s) of _____ **Los Angeles, CA** _____

*(Address)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal _____ **Income** _____ tax due on any return(s) made by or

*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended

**December 31, 2012**

may be assessed at any time on or before _____ **06/30/2020** _____ . If a provision

*(Expiration date)*

of the Internal Revenue Code suspends the running of the period of limitations to assess such tax, then, when, under the Internal Revenue Code, the running of the period resumes, the extended period to assess will include the number of days remaining in the extended period immediately before the suspension began.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends, except with respect to the items in paragraph (4).

(3) Paragraph (4) applies only to any taxpayer who holds an interest, **either directly or indirectly,** in any partnership subject to subchapter C of chapter 63 of the Internal Revenue Code.

(4) Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including penalties, additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). Additionally, this agreement extends the period of limitations for assessing any tax (including penalties, additions to tax, and interest) relating to any amounts carried over from the taxable year specified in paragraph (1) to any other taxable year(s). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items.

(5) This Form contains the entire terms of the Consent to Extend the Time to Assess Tax. There are no representations, promises, or agreements between the parties except those found or referenced on this Form.

### Your Rights as a Taxpayer

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. **Publication 1035, Extending the Tax Assessment Period,** provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-TAX-FORM (1-800-829-3676). Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

*(Space for signature is on the back of this form and signature instructions are attached)*

LHK_3819

| TIN | Period Ending | | Expiration Date |
|---|---|---|---|
| 8486 | | December 31, 2012 | 06/30/2020 |

## SIGNING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

YOUR SIGNATURE HERE ➤

_____ *(Date signed)*

*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

SPOUSE'S SIGNATURE ➤

_____ *(Date signed)*

*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

TAXPAYER'S REPRESENTATIVE
SIGN HERE ➤
*(Only needed if signing on behalf of the taxpayer.)*

_____ *(Date signed)*

*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B). In addition, the taxpayer(s) has been made aware of these rights.

If this document is signed by a taxpayer's representative, the Form 2848, Power of Attorney and Declaration of Representative, or other power of attorney document must state that the acts authorized by the power of attorney include representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code in order to cover items in paragraph (4).

CORPORATE
NAME ➤

CORPORATE
OFFICER(S)
SIGN HERE ➤

*(Type or Print Name)*   *(Title)*   *(Date signed)*

*(Type or Print Name)*   *(Title)*   *(Date signed)*

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501 (c)(4)(B).

## INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

*(IRS Official's Name - see instructions)*   *(IRS Official's Title - see instructions)*

*(IRS Official's Signature - see instructions)*   *(Date signed)*

Catalog Number 20755I          www.irs.gov          Form **872** (Rev. 7-2014)

LHK_3821

| Form **872**<br>(Rev. July 2014) | Department of the Treasury-Internal Revenue Service<br>**Consent to Extend the Time to Assess Tax** | In reply refer to:<br>SE:S:E:CAA:SF:6<br>TIN<br>████-8486 |
| --- | --- | --- |

**Laura Kim**

*(Name(s))*

taxpayer(s) of _____ ████ **Los Angeles, CA** ████ _____

*(Address)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal _____ **Income** _____ tax due on any return(s) made by or

*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended

**December 31, 2012**

may be assessed at any time on or before _____ **06/30/2020** _____ . If a provision

*(Expiration date)*

of the Internal Revenue Code suspends the running of the period of limitations to assess such tax, then, when, under the Internal Revenue Code, the running of the period resumes, the extended period to assess will include the number of days remaining in the extended period immediately before the suspension began.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends, except with respect to the items in paragraph (4).

(3) Paragraph (4) applies only to any taxpayer who holds an interest, **either directly or indirectly,** in any partnership subject to subchapter C of chapter 63 of the Internal Revenue Code.

(4) Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including penalties, additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). Additionally, this agreement extends the period of limitations for assessing any tax (including penalties, additions to tax, and interest) relating to any amounts carried over from the taxable year specified in paragraph (1) to any other taxable year(s). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items.

(5) This Form contains the entire terms of the Consent to Extend the Time to Assess Tax. There are no representations, promises, or agreements between the parties except those found or referenced on this Form.

### Your Rights as a Taxpayer

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. ***Publication 1035, Extending the Tax Assessment Period,*** provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-TAX-FORM (1-800-829-3676). Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

*(Space for signature is on the back of this form and signature instructions are attached)*

| TIN | Period Ending | | Expiration Date |
|---|---|---|---|
| ████8486 | | December 31, 2012 | 06/30/2020 |

## SIGNING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

**YOUR SIGNATURE HERE** ➤

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**SPOUSE'S SIGNATURE** --➤

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**TAXPAYER'S REPRESENTATIVE SIGN HERE** ➤
(Only needed if signing on behalf of the taxpayer.)

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).  In addition, the taxpayer(s) has been made aware of these rights.

If this document is signed by a taxpayer's representative, the Form 2848, Power of Attorney and Declaration of Representative, or other power of attorney document must state that the acts authorized by the power of attorney include representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code in order to cover items in paragraph (4).

**CORPORATE NAME** ➤

**CORPORATE OFFICER(S) SIGN HERE** ➤

_(Title)_          _(Date signed)_

_(Type or Print Name)_

_(Title)_          _(Date signed)_

_(Type or Print Name)_

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed upon issues and/or period of time as set forth in I.R.C. § 6501 (c)(4)(B).

## INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

_(IRS Official's Name - see instructions)_          _(IRS Official's Title - see instructions)_

_(IRS Official's Signature - see instructions)_          _(Date signed)_

Catalog Number 20755I          www.irs.gov          Form **872** (Rev. 7-2014)

LHK_3825

| Form **872** (Rev. July 2014) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax** | In reply refer to: SE:S:E:CAA:SF:6 TIN 8486 |
|---|---|---|

Laura Kim

*(Name(s))*

taxpayer(s) of _____ **Los Angeles, CA** _____

*(Address)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal _____ Income _____ tax due on any return(s) made by or

*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended

December 31, 2012

may be assessed at any time on or before _____ 06/30/2020 _____ , If a provision

*(Expiration date)*

of the Internal Revenue Code suspends the running of the period of limitations to assess such tax, then, when, under the Internal Revenue Code, the running of the period resumes, the extended period to assess will include the number of days remaining in the extended period immediately before the suspension began.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends, except with respect to the items in paragraph (4).

(3) Paragraph (4) applies only to any taxpayer who holds an interest, **either directly or indirectly,** in any partnership subject to subchapter C of chapter 63 of the Internal Revenue Code.

(4) Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including penalties, additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). Additionally, this agreement extends the period of limitations for assessing any tax (including penalties, additions to tax, and interest) relating to any amounts carried over from the taxable year specified in paragraph (1) to any other taxable year(s). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items.

(5) This Form contains the entire terms of the Consent to Extend the Time to Assess Tax. There are no representations, promises, or agreements between the parties except those found or referenced on this Form.

## Your Rights as a Taxpayer

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. *Publication 1035, Extending the Tax Assessment Period,* provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-TAX-FORM (1-800-829-3676). Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

*(Space for signature is on the back of this form and signature instructions are attached)*

LHK_3827

| TIN | Period Ending | | Expiration Date |
|---|---|---|---|
| ▇▇8486 | | December 31, 2012 | 06/30/2020 |

## SIGNING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

**YOUR SIGNATURE HERE** ➤

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**SPOUSE'S SIGNATURE** ➤

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**TAXPAYER'S REPRESENTATIVE SIGN HERE** ➤
_(Only needed if signing on behalf of the taxpayer.)_

_(Date signed)_

_(Type or Print Name)_

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B). In addition, the taxpayer(s) has been made aware of these rights.

If this document is signed by a taxpayer's representative, the Form 2848, Power of Attorney and Declaration of Representative, or other power of attorney document must state that the acts authorized by the power of attorney include representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code In order to cover items in paragraph (4).

**CORPORATE NAME** ➤

**CORPORATE OFFICER(S) SIGN HERE** ➤

_(Type or Print Name)_ | _(Title)_ | _(Date signed)_

➤

_(Type or Print Name)_ | _(Title)_ | _(Date signed)_

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

## INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

_(IRS Official's Name - see instructions)_ | _(IRS Official's Title - see instructions)_

_(IRS Official's Signature - see instructions)_ | _(Date signed)_

Catalog Number 20755I | www.irs.gov | Form **872** (Rev. 7-2014)

LHK_3829

Publication 1035



# Extending the Tax Assessment Period

## Background

The Internal Revenue Service (Service) makes every effort to examine tax returns as soon as possible after they are filed. To ensure timely tax examinations, Congress has set deadlines for assessing taxes and making refunds or credit of tax. These deadlines are called "statutes of limitations." Without statutes of limitations, a tax return could be examined and tax assessed, refunded, or credited at any time, regardless of when the return was filed.

Assessment statutes of limitations generally limit the time the Service has to make tax assessments to within three years after a return is due or filed, whichever is later. The Service cannot assess additional tax after the time for assessment has expired under any statute of limitations (even if the Service discussed the need for a tax adjustment with you before the expiration). Statutes of limitations also limit the time you have to file a claim for credit or refund. The Service is legally prohibited from making a refund or credit for your claim if you file it after the time for filing has expired under the statute of limitations. Also, if you disagree with the return examination findings, we cannot provide you with an administrative appeal within the Service unless sufficient time remains on the statute of limitations.

Because of these restrictions, the Service identifies tax returns under examination for which the statutory period for assessment is about to expire and requests that you extend the assessment statute of limitations. This additional time allows you to provide further documentation to support your position, request an appeal if you do not agree with the examiner's findings or to claim a tax refund or credit. The extended assessment statute allows the Service time to properly complete the examination of the tax return and to make any additional assessment or reduction in the previously assessed tax liability that is required.

Congress, recognizing that additional time may sometimes be needed to fairly resolve a tax examination, has provided for extending the statutory period by written agreement between you and the Service. These agreements are called "consents" and generally apply to all taxes except estate tax. To provide consistency, the Service has developed forms for the written consents. The signed consent form is considered to be binding on you and the Service.

There are two basic kinds of consents: the fixed-date consent and the open-ended consent. The fixed-date consent sets a specific expiration date for the extension of the statute, while the open-ended consent extends the statute for an indefinite length of time.

## Length of Extension

The Service's examiners will request an extension period no longer than is necessary to complete the examination and any administrative action necessary to process your case. As stated above, the Service uses two kinds of consents to accomplish this, a "fixed-date" and an "open-ended" consent.

Fixed-date consents expire on the date specified in the consent. Once the original date under the statute of limitations is extended by a signed consent, it may be further extended by the mutual agreement of the parties before the expiration date of the previous extension period. The fixed-date consent is used for most examination and appeal activities. The principal forms used are Form 872, *Consent to Extend the Time to Assess Tax,* Form 872-B, *Consent to Extend the Time to Assess Miscellaneous Excise Taxes,* or Form SS-10, *Consent to Extend the Time to Assess Employment Taxes.*

Publication 1035 (Rev. 9-2017) Catalog Number 46890Q Department of Treasury Internal Revenue Service

In an open-ended consent, the extension period generally remains open until 90 days after either the taxpayer or the Service sends the prescribed notice ending the agreement. The procedures for using this consent are set forth in Revenue Procedure 79-22, 1979-1 C.B. 563, which may be obtained by calling the Internal Revenue Service at 1-800-829-1040 if the tax return being examined is one of the Form 1040 series of returns (for example, Form 1040, Form 1040A, Form 1040EZ) or 1-800-829-4933, if any other type of return is being examined. The open-ended consent may be used for cases placed in suspense, scheduled for appeals or other situations where it would be advantageous to both you and the Service to do so.

Form 872-A, *Special Consent to Extend the Time to Assess Tax,* is used for agreeing to an open-ended assessment period. However, Form 872-A may not be used for employment taxes or certain miscellaneous excise taxes.

## Restricted Consents

In addition to extending the length of the assessment statutory period, consent agreements may also limit further examination or appeal activities to specific tax issues. These agreements are called "restricted consents" and have either a fixed or open-ended date of expiration. It is the Service's position that the taxpayer has a right to request a restricted consent; however, as a general rule, the Service will not enter into restricted consents unless all of the following conditions exist:

1) The number of unresolved issues that must be covered by the restricted consent does not make it impractical to do so.

2) The scope of the restrictions must be clearly and accurately described for all the unresolved issues.

3) The issues not covered by the restricted consent are agreed and provision is made for assessing any deficiency or employment tax liability or, under certain circumstances, scheduling any over- assessment (refund or credit) for the agreed issues.

4) The appropriate Service official approves the use of a restricted consent.

5) The terms and language in the restricted consent are approved by IRS Counsel prior to the consent being signed by the parties.

A restricted consent is used to allow the assessment statute to expire on the normal or previously extended statute expiration date with regard to items on the return except those covered by the restrictive language. The consent should be prepared by the Service, and not by the taxpayer or the taxpayer's representative. The restrictive statements are to be typed on the consent form to ensure legal validity and to ensure you and the Service are aware of any restrictions. If the restrictions will not fit on the consent form, a reference will be made on that form to an attachment. The Service office examining your return is responsible for preparing the restrictive language and must obtain approval of IRS Counsel as to its legal sufficiency. If you wish to add or amend restrictions to a consent form submitted to you for your signature, please discuss your request with the Service employee requesting the consent and the Service generally will prepare a new consent form.

## Your Available Options

When asked to sign the consent extending the statutory period, you have three options with rights and alternatives for each. You have the right to:

- **Sign an unconditional consent** (a fixed-date or open-ended consent that does not limit the examination or appeal activities to specific issues). This provides the Service the same assessment authority and you the same appeal opportunities as available under the original statutory period of limitations.

  Please note that the Service may examine any issues relevant to your tax return and make any required tax assessment during the extended statutory period.

- **Negotiate consent terms.** The Internal Revenue Code does not specify the length of the extension period, or the extent of examination or appeal activities. This flexibility allows you and the Service to negotiate the tax issues covered by the consent and/or the length of the extension period. During any discussions, factors such as the number, type and difficulty of issues, whether issues that are not covered by the consent are agreed, etc., will be considered. Both you and the Service must agree to the terms of the consent and sign the consent form before it becomes effective.

- **Refuse to sign the consent – Taxes other than certain employment taxes and certain miscellaneous excise taxes.** If you choose not to sign the consent, we will take steps that will allow us to assess any tax we determine to be due. These steps begin with the issuance of a formal notice (see Notice of Deficiency, below, or Notice of Employment Tax Determination Under IRC §7436, below, for explanation). This notice neither requires that you make an immediate payment, nor that you immediately take your case to the Tax Court. The notice gives you 90 days (150 days if the notice was addressed to a person outside the United States) to either agree to the deficiency or employment tax liability, or file a petition with the United States Tax Court for a redetermination of the proposed deficiency or employment tax liability.

If you petition the Court, you will generally have the opportunity for a pretrial settlement. If agreement cannot be reached, the case will be heard in court. Whether or not you signed a consent to extend the assessment statute of limitations will have no bearing on who has the burden of proof in any court proceeding.

If you don't agree and don't file a petition during the 90-day or 150-day period, the amount shown in the Notice of Deficiency or Notice of Employment Tax Determination Under IRC §7436 will be assessed and you must make arrangements for payment. Under no circumstances will a penalty be charged for not signing the consent to extend the assessment statute of limitations.

As an alternative, you can pay the disputed amount of tax and file a claim for refund. The claim must be filed within the period of limitations for filing claims; however a timely filed claim can be examined, reviewed, and appealed after the period for filing claims has expired. Of course, if you wish, you can take your case to the United States District Court or the United States Court of Federal Claims within the period specified by Internal Revenue Code Section 6532. That section requires that you wait at least six months after filing your claim with the Service before you may file suit, and also requires you to file the suit within two years of receiving a notice that your claim has been disallowed.

**Refuse to sign the consent – Certain employment taxes and certain miscellaneous excise taxes.** If you choose not to sign the consent extending the period of limitations for certain employment taxes or certain miscellaneous excise taxes, we will normally assess the tax. Generally, your only recourse is to pay the tax when assessed. You may then file a claim for refund within the applicable statutory period of limitations, and upon our disallowance of the claim or six months from the date the claim is filed, file suit in a United States District Court or the United States Court of Federal Claims. A refund suit must be filed no later than two years from the date of the mailing by the Service of the notice of claim disallowance, unless you and the Service agree in writing to extend the period for filing suit. Form 907, Agreement to Extend the Time to Bring Suit, is generally used for this purpose. (Note, however, that if you execute a written waiver of this notice requirement, the two-year period runs from the date the waiver is filed. A waiver is generally executed on Form 2297, Waiver of Statutory Notice of Claim Disallowance). We will consider a claim for abatement of the assessment of c e r t a i n  employment taxes or certain miscellaneous excise taxes if a jeopardy assessment (see jeopardy assessment, below) is involved or you establish a meritorious reason for the Service to consider the claim for abatement.

Additional information concerning your appeal rights is contained in Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund*. Appeal procedures for adverse determinations in Tax Exempt and Government Entities Division cases are explained in Publication 1020 and Publication 892. Copies of the publications and notice are available from the Internal Revenue Service, free of charge, by calling 1-800-829-3676.

## Notice of Deficiency

If the Commissioner determines there is a deficiency of income, estate, gift, or certain miscellaneous excise taxes, the law authorizes the Commissioner to send notice of such deficiency to the taxpayer by certified or registered mail. Certain Service officials are authorized to issue these notices for the Commissioner of Internal Revenue. The notice is not an assessment of tax. It is a proposed deficiency and gives you 90 days (150 days if the notice was addressed to a person outside the United States) to either agree to the deficiency or file a petition with the United States Tax Court for a redetermination of the deficiency. Once the notice of deficiency is issued, the 90 or 150-day period cannot be suspended or extended. The notice of deficiency can be rescinded under certain circumstances if both parties agree.

# Notice of Employment Tax Determination Under IRC § 7436

If the Commissioner makes a determination of certain employment tax issues (worker classification and/or section 530 determinations), the Commissioner may send a Notice of Employment Tax Determination Under IRC § 7436 to the taxpayer by certified or registered mail. Certain Service officials are authorized to issue these notices for the Commissioner of Internal Revenue. The notice is not an assessment of tax. It is a proposed liability of employment tax and gives you 90 days (150 days if the notice was addressed to a person outside the United States) to either agree to the proposed liability or file a petition in the United States Tax Court for a redetermination of the issues contained within the notice. Once the notice is issued, the 90 or 150-day period cannot be suspended or extended. Neither can the notice be rescinded once it is issued.

## Jeopardy Assessment

Jeopardy assessments are made when the Service believes that collection of a proposed deficiency or employment tax liability will be endangered if we follow our regular procedures (see Internal Revenue Code Sections 6861 and 6862). Jeopardy assessments are used sparingly and only when necessary to protect the government's interest. Each jeopardy assessment must receive the approval of a designated Service official. In addition, written approval from IRS Counsel (or delegate) is required.

Jeopardy assessments will be made only if one or more of the following conditions exist:

1. The taxpayer is, or appears to be, planning to depart the United States quickly or to conceal himself/herself;

2. The taxpayer is, or appears to be, planning to place his/her property (including retirement plans) beyond the reach of the government by removing it from the United States, concealing it, dissipating it, and/or transferring it to another person; or

3. The taxpayer's financial solvency is or appears to be imperiled. (This does not include investigations where the taxpayer becomes insolvent by the accrual of the proposed assessment of tax, penalty, and interest.)

The Service will promptly consider a taxpayer's written request for administrative review of the decision that collection of the tax was in jeopardy, or that the amount of the assessment was excessive.

**Note:** Jeopardy assessments are not made because the period of limitations for assessing the tax is about to expire or because a taxpayer does not consent to extend the statutory period, unless the collection of the tax deficiency or proposed employment tax liability is in jeopardy for the reasons described above.

## Interest

Generally, interest continues to accrue on any balance due until full payment is made, including the time for appeal within the Service or the courts. However, for individual taxpayers, interest on an income tax deficiency will stop accruing under certain conditions after 18 months (36 months if the Service notifies you of the additional tax liability after November 25, 2007) from the later of the return due date or the date of filing if filed under a valid filing extension and will start accruing again if payment is not timely made after the Service notifies you of the additional tax liability. Also, a cash deposit may be made to stop the accrual of interest. For information on cash deposits, please contact the Service employee requesting the consent.

## Summary

This publication gives general information about the consent process and options available to you should the Service ask you to extend the statutory period of limitations. Specific questions should be addressed to the Service employee requesting the consent.

RECEIVED AUG 3 1 2018

# Exhibit 92



**Department of the Treasury
Internal Revenue Service
Small Business and Self-Employed**

333 Broadway
MailStop 4466
San Diego  CA  92101

Date:
September 5, 2018
Taxpayer ID number (last 4 digits):
8486
Taxpayer name:
LAURA H KIM

Form number:
1040
Years:
December 31, 2010
December 31, 2011
December 31, 2012
Person to contact:
Ella Chernyak
Employee ID number:
▪▪▪4322
Contact telephone number:
619-615-7750
Contact fax number:
619-615-3720

Jonathan Amitrano
3 Hutton Center Suite 500
Santa Ana CA  92707

Dear Jonathan Amitrano:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Ella Chernyak
Revenue Agent

Enclosures:
☐ Letters
☐ Reports
☒ Copy of Determination Letter
☐ Other

Letter 937 (Rev. 3-2017)
Catalog Number 30760X

LHK_3834

LHK_3835



**Department of the Treasury
Internal Revenue Service**
333 W Broadway MS 4466
San Diego, CA 92101

Date:
09/05/2018

Taxpayer ID number (last 4 digits):
8486

Form:
1040

Tax periods ended:
2010, 2011, 2012

Person to contact:
Ella Chernyak

Contact telephone number:
619-615-7750

Contact fax number:
855-251-9679

Employee ID number:
4322

Response due date:
09/17/2018

Dear Mrs. Kim

I am enclosing two copies of an examination report showing proposed changes to your tax for the periods above. Review the report, and tell us whether you agree or disagree with the changes by the response due date above. If you have an interest in any partnerships, S corporations, trusts, etc., this report may not reflect examinations of those entities. Changes to those accounts could also affect your tax.

**If you agree with the proposed changes in the report**

1. Sign and date one copy of the examination report. If you filed a joint return, both spouses must sign the report.

2. Return the signed and dated examination report with your payment by the response due date in the enclosed envelope.

**If you don't agree with the proposed changes in the report**

Contact me by the response due date. Publication 3498, *The Examination Process,* also explains what to do if you don't agree with the proposed changes. For Appeals to have enough time to consider your case, you must agree to extend the period for assessment. We sent a separate request for your consent to extend the period for assessment with Form 872    , consent to extend time , and Publication 1035, *Extending the Tax Assessment Period.*

**If you don't reply by the response due date**

We'll process your case based on the proposed changes and send you a notice of deficiency. The notice gives you 90 days (150 days if the notice is addressed to a person outside the United States) to either agree to the deficiency or file a petition with the United States Tax Court. If you petition the Tax Court, you will generally have the opportunity for a pretrial settlement. If you can't reach a settlement agreement, your case will be heard in court. If you don't file a petition during the 90-day (150-day) period after you receive the notice of deficiency, we'll assess the amount on the notice of deficiency, and you'll owe the full amount.

**Letter 5153-D (1-2017)**
Catalog Number 68820E

If you have questions, you can contact me at the telephone number listed at the top of this letter.

Thank you for your cooperation.

Sincerely,

Ella Chernyak
Digitally signed by Ella Chernyak
Date: 2018.09.25 08:59:00 -07'00'

Ella Chernyak
Revenue Agent

Enclosures:
Examination Report (2)
Publication 3498
Envelope

**Letter 5153-D (1-2017)**
Catalog Number 68820E

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | | Page __1__ of __2__ |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number<br>████-8486 | | Return Form No.:<br>1040 |
|---|---|---|---|
| LAURA H KIM<br>████████<br>LOS ANGELES   CA   ████████ | Person with whom examination changes were discussed. | Name and Title:<br>LAURA H KIM | |

| 1. **Adjustments to Income** | Period End<br>12/31/2010 | Period End<br>12/31/2011 | Period End<br>12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends From Korea | 1,281.82 | 15,260.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. Other Income | 783,152.07 | 78,451.95 | |
| e. NOL Carryforward | 546,719.00 | 582,635.00 | |
| f. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | 272,780.80 | 31,331.00 | 220,487.70 |
| g. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| h. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| i. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 2,729,218.42 | 1,248,113.18 | 521,824.41 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| 4. **Corrected Taxable Income** | 2,128,972.00 | 713,505.00 | 835,109.00 |
| Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| Filing Status | Single | Single | Single |
| 5. **Tax** | 693,108.00 | 172,720.00 | 241,340.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | 0.00 | 0.00 |
| 7. **Corrected Tax Liability** | 693,108.00 | 172,720.00 | 241,340.00 |
| 8. Less   a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 95,609.36 |
| Credits   b. Credit for Elderly | | 750.00 | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less Lines 8a through 8d) | 395,903.00 | 97,544.00 | 145,730.64 |
| 10. Plus   a. | | | |
| Other   b. | | | |
| Taxes   c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 395,903.00 | 97,544.00 | 145,730.64 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 396,303.00 | 93,815.00 | 128,004.64 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 396,303.00 | 93,815.00 | 128,004.64 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page. 2 of 2 |
| --- | --- | --- | --- |

| Name of Taxpayer LAURA H KIM | Taxpayer Identification Number 8486 | Return Form No.: 1040 |
| --- | --- | --- |

| 17. Penalties/ Code Sections | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
| --- | --- | --- | --- |
| a. Fraud-IRC 6663 | 297.227.25 | 70,361.25 | 96,003.48 |
| b. Delq-IRC 6651(a)(1) | | | 34,359.66 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 297,227.25 | 70,361.25 | 130,363.14 |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT).* The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 396,303.00 | 93,815.00 | 128,004.64 |
| b. Penalties *(Line 18)* - computed to 09/05/2018 | 297,227.25 | 70,361.25 | 130,363.14 |
| c. Interest *(IRC § 6601)* - computed to 10/05/2018 | 197,620.61 | 39,997.28 | 53,105.51 |
| d. TMT Interest - computed to 10/05/2018 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or *(refund)* - *(sum of Lines a, b, c and d)* | 891,150.86 | 204,173.53 | 311,473.29 |

**Other Information:**

For tax period(s) 201012, 201112, the tax liability shown in this report may be subject to IRC section 6404(g). Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.

These adjustments have been agreed. The taxpayer is in agreement with the adjustments indicated as agreed, and the applicable deficiency is being assessed and is included in the Total tax as previously adjusted.

| Examiner's Signature: Ella Chernyak | Employee ID: 4322 | Office: | Date: 09/05/2018 |
| --- | --- | --- | --- |

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** *If a joint return was filed,* **BOTH** *taxpayers must sign*

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| --- | --- | --- | --- |
| By: | | Title: | Date: |

| Catalog Number 23105A | www.irs.gov LHK_3839 | Form **4549** (Rev. 5-2008) |
| --- | --- | --- |

| Form 886-A (Rev. January 1994) | **EXPLANATION OF ITEMS** | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>KIM, LAURA H | | Tax Identification Number<br>▮8486 | Year/Period ended |

Adjustment(s) to Prepayment Credit(s) Subject to
Deficiency (Form 4549 series Line 13a or Form
5278 Line 20a):                                                     2010

Make work pay/government retiree credit                    (400.00)

Total Adjustment Amount:                                       (400.00)

Adjustment(s) to Prepayment Credit(s) Not
Subject to Deficiency (Form 4549 series Line 15
or Form 5278 Line 22):                                            2010

Total Adjustment Amount:

Form 886-A (1-1994)                          Department of the Treasury-Internal Revenue Service

Name of Taxpayer:   LAURA H KIM                                          09/05/2018
Identification Number: ████-8486                    Total                19.20.00

### 2010 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---|
| 1. If filing Schedule A, enter taxable income before exemptions; | |
|    otherwise, enter adjusted gross income | 2,132,622.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 13,993.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 2,146,615.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 2,146,615.00 |
| 8. If capital gains are reported, see line 19 from continuation page | |
|    (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) | |
|    All others: | |
|    If line 7 is $175,000 or less ($87,500 if MFS) multiply | |
|    line 7 by 26%. Otherwise, multiply line 7 by 28% and | |
|    subtract $3,500 ($1,750 if MFS) from the result | 578,263.00 |
| 9. Alternative minimum tax foreign tax credit | 297,205.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 281,058.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, | |
|    use the refigured amounts for lines 44 and 47 of Form 1040 | |
|    without using Schedule J) | 395,903.00 |
| 12. Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---|
| A. Exemption amount based on filing status | 47,450.00 |
| B. Alternative minimum taxable income | 2,146,615.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or | |
|    qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 2,034,115.00 |
| E. Multiply line D by 25% | 508,529.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: ███-8486 | | Total | 19.20.00 |

### 2010 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 2,146,615.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 148,383.50 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 148,383.50 |
| 5. Smaller of line 1 or line 4 | 148,383.50 |
| 6. Subtract line 5 from line 1 | 1,998,231.50 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 556,005.00 |
| 8. Enter: | |
| $68,000 if married filing jointly or qualifying widow(er) | |
| $34,000 if single or married filing separately | 34,000.00 |
| $45,550 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 1,980,588.50 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 148,383.50 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 148,383.50 |
| 14. Multiply line 13 by 15% | 22,258.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 578,263.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 597,552.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 578,263.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ████-8486 | Total | 19.20.00 |

## 2010 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable Income (loss) from prior year Form 6251 | 0.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $216,900 and married filing separate for prior year - see instructions) | 0.00 |
| 5. Exemption amount from prior year Form 6251 | 46,700.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 0.00 |
| 8. Multiply line 7 by 25% | 0.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 0.00 |
| 11. Line 11 computation (If filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 26% and subtract $   0    from the result) | 0.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 0.00 |
| 14. Regular tax before credits minus foreign tax credit (line 35 of prior year Form 6251) | 0.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 0.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 36 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 0.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | 0.00 |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

| Name of Taxpayer: LAURA H KIM | | 09/05/2018 |
| Identification Number: ▮▮▮▮-8486 | Total | 19.20.00 |

**Part III - Tax Computation Using Maximum Capital Gains Rates**

29. Amount from line 10
   (If FEIT worksheet for F8801 was used,
   enter amount from line 3 of that worksheet instead) ................................ 0.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
   line 13 of Schedule D Tax Worksheet ................................ 0.00
31. Amount from prior year Schedule D, line 19 ................................ 0.00
32. Smaller of lines 30 and 31
   or prior year line 10 of Schedule D Tax Worksheet ................................ 0.00
33. Smaller of line 29 or line 32 ................................ 0.00
34. Subtract line 33 from line 29 ................................ 0.00
35. Multiply line 34 by 26% and subtract $  0  from the result ................................ 0.00
36. Enter: ................................ 0.00
   $67,900 if married filing jointly or qualifying widow(er) for 2009,
   $33,950 if single or married filing separately for 2009,
   $45,500 if head of household for 2009
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
   line 14 of Schedule D Tax Worksheet ................................ 0.00
38. Subtract line 37 from line 36. If zero or less, enter -0- ................................ 0.00
39. Smaller of line 29 or line 30 ................................ 0.00
40. Smaller of line 38 or line 39 ................................ 0.00
41. Subtract line 40 from line 39 ................................ 0.00
42. Multiply line 41 by 15% ................................ 0.00
43. Subtract line 39 from line 33 ................................ 0.00
44. Multiply line 43 by 25% ................................ 0.00
45. Add lines 35, 42, and 44 ................................ 0.00
46. Multiply line 29 by 26% and subtract $  0  from the result ................................ 0.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
   (if FEIT worksheet for F8801 was used,
   enter amount on line 4 of that worksheet instead) ................................ 0.00

**Part IV - Tentative Refundable Credit**

48. Enter amount from line 21
49. Minimum tax credit amount
   from 2008 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
   from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
   (if zero or less, stop and enter -0- here and on line 26 and
   do not complete the rest of Part IV).
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ▇▇-8486 | Total | 19.20.00 |

## 2010  - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10                                                0.00
2. Enter amount from 2009 Form 2555, line 45 and 50.
   or Form 2555-EZ, line 18                                                            0.00
3. Add lines 1 and 2                                                                   0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less If married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result                0.00
5. Tax on amount on line 2
   If line 2 Is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result               0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)                                        0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ████-8486 | Total | 19.20.00 |

## 2010 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 or FEIT worksheet, line 3, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** 2,128,972.00

2. Enter the amount from Form 1040, line 9b . . . . . . . . . . . **2.** 148,383.50

3. Are you filing Schedule D?

   ☐ **Yes.** Enter the smaller of line 15 or 16 of Schedule D, but do not enter less than -0-

   ☑ **No.** Enter the amount from Form 1040, line 13     **3.** 0.00

4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . **4.** 148,383.50

5. If filing Form 4952, enter any amount from line 4g of that form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.** 0.00

6. Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . **6.** 148,383.50

7. Subtract line 6 from line 1. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . **7.** 1,980,588.50

8. Enter:

   $34,000 if single or married filing separately,
   $68,000 if married filing jointly or qualifying widow(er),
   $45,550 if head of household.    . . . . . . . . . . **8.** 34,000.00

9. Enter the smaller of line 1 or line 8    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.** 34,000.00

10. Enter the smaller of line 7 or line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10.** 34,000.00

11. Subtract line 10 from line 9. This amount is taxed at 0% . . . . . . . . . . . . . . . . **11.** 0.00

12. Enter the smaller of line 1 or line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12.** 148,383.50

13. Enter the amount from line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13.** 0.00

14. Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14.** 148,383.50

15. Multiply line 14 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15.** 22,258.00

16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16.** 670,850.00

17. Add lines 15 and 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17.** 693,108.00

18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18.** 722,784.00

19. **Tax on all taxable income.** Enter the smaller of line 17 or line 18. Also include this amount on Form 1040, line 44 or FEIT worksheet, line 4, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19.** 693,108.00

| Name of Taxpayer: | LAURA H KIM | | Page | of |
|---|---|---|---|---|
| Identification Number | 8486 | Total | Tax Period Ending: | 12/31/2010 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 396,303.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 396,303.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 297,227.25 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 297,227.25 |

| Name of Taxpayer: | LAURA H KIM | | | 09/05/2018 |
|---|---|---|---|---|
| Identification Number: | ████-8486 | | Total | 19.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: ( )  _____

Work: ( )  _____

| Name Of Taxpayer: | LAURA H KIM | | | 09/05/2018 |
|---|---|---|---|---|
| Identification Number: ▮▮8486 | | Total | | 19.20.00 |

## 2010 **TAX YEAR INTEREST COMPUTATION**

| | |
|---|---|
| Interest computed to | 10/05/2018 |
| Total Tax Deficiency | $396,303.00 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $.00 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $297,227.25 | |
| Manually Computed Penalty | $.00 | |

| | |
|---|---|
| Total Penalties Subject to Interest | $297,227.25 |
| Tax Deficiency and Penalties Subject to Interest | $693,530.25 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2011--09/30/2011 | 168 | 4% | $7,363.49 |
| Compound | 10/01/2011--12/31/2011 | 92 | 3% | $4,950.80 |
| Compound | 01/01/2012--12/31/2012 | 366 | 3% | $21,495.27 |
| Compound | 01/01/2013--12/31/2013 | 365 | 3% | $22,149.87 |
| Compound | 01/01/2014--12/31/2014 | 365 | 3% | $22,824.41 |
| Compound | 01/01/2015--12/31/2015 | 365 | 3% | $23,519.48 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $5,958.08 |
| Compound | 04/01/2016--12/31/2016 | 275 | 4% | $24,461.98 |
| Compound | 01/01/2017--12/31/2017 | 365 | 4% | $33,718.17 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $8,523.41 |
| Compound | 04/01/2018--10/05/2018 | 188 | 5% | $22,655.65 |

| | |
|---|---|
| Total Interest | $197,620.61 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

Name of Taxpayer: LAURA H KIM
Identification Number: ████8486      Total

09/05/2018
19.20.00

### 2010 - MAKING WORK PAY CREDIT

| | |
|---|---:|
| 1a. Earned income amount ("see below) | 754.489.78 |
| 1b. Nontaxable combat pay included in line 1a | 0.00 |
| 2. Multiply line 1a by .062 | 46,778.00 |
| 3. Enter $400 ($800 if married filing jointly) | 400.00 |
| 4. Smaller of line 2 or line 3 | 400.00 |
| 5. Adjusted gross income | 2.146.615.00 |
| 6. Enter $75,000 ($150,000 if married filing jointly) | 75.000.00 |
| 7. Subtract line 6 from line 5 (if zero or less, skip line 8 and enter amount from line 4 on line 9) | 2.071.615.00 |
| 8. Multiply line 7 by .02 | 41,432.00 |
| 9. Subtract line 8 from line 4 (if zero or less, enter-0-) | 0.00 |
| 10. Economic recovery payment amount received for current year | 0.00 |
| 11. Making work pay credit. Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |

\* Enter earned income amount on line 1a if any of the following conditions apply:

    Net loss from business;

    Taxable scholarship or fellowship grant not reported on Form W-2;

    Wages include pay for work performed while an inmate in a penal institution;

    Received pension or annuity from a nonqualified deferred compensation plan or nongovernmental section 457 plan;

    Filing Form 2555 or 2555-EZ.

If current year wages are more than minimum amount, skip lines 1a through 3 and enter $400

    ($800 if married filing jointly) on line 4 and go to line 5; otherwise, enter earned income amount on line 1a

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number | ██████-8486 | Total | 19.20.00 |

### 2011 - Form 6251 - Alternative Minimum Tax Computation

| | | |
|---|---|---|
| 1. | If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 717,205.00 |
| 2. | Total adjustment and preferences (excluding any NOL deduction) | 13,950.00 |
| 3. | Net operating loss deduction | 0.00 |
| 4. | Alternative tax net operating loss deduction | 0.00 |
| 5. | Alternative minimum taxable income (combine lines 1 thru 4) | 731,155.00 |
| 6. | Exemption amount | 0.00 |
| 7. | Subtract line 6 from line 5 (if zero or less, enter zero) | 731,155.00 |
| 8. | If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 165,915.00 |
| 9. | Alternative minimum tax foreign tax credit | 74,426.00 |
| 10. | Tentative minimum tax (line 8 less line 9) | 91,489.00 |
| 11. | Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 98,294.00 |
| 12. | Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | | |
|---|---|---|
| A. | Exemption amount based on filing status | 48,450.00 |
| B. | Alternative minimum taxable income | 731,155.00 |
| C. | Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. | Subtract line C from line B | 618,655.00 |
| E. | Multiply line D by 25% | 154,664.00 |
| F. | Subtract line E from line A (if zero or less, enter zero) | 0.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ████-8486 | Total | 19.20.00 |

### 2011 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---|
| 1. Amount from Form 6251 report, line 7 | 731,155.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 271,604.75 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 271,604.75 |
| 5. Smaller of line 1 or line 4 | 271,604.75 |
| 6. Subtract line 5 from line 1 | 459,550.25 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 125,174.00 |
| 8. Enter: | |
| $69,000 if married filing jointly or qualifying widow(er) | |
| $34,500 if single or married filing separately | 34,500.00 |
| $46,250 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 441,900.25 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 271,604.75 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 271,604.75 |
| 14. Multiply line 13 by 15% | 40,741.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 165,915.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 201,223.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 165,915.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
| Identification Number: | ████-8486 | Total | 19.20.00 |

## 2011 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 2,132,622.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $219,900 and married filing separate for prior year - see instructions) | 2,132,622.00 |
| 5. Exemption amount from prior year Form 6251 | 47,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 2,020,122.00 |
| 8. Multiply line 7 by 25% | 505,031.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 2,132,622.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 574,345.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 574,345.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 395,903.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 176,442.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 178,442.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (178,442.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) (if applicable) | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

Name of Taxpayer:  LAURA H KIM                                          09/05/2018
Identification Number: ████-8486          Total                          19.20.00

## Part III - Tax Computation Using Maximum Capital Gains Rates

| | |
|---|---:|
| 29. Amount from line 10 | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount from line 3 of that worksheet instead) | 2,132,622.00 |
| 30. Amount from prior year line 6 of Qualified Dividends Worksheet or | |
| line 13 of Schedule D Tax Worksheet | 148,383.50 |
| 31. Amount from prior year Schedule D, line 19 | 0.00 |
| 32. Smaller of lines 30 and 31 | 148,383.50 |
| or prior year line 10 of Schedule D Tax Worksheet | 148,383.50 |
| 33. Smaller of line 29 or line 32 | 148,383.50 |
| 34. Subtract line 33 from line 29 | 1,984,238.50 |
| 35. Multiply line 34 by 28% and subtract $ 3,500 from the result | 552,087.00 |
| 36. Enter: | 34,000.00 |
| $68,000 if married filing jointly or qualifying widow(er) for 2010. | |
| $34,000 if single or married filing separately for 2010, | |
| $45,550 if head of household for 2010 | |
| 37. Amount from prior year line 7 of Qualified Dividends Worksheet or | |
| line 14 of Schedule D Tax Worksheet | 1,980,588.50 |
| 38. Subtract line 37 from line 36. If zero or less, enter -0- | 0.00 |
| 39. Smaller of line 29 or line 30 | 148,383.50 |
| 40. Smaller of line 38 or line 39 | 0.00 |
| 41. Subtract line 40 from line 39 | 148,383.50 |
| 42. Multiply line 41 by 15% | 22,258.00 |
| 43. Subtract line 39 from line 33 | 0.00 |
| 44. Multiply line 43 by 25% | 0.00 |
| 45. Add lines 35, 42, and 44 | 574,345.00 |
| 46. Multiply line 29 by 28% and subtract $ 3,500 from the result | 593,634.00 |
| 47. Smaller of line 45 or line 46 (enter here and on line 11 above) | |
| (If FEIT worksheet for F8801 was used, | |
| enter amount on line 4 of that worksheet instead) | 574,345.00 |

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
   from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
   from 2010 Form 8801, lines 18 and 20 (if zero or less, enter 0-)
51. Total of lines 18 and 20 above (If zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
   (if zero or less, stop and enter -0- here and on line 26 and
   do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
| Identification Number: | ███8486 | Total | 19.20.00 |

## 2011  - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10                                                                    0.00
2. Enter amount from 2010 Form 2555. line 45 and 50.
   or Form 2555-EZ, line 18                                                                                0.00
3. Add lines 1 and 2                                                                                       0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175.000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result                                   0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result                                   0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)                                                            0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801. Part III

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ▓-8486 | Total | 19.20.00 |

## 2011 - Qualified Dividends and Capital Gain Tax Worksheet

| | | |
|---|---|---:|
| 1. | Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ | 713,505.00 |
| 2. | Enter the qualified dividends from Form 1040, line 9b | 271,604.75 |
| 3. | If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 | 0.00 |
| 4. | Add lines 2 and 3 | 271,604.75 |
| 5. | If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- | 0.00 |
| 6. | Subtract line 5 from line 4. If zero or less, enter -0- | 271,604.75 |
| 7. | Subtract line 6 from line 1. If zero or less, enter -0- | 441,900.25 |
| 8. | Enter: <br> $34,500 if single or married filing separately; <br> $69,000 if married filing jointly or qualifying widow(er); or <br> $46,250 if head of household | 34,500.00 |
| 9. | Enter the smaller of line 1 or line 8 | 34,500.00 |
| 10. | Enter the smaller of line 7 or line 9 | 34,500.00 |
| 11. | Subtract line 10 from line 9. This amount is taxed at 0% | 0.00 |
| 12. | Enter the smaller of line 1 or line 6 | 271,604.75 |
| 13. | Enter the amount from line 11 | 0.00 |
| 14. | Subtract line 13 from line 12 | 271,604.75 |
| 15. | Multiply line 14 by 15% (.15) | 40,741.00 |
| 16. | Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 131,979.00 |
| 17. | Add lines 15 and 16 | 172,720.00 |
| 18. | Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 Is $100,000 or more, use the Tax Computation Worksheet | 227,041.00 |
| 19. | Tax on all taxable Income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable | 172,720.00 |

| Name of Taxpayer: | LAURA H KIM | | Page of | |
|---|---|---|---|---|
| Identification Number: | ████8486 | Total | Tax Period Ending 12/31/2011 | |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud. Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 93,815.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 93,815.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 70,361.25 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 70,361.25 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ▓▓▓-8486 | Total | 19.20.00 |

### HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549 – Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $_____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: (      )    _____

Work: (      )    _____

| Name Of Taxpayer | LAURA H KIM | | 09/05/2018 |
| Identification Number: | ████-8486 | Total | 19.20.00 |

## 2011 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 10/05/2018 |
| Total Tax Deficiency | | $93,815.00 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $.00 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $70,361.25 | |
| Manually Computed Penalty | $.00 | |

| | | |
|---|---|---|
| Total Penalties Subject to Interest | | $70,361.25 |
| Tax Deficiency and Penalties Subject to Interest | | $164,176.25 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2012--06/30/2012 | 76 | 3% | $586.22 |
| Compound | 07/01/2012--09/30/2012 | 92 | 3% | $714.54 |
| Compound | 10/01/2012--12/31/2012 | 92 | 3% | $1,165.41 |
| Compound | 01/01/2013--03/31/2013 | 90 | 3% | $1,237.22 |
| Compound | 04/01/2013--06/30/2013 | 91 | 3% | $1,260.30 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $1,283.77 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,293.51 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $1,274.89 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $1,298.68 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $1,322.87 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $1,332.91 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $1,313.72 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $1,338.23 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $1,363.15 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $1,373.50 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $1,365.07 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $1,835.98 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $1,874.81 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $1,893.75 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $1,876.25 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $1,916.01 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $1,956.58 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $1,976.41 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $1,952.82 |
| Compound | 04/01/2018--06/30/2018 | 91 | 5% | $2,495.82 |
| Compound | 07/01/2018--09/30/2018 | 92 | 5% | $2,555.07 |
| Compound | 10/01/2018--10/05/2018 | 5 | 5% | $139.79 |

| Name Of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ████8486 | Total | 19.20.00 |

## 2011   TAX YEAR INTEREST COMPUTATION

Interest computed to                                         10/05/2018

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|

| | | |
|---|---|---|
| | Total Interest | $39,997.28 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

Name of Taxpayer:   LAURA H KIM                                                      09/05/2018
Identification Number:    ████-8486                    Total                          19.20.00

### 2012 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; | |
| otherwise, enter adjusted gross income | 844,309.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | (139.00) |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 844,170.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 844,170.00 |
| 8. If capital gains are reported, see line 19 from continuation page | |
| (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) | |
| All others: | |
| If line 7 is $175,000 or less ($87,500 if MFS) multiply | |
| line 7 by 26%. Otherwise, multiply line 7 by 28% and | |
| subtract $3,500 ($1,750 if MFS) from the result | 215,312.00 |
| 9. Alternative minimum tax foreign tax credit | 94,004.36 |
| 10. Tentative minimum tax (line 8 less line 9) | 121,307.64 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, | |
| use the refigured amounts for lines 44 and 47 of Form 1040 | |
| without using Schedule J) | 145,730.64 |
| 12. Alternative minimum tax | 0.00 |

**Exemption Worksheet (line 6 above)**

| | |
|---|---:|
| A. Exemption amount based on filing status | 50,600.00 |
| B. Alternative minimum taxable income | 844,170.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or | |
| qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 731,670.00 |
| E. Multiply line D by 25% | 182,918.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
| Identification Number | 8486 | Total | 19.20.00 |

### 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 844,170.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 135,042.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 135,042.00 |
| 5. Smaller of line 1 or line 4 | 135,042.00 |
| 6. Subtract line 5 from line 1 | 709,128.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 195,056.00 |
| 8. Enter: | |
| $70,700 if married filing jointly or qualifying widow(er) | |
| $35,350 if single or married filing separately | 35,350.00 |
| $47,350 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 698,067.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 135,042.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 135,042.00 |
| 14. Multiply line 13 by 15% | 20,256.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 215,312.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 232,868.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 215,312.00 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
| Identification Number: | ▓▓▓8486 | Total | 19,20.00 |

## 2012 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 717,205.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $223,900 and married filing separate for prior year - see instructions) | 717,205.00 |
| 5. Exemption amount from prior year Form 6251 | 48,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 604,705.00 |
| 8. Multiply line 7 by 25% | 151,176.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 717,205.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $ 3,500 from the result) | 162,009.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 162,009.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 98,294.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 63,715.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 35 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 63,715.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (63,715.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

Name of Taxpayer: LAURA H KIM                                        09/05/2018
Identification Number ████-8486          Total                       19.20.00

## Part III - Tax Computation Using Maximum Capital Gains Rates

29. Amount from line 10
    (If FEIT worksheet for F8801 was used,
    enter amount from line 3 of that worksheet instead)            717,205.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
    line 13 of Schedule D Tax Worksheet                            271,604.75
31. Amount from prior year Schedule D, line 19                            0.00
32. Smaller of lines 30 and 31
    or prior year line 10 of Schedule D Tax Worksheet              271,604.75
33. Smaller of line 29 or line 32                                  271,604.75
34. Subtract line 33 from line 29                                  445,600.25
35. Multiply line 34 by 28% and subtract $ 3,500 from the result   121,268.00
36. Enter:                                                          34,500.00
    $69,000 if married filing jointly or qualifying widow(er) for 2011,
    $34,500 if single or married filing separately for 2011,
    $46,250 if head of household for 2011
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
    line 14 of Schedule D Tax Worksheet                            441,900.25
38. Subtract line 37 from line 36. If zero or less, enter -0-            0.00
39. Smaller of line 29 or line 30                                  271,604.75
40. Smaller of line 38 or line 39                                        0.00
41. Subtract line 40 from line 39                                  271,604.75
42. Multiply line 41 by 15%                                         40,741.00
43. Subtract line 39 from line 33                                        0.00
44. Multiply line 43 by 25%                                              0.00
45. Add lines 35, 42, and 44                                      162,009.00
46. Multiply line 29 by 28% and subtract $ 3,500 from the result  197,317.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
    (If FEIT worksheet for F8801 was used,
    enter amount on line 4 of that worksheet instead)              162,009.00

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2011 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ▮8486 | Total | 19.20.00 |

### 2012  - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10 — 0.00
2. Enter amount from 2011 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18 — 0.00
3. Add lines 1 and 2 — 0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result — 0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1) — 0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ___-8486 | Total | 19.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2012 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 10/15/2013 | |
| 3. Date return filed | 10/21/2014 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax liability | | 145,730.64 |
| 7. Allowable payments on or prior to due date of return | | 8,292.00 |
| 8. Net Amount Due (line 6 less line 7) | | 137,438.64 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 34,359.66 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 34,359.66 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 34,359.66 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 34,359.66 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: ████-8486 | | Total | 19.20.00 |

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ — 833,109.00

2. Enter the qualified dividends from Form 1040, line 9b — 135,042.00

3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 — 0.00

4. Add lines 2 and 3 — 135,042.00

5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- — 0.00

6. Subtract line 5 from line 4. If zero or less, enter -0- — 135,042.00

7. Subtract line 6 from line 1. If zero or less, enter -0- — 698,067.00

8. Enter:
   $35,350 if single or married filing separately;
   $70,700 if married filing jointly or qualifying widow(er); or
   $47,350 if head of household — 35,350.00

9. Enter the smaller of line 1 or line 8 — 35,350.00

10. Enter the smaller of line 7 or line 9 — 35,350.00

11. Subtract line 10 from line 9. This amount is taxed at 0% — 0.00

12. Enter the smaller of line 1 or line 6 — 135,042.00

13. Enter the amount from line 11 — 0.00

14. Subtract line 13 from line 12 — 135,042.00

15. Multiply line 14 by 15% (.15) — 20,256.00

16. Figure the tax on the amount on line 7. If the amount on line 7 Is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet — 221,084.00

17. Add lines 15 and 16 — 241,340.00

18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet — 268,349.00

19. Tax on all taxable income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable — 241,340.00

| Name of Taxpayer: | LAURA H KIM | | Page      of |
|---|---|---|---|
| Identification Number | ████8486 | Total | Tax Period Ending: 12/31/2012 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 128,004.64 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 128,004.64 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 96,003.48 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 96,003.48 |

| Name of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: | ▇▇▇-8486 | Total | 19.20.00 |

### HOW TO PAY YOUR TAXES

If you agree with the adjustments and balance due on Form 4549– Income Tax Changes, please return a signed copy including pages 1 and 2. The enclosed report does not reflect any balance currently due on your account.

You have payment options for your tax liability. Please note that interest and applicable penalties will accrue until your balance is paid in full. Paying now will decrease or stop future interest charges and prevent assessment of failure to pay penalties.

Payment options include the following:

- Pay now by including a check or money order payable to the United States Treasury with your signed copy of Form 4549.
- Download the IRS2Go Mobile App and make a payment whenever you like from your mobile device. (Processing fees may apply.)
- If you can pay the full amount within 120 days, return the signed agreement now and submit the balance due when you receive the bill.

Additional payment options are available by visiting www.IRS.gov/payments:

- Apply for a payment plan. (Fees may apply.) You may also apply by completing the section below, "Payment Plan Request."
- Pay online via a checking/savings account.
- Locate retail partners for cash payments. (Processing fees apply.)
- Pay by credit card. (Processing fees apply.)

Payment Plan Request

Submit your written request or check the box below and return this flyer with your signed agreement.

[ ] I would like to pay $ _____ per month. (Make your payments as large as possible to limit penalty and interest.)

I would like my payment to be due on the _____ of the month. (Please indicate a date between the 1st and 28th of the month.)

You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

Please provide a telephone number where we can contact you regarding your request.

Home: ( ) _____

Work: ( ) _____

| Name Of Taxpayer: | LAURA H KIM | | 09/05/2018 |
|---|---|---|---|
| Identification Number: ████-8486 | | Total | 19.20.00 |

## 2012 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 10/05/2018 |
| Total Tax Deficiency | | $128,004.64 |

Plus Penalties*

| | | |
|---|---|---|
| Failure to File - IRC 6651 | $34,359.66 | |
| Accuracy Related Penalty - IRC 6662 | $.00 | |
| Accuracy Related Penalty - IRC 6662A | $.00 | |
| Civil Fraud - IRC 6663 | $96,003.48 | |
| Manually Computed Penalty | $.00 | |

| | | |
|---|---|---|
| Total Penalties Subject to Interest | | $130,363.14 |
| Tax Deficiency and Penalties Subject to Interest | | $258,367.78 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2013--06/30/2013 | 76 | 3% | $802.06 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $977.64 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,812.68 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $1,944.89 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $1,981.18 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $2,018.07 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $2,033.39 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $2,004.12 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $2,041.52 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $2,079.53 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $2,095.31 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $2,082.46 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $2,800.84 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $2,860.08 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $2,888.98 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $2,862.28 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $2,922.93 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $2,984.83 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $3,015.07 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $2,979.09 |
| Compound | 04/01/2018--06/30/2018 | 91 | 5% | $3,807.46 |
| Compound | 07/01/2018--09/30/2018 | 92 | 5% | $3,897.85 |
| Compound | 10/01/2018--10/05/2018 | 5 | 5% | $213.25 |

| Name Of Taxpayer: | LAURA H KIM | | 09/05/2018 |
| Identification Number ████ 8486 | | Total | 19.20.00 |

## 2012   TAX YEAR INTEREST COMPUTATION

Interest computed to                                                    10/05/2018

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|

Total Interest                                    $53,105.51

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| Form **886-A** (May 2017) | Department of the Treasury - Internal Revenue Service **Explanation of Items** | Schedule number or exhibit |
|---|---|---|
| Name of taxpayer LAURA H KIM | Tax Identification Number *(last 4 digits)* 8486 | Year/Period ended 2011 2012 |

**Statutory-Alt Min Tax**

| | Tax Period 2011 | Per Return $4,479.00 | Per Exam $0.00 | Adjustment ($4,479.00) |
|---|---|---|---|---|

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($48, 450 for Single/Head of Household
 $74, 450 for Married Filing Joint/Surviving Spouse; and
 $37, 225 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

| | Tax Period 2012 | Per Return $1,841.00 | Per Exam $0.00 | Adjustment ($1,841.00) |
|---|---|---|---|---|

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($50,600 for Single/Head of Household
 $78,750 for Married Filing Joint/Surviving Spouse; and
 $39,375 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

RECEIVED SEP 0 7 2018
RECEIVED SEP 0 7 2018

LHK_3873   LHK_3873

# Exhibit 100



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
333 Broadway
MailStop 4466
San Diego  CA  92101

Date: 5/1/2018

Taxpayer ID number (last 4 digits):
8486
Form:
1040
Tax periods ended:
December 31, 2010
December 31, 2011
December 31, 2012

LAURA H KIM

LOS ANGELES  CA

Person to contact:
Simon Bonilla
Contact telephone number:
619-615-7745
Contact fax number:
619-615-3720
Employee ID number:
4322
Response due date:
6/8/2018

Dear LAURA H KIM:

I have enclosed an examination report and two copies of an agreement form showing proposed changes to your tax for the periods above. Review the report, and tell us whether you agree or disagree with the changes by the response due date above. If you have an interest in any partnerships, S corporations, trusts, etc., this report may not reflect examinations of those entities. Changes to those accounts could also affect your tax.

**If you agree with the proposed changes in the report**

1. Sign and date one copy of the agreement form and keep the other copy for your records. If you filed a joint return, both spouses must sign for the case to be fully agreed.

2. Include payment for the full amount you owe (if the report shows you owe additional tax) to limit penalty and interest charges to your account. Make your check or money order payable to the United States Treasury.

3. Return the signed and dated agreement form with your payment in the enclosed envelope by the response due date.

**If you agree, but can't pay the full amount you owe**

Pay as much as you can, and sign, date, and return one copy of the agreement form, as explained above. We explain payment options in the enclosed Publication 3498, The Examination Process. You can also find more information regarding payment options by visiting Tax Topic 202 at www.irs.gov/taxtopics/tc202.html and www.irs.gov/payments.

If you don't enclose full payment for the additional tax, interest, and penalties, we'll bill you for the unpaid amounts. If you are a C Corporation, the law requires us to charge an interest rate 2% higher than the standard rate on underpayments of $100,000 or more (Section 6621(c) of the Internal Revenue Code).

USA-000932

Letter 950 (Rev. 4-2017)
Catalog Number 40390D

**If you don't agree with the proposed changes in the report**

You can contact the person above to request a meeting or telephone conference with me. If you still don't agree after the meeting or telephone conference, you can request a conference with the Office of Appeals. If the total proposed change to your tax and penalties is:

- $25,000 or less for each referenced tax period, send us a letter requesting an Appeals conference, and explain the changes you don't agree with and the reasons why you don't agree. Instead of sending a letter, you can complete Form 12203, Request for Appeals Review (enclosed). A fillable version of this form is available at www.irs.gov/forms-pubs.
- More than $25,000 for any referenced tax period, you must follow the instructions in the enclosed Publication 3498 to submit a formal protest.

**If you request an Appeals conference**

An Appeals officer will contact you. Appeals conferences are held in an informal manner. Appeals is an independent office and resolves most disputes informally and promptly. A conference with our Appeals office may:

- Help you avoid court costs, such as Tax Court filing fees
- Resolve the matter sooner
- Limit or prevent interest and penalties from increasing on your account

If you provide new information or raise a new issue to Appeals, your case may be returned to Examination for our determination on the new information.

For Appeals to have enough time to consider your case, the statute of limitations generally must have at least 365 days remaining when Appeals receives it. If additional time is needed, we will request your consent to extend the period the law provides to assess additional tax. If you don't consent to extend the statute, we'll close your case based on the proposed changes and send you a notice of deficiency (explained below). For estate tax cases only, there must be at least 270 days remaining on the non-extendable statute of limitations when Appeals receives the case.

**If you don't reply by the response due date**

We'll process your case based on the proposed changes and send you a notice of deficiency. The notice normally gives you 90 days to either agree to the deficiency or file a petition with the United States Tax Court.

If you petition the Tax Court, your case will normally be sent to Appeals to try to resolve the disagreement before the court considers it. If you allow the 90-day period to expire without petitioning the Tax Court, we'll bill you for any additional tax, penalties, and interest.

If you have questions, you can contact the person listed at the top of this letter.

Sincerely,

Simon Bonilla
Supervisory Revenue Agent

Enclosures:
Examination Report

Form 12203
Publication 3498
Envelope

USA - 009933



Letter 950 (Rev. 4-2017)
Catalog Number 40390D

Form **4549**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

## Income Tax Examination Changes

Page ___1___ of ___2___

Name and Address of Taxpayer

LAURA H KIM

LOS ANGELES   CA

| | Taxpayer Identification Number | Return Form No. |
|---|---|---|
| | - 6486 | 1040 |
| Person with whom examination changes were discussed: | Name and Title: LAURA H KIM | |

| 1. Adjustments to Income | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends | 1,281.82 | 15,260.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. Other Income | 783,152.07 | 78,451.95 | |
| e. NOL Carryforward | 546,719.00 | 582,635.00 | |
| f. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | 272,780.80 | 31,961.00 | 220,487.70 |
| g. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| h. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| i. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 2,729,218.42 | 1,248,743.18 | 521,824.41 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| 4. Corrected Taxable Income | 2,128,972.00 | 714,135.00 | 833,109.00 |
| Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| Filing Status | Single | Single | Single |
| 5. Tax | 693,108.00 | 172,941.00 | 241,340.00 |
| 6. Additional Taxes / Alternative Minimum Tax | 38,236.00 | 67,576.00 | 79,769.00 |
| 7. Corrected Tax Liability | 731,344.00 | 240,517.00 | 321,109.00 |
| 8. Less Credits a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 172,929.00 |
| b. Credit for Elderly | | 750.00 | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 434,139.00 | 165,341.00 | 148,180.00 |
| 10. Plus a. | | | |
| Other b. | | | |
| Taxes c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 434,139.00 | 165,341.00 | 148,180.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 434,539.00 | 161,612.00 | 130,454.00 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 434,539.00 | 161,612.00 | 130,454.00 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

USA_016035

Catalog Number 23105A          www.irs.gov          Form **4549** (Rev. 5-2008)

| Form **4549** (Rev. May 2008) | Department of the Treasury—Internal Revenue Service **Income Tax Examination Changes** | | Page 2 of 2 |
|---|---|---|---|

| Name of Taxpayer LAURA H KIM | Taxpayer Identification Number ▮-8486 | Return Form No.: 1040 |
|---|---|---|

| **17. Penalties/ Code Sections** | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
|---|---|---|---|
| a. Fraud-IRC 6663 | 325,904.25 | 121,209.00 | 97,840.50 |
| b. Delq-IRC 6651(a)(1) | | | 34,972.00 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 325,904.25 | 121,209.00 | 132,812.50 |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 434,539.00 | 161,612.00 | 130,454.00 |
| b. Penalties *(Line 18)* - computed to 05/01/2018 | 325,904.25 | 121,209.00 | 132,812.50 |
| c. Interest *(IRC § 6601)* - computed to 05/31/2018 | 199,836.13 | 62,836.30 | 48,639.40 |
| d. TMT Interest - computed to     05/31/2018     *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or *(refund)* - (sum of Lines a, b, c and d) | 960,279.38 | 345,657.30 | 311,905.90 |

**Other Information:**

For tax period(s) 201012, 201112, the tax liability shown in this report may be subject to IRC section 6404(g). Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.

| Examiner's Signature: Ella Chernyak | Employee ID: ▮4322 | Office: | Date: 05/01/2018 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** If a joint return was filed, BOTH taxpayers must sign

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

USA   016036

| Catalog Number 23105A | www.irs.gov | Form **4549** (Rev. 5-2008) |
|---|---|---|

Form 886-A
(Rev. January 1994)

**EXPLANATION OF ITEMS**

Schedule number or exhibit

Name of Taxpayer

KIM, LAURA H

Tax Identification Number

███-8486

Year/Period ended

Adjustment(s) to Prepayment Credit(s) Subject to Deficiency (Form 4549 series Line 13a or Form 5278 Line 20a):

2010

Make work pay/government retiree credit

(400.00)

Total Adjustment Amount:

(400.00)

Adjustment(s) to Prepayment Credit(s) Not Subject to Deficiency (Form 4549 series Line 15 or Form 5278 Line 22):

2010

Total Adjustment Amount:

Form 886-A (1-1994)

Department of the Treasury-Internal Revenue Service

USA - 016037

Name of Taxpayer:   LAURA H KIM                                    05/01/2018
Identification Number:   ███ 8486           Total                  19.00.00

### 2010 - Form 6251 - Alternative Minimum Tax Computation

1. If filing Schedule A, enter taxable income before exemptions;
   otherwise, enter adjusted gross income                         2,132,622.00
2. Total adjustment and preferences (excluding any NOL deduction)   13,993.00
3. Net operating loss deduction                                    546,719.00
4. Alternative tax net operating loss deduction                          0.00
5. Alternative minimum taxable income (combine lines 1 thru 4)    2,693,334.00
6. Exemption amount                                                      0.00
7. Subtract line 6 from line 5 (if zero or less, enter zero)     2,693,334.00
8. If capital gains are reported, see line 19 from continuation page
   (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead)
   All others:
   If line 7 is $175,000 or less ($87,500 if MFS) multiply
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from the result                 731,344.00
9. Alternative minimum tax foreign tax credit                      297,205.00
10. Tentative minimum tax (line 8 less line 9)                      434,139.00
11. Regular tax before credits (if Schedule J was used to figure tax,
    use the refigured amounts for lines 44 and 47 of Form 1040
    without using Schedule J)                                      395,903.00
12. Alternative minimum tax                                         38,236.00

### Exemption Worksheet (line 6 above)

A. Exemption amount based on filing status                          47,450.00
B. Alternative minimum taxable income                             2,693,334.00
C. Enter $112,500 ($150,000 if married filing jointly or
   qualifying widow(er), $75,000 if married filing separately)     112,500.00
D. Subtract line C from line B                                    2,580,834.00
E. Multiply line D by 25%                                           645,209.00
F. Subtract line E from line A (if zero or less, enter zero)             0.00

USA - 016038

Name of Taxpayer    LAURA H KIM                                           05/01/2018
Identification Number ▮▮▮-8486                    Total                    19.00.00

### 2010 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

1. Amount from Form 6251 report, line 7                                          2,693,334.00
   (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead)
2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet
   or line 13 Schedule D Tax Worksheet (refigured for AMT)                          148,383.50
3. Amount from Schedule D line 19 (refigured for AMT)                                      0.00
4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of
   the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT)   148,383.50
5. Smaller of line 1 or line 4                                                       148,383.50
6. Subtract line 5 from line 1                                                     2,544,950.50
7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%;
   otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS)
   from the result                                                                   709,086.00
8. Enter:
   $68,000 if married filing jointly or qualifying widow(er)
   $34,000 if single or married filing separately                                     34,000.00
   $45,550 if head of household
9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet
   or line 14 Schedule D Tax Worksheet                                             1,980,588.50
10. Subtract line 9 from line 8 (if zero or less, enter zero)                              0.00
11. Smaller of line 1 or line 2                                                      148,383.50
12. Smaller of line 10 or line 11                                                          0.00
13. Subtract line 12 from line 11                                                    148,383.50
14. Multiply line 13 by 15%                                                           22,258.00
15. Subtract line 11 from line 5                                                           0.00
16. Multiply line 15 by 25%                                                                0.00
17. Total of lines 7, 14 and 16                                                      731,344.00
18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%;
    otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS)
    from the result                                                                   750,634.00
19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report      731,344.00

USA - 016039

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ▮-8486 | Total | 1900.00 |

## 2010 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---:|
| 1. Taxable income (loss) from prior year Form 6251 | 0.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $216,900 and married filing separate for prior year - see instructions) | 0.00 |
| 5. Exemption amount from prior year Form 6251 | 46,700.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 0.00 |
| 8. Multiply line 7 by 25% | 0.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 0.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 26% and subtract $  0   from the result) | 0.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 0.00 |
| 14. Regular tax before credits minus foreign tax credit (line 35 of prior year Form 6251) | 0.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 0.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---:|
| 16. Line 36 of prior year Form 6251 | 0.00 |
| 17. Amount from line 15 above | 0.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | 0.00 |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

USA - 016040

Name of Taxpayer:  LAURA H KIM                                                                  05/01/2018
Identification Number:  ████-8486                    Total                                       19 00 00
_____

### Part III - Tax Computation Using Maximum Capital Gains Rates

29. Amount from line 10
    (If FEIT worksheet for F8801 was used,
    enter amount from line 3 of that worksheet instead)                                           0.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
    line 13 of Schedule D Tax Worksheet                                                           0.00
31. Amount from prior year Schedule D, line 19                                                    0.00
32. Smaller of lines 30 and 31
    or prior year line 10 of Schedule D Tax Worksheet                                             0.00
33. Smaller of line 29 or line 32                                                                 0.00
34. Subtract line 33 from line 29                                                                 0.00
35. Multiply line 34 by 26% and subtract $   0   from the result                                  0.00
36. Enter:                                                                                        0.00
    $67,900 if married filing jointly or qualifying widow(er) for 2009,
    $33,950 if single or married filing separately for 2009,
    $45,500 if head of household for 2009
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
    line 14 of Schedule D Tax Worksheet                                                           0.00
38. Subtract line 37 from line 36. If zero or less, enter -0-                                     0.00
39. Smaller of line 29 or line 30                                                                 0.00
40. Smaller of line 38 or line 39                                                                 0.00
41. Subtract line 40 from line 39                                                                 0.00
42. Multiply line 41 by 15%                                                                       0.00
43. Subtract line 39 from line 33                                                                 0.00
44. Multiply line 43 by 25%                                                                       0.00
45. Add lines 35, 42, and 44                                                                      0.00
46. Multiply line 29 by 26% and subtract $   0   from the result                                  0.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
    (If FEIT worksheet for F8801 was used,
    enter amount on line 4 of that worksheet instead)                                             0.00

### Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2008 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV).
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

USA - 016041

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ____8486 | Total | 19.00.00 |

## 2010 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10    0.00
2. Enter amount from 2009 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18    0.00
3. Add lines 1 and 2    0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result    0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result    0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)    0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

USA - 016042

Name of Taxpayer:    LAURA H KIM                                           05/01/2018
Identification Number:    ████-8486          Total                            19.00.00

## 2010 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 or
   FEIT worksheet, line 3, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1.    2,128,972.00
2. Enter the amount from Form 1040, line 9b . . . . . . . . . . . .2.       148,383.50
3. Are you filing Schedule D?
   ☐ **Yes.** Enter the **smaller** of line 15 or 16 of
      Schedule D, but do not enter less than
      -0-                                          } 3.              0.00
   ☑ **No.** Enter the amount from Form 1040, line 13
4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . .  4.      148,383.50
5. If filing Form 4952, enter any amount from line 4g
   of that form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.       0.00
6. Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . .6.       148,383.50
7. Subtract line 6 from line 1. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . .7.     1,980,588.50
8. Enter:
   $34,000 if single or married filing separately,
   $68,000 if married filing jointly or qualifying widow(er),   } . . . . . . . . . .8.       34,000.00
   $45,550 if head of household.
9. Enter the smaller of line 1 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9.       34,000.00
10. Enter the smaller of line 7 or line 9 . . . . . . . . . . . . . . . . . . . . . . . . . .10.       34,000.00
11. Subtract line 10 from line 9. This amount is taxed at 0% . . . . . . . . . . . . . . .11.        0.00
12. Enter the smaller of line 1 or line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12.      148,383.50
13. Enter the amount from line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13.        0.00
14. Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14.      148,383.50
15. Multiply line 14 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15.                    22,258.00
16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use
    the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the
    Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16.                 670,850.00
17. Add lines 15 and 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17.                 693,108.00
18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use
    the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the
    Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18.                 722,784.00
19. **Tax on all taxable income.** Enter the **smaller** of line 17 or line 18. Also include this amount on
    Form 1040, line 44 or FEIT worksheet, line 4, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . .19.       693,108.00

USA - 016043

| Name of Taxpayer: | LAURA H KIM | | Page of | |
|---|---|---|---|---|
| Identification Number: ___-8486 | | Total | Tax Period Ending: 12/31/2010 | |

# Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 434,539.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 434,539.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 325,904.25 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 325,904.25 |

Name of Taxpayer:  LAURA H KIM

Identification Number:   ▮-8486        Total

05/01/2018

19.00.00

### HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?  [ ] Yes     [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer.  We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: (    ) _____

   Work: (    ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.
* All checks or money orders for payment should be made payable to United States Treasury.

USA - 016045

| Name Of Taxpayer: | LAURA H KIM | | 05/01/2018 |
|---|---|---|---|
| Identification Number: | 8486 | Total | 19.00.00 |

## 2010  TAX YEAR INTEREST COMPUTATION

| | |
|---|---|
| Interest computed to | 05/31/2018 |
| Total Tax Deficiency | $434,539.00 |

Plus Penalties*

| | |
|---|---|
| Failure to File - IRC 6651 | $.00 |
| Accuracy Related Penalty - IRC 6662 | $.00 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $325,904.25 |
| Manually Computed Penalty | $.00 |

| | |
|---|---|
| Total Penalties Subject to Interest | $325,904.25 |
| Tax Deficiency and Penalties Subject to Interest | $760,443.25 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2011--09/30/2011 | 168 | 4% | $8,073.93 |
| Compound | 10/01/2011--12/31/2011 | 92 | 3% | $5,428.45 |
| Compound | 01/01/2012--12/31/2012 | 366 | 3% | $23,569.17 |
| Compound | 01/01/2013--12/31/2013 | 365 | 3% | $24,286.93 |
| Compound | 01/01/2014--12/31/2014 | 365 | 3% | $25,026.54 |
| Compound | 01/01/2015--12/31/2015 | 365 | 3% | $25,788.68 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $6,532.93 |
| Compound | 04/01/2016--12/31/2016 | 275 | 4% | $26,822.12 |
| Compound | 01/01/2017--12/31/2017 | 365 | 4% | $36,971.35 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $9,345.76 |
| Compound | 04/01/2018--05/31/2018 | 61 | 5% | $7,990.27 |

| | |
|---|---|
| **Total Interest** | $199,836.13 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

USA - 016046

Name of Taxpayer: LAURA H KIM
Identification Number: ████8486                      Total

05/01/2018
19.00.00

### 2010 - MAKING WORK PAY CREDIT

| | | |
|---|---|---|
| 1a. | Earned income amount (*see below) | 754.489.78 |
| 1b. | Nontaxable combat pay included in line 1a | 0.00 |
| 2. | Multiply line 1a by .062 | 46.778.00 |
| 3. | Enter $400 ($800 if married filing jointly) | 400.00 |
| 4. | Smaller of line 2 or line 3 | 400.00 |
| 5. | Adjusted gross income | 2.146.615.00 |
| 6. | Enter $75,000 ($150,000 if married filing jointly) | 75.000.00 |
| 7. | Subtract line 6 from line 5 (if zero or less, skip line 8 and enter amount from line 4 on line 9) | 2.071.615.00 |
| 8. | Multiply line 7 by .02 | 41.432.00 |
| 9. | Subtract line 8 from line 4 (if zero or less, enter -0-) | 0.00 |
| 10. | Economic recovery payment amount received for current year | 0.00 |
| 11. | Making work pay credit. Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |

* Enter earned income amount on line 1a if any of the following conditions apply:

Net loss from business;

Taxable scholarship or fellowship grant not reported on Form W-2;

Wages include pay for work performed while an inmate in a penal institution;

Received pension or annuity from a nonqualified deferred compensation plan or nongovernmental section 457 plan;

Filing Form 2555 or 2555-EZ.

If current year wages are more than minimum amount, skip lines 1a through 3 and enter $400

($800 if married filing jointly) on line 4 and go to line 5; otherwise, enter earned income amount on line 1a

USA - 016047

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
|---|---|---|---|
| Identification Number: | ████8486 | Total | 19.00.00 |

### 2011 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 717,835.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 13,950.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 731,785.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 731,785.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 166,091.00 |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 166,091.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 98,515.00 |
| 12. Alternative minimum tax | 67,576.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---|
| A. Exemption amount based on filing status | 48,450.00 |
| B. Alternative minimum taxable income | 731,785.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 619,285.00 |
| E. Multiply line D by 25% | 154,821.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

USA - 016048

Name of Taxpayer:   LAURA H KIM                                      05/01/2018
Identification Number: ████8486                    Total              19.00.00

### 2011 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

1. Amount from Form 6251 report, line 7                              731,785.00
   (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead)
2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet
   or line 13 Schedule D Tax Worksheet (refigured for AMT)          271,604.75
3. Amount from Schedule D line 19 (refigured for AMT)               0.00
4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of
   the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT)   271,604.75
5. Smaller of line 1 or line 4                                      271,604.75
6. Subtract line 5 from line 1                                      460,180.25
7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%;
   otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS)
   from the result                                                  125,350.00
8. Enter:
   $69,000 if married filing jointly or qualifying widow(er)
   $34,500 if single or married filing separately                   34,500.00
   $46,250 if head of household
9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet
   or line 14 Schedule D Tax Worksheet                              442,530.25
10. Subtract line 9 from line 8 (if zero or less, enter zero)       0.00
11. Smaller of line 1 or line 2                                     271,604.75
12. Smaller of line 10 or line 11                                   0.00
13. Subtract line 12 from line 11                                   271,604.75
14. Multiply line 13 by 15%                                         40,741.00
15. Subtract line 11 from line 5                                    0.00
16. Multiply line 15 by 25%                                         0.00
17. Total of lines 7, 14 and 16                                     166,091.00
18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%;
    otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS)
    from the result                                                 201,400.00
19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report   166,091.00

USA - 016049

| Name of Taxpayer: | LAURAH KIM | | 05/01/2018 |
|---|---|---|---|
| Identification Number: | ■■■■8486 | Total | 19 00.00 |

## 2011 - Form 8801 - Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

| | |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 2,679,341.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $219,900 and married filing separate for prior year - see instructions) | 2,679,341.00 |
| 5. Exemption amount from prior year Form 6251 | 47,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 2,566,841.00 |
| 8. Multiply line 7 by 25% | 641,710.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0 00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 2,679,341.00 |
| 11. Line 11 computation | |
| (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 727,426.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 727,426.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 395,903.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 331,523.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

| | |
|---|---|
| 16. Line 35 of prior year Form 6251 | 38,236.00 |
| 17. Amount from line 15 above | 331,523.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | (293,287.00) |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0 00 |
| 21. Combine lines 18 through 20 | 0.00 |
| 22. Current year regular income tax less allowable credits | 0.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 0.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 0.00 |

USA - 016050

Name of Taxpayer:   LAURA H KIM                                                                    05/01/2018
Identification Number:   █████8486          Total                                                  19,00.00

## Part III - Tax Computation Using Maximum Capital Gains Rates

29. Amount from line 10
     (If FEIT worksheet for F8601 was used,
     enter amount from line 3 of that worksheet instead)                                           2,679,341.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
     line 13 of Schedule D Tax Worksheet                                                           148,363.50
31. Amount from prior year Schedule D, line 19                                                     0.00
32. Smaller of lines 30 and 31                                                                     148,383.50
     or prior year line 10 of Schedule D Tax Worksheet                                             148,383.50
33. Smaller of line 29 or line 32                                                                  148,383.50
34. Subtract line 33 from line 29                                                                  2,530,957.50
35. Multiply line 34 by 28% and subtract $ 3,500 from the result                                   705,168.00
36. Enter:                                                                                         34,000.00
     $68,000 if married filing jointly or qualifying widow(er) for 2010,
     $34,000 if single or married filing separately for 2010,
     $45,550 if head of household for 2010
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
     line 14 of Schedule D Tax Worksheet                                                           1,980,588.50
38. Subtract line 37 from line 36. If zero or less, enter -0-                                       0.00
39. Smaller of line 29 or line 30                                                                  148,383.50
40. Smaller of line 38 or line 39                                                                  0.00
41. Subtract line 40 from line 39                                                                  148,383.50
42. Multiply line 41 by 15%                                                                        22,258.00
43. Subtract line 39 from line 33                                                                  0.00
44. Multiply line 43 by 25%                                                                        0.00
45. Add lines 35, 42, and 44                                                                       727,426.00
46. Multiply line 29 by 28% and subtract $ 3,500 from the result                                   746,715.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
     (If FEIT worksheet for F8801 was used,
     enter amount on line 4 of that worksheet instead)                                             727,426.00

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
     from 2009 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
     from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter -0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
     (if zero or less, stop and enter -0- here and on line 26 and
     do not complete the rest of Part IV).
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

USA - 016051

| Name of Taxpayer: | LAURAH KIM | | 05/01/2018 |
| Identification Number: | ▮-8486 | Total | 19.00.00 |

## 2011 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10     0.00
2. Enter amount from 2010 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18     0.00
3. Add lines 1 and 2     0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 6801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result     0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result     0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)     0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

Name of Taxpayer:   LAURA H KIM                                          05/01/2018
Identification Number: ███-8486              Total                        19.00.00

## 2011 - Qualified Dividends and Capital Gain Tax Worksheet

**1.** Enter the taxable income from Form 1040, line 43, or the amount from
Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ          714,135.00

**2.** Enter the qualified dividends from Form 1040, line 9b                           271,604.75

**3.** If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter
less than -0-. Otherwise, enter the amount from Form 1040, line 13                         0.00

**4.** Add lines 2 and 3                                                               271,604.75

**5.** If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0-   0.00

**6.** Subtract line 5 from line 4. If zero or less, enter -0-                         271,604.75

**7.** Subtract line 6 from line 1. If zero or less, enter -0-                         442,530.25

**8.** Enter.
$34,500 if single or married filing separately;
$69,000 if married filing jointly or qualifying widow(er); or
$46,250 if head of household                                                           34,500.00

**9.** Enter the smaller of line 1 or line 8                                            34,500.00

**10.** Enter the smaller of line 7 or line 9                                           34,500.00

**11.** Subtract line 10 from line 9. This amount is taxed at 0%                             0.00

**12.** Enter the smaller of line 1 or line 6                                          271,604.75

**13.** Enter the amount from line 11                                                        0.00

**14.** Subtract line 13 from line 12                                                  271,604.75

**15.** Multiply line 14 by 15% (.15)                                                   40,741.00

**16.** Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000,
use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more,
use the Tax Computation Worksheet                                                     132,200.00

**17.** Add lines 15 and 16                                                            172,941.00

**18.** Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000,
use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more,
use the Tax Computation Worksheet                                                     227,261.00

**19.** Tax on all taxable income. Enter the smaller of line 17 or line 18
Also include this amount on Form 1040, line 44, or
Foreign Earned Income Tax Worksheet, line 4, if applicable                            172,941.00

USA - 016053

| Name of Taxpayer: LAURA H KIM | | Page    of |
|---|---|---|
| Identification Number: ▓▓8486 | Total | Tax Period Ending: 12/31/2011 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 161,612.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 161,612.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 121,209.00 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 121,209.00 |

Name of Taxpayer:   LAURA H KIM                                    05/01/2018
Identification Number:   ████8486            Total              19.00.00

### HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If  you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes     [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer.  We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: (      ) _____

   Work: (      ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

* All checks or money orders for payment should be made payable to United States Treasury.

USA - 016055

| Name Of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ▓8486 | Total | 19.0000 |

## 2011 TAX YEAR INTEREST COMPUTATION

Interest computed to                                                       05/31/2018

Total Tax Deficiency                                                       $161,612.00

Plus Penalties*
    Failure to File - IRC 6651                    $.00
    Accuracy Related Penalty - IRC 6662           $.00
    Accuracy Related Penalty - IRC 6662A          $.00
    Civil Fraud - IRC 6663                  $121,209.00
    Manually Computed Penalty                     $.00

Total Penalties Subject to Interest                                       $121,209.00

Tax Deficiency and Penalties Subject to Interest                         $282,821.00

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2012--06/30/2012 | 76 | 3% | $1,009.86 |
| Compound | 07/01/2012--09/30/2012 | 92 | 3% | $1,230.91 |
| Compound | 10/01/2012--12/31/2012 | 92 | 3% | $2,007.62 |
| Compound | 01/01/2013--03/31/2013 | 90 | 3% | $2,131.31 |
| Compound | 04/01/2013--06/30/2013 | 91 | 3% | $2,171.08 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $2,211.51 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $2,228.29 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $2,196.22 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $2,237.20 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $2,278.86 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $2,296.15 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $2,263.10 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $2,305.33 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $2,348.26 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $2,366.08 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $2,351.56 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $3,162.78 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $3,229.67 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $3,262.30 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $3,232.15 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $3,300.64 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $3,370.54 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $3,404.69 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $3,364.05 |
| Compound | 04/01/2018--05/31/2018 | 61 | 5% | $2,876.14 |

Name Of Taxpayer.   LAURA H KIM                                              05/01/2018
Identification Number: ████-8486                    Total                    19.00.00

## 2011  TAX YEAR INTEREST COMPUTATION

Interest computed to                                              05/31/2018

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|

Total Interest                                    $62,836.30

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

USA - 016057

Name of Taxpayer: LAURA H KIM                                  05/01/2018

Identification Number: ████-8486          Total        19.00.00

### 2012 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 844,309.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | (139.00) |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 844,170.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 844,170.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 215,312.00 |
| 9. Alternative minimum tax foreign tax credit | 67,132.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 148,180.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 68,411.00 |
| 12. Alternative minimum tax | 79,769.00 |

#### Exemption Worksheet (line 6 above)

| | |
|---|---:|
| A. Exemption amount based on filing status | 50,600.00 |
| B. Alternative minimum taxable income | 844,170.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 731,670.00 |
| E. Multiply line D by 25% | 182,918.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

USA - 016058

Name of Taxpayer:   LAURA H KIM                                      05/01/2018
Identification Number: ████-8486                    Total            19.00.00

### 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

1. Amount from Form 6251 report, line 7                                       844,170.00
   (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead)
2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet
   or line 13 Schedule D Tax Worksheet (refigured for AMT)                    135,042.00
3. Amount from Schedule D line 19 (refigured for AMT)                               0.00
4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of
   the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT)   135,042.00
5. Smaller of line 1 or line 4                                               135,042.00
6. Subtract line 5 from line 1                                               709,128.00
7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%;
   otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS)
   from the result                                                           195,056.00
8. Enter:
   $70,700 if married filing jointly or qualifying widow(er)
   $35,350 if single or married filing separately                            35,350.00
   $47,350 if head of household
9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet
   or line 14 Schedule D Tax Worksheet                                       698,067.00
10. Subtract line 9 from line 8 (if zero or less, enter zero)                      0.00
11. Smaller of line 1 or line 2                                              135,042.00
12. Smaller of line 10 or line 11                                                 0.00
13. Subtract line 12 from line 11                                            135,042.00
14. Multiply line 13 by 15%                                                   20,256.00
15. Subtract line 11 from line 5                                                  0.00
16. Multiply line 15 by 25%                                                       0.00
17. Total of lines 7, 14 and 16                                             215,312.00
18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%;
    otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS)
    from the result                                                         232,868.00
19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report   215,312.00

USA - 016059

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
|---|---|---|---|
| Identification Number: | ▓▓8486 | Total | 19 00.00 |

## 2012 – Form 8801 – Credit for Prior Year Minimum Tax

### Part I - Net Minimum Tax on Exclusion Items

|  |  |
|---|---|
| 1. Taxable income (loss) from prior year Form 6251 | 717,835.00 |
| 2. Adjustments and preferences treated as exclusion items | 0.00 |
| 3. Minimum tax credit net operating loss deduction | 0.00 |
| 4. Combine lines 1 through 3 (if more than $223,900 and married filing separate for prior year - see instructions) | 717,835.00 |
| 5. Exemption amount from prior year Form 6251 | 48,450.00 |
| 6. Phase-out exemption from prior year Form 6251 | 112,500.00 |
| 7. Subtract line 6 from line 4 (if zero or less, enter -0-) | 605,335.00 |
| 8. Multiply line 7 by 25% | 151,334.00 |
| 9. Subtract line 8 from line 5 (if zero or less, enter -0-) | 0.00 |
| 10. Subtract line 9 from line 4 (if zero or less, enter -0-) | 717,835.00 |
| 11. Line 11 computation (if filing Form 2555/2555-EZ for prior year, enter amount from page 3) or, (if capital gains for prior year, enter amount from Part III, line 47); otherwise, multiply line 10 by 28% and subtract $3,500 from the result) | 162,185.00 |
| 12. Minimum tax foreign tax credit on exclusion items | 0.00 |
| 13. Tentative minimum tax on exclusion items (line 11 less line 12) | 162,185.00 |
| 14. Regular tax before credits minus foreign tax credit (line 34 of prior year Form 6251) | 98,515.00 |
| 15. Net minimum tax on exclusion items (line 13 less line 14) | 63,670.00 |

### Part II - Current Year Nonrefundable and Refundable Credits and Carryover

|  |  |
|---|---|
| 16. Line 35 of prior year Form 6251 | 67,576.00 |
| 17. Amount from line 15 above | 63,670.00 |
| 18. Adjusted net minimum tax (line 16 less line 17) | 3,906.00 |
| 19. Carryforward of minimum tax credit from prior year | 0.00 |
| 20. Prior year unallowed qualified electric vehicle credit | 0.00 |
| 21. Combine lines 18 through 20 | 3,906.00 |
| 22. Current year regular income tax less allowable credits | 68,411.00 |
| 23. Current year tentative minimum tax (line 33 of Form 6251) | 148,180.00 |
| 24. Subtract line 23 from line 22 (if zero or less, enter -0-) | 0.00 |
| 25. Current year nonrefundable credit (smaller of line 21 or line 24) | 0.00 |
| 26. Tentative refundable credit (amount from Part IV, line 53 or 57) *(if applicable)* | 0.00 |
| 27. Current year refundable credit (line 26 less line 25) | 0.00 |
| 28. Credit carryforward (subtract larger of line 25 or line 26 from line 21) | 3,906.00 |

USA - 016060

Name of Taxpayer:   LAURA H KIM                                                  05/01/2018
Identification Number:   ████-8486          Total                                19.00.00

## Part III - Tax Computation Using Maximum Capital Gains Rates

29. Amount from line 10
    (If FEIT worksheet for F8801 was used,
    enter amount from line 3 of that worksheet instead)                717,835.00
30. Amount from prior year line 6 of Qualified Dividends Worksheet or
    line 13 of Schedule D Tax Worksheet                                271,604.75
31. Amount from prior year Schedule D, line 19                                   0.00
32. Smaller of lines 30 and 31                                                   271,604.75
    or prior year line 10 of Schedule D Tax Worksheet
33. Smaller of line 29 or line 32                                               271,604.75
34. Subtract line 33 from line 29                                               446,230.25
35. Multiply line 34 by 28% and subtract $ 3,500 from the result               121,444.00
36. Enter:                                                                      34,500.00
    $69,000 if married filing jointly or qualifying widow(er) for 2011,
    $34,500 if single or married filing separately for 2011,
    $46,250 if head of household for 2011
37. Amount from prior year line 7 of Qualified Dividends Worksheet or
    line 14 of Schedule D Tax Worksheet                                442,530.25
38. Subtract line 37 from line 36. If zero or less, enter -0-                   0.00
39. Smaller of line 29 or line 30                                              271,604.75
40. Smaller of line 38 or line 39                                              0.00
41. Subtract line 40 from line 39                                              271,604.75
42. Multiply line 41 by 15%                                                     40,741.00
43. Subtract line 39 from line 33                                               0.00
44. Multiply line 43 by 25%                                                     0.00
45. Add lines 35, 42, and 44                                                   162,185.00
46. Multiply line 29 by 28% and subtract $ 3,500 from the result              197,494.00
47. Smaller of line 45 or line 46 (enter here and on line 11 above)
    (If FEIT worksheet for F8801 was used,
    enter amount on line 4 of that worksheet instead)                  162,185.00

## Part IV - Tentative Refundable Credit

48. Enter amount from line 21
49. Minimum tax credit amount
    from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
50. Minimum tax credit amount
    from 2011 Form 8801, lines 18 and 20 (if zero or less, enter -0-)
51. Total of lines 18 and 20 above (if zero or less, enter-0-)
52. Add lines 49 thru 51
53. Long-term unused minimum tax credit (subtract line 52 from line 48)
    (if zero or less, stop and enter -0- here and on line 26 and
    do not complete the rest of Part IV),
54. Multiply line 53 by 50%
55. Prior year AMT refundable credit amount
56. Larger of line 54 or line 55
57. Smaller of line 53 or line 56. Enter result here and on line 26

USA - 016061

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | -8486 | Total | 19.00.00 |

## 2012 - FOREIGN EARNED INCOME TAX WORKSHEET for PRIOR YEAR MINIMUM TAX

1. Enter amount from Form 8801, line 10                                                                 0.00
2. Enter amount from 2011 Form 2555, line 45 and 50,
   or Form 2555-EZ, line 18                                                                             0.00
3. Add lines 1 and 2                                                                                    0.00
4. Tax on amount on line 3
   If capital gains are reported for prior year,
   enter amount from line 3 on Form 8801, line 29.
   Complete Form 8801, Part III and enter amount from line 47 here
   All others: If line 3 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 3 by 26%;
   otherwise, multiply line 3 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result                                 0.00
5. Tax on amount on line 2
   If line 2 is $175,000 or less
   ($87,500 or less if married filing separately for prior year),
   multiply line 2 by 26%;
   otherwise, multiply line 2 by 28% and subtract $3,500
   ($1,750 if married filing separately for prior year) from the result                                 0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-
   (enter amount here and on line 11 of page 1)                                                         0.00

NOTE: Computations include capital gain excess determination and any necessary modifications to Form 8801, Part III

USA - 016062

Name of Taxpayer:    LAURA H KIM                                                05/01/2018
Identification Number:    ████-8486                    Total              19,00.00

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or
the tax was not paid, and you have not shown that such failure was due to reasonable cause,
an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1)
and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2012 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 10/15/2013 | |
| 3. Date return filed | 10/21/2014 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax liability | | 148,180.00 |
| 7. Allowable payments on or prior to due date of return | | 8,292.00 |
| 8. Net Amount Due (line 6 less line 7) | | 139,888.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 34,972.00 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 34,972.00 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 34,972.00 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 34,972.00 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under
Internal Revenue Code section 6651(a)(2) through the date of this notice.  The addition to tax will
continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction
thereof, of nonpayment, not exceeding 25 percent.

USA - 016063

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ▮-8486 | Total | 19,000.00 |

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the taxable income from Form 1040, line 43, or the amount from
   Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ ..... 833,109.00

2. Enter the qualified dividends from Form 1040, line 9b ..... 135,042.00

3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter
   less than -0-. Otherwise, enter the amount from Form 1040, line 13 ..... 0.00

4. Add lines 2 and 3 ..... 135,042.00

5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- ..... 0.00

6. Subtract line 5 from line 4. If zero or less, enter -0- ..... 135,042.00

7. Subtract line 6 from line 1. If zero or less, enter -0- ..... 698,067.00

8. Enter:
   $35,350  if single or married filing separately;
   $70,700  if married filing jointly or qualifying widow(er); or
   $47,350  if head of household ..... 35,350.00

9. Enter the smaller of line 1 or line 8 ..... 35,350.00

10. Enter the smaller of line 7 or line 9 ..... 35,350.00

11. Subtract line 10 from line 9. This amount is taxed at 0% ..... 0.00

12. Enter the smaller of line 1 or line 6 ..... 135,042.00

13. Enter the amount from line 11 ..... 0.00

14. Subtract line 13 from line 12 ..... 135,042.00

15. Multiply line 14 by 15% (.15) ..... 20,256.00

16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more,
    use the Tax Computation Worksheet ..... 221,084.00

17. Add lines 15 and 16 ..... 241,340.00

18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more,
    use the Tax Computation Worksheet ..... 268,349.00

19. Tax on all taxable income. Enter the smaller of line 17 or line 18
    Also include this amount on Form 1040, line 44, or
    Foreign Earned Income Tax Worksheet, line 4, if applicable ..... 241,340.00

USA - 016064

| Name of Taxpayer: | LAURA H KIM | | Page of |
|---|---|---|---|
| Identification Number: | ▆-8486 | Total | Tax Period Ending: 12/31/2012 |

## Civil Fraud Penalty under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 5 below is attributable to fraud.
Therefore, an addition to tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total underpayment, excluding underpayment attributable to Section 6662A penalty issues, if any | 130,454.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to 20% Section 6662 penalty issues | 0.00 |
| 4. Less: Underpayment attributable to 40% Section 6662 penalty issues | 0.00 |
| 5. Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, and 4) | 130,454.00 |
| 6. Applicable penalty rate | 75.00% |
| 7. Section 6663(a) civil fraud penalty (Line 5 times line 6) | 97,840.50 |
| 8. Less: Previously assessed/previously agreed Section 6663(a) penalty | 0.00 |
| 9. Total section 6663(a) civil fraud penalty (Line 7 less line 8) | 97,840.50 |

| Name of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ▮▮▮ 8486 | Total | 19.00.00 |

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes     [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

      (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

      I would like my payment to be due on the _____ of the month

      (Please indicate a date between the $1_{st}$ and $28_{th}$ of the month.)

      You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer.  We will send you a bill for the fee when we approve your request.

      Please provide a telephone number where we can contact you regarding your request.

                        Home: (     ) _____

                        Work: (     ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

* All checks or money orders for payment should be made payable to United States Treasury.

USA - 016066

Name Of Taxpayer:   LAURA H KIM                                                        05/01/2018
Identification Number: ███-8486                              Total                      19.00.00

## 2012 **TAX YEAR INTEREST COMPUTATION**

Interest computed to                                              05/31/2018

Total Tax Deficiency                                          $130,454.00

Plus Penalties*
    Failure to File - IRC 6651                    $34,972.00
    Accuracy Related Penalty - IRC 6662               $.00
    Accuracy Related Penalty - IRC 6662A              $.00
    Civil Fraud - IRC 6663                       $97,840.50
    Manually Computed Penalty                         $.00

Total Penalties Subject to Interest                          $132,812.50

Tax Deficiency and Penalties Subject to Interest             $263,266.50

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2013--06/30/2013 | 76 | 3% | $817.41 |
| Compound | 07/01/2013--09/30/2013 | 92 | 3% | $996.35 |
| Compound | 10/01/2013--12/31/2013 | 92 | 3% | $1,847.08 |
| Compound | 01/01/2014--03/31/2014 | 90 | 3% | $1,981.77 |
| Compound | 04/01/2014--06/30/2014 | 91 | 3% | $2,018.75 |
| Compound | 07/01/2014--09/30/2014 | 92 | 3% | $2,056.34 |
| Compound | 10/01/2014--12/31/2014 | 92 | 3% | $2,071.95 |
| Compound | 01/01/2015--03/31/2015 | 90 | 3% | $2,042.12 |
| Compound | 04/01/2015--06/30/2015 | 91 | 3% | $2,080.23 |
| Compound | 07/01/2015--09/30/2015 | 92 | 3% | $2,118.96 |
| Compound | 10/01/2015--12/31/2015 | 92 | 3% | $2,135.05 |
| Compound | 01/01/2016--03/31/2016 | 91 | 3% | $2,121.94 |
| Compound | 04/01/2016--06/30/2016 | 91 | 4% | $2,853.95 |
| Compound | 07/01/2016--09/30/2016 | 92 | 4% | $2,914.31 |
| Compound | 10/01/2016--12/31/2016 | 92 | 4% | $2,943.76 |
| Compound | 01/01/2017--03/31/2017 | 90 | 4% | $2,916.55 |
| Compound | 04/01/2017--06/30/2017 | 91 | 4% | $2,978.35 |
| Compound | 07/01/2017--09/30/2017 | 92 | 4% | $3,041.42 |
| Compound | 10/01/2017--12/31/2017 | 92 | 4% | $3,072.24 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $3,035.57 |
| Compound | 04/01/2018--05/31/2018 | 61 | 5% | $2,595.30 |

| Name Of Taxpayer: | LAURA H KIM | | 05/01/2018 |
| Identification Number: | ████-8486 | Total | 19.00.00 |

## 2012 TAX YEAR INTEREST COMPUTATION

Interest computed to                                              05/31/2018

| Type | Effective Dates | Days | Rate | Interest |
| --- | --- | --- | --- | --- |

Total Interest                                              $48,639.40

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the cate of assessment and is therefore not considered in this report.

USA - 016068

Form **886-A**
(Rev. January
1994)886-A

**EXPLANATION OF ITEMS**

Schedule number or exhibit

| Name of Taxpayer | Taxpayer Identification Number | Year/Period Ended |
|---|---|---|
| LAURA H KIM | █████8486 | 2010 2011 2012 |

**Statutory-Alt Min Tax**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2010 | $0.00 | $38,236.00 | $38,236.00 |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($47,450 for Single/Head of Household
 $72,450 for Married Filing Joint/Surviving Spouse; and
 $36,225 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $4,479.00 | $67,576.00 | $63,097.00 |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($48,450 for Single/Head of Household
 $74,450 for Married Filing Joint/Surviving Spouse; and
 $37,225 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

| Form **886-A** (Rev. January 1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>LAURA H KIM | Taxpayer Identification Number<br>■■■-8486 | Year/Period Ended<br>2010 2011 2012 |

| | Tax Period<br>2012 | Per Return<br>$1,841.00 | Per Exam<br>$79,769.00 | Adjustment<br>$77,928.00 |
|---|---|---|---|---|

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($50,600 for Single/Head of Household
$78,750 for Married Filing Joint/Surviving Spouse; and
$39,375 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

Department of the Treasury - Internal Revenue Service

USA - 016070

# Exhibit 101

Mailed On 6/12/18

| Form **870**<br>(Rev. March 1992) | Department of the Treasury—Internal Revenue Service<br>**Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment** | Date received by<br>Internal Revenue Service |
|---|---|---|

Names and address of taxpayers *(Number, street, city or town, State, ZIP code)*

LAURA H KIM

LOS ANGELES CA ▓

Social security or employer identification number

▓8486

### Increase (Decrease) in Tax and Penalties

| Tax year ended | Tax | Penalties | | |
|---|---|---|---|---|
| 12/31/2010 | 138,878.00 | | | |
| 12/31/2011 | 130,697.00 | | | |
| 12/31/2012 | 68,717.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(For instructions, see back of form)

### Consent to Assessment and Collection

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the United States Tax Court, unless additional deficiencies are determined for these years.

| YOUR SIGNATURE HERE ▶ | | Date |
|---|---|---|
| SPOUSE'S SIGNATURE ▶ | | Date |
| TAXPAYER'S REPRESENTATIVE HERE ▶ | | Date |
| CORPORATE NAME ▶ | | |

| CORPORATE OFFICER(S) SIGN HERE | | Title | Date |
|---|---|---|---|
| | | Title | Date |

USA 010148

Catalog Number 16694U      Form **870** (Rev. 3-1992)

| | | | |
|---|---|---|---|
| Name of Taxpayer: | LAURA H KIM | 06/12/2018 | |
| Identification Number: | -8486 | 19.00.00 | |

Form 870 page 2                    **Instructions**

## General Information

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return the form in order to limit any interest charge and expedite the adjustment to your account. Your consent will not prevent you from filing a claim for refund *(after you have paid the tax)* if you later believe you are so entitled. It will not prevent us from later determining, if necessary, that you owe additional tax, nor extend the time provided by law for either action.

We have agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the required State form.

If you later file a claim and the Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

We will consider this waiver a valid claim for refund or credit of any overpayment due you resulting from any decrease in tax and penalties shown above, provided you sign and file it within the period established by law for making such a claim.

## Who Must Sign

If you filed jointly, both you and your spouse must sign. If this waiver is for a corporation, it should be signed with the corporation name, followed by the signatures and titles of the corporate officers authorized to sign. An attorney or agent may sign this waiver provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity *(for example, an executor, administrator, or a trustee)* Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

USA 010140

Form **870** (Rev. 3-1992)

| Form **4549-A** (Rev. March 2013) | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** (Unagreed and Excepted Agreed) | | Page 1 of 2 |
|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | | Return Form No.: |
|---|---|---|---|
| LAURA H KIM<br><br>LOS ANGELES   CA | 8486 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title:<br>LAURA H KIM | |

| 1. Adjustments to Income | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends | 1,281.82 | 15,260.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. NOL Carryforward | 546,719.00 | 582,635.00 | |
| e. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| f. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| g. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 1,673,285.55 | 1,138,330.23 | 301,336.71 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| 4. Corrected Taxable Income | 1,073,040.00 | 603,722.00 | 612,622.00 |
|     Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
|     Filing Status | Single | Single | Single |
| 5. Tax | 323,532.00 | 135,237.00 | 164,170.00 |
| 6. Additional Taxes / Alternative Minimum | 112,151.00 | 74,365.00 | 86,443.00 |
| 7. Corrected Tax Liability | 435,683.00 | 209,602.00 | 250,613.00 |
| 8. Less  a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 164,170.00 |
|    Credits  b. Credit for Elderly | | 750.00 | |
|        c. | | | |
|        d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 138,478.00 | 134,426.00 | 86,443.00 |
| 10. Plus  a. | | | |
|    Other  b. | | | |
|    Taxes  c. | | | |
|        d | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 138,478.00 | 134,426.00 | 86,443.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
|           b. | | | |
|           c | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 138,878.00 | 130,697.00 | 68,717.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 138,878.00 | 130,697.00 | 68,717.00 |

Catalog Number 23110T            www.irs.gov            Form **4549-A** (Rev. 3-2013)

| Form **4549-A**<br>(Rev. March 2013) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes**<br>(Unagreed and Excepted Agreed) | | Page **2** of **2** |
|---|---|---|---|

| Name of Taxpayer<br>LAURA H KIM | Taxpayer Identification Number<br>-8486 | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/2010 | Period End<br>12/31/2011 | Period End<br>12/31/2012 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)*<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*.<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |

| 19. Summary of Taxes, Penalties and Interest: | | | |
|---|---|---|---|
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 138,878.00 | 130,697.00 | 68,717.00 |
| b. Penalties *(Line 18)* - computed to 06/12/2018 | | | |
| c. Interest *(IRC § 6601)* - computed to 07/12/2018 | 38,990.20 | 30,991.11 | 13,786.75 |
| d. TMT Interest - computed to 07/12/2018 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a. b. c and d)* | 177,868.20 | 161,688.11 | 82,503.75 |

**Other Information:**

For tax period(s) 201012, 201112, the tax liability shown in this report may be subject to IRC section 6404(g). Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.
Line 13a may include adjustments to the following: Form 4136; Form 8885; Recovery rebate credit; Form 5405; Schedule M; Form 8863; Form 8801; Form 8839; Form 8962: Claim of right credit; Other refundable credits subject to deficiency.
Line 15 may include adjustments to the following: Federal Income Tax Withheld; Form 2439; Frozen refunds; Excess Social Security/Railroad Retirement Tax Act; Other timely payments; Form 8959; Other write-ins.
These adjustments have been agreed. The taxpayer is in agreement with the adjustments indicated as agreed, and the applicable deficiency is being assessed and is included in the Total tax as previousely adjusted.

| Examiner's Signature:<br>Name<br>Ella Chernyak. | Employee ID:<br>4322 | Office: | Date:<br>06/12/2018 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* If the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

USA - 010151

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 3-2013) |
|---|---|---|

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** (Unagreed and Excepted Agreed) | | Page 1 of 2 |
|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number -8486 | | Return Form No.: 1040 |
|---|---|---|---|
| LAURA H KIM

LOS ANGELES CA | Person with whom examination changes were discussed. | Name and Title: LAURA H KIM | |

| 1. Adjustments to Income | Period End 12/31/2010 | Period End 12/31/2011 | Period End 12/31/2012 |
|---|---|---|---|
| a. Sch E2 - Rents Received | 9,690.30 | 20,763.74 | 3,337.53 |
| b. Qualified Dividends | 1,281.82 | 15,264.21 | 10,500.57 |
| c. Taxable Interest | 267,721.15 | 72,927.94 | 5,190.70 |
| d. NOL Carryforward | 546,719.00 | 582,635.00 | |
| e. Wages, Salaries and Tips, etc. | 699,489.78 | 172,078.59 | 161,411.91 |
| f. Qualified dividends | 148,383.50 | 271,604.75 | 120,431.00 |
| g. State Refunds, Credits, or Offsets | | 3,060.00 | 465.00 |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 1,673,285.55 | 1,138,330.23 | 301,336.71 |
| 3. Taxable Income Per Return or as Previously Adjusted | (600,246.00) | (534,608.00) | 311,285.00 |
| 4. Corrected Taxable Income Tax Method Filing Status | 1,073,040.00 SCHEDULE D Single | 603,722.00 SCHEDULE D Single | 612,622.00 SCHEDULE D Single |
| 5. Tax | 323,532.00 | 135,237.00 | 164,170.00 |
| 6. Additional Taxes / Alternative Minimum | 112,151.00 | 74,365.00 | 86,443.00 |
| 7. Corrected Tax Liability | 435,683.00 | 209,602.00 | 250,613.00 |
| 8. Less Credits  a. Foreign Tax Credit | 297,205.00 | 74,426.00 | 164,170.00 |
| b. Credit for Elderly | | 750.00 | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 138,478.00 | 134,426.00 | 86,443.00 |
| 10. Plus Other Taxes  a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 138,478.00 | 134,426.00 | 86,443.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 3,729.00 | 17,726.00 |
| 13. Adjustments to: a. See Attached | (400.00) | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 138,878.00 | 130,697.00 | 68,717.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 138,878.00 | 130,697.00 | 68,717.00 |

USA  010152

Catalog Number 23110T  www.irs.gov  Form **4549-A** (Rev. 3-2013)