E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
        E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Laura Kim,<br><br>        Defendant. | Case No. 2:21-cv-06746-FMO-KS<br><br>Statement of Uncontroverted Facts<br><br>Date:        March 9, 2023<br>Time:        10:00 a.m.<br>Courtroom:   6D<br>Location:    First Street Courthouse<br>             350 West First Street<br>             Los Angeles, California |

## Joint Appendix of Disputed and Undisputed Facts

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P1 | Attached as Exhibit 179 is a true and correct copy of Defendant Laura Kim's Response to United States' First Request for Admissions. | Exhibit 186 ¶ 2 | Undisputed | |
| P2 | Attached as Exhibit 180 is a true and correct copy of Defendant Laura Kim's Responses to United States' First Set of Interrogatories. | Exhibit 186 ¶ 3 | Undisputed | |
| P3 | Attached as Exhibit 181 is a true and correct copy of Defendant Laura Kim's Responses to United States' First Set of Requests for Production of Documents. | Exhibit 186 ¶ 4 | Undisputed | |
| P4 | Attached as Exhibit 1 is a true and correct copy of Defendant's bank statement for the account number ending in 3441 produced by Defendant and Bates numbered LHK-15 to 29. | Exhibit 186 ¶ 5 | Disputed, unsupported by admissible evidence | Hearsay |
| P5 | Attached as Exhibit 2 is a true and correct copy of Defendant's bank statement for the account number ending in 6699 produced by Defendant and Bates numbered LHK-1 to 3. | Exhibit 186 ¶ 6 | Disputed, unsupported by admissible evidence | Hearsay |
| P6 | Attached as Exhibit 3 is a true and correct copy of Defendant's bank statement for the account number ending in 2033 produced by Defendant and Bates numbered LHK-232 to 244. | Exhibit 186 ¶ 7 | Disputed, unsupported by admissible evidence | Hearsay |
| P7 | Attached as Exhibit 4 is a true and correct copy of Defendant's bank statement for the account number ending in 5806 produced by Defendant and Bates numbered LHK-229 to 231. | Exhibit 186 ¶ 8 | Disputed, unsupported by admissible evidence | Hearsay |
| P8 | Attached as Exhibit 5 is a true and correct copy of Defendant's bank statement for the account number ending in 6658 produced by Defendant and Bates numbered LHK-198 to 199. | Exhibit 186 ¶ 9 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P9 | Attached as Exhibit 6 is a true and correct copy of Defendant's bank statement for the account number ending in 6817 produced by Defendant and Bates numbered LHK-195 to 196. | Exhibit 186 ¶ 10 | Disputed, unsupported by admissible evidence | Hearsay |
| P10 | Attached as Exhibit 7 is a true and correct copy of Defendant's bank statement for the account number ending in 6005 produced by Defendant and Bates numbered LHK-207 to 208. | Exhibit 186 ¶ 11 | Disputed, unsupported by admissible evidence | Hearsay |
| P11 | Attached as Exhibit 8 is a true and correct copy of Defendant's bank statement for the account number ending in 0368 produced by Defendant and Bates numbered LHK-211 to 212. | Exhibit 186 ¶ 12 | Disputed, unsupported by admissible evidence | Hearsay |
| P12 | Attached as Exhibit 9 is a true and correct copy of Defendant's bank statement for the account number ending in 0361 produced by Defendant and Bates numbered LHK-209 to 210. | Exhibit 186 ¶ 13 | Disputed, unsupported by admissible evidence | Hearsay |
| P13 | Attached as Exhibit 10 is a true and correct copy of Defendant's bank statement for the account number ending in 2308 produced by Defendant and Bates numbered LHK-205 to 206. | Exhibit 186 ¶ 14 | Disputed, unsupported by admissible evidence | Hearsay |
| P14 | Attached as Exhibit 11 is a true and correct copy of Defendant's bank statement for the account number ending in 4317 produced by Defendant and Bates numbered LHK-200 to 201. | Exhibit 186 ¶ 15 | Disputed, unsupported by admissible evidence | Hearsay |
| P15 | Attached as Exhibit 12 is a true and correct copy of Defendant's bank statement for the account number ending in 0365 produced by Defendant and Bates numbered LHK-213 to 214. | Exhibit 186 ¶ 16 | Disputed, unsupported by admissible evidence | Hearsay |
| P16 | Attached as Exhibit 13 is a true and correct copy of Defendant's bank statement for the account number ending in 6411 produced by Defendant and Bates numbered LHK-123 to 164. | Exhibit 186 ¶ 17 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P17 | Attached as Exhibit 14 is a true and correct copy of Defendant's bank statement for the account number ending in 3626 produced by Defendant and Bates numbered LHK-173 to 174. | Exhibit 186 ¶ 18 | Disputed, unsupported by admissible evidence | Hearsay |
| P18 | Attached as Exhibit 15 is a true and correct copy of Defendant's bank statement for the account number ending in 5711 produced by Defendant and Bates numbered LHK-185 to 187. | Exhibit 186 ¶ 19 | Disputed, unsupported by admissible evidence | Hearsay |
| P19 | Attached as Exhibit 16 is a true and correct copy of Defendant's bank statement for the account number ending in 4186 produced by Defendant and Bates numbered LHK-188 to 189. | Exhibit 186 ¶ 20 | Disputed, unsupported by admissible evidence | Hearsay |
| P20 | Attached as Exhibit 17 is a true and correct copy of Defendant's bank statement for the account number ending in 7795 produced by Defendant and Bates numbered LHK-197. | Exhibit 186 ¶ 21 | Disputed, unsupported by admissible evidence | Hearsay |
| P21 | Attached as Exhibit 18 is a true and correct copy of Defendant's bank statement for the account number ending in 1478 produced by Defendant and Bates numbered LHK-190. | Exhibit 186 ¶ 22 | Disputed, unsupported by admissible evidence | Hearsay |
| P22 | Attached as Exhibit 19 is a true and correct copy of Defendant's bank statement for the account number ending in 2567 produced by Defendant and Bates numbered LHK-202. | Exhibit 186 ¶ 23 | Disputed, unsupported by admissible evidence | Hearsay |
| P23 | Attached as Exhibit 20 is a true and correct copy of Defendant's bank statement for the account number ending in 4765 produced by Defendant and Bates numbered LHK-191. | Exhibit 186 ¶ 24 | Disputed, unsupported by admissible evidence | Hearsay |
| P24 | Attached as Exhibit 21 is a true and correct copy of Defendant's bank statement for the account number ending in 1017 produced by Defendant and Bates numbered LHK-180. | Exhibit 186 ¶ 25 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P25 | Attached as Exhibit 22 is a true and correct copy of Defendant's bank statement for the account number ending in 9362 produced by Defendant and Bates numbered LHK-219 to 226. | Exhibit 186 ¶ 26 | Disputed, unsupported by admissible evidence | Hearsay |
| P26 | Attached as Exhibit 23 is a true and correct copy of Defendant's bank statement for the account number ending in 2274 produced by Defendant and Bates numbered LHK-194. | Exhibit 186 ¶ 27 | Disputed, unsupported by admissible evidence | Hearsay |
| P27 | Attached as Exhibit 24 is a true and correct copy of Defendant's bank statement for the account number ending in 4207 produced by Defendant and Bates numbered LHK-203. | Exhibit 186 ¶ 28 | Disputed, unsupported by admissible evidence | Hearsay |
| P28 | Attached as Exhibit 25 is a true and correct copy of Defendant's bank statement for the account number ending in 4889 produced by Defendant and Bates numbered LHK-247 to 249. | Exhibit 186 ¶ 29 | Disputed, unsupported by admissible evidence | Hearsay |
| P29 | Attached as Exhibit 26 is a true and correct copy of Defendant's bank statement for the account number ending in 7808 produced by Defendant and Bates numbered LHK-90 to 93. | Exhibit 186 ¶ 30 | Disputed, unsupported by admissible evidence | Hearsay |
| P30 | Attached as Exhibit 27 is a true and correct copy of Defendant's bank statement for the account number ending in 9368 produced by Defendant and Bates numbered LHK-250 to 253. | Exhibit 186 ¶ 31 | Disputed, unsupported by admissible evidence | Hearsay and illegible |
| P31 | Attached as Exhibit 28 is a true and correct copy of Defendant's bank statement for the account number ending in 2748 produced by Defendant and Bates numbered LHK-227. | Exhibit 186 ¶ 32 | Disputed, unsupported by admissible evidence | Hearsay |
| P32 | Attached as Exhibit 29 is a true and correct copy of Defendant's bank statement for the account number ending in 2323 produced by Defendant and Bates numbered LHK-215 to 216. | Exhibit 186 ¶ 33 | Disputed, unsupported by admissible evidence | Hearsay |

5

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P33 | Attached as Exhibit 30 is a true and correct copy of Defendant's bank statement for the account number ending in 6397 produced by Defendant and Bates numbered LHK-176 to 177. | Exhibit 186 ¶ 34 | Disputed, unsupported by admissible evidence | Hearsay |
| P34 | Attached as Exhibit 31 is a true and correct copy of Defendant's bank statement for the account number ending in 8740 produced by Defendant and Bates numbered LHK-178. | Exhibit 186 ¶ 35 | Disputed, unsupported by admissible evidence | Hearsay |
| P35 | Attached as Exhibit 32 is a true and correct copy of Defendant's bank statement for the account number ending in 0302 produced by Defendant and Bates numbered LHK-245 to 246. | Exhibit 186 ¶ 36 | Disputed, unsupported by admissible evidence | Hearsay |
| P36 | Attached as Exhibit 33 is a true and correct copy of Defendant's bank statement for the account number ending in 3570 produced by Defendant and Bates numbered LHK-83. | Exhibit 186 ¶ 37 | Disputed, unsupported by admissible evidence | Hearsay |
| P37 | Attached as Exhibit 34 is a true and correct copy of Defendant's bank statement for the account number ending in 4681 produced by Defendant and Bates numbered LHK-84 to 89. | Exhibit 186 ¶ 38 | Disputed, unsupported by admissible evidence | Hearsay |
| P38 | Attached as Exhibit 35 is a true and correct copy of Defendant's bank statement for the account number ending in 5417 produced by Defendant and Bates numbered LHK-94 to 120. | Exhibit 186 ¶ 39 | Disputed, unsupported by admissible evidence | Hearsay |
| P39 | Attached as Exhibit 36 is a true and correct copy of Defendant's bank statement for the account number ending in 0758 produced by Defendant and Bates numbered LHK-192 to 193. | Exhibit 186 ¶ 40 | Disputed, unsupported by admissible evidence | Hearsay |
| P40 | Attached as Exhibit 37 is a true and correct copy of Defendant's bank statement for the account number ending in 9534 produced by Defendant and Bates numbered LHK-183 to 184. | Exhibit 186 ¶ 41 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P41 | Attached as Exhibit 38 is a true and correct copy of Defendant's bank statement for the account number ending in 9676 produced by Defendant and Bates numbered LHK-165 to 166. | Exhibit 186 ¶ 42 | Disputed, unsupported by admissible evidence | Hearsay |
| P42 | Attached as Exhibit 39 is a true and correct copy of Defendant's bank statement for the account number ending in 9689 produced by Defendant and Bates numbered LHK-167 to 172. | Exhibit 186 ¶ 43 | Disputed, unsupported by admissible evidence | Hearsay |
| P43 | Attached as Exhibit 40 is a true and correct copy of Defendant's bank statement for the account number ending in 6539 produced by Defendant and Bates numbered LHK-121 to 122. | Exhibit 186 ¶ 44 | Disputed, unsupported by admissible evidence | Hearsay |
| P44 | Attached as Exhibit 41 is a true and correct copy of Defendant's bank statement for the account number ending in 6258 produced by Defendant and Bates numbered LHK-179. | Exhibit 186 ¶ 45 | Disputed, unsupported by admissible evidence | Hearsay |
| P45 | Attached as Exhibit 42 is a true and correct copy of Defendant's bank statement for the account number ending in 9546 produced by Defendant and Bates numbered LHK-204. | Exhibit 186 ¶ 46 | Disputed, unsupported by admissible evidence | Hearsay |
| P46 | Attached as Exhibit 43 is a true and correct copy of Defendant's bank statement for the account number ending in 1926 produced by Defendant and Bates numbered LHK-82. | Exhibit 186 ¶ 47 | Disputed, unsupported by admissible evidence | Hearsay |
| P47 | Attached as Exhibit 44 is a true and correct copy of Defendant's bank statement for the account number ending in 8765 produced by Defendant and Bates numbered LHK-228. | Exhibit 186 ¶ 48 | Disputed, unsupported by admissible evidence | Hearsay |
| P48 | Attached as Exhibit 45 is a true and correct copy of Defendant's bank statement for the account number ending in 5282 produced by Defendant and Bates numbered LHK-11. | Exhibit 186 ¶ 49 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P49 | Attached as Exhibit 46 is a true and correct copy of Defendant's bank statement for the account number ending in 3627 produced by Defendant and Bates numbered LHK-4. | Exhibit 186 ¶ 50 | Disputed, unsupported by admissible evidence | Hearsay |
| P50 | Attached as Exhibit 47 is a true and correct copy of Defendant's bank statement for the account number ending in 0207 produced by Defendant and Bates numbered LHK-6. | Exhibit 186 ¶ 51 | Disputed, unsupported by admissible evidence | Hearsay |
| P51 | Attached as Exhibit 48 is a true and correct copy of Defendant's bank statement for the account number ending in 3908 produced by Defendant and Bates numbered LHK-14. | Exhibit 186 ¶ 52 | Disputed, unsupported by admissible evidence | Hearsay |
| P52 | Attached as Exhibit 49 is a true and correct copy of Defendant's bank statement for the account number ending in 5183 produced by Defendant and Bates numbered LHK-8. | Exhibit 186 ¶ 53 | Disputed, unsupported by admissible evidence | Hearsay |
| P53 | Attached as Exhibit 50 is a true and correct copy of Defendant's bank statement for the account number ending in 5293 produced by Defendant and Bates numbered LHK-12. | Exhibit 186 ¶ 54 | Disputed, unsupported by admissible evidence | Hearsay |
| P54 | Attached as Exhibit 51 is a true and correct copy of Defendant's bank statement for the account number ending in 5301 produced by Defendant and Bates numbered LHK-13. | Exhibit 186 ¶ 55 | Disputed, unsupported by admissible evidence | Hearsay |
| P55 | Attached as Exhibit 52 is a true and correct copy of Defendant's bank statement for the account number ending in 3558 produced by Defendant and Bates numbered LHK-217 to 218. | Exhibit 186 ¶ 56 | Disputed, unsupported by admissible evidence | Hearsay |
| P56 | Attached as Exhibit 53 is a true and correct copy of Defendant's bank statement for the account number ending in 6048 produced by Defendant and Bates numbered LHK-181 to 182. | Exhibit 186 ¶ 57 | Disputed, unsupported by admissible evidence | Hearsay |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P57 | | | | |
| P58 | | | | |
| P59 | | | | |
| P60 | Attached as Exhibit 182 is a true and correct copy of excerpts from the Deposition of Laura Kim on July 18, 2022. | Exhibit 186 ¶ 63 | Undisputed | |
| P61 | Attached as Exhibit 59 is a true and correct copy of Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2009 produced by Defendant and Bates numbered LHK-277 to 280. | Exhibit 186 ¶ 58 | Undisputed | |
| P62 | Attached as Exhibit 60 is a true and correct copy of Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2010 produced by Defendant and Bates numbered LHK-281 to 282. | Exhibit 186 ¶ 59 | Undisputed | |
| P63 | Attached as Exhibit 61 is a true and correct copy of Defendant's FBAR Transcript for the year 2011 produced by Defendant and Bates numbered LHK-283 to 284. | Exhibit 186 ¶ 60 | Undisputed | |
| P64 | Attached as Exhibit 62 is a true and correct copy of Defendant's FBAR Transcript for the year 2012 produced by Defendant and Bates numbered LHK-285 to 287. | Exhibit 186 ¶ 61 | Undisputed | |
| P65 | Attached as Exhibit 67 is a true and correct copy of Defendant's email correspondence produced by Defendant and Bates numbered LHK-267 to 276. | Exhibit 186 ¶ 62 | Disputed, contradicting evidence supported | Ex. 67 (brackets indicate that the document is a translation of the original) |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P66 | Laura Kim (Defendant) was born in the Republic of Korea (South Korea). | Deposition of Laura Kim 5:19-20 | Undisputed | |
| P67 | Defendant became a citizen of the United States in 1974. | Deposition of Laura Kim 5:24-25 | Undisputed | |
| P68 | She has a Ph.D. in ecological engineering. | Deposition of Laura Kim 6:11-15 | Undisputed | |
| P69 | Defendant owns multiple businesses in the United States and South Korea. | Defendant Laura Kim's Response to United States' First Request for Admissions ¶ 6 | Undisputed | |
| P70 | From 2009 through 2012, Defendant owned Marina Enterprises, Inc. | Deposition of Laura Kim 11:24-25, 12:1-8, 13:15-16 | Undisputed | |
| P71 | Marina Enterprises, Inc. was operated in South Korea. | Deposition of Laura Kim 36:5-7 | Undisputed | |
| P72 | In 2011 and 2012, Defendant owned LK Water Company. | Deposition of Laura Kim 12:9-12, 13:21-24 | Undisputed | |
| P73 | LK Water Company operated in South Korea. | Deposition of Laura Kim 36:8-9 | Undisputed | |
| P74 | From 2009 through 2012, Defendant had a 90% ownership interest in Laura's French Baking Company. | Deposition of Laura Kim 12:22-25, 13:1-5, 13:17-19 | Undisputed | |
| P75 | From 2009 through 2012 Defendant had a 40% interest in California Board Sports Inc. | Deposition of Laura Kim 13:6-14, 13:25, 14:1-2 | Undisputed | |

10

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P76 | Laura's French Baking Company and California Board Sports Inc. operated in the United States. | Deposition of Laura Kim 10:10-16, 36:5-13 | Undisputed | |
| P77 | Defendant had foreign bank accounts since at least 2001. | Deposition of Laura Kim 14:3-16 | Undisputed | |
| P78 | The first FBAR Defendant filed reporting to the United States that she had a financial interest in, or signature or other authority over foreign bank accounts was for the year 2008. | Deposition of Laura Kim 41:19-25, 42:1-13 | Undisputed | |
| P79 | | | | |
| P80 | | | | |
| P81 | | | | |
| P82 | | | | |
| P83 | For the years 2009 through 2012, Defendant had multiple foreign bank accounts with Woori Bank and Standard Chartered First Bank Korea Limited. | Exhibits 1-53 | Undisputed | |
| P84 | For 2009, Defendant timely filed an FBAR and reported that she owned seven accounts in her name at Standard Chartered First Bank Korea Ltd., in South Korea with account numbers ending in 6699, 3627, 2983, 2994, 2505, 5207, and 0218. Defendant also reported that she had a financial interest in one bank account held by Marina Enterprises with Woori Bank in South Korea with account number ending in 6411. The reported maximum value of all the accounts on the FBAR was $492,720.87. | Exhibit 63 | Undisputed | |
| P85 | Attached as Exhibit 63 is a true and correct copy of Defendant's FBAR Transcript for the year 2009 from the Financial Crimes Enforcement Network (FinCEN). | Exhibit 63 | Undisputed | |

11

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P86 | For 2010, Defendant timely filed an FBAR and reported that she owned one savings account in her name with no bank name or account number, and two bank accounts held in her name with Woori Bank in South Korea, with account numbers ending in 9362 and 1003 (which was a legacy account number for an account that had been given a new account number ending in 2033). The reported maximum value of all the accounts on the FBAR was $607,773.00. | Exhibits 60, 64 | Undisputed | |
| P87 | Attached as Exhibit 64 is a true and correct copy of Defendant's FBAR Transcript for the year 2010 from the Financial Crimes Enforcement Network (FinCEN). | Exhibits 64 | Undisputed | |
| P88 | For 2011, Defendant timely filed an FBAR and reported two bank accounts held in her name, one with Woori Bank with an account number ending in 5527, and the other with Standard Chartered with an account number ending in 1528, with a combined reported maximum value during the calendar year of $263,811.00. | Exhibits 61 and 65 | Disputed, unsupported by admissible evidence and contradicted by admissible evidence | Hearsay. See Exs. 63-66 (demonstrating Defendant reported multiple accounts in single reporting fields, including in 2011). |
| P89 | Attached as Exhibit 65 is a true and correct copy of Defendant's FBAR Transcript for the year 2011 from the Financial Crimes Enforcement Network (FinCEN). | Exhibit 65, Defendant's FBAR Transcript for the year 2011 from FinCEN, USA - 000010 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P90 | For 2012, Defendant timely filed an FBAR and reported two bank accounts held in her name, one with Woori Bank with an account number ending in 61AB, and the other with Standard Chartered with an account number ending in 7610, and an account owned by Marina Enterprises at Woori Bank with an account number ending in 6411, with a combined reported maximum value during the calendar year of $495,016.00. | Exhibits 62 and 66 | Disputed, unsupported by admissible evidence and contradicted by admissible evidence | Hearsay. See Exs. 63-66 (demonstrating Defendant reported multiple accounts in single reporting fields, including in 2012).See also Ex. 66, USA – 000081 to USA – 000082 (showing no field for "Maximum value of Account" for 6411, suggesting Defendant may have reported an amount which isn't shown on the transcript) |
| P91 | Attached as Exhibit 66 is a true and correct copy of Defendant's FBAR Transcript for the year 2012 from the Financial Crimes Enforcement Network (FinCEN). | Exhibit 66, Defendant's FBAR Transcript for the year 2012 from FinCEN, USA - 000080 to USA - 000082 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P92 | Between 2009 and 2012, Defendant had a financial interest in or authority over at least 53 different foreign accounts. | Exhibits 1-53 | Undisputed | |
| P93 | In 2009, Defendant had a financial interest in or authority over at least 15 different foreign bank accounts. | Exhibits 1-15 | Undisputed | |
| P94 | | | | |
| P95 | In 2010, Defendant had a financial interest in or authority over at least 35 different foreign bank accounts. | Exhibits 1-14, 16-30, 45-48, 50-51 | Undisputed | |
| P96 | | | | |
| P97 | In 2011, Defendant had a financial interest in or authority over at least 28 different foreign bank accounts. | Exhibits 1-4, 13, 22, 25-27, 29-40, 43, 45-46, 48, 50, 51, 53 | Undisputed | |
| P98 | | | | |
| P99 | In 2012, Defendant had a financial interest in or authority over at least 27 different foreign bank accounts. | Exhibits 1-3, 13, 22, 25-27, 32, 34-42, 44-53 | Undisputed | |
| P100 | | | | |

14

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P101 | The following is a chart of maximum balances reflected on bank statements for accounts in which Defendant had a financial interest or over which Defendant had signature authority in 2009. For each account listed, the chart provides the last 4 digits of the account number, the maximum value reflected in South Korean Won ("KRW") (if the account was held in KRW), the maximum value reflected in U.S. dollars, and the maximum amount Defendant reported on her FBAR. The chart also identifies the aggregate maximum value for all of the accounts. | Exhibit 213, ¶ 1. | Undisputed | |

| Exhibit Number | Last 4 of Account Number | Maximum Value in KRW in 2009 | Maximum Value in Dollars in 2009 | Maximum Value Reported by Defendant on FBAR | Account Reported on FBAR | Account Not Reported on FBAR |
|---|---|---|---|---|---|---|
| 1 | 3441 | ₩ 2,144,283,978 | $ 1,838,890 | $    - | | X |
| 3 | 2033 | USD | $ 2,124,869 | $    - | | X |
| 4 | 5806 | USD | $    215,106 | $    - | | X |
| 5 | 6658 | USD | $ 2,372,626 | $    - | | X |
| 6 | 6817 | USD | $    511,156 | $    - | | X |
| 7 | 6005 | USD | $ 1,971,097 | $    - | | X |
| 8 | 0368 | USD | $    325,708 | $    - | | X |
| 9 | 0361 | USD | $ 1,488,737 | $    - | | X |
| 10 | 2308 | USD | $    655,968 | $    - | | X |
| 11 | 4317 | USD | $    558,871 | $    - | | X |
| 12 | 0365 | USD | $    323,048 | $    - | | X |
| 13 | 6411 | ₩    719,639,591 | $    617,147 | $ 319,716 | X | |
| 14 | 3626 | ₩ 2,000,000,000 | $ 1,715,156 | $    - | | X |
| | | | Total in 2009 | $ 14,718,379 | | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P102 | Defendant reported aggregate maximum account values totaling $492,721 on her 2009 FBAR. | Exhibit 213, ¶ 2. | Undisputed | |

15

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P103 | The following is a chart of maximum balances reflected on bank statements for accounts in which Defendant had a financial interest or over which Defendant had signature authority in 2010. For each account listed, the chart provides the last 4 digits of the account number, the maximum value reflected in South Korean Won ("KRW") (if the account was held in KRW), the maximum value reflected in U.S. dollars, and the maximum amount Defendant reported on her FBAR. The chart also identifies the aggregate maximum value for all of the accounts. | Exhibit 213, ¶ 3. | Undisputed | |
| P104 | Defendant reported aggregate maximum account values totaling $607,773 on her 2010 FBAR. | Exhibit 213, ¶ 4. | Undisputed | |

Embedded chart:

| Exhibit Number | Last 4 of Account Number | Maximum Value in KRW in 2010 | Maximum Value in Dollars in 2010 | Maximum Value Reported by Defendant on FBAR | Account Reported on FBAR | Account Not Reported on FBAR |
|---|---|---|---|---|---|---|
| 1 | 3441 | ₩ 1,163,671,196 | $ 1,039,039 | $ - | | X |
| 3 | 2033 | USD | $ 1,180,825 | $ 211,471 | X | |
| 17 | 7795 | USD | $ 297,071 | $ - | | X |
| 18 | 1478 | USD | $ 560,401 | $ - | | X |
| 19 | 2567 | USD | $ 665,368 | $ - | | X |
| 20 | 4765 | USD | $ 5,392,472 | $ - | | X |
| 21 | 1017 | ₩ 2,000,000,000 | $ 1,785,794 | $ - | | X |
| 22 | 9362 | USD | $ 1,450,856 | $ 305,885 | X | |
| 23 | 2274 | USD | $ 5,914,248 | $ - | | X |
| 24 | 4207 | USD | $ 2,393,868 | $ - | | X |
| 25 | 4889 | ₩ 906,297,396 | $ 809,230 | $ - | | X |
| 27 | 9368 | ₩ 501,072,295 | $ 447,406 | $ - | | X |
| 28 | 2748 | USD | $ 500,000 | $ - | | X |
| 29 | 2323 | USD | $ 9,130,610 | $ - | | X |
| 30 | 6397 | ₩ 1,164,831,183 | $ 1,040,074 | $ - | | X |
| | | Total in 2010 | $ 32,607,262 | | | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P105 | The following is a chart of maximum balances reflected on bank statements for accounts in which Defendant had a financial interest or over which Defendant had signature authority in 2011. For each account listed, the chart provides the last 4 digits of the account number, the maximum value reflected in South Korean Won ("KRW") (if the account was held in KRW), the maximum value reflected in U.S. dollars, and the maximum amount Defendant reported on her FBAR. The chart also identifies the aggregate maximum value for all of the accounts. | Exhibit 213, ¶ 5. | Undisputed | |

| Exhibit Number | Last 4 of Account Number | Maximum Value in KRW in 2011 | Maximum Value in Dollars in 2011 | Maximum Value Reported by Defendant on FBAR | Account Reported on FBAR | Account Not Reported on FBAR |
|---|---|---|---|---|---|---|
| 1 | 3441 | ₩ 1,165,788,609 | $ 1,005,727 | $ - | | X |
| 3 | 2033 | USD | $ 656,109 | $ - | | X |
| 13 | 6411 | ₩ 290,870,197 | $ 250,934 | $ - | | X |
| 22 | 9362 | USD | $ 1,038,822 | $ - | | X |
| 25 | 4889 | ₩ 951,030,833 | $ 820,455 | $ - | | X |
| 29 | 2323 | USD | $ 9,144,218 | $ - | | X |
| 32 | 0302 | USD | $ 3,180,516 | $ - | | X |
| 33 | 3570 | ₩ 878,049,687 | $ 757,494 | $ - | | X |
| 34 | 4681 | ₩ 3,243,030,079 | $ 2,797,765 | $ - | | X |
| 35 | 5417 | ₩ 1,022,415,985 | $ 882,039 | $ - | | X |
| 36 | 0758 | USD | $ 3,006,985 | $ - | | X |
| | | Total in 2011 | $ 23,541,064 | | | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P106 | Defendant reported aggregate maximum account values totaling $263,811 on her 2011 FBAR. | Exhibit 213, ¶ 6. | Undisputed | |

17

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P107 | The following is a chart of maximum balances reflected on bank statements for accounts in which Defendant had a financial interest or over which Defendant had signature authority in 2012. For each account listed, the chart provides the last 4 digits of the account number, the maximum value reflected in South Korean Won ("KRW") (if the account was held in KRW), the maximum value reflected in U.S. dollars, and the maximum amount shown as reported on the IRS transcript of Defendant's 2012 FBAR. The chart also identifies the aggregate maximum value for all of the accounts. | Exhibit 213, ¶ 7. | Undisputed | |

| Exhibit Number | Last 4 of Account Number | Maximum Value in KRW in 2012 | Maximum Value in Dollars in 2012 | Maximum Value Reported by Defendant on FBAR | Account Reported on FBAR | Account Not Reported on FBAR |
|---|---|---|---|---|---|---|
| 1 | 3441 | ₩ 143,791,786 | $ 134,696 | $ - | | X |
| 22 | 9362 | USD | $ 952,593 | $ - | | X |
| 25 | 4889 | ₩ 1,001,030,833 | $ 937,707 | $ - | | X |
| 34 | 4681 | ₩ 1,030,411,877 | $ 965,230 | $ - | | X |
| 35 | 5417 | ₩ 587,979,598 | $ 550,785 | $ - | | X |
| 39 | 9689 | ₩ 158,652,370 | $ 148,616 | $ - | | X |
| 42 | 9546 | USD | $ 3,018,652 | $ - | | X |
| 44 | 8765 | USD | $ 683,085 | $ - | | X |
| 48 | 3908 | ₩ 110,023,721 | $ 103,064 | $ - | | X |
| 49 | 5183 | ₩ 110,911,770 | $ 103,896 | $ - | | X |
| 52 | 3558 | USD | $ 3,022,086 | $ - | | X |
| | | Total in 2012 | $ 10,620,410 | | | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P108 | The IRS transcript for Defendant's 2012 FBAR indicates that Defendant reported aggregate maximum account values totaling $495,016 on her 2012 FBAR. | Exhibit 213, ¶ 8. | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P109 | The following is a list of accounts in which Defendant had a financial interest or over which Defendant had signatory authority in 2009, identified by the last four digits of the account. The list also reflects in USD the July 31, 2009, balance of those accounts, as reflected in their bank statements. | Exhibit 213, ¶ 9. | Undisputed | |
| P110 | The following is a list of accounts in which Defendant had a financial interest or over which Defendant had signatory authority in 2010, identified by the last four digits of the account. The list also reflects in USD the August 31, 2010, balance of those accounts, as reflected in their bank statements. | Exhibit 213, ¶ 10. | Undisputed | |
| P111 | The following is a list of accounts in which Defendant had a financial interest or over which Defendant had signatory authority in 2011, identified by the last four digits of the account. The list also reflects in USD the April 30, 2011, balance of those accounts, as reflected in their bank statements. | Exhibit 213, ¶ 11. | Undisputed | |

Within P109:

| Exhibit Number | Last 4 of Account Number | July 31, 2009 Balance in Dollars |
|----------------|--------------------------|----------------------------------|
| 3 | 2033 | $ 972,003.13 |
| 4 | 5806 | $ 215,106.88 |
| 5 | 6658 | $ 2,337,615.69 |
| 6 | 6817 | $ 502,915.24 |
| 7 | 6005 | $ 1,934,640.90 |
| 8 | 0368 | $ 325,708.24 |
| 9 | 0361 | $ 1,488,737.17 |
| 10 | 2308 | $ 655,968.31 |
| 11 | 4317 | $ 556,160.91 |
| 12 | 0365 | $ 323,048.77 |
| 13 | 6411 | $ 518,358.55 |
| 14 | 3626 | $ 1,635,724.22 |
| | Total on July 31, 2009 | $ 11,465,988.01 |

Within P110:

| Exhibit Number | Last 4 of Account Number | August 31, 2010 Balance in Dollars |
|----------------|--------------------------|-------------------------------------|
| 1 | 3441 | $ 119,071.64 |
| 17 | 7795 | $ 295,872.03 |
| 21 | 1017 | $ 1,668,035.85 |
| 22 | 9362 | $ 990,283.31 |
| 23 | 2274 | $ 5,914,248.94 |
| 24 | 4207 | $ 2,393,868.20 |
| | Total on August 31, 2010 | $ 11,381,379.97 |

Within P111:

| Exhibit Number | Last 4 of Account Number | April 30, 2011 Balance in Dollars |
|----------------|--------------------------|------------------------------------|
| 13 | 6411 | $ 185,808.37 |
| 22 | 9362 | $ 445,633.44 |
| 25 | 4889 | $ 843,852.32 |
| 29 | 2323 | $ 9,144,218.75 |
| 33 | 3570 | $ 817,550.92 |
| | Total on April 30, 2011 | $ 11,437,063.80 |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P112 | The following is a list of accounts in which Defendant had a financial interest or over which Defendant had signatory authority in 2012, identified by the last four digits of the account. The list also reflects in USD the February 29, 2012, balance of those accounts, as reflected in their bank statements. <table><tr><td>Exhibit Number</td><td>Last 4 of Account Number</td><td>February 29, 2012 Balance in Dollars</td></tr><tr><td>22</td><td>9362</td><td>$ 461,322.84</td></tr><tr><td>23</td><td>4889</td><td>$ 851,110.46</td></tr><tr><td>34</td><td>4681</td><td>$ 921,851.39</td></tr><tr><td>35</td><td>5417</td><td>$ 296,989.44</td></tr><tr><td>42</td><td>9546</td><td>$ 3,006,985.34</td></tr><tr><td>44</td><td>8765</td><td>$ 682,946.70</td></tr><tr><td></td><td>Total on February 29, 2012</td><td>$ 6,221,206.17</td></tr></table> | Exhibit 213, ¶ 12. | Undisputed | |
| P113 | | | | |
| P114 | | | | |
| P115 | | | | |
| P116 | | | | |
| P117 | | | | |
| P118 | | | | |
| P119 | | | | |
| P120 | | | | |
| P121 | | | | |
| P122 | | | | |
| P123 | | | | |
| P124 | | | | |
| P125 | | | | |
| P126 | | | | |
| P127 | | | | |
| P128 | | | | |
| P129 | | | | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P130 | | | | |
| P131 | | | | |
| P132 | | | | |
| P133 | | | | |
| P134 | | | | |
| P135 | | | | |
| P136 | | | | |
| P137 | | | | |
| P138 | | | | |
| P139 | | | | |
| P140 | | | | |
| P141 | | | | |
| P142 | | | | |
| P143 | | | | |
| P144 | | | | |
| P145 | | | | |
| P146 | | | | |
| P147 | | | | |
| P148 | | | | |
| P149 | | | | |
| P150 | | | | |
| P151 | | | | |
| P152 | | | | |
| P153 | | | | |
| P154 | | | | |

21

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P155 | | | | |
| P156 | In August 2019, Leah Smith-Pope was the Department Manager of Currency Transaction Reporting (CTR) Operations. | Exhibit 189 ¶ 2 | Undisputed | |
| P157 | In August 2019, Kathy Mitchell was a Supervisory Tax Law Specialist in CTR Operations and reported directly to Leah Smith-Pope. | Exhibit 189 ¶ 3 | Undisputed | |
| P158 | In 2019, the general procedure in CTR Operations regarding the FBAR Penalty Assessment Certification (Form 13448) was as follows: first it was reviewed by Kathy Mitchell, and once her review was complete, she would give it to Leah Smith-Pope for signature so that one person was not both the initial reviewer and final signatory authorizing assessment. | Exhibit 189 ¶ 4 | Undisputed | |
| P159 | During the week of August 20, 2019 to August 26, 2019, Leah Smith-Pope was on leave, and Kathy Mitchell was the Acting Department Manager, CTR Operations. | Exhibit 189 ¶ 5 | Undisputed | |
| P160 | Attached as **Exhibit 68** is a true and correct copy of the memorandum authorizing Kathy Mitchell to act as Acting, Department Manager, CTR Operations. | Exhibit 189 ¶ 6 | Undisputed | |
| P161 | During the week of August 20, 2019, Cesilee Graves was on detail as a frontline manager with the title Supervisory Tax Examiner in CTR Operations. | Exhibit 189 ¶ 7 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P162 | Kathy Mitchell reviewed the Penalty Assessment Certification (Form 13448) for Defendant for the years 2009, 2010, 2011, and 2012. | Exhibit 189 ¶ 8 | Disputed, conflicting evidence presented | Kathy Mitchell Deposition Transcript, 74:20-75:3, stating that she does not remember reviewing the Forms |
| P163 | After reviewing Form 13448, Kathy Mitchell gave the form to Cesilee Graves and verbally requested that she sign the Form 13448 for Leah Smith-Pope so that Kathy Mitchell was not both the reviewer and signatory on the Form 13448. | Exhibit 189 ¶ 9 | Disputed, conflicting evidence presented | Kathy Mitchell Deposition Transcript, 74:20-75:3, stating that she does not remember reviewing the Forms |
| P164 | Form 13448 for Defendant dated August 20, 2019, was signed by Cesilee Graves for Leah Smith-Pope. | Exhibit 189 ¶ 10 | Disputed, conflicting evidence presented | Ex. 70, there were 4 Forms 13448, not one. |
| P165 | Attached as **Exhibit 70** is a true and correct copy of the Form 13448 Penalty Assessment Certification (Title 31 "FBAR") for Laura Kim for the years 2009 through 2012 signed by Cesilee Graves for Leah Smith-Pope. | Exhibit 189 ¶ 11 | Disputed, conflicting evidence presented | Ex. 70, there were 4 Forms 13448, not one. |
| P166 | On August 20, 2019, the IRS assessed willful FBAR penalties against Defendant for the years 2009 through 2012 in the amount of $1,014,109.85 for each year, for a total of $4,056,439.40. | Exhibit 189 ¶ 12 | Undisputed | |
| P167 | On August 26, 2019, the IRS sent Letter 3708 to Laura Kim. | Exhibit 189 ¶ 13 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P168 | Attached as **Exhibit 71** is a true and correct copy of Letter 3708 sent to Laura Kim on August 26, 2019. | Exhibit 189 ¶ 14 | Undisputed | |
| P169 | As of September 2, 2022, the balance due for the FBAR penalties assessed against Laura Kim for the years 2009 through 2012 was $4,914,515.25, consisting of the FBAR penalties of $4,056,439.40, interest of $122,582.26, and additional penalties of $735,493.59. | Exhibit 189 ¶ 15 | Disputed, insufficient evidence | |
| P170 | Interest and penalties continue to accrue as allowed by law. | Exhibit 189 ¶ 16 | Disputed, statement of law | |
| P171 | In July 2015, Delegation Order 25-13 was modified, and authority for FBAR enforcement was delegated to the Department Manager of CTR Operations. | Exhibit 189 ¶ 17 | Disputed, statement of law | |
| P172 | Attached as **Exhibit 183** is a true and correct copy of the memorandum dated July 8, 2015, modifying Delegation Order 25-13. | Exhibit 189 ¶ 18 | Undisputed | |
| P173 | For the years 2009 through 2012, Defendant engaged Michael Khim, CPA to prepare her U.S. Individual Income Tax Return (Form 1040) | Deposition of Laura Kim 35:21-23. | Undisputed | |
| P174 | In 2009, Defendant requested and received an electronic copy of the FBAR form (TD F 90-22.1) from her CPA Michael Khim. | Deposition of Laura Kim 67:3-13; Exhibit 67 | Undisputed | |
| P175 | For the years 2009 through 2012, Defendant did not seek the assistance of her CPA Michael Khim in preparing her FBARs for the years at issue. | Deposition of Laura Kim 45:9-15, 71:5-23. | Disputed, conflicting evidence presented | Ex. 67 (Defendant asked Michael Khim for FBAR) |

24

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P176 | For the years 2009 through 2012, Defendant did not think that the FBAR was that serious. | Deposition of Laura Kim 46:16-24. | Disputed, conflicting evidence presented | Deposition of Laura Kim, 45:25-46:8 (Defendant asked IRS for FBAR and filled it out herself); Ex. 67 (Defendant asked Michael Khim for FBAR); Exs. 59-62 (Defendant timely filed FBARs for 2009-2012) |
| P177 | For the years 2009 through 2012, Defendant had her bookkeeper assist her in preparing her FBARs. | Deposition of Laura Kim 70:19-22, 71:8-16. | Undisputed | |
| P178 | For the years 2009 through 2012, the bookkeeper came to Defendant's home. | Deposition of Laura Kim 71:2-4 | Undisputed | |
| P179 | For the years 2009 through 2012, the bookkeeper brought bank statements or notes to assist in completing the FBAR forms | Deposition of Laura Kim 70:23-25, 71:1 | Undisputed | |
| P180 | For the years 2009 through 2012, the bookkeeper assisted Defendant by filling out the FBAR forms on the computer. | Deposition of Laura Kim 70:19-22. | Undisputed | |
| P181 | For the years 2009 through 2012, Defendant directed her bookkeeper what to type. | Deposition of Laura Kim 46:16-24. | Undisputed | |

25

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P182 | For the years 2009 through 2012, Defendant made the decision about what information to put on the FBAR form. | Deposition of Laura Kim 46:18-20 | Undisputed | |
| P183 | For the years 2009 through 2012, Defendant reviewed the completed FBAR forms before they were filed. | Deposition of Laura Kim 71:5-7 | Undisputed | |
| P184 | On September 11, 2017, Defendant's counsel consented to extend the time to assess the FBAR penalties under 31 U.S.C. § 5321 so that June 30, 2019 was the last day to assess the FBAR penalties for the years at issue. | Exhibit 151. | Undisputed | |

26

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P185 | By letter dated April 23, 2018, Defendant's counsel wrote:<br><br>I am transmitting with this letter two set of original signed Consents to Extend the Time to [Assess] Civil Penalties Provided by 31 U.S.C. §5321 for years 2009, 2010, 2011 and 2012 for Ms. Laura Kim. These Consents, once signed by the Commissioner, extend the statute of limitations on assessment for the years in question to December 31, 2019. These Consents are being provided because the Office of Appeals will not accept a pre-assessment administrative FBAR penalty protest unless there is at least 12 months left on the statute of limitations on assessment. The enclosed consents are being provided to you so that the Office of Appeals will permit Ms. Kim to pursue a pre-assessment administrative appeal to challenge the proposed FBAR penalty assessments.<br><br>Ms. Kim wishes to pursue a pre-assessment administrative appeal to challenge the proposed FBAR penalty assessments which have been proposed by your office. It is our understanding that the FBAR penalty audit conducted by your office has now concluded and that your office will be forwarding our protest of the proposed FBAR penalty assessments against Ms. Kim, sent to you this same day, to the Office of Appeals in the very near future. The enclosed Consents are being submitted based and conditioned upon these understandings and representations by your office. | Exhibit 85 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| P186 | On October 17, 2018, a document transmittal (Form 3210) was completed to transfer the FBAR case files from IRS Exam to Appeals. | Exhibit 110, 10.17.2018 Form 3210 Document Transmittal Record, LHK_3941 | Disputed, conflicting evidence presented | Ex. 110 (FBAR case files sent to IRS/Field Tech Services on Oct. 17, 2018) and Ex. 111 (FBAR case files sent to Appeals on Nov. 5, 2018) |
| P187 | Defendant's FBAR case was originally assigned to Appeals Officer Russell McGeehan on December 21, 2018. | Exhibit 188 ¶ 3. | Undisputed | |
| P188 | On March 22, 2019, Appeals Officer McGeehan contacted Defendant's counsel and agreed on the contested issues and plan for a conference. | Exhibit 188 ¶ 4. | Undisputed | |
| P189 | Appeals Officer McGeehan's work on the case was delayed due to several competing priorities, so on May 24, 2019, the case was reassigned to Appeals Officer Duane Binns. | Exhibit 188 ¶ 5. | Undisputed | |
| P190 | On May 30, 2019, Defendant's counsel contacted Appeals Officer Binns and agreed to provide an extension to the statute of limitations on assessment. | Exhibit 188 ¶ 7. | Undisputed | |
| P191 | On July 24, 2019, Appeals Officer Binns received a letter from Defendant's counsel conditionally extending the statute of limitations for assessing the FBAR penalty for tax years 2009 through 2012. | Exhibit 188 ¶ 8. | Undisputed | |

28

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P192 | On July 24, 2019, Appeals Officer Binns informed Defendant's counsel that if he did not agree to extend the statute of limitations without conditions, the IRS would assess the FBAR penalties. | Exhibit 188 ¶ 9. | Undisputed | |
| P193 | Defendant's counsel refused to unconditionally extend the statute of limitations for assessing the FBAR penalty for tax years 2009 through 2012 | Exhibit 188 ¶ 10 | Undisputed | |
| P194 | On August 13, 2019, a request was sent to SBSE BSA Compliance-FBAR Penalty Coordinator in Detroit, Michigan, to assess the FBAR penalty against Laura Kim for the years 2009 through 2012. | Exhibit 188 ¶ 11 | Disputed, conflicting evidence presented | Ex. 156, LHK_4044 (showing request was sent to Onisha Darnell, not SBSE BSA Compliance) |
| P195 | | | | |
| P196 | | | | |
| P197 | | | | |
| P198 | | | | |
| P199 | | | | |
| P200 | | | | |
| P201 | | | | |
| P202 | | | | |
| P203 | | | | |
| P204 | | | | |
| P205 | | | | |
| P206 | | | | |
| P207 | | | | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| P208 | | | | |
| P209 | | | | |
| P210 | | | | |
| P211 | | | | |
| P212 | | | | |
| P213 | | | | |
| P214 | | | | |
| D215 | Laura Kim's Forms 13448 were signed on August 20, 2019 | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687 | Undisputed | |
| D216 | Laura Kim was born in Thoongnam, Korea | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 5:20 | Undisputed | |
| D217 | Laura Kim first moved to the United States in 1968 | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 5:23 | Undisputed | |
| D218 | English is not Laura Kim's native language | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript,6:21-7:7 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D219 | Laura Kim has limited proficiency in English | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 6:21-7:7 | Undisputed | |
| D220 | Laura Kim married her first husband in 1969 | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 4 | Undisputed | |
| D221 | Laura Kim has two children | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 16:7-8, USA – 007196 | Undisputed | |
| D222 | Laura Kim became a United States citizen in 1974 | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 5:25 | Undisputed | |
| D223 | Laura Kim owned and operated Laura's French Baking Company ("LFBC") | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 13:17-19 | Undisputed | |
| D224 | Laura Kim and her first husband had a difficult divorce | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 40:21-25, USA – 007220 | Undisputed | |

31

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D225 | Laura Kim suffered financial difficulties leading to her filing bankruptcy | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 40:21-42:11,USA – 007220 to USA – 007222 | Undisputed | |
| D226 | Laura Kim filed for bankruptcy in 1991 | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 40:21-42:11,USA – 007220 to USA – 007222 | Undisputed | |
| D227 | Laura Kim married her second husband in or around 1994 | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 6 | Undisputed | |
| D228 | Laura Kim moved back to South Korea in 1994 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 7:18, USA - 007383 | Undisputed | |
| D229 | Laura Kim has lived in South Korea since 1999 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 9:13-20, USA – 007385 | Undisputed | |

32

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D230 | Charlie Son is Laura Kim's brother-in-law | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 5:7, USA – 007340 | Undisputed | |
| D231 | Charlie Son managed Laura's French Baking Company in 2008 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10,USA – 007342 | Undisputed | |
| D232 | Charlie Son managed Laura's French Baking Company in 2009 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10,USA – 007342 | Undisputed | |
| D233 | Charlie Son managed Laura's French Baking Company in 2010 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10,USA – 007342 | Undisputed | |
| D234 | Charlie Son managed Laura's French Baking Company in 2011 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10,USA – 007342 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D235 | Charlie Son managed Laura's French Baking Company in 2012 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10, USA – 007342 | Undisputed | |
| D236 | Charlie Son managed Laura's French Baking Company in 2013 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10, USA – 007342 | Undisputed | |
| D237 | Charlie Son managed Laura's French Baking Company in 2014 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10, USA – 007342 | Undisputed | |
| D238 | Charlie Son managed Laura's French Baking Company in 2015 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10, USA – 007342 | Undisputed | |
| D239 | Charlie Son managed Laura's French Baking Company in 2016 | Ex. 194, Excerpts from 5.11.2017 Charlie Son Interview Transcript, 7:8-10, USA – 007342 | Undisputed | |

34

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D240 | Laura Kim's second husband is deceased | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 118:1-4, USA – 007298 | Undisputed | |
| D241 | Laura Kim suffered from severe depression | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 118:5-9, USA – 007298 | Undisputed | |
| D242 | Laura Kim attempted suicide in 1997 | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 118:5-9, USA – 007298 | Undisputed | |
| D243 | Laura Kim suffered a head injury in 1997 | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 9:14-17 | Undisputed | |
| D244 | Laura Kim suffers from headaches as a result of her attempted suicide | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 9:18-21 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D245 | Laura Kim experiences dizziness as a result of her attempted suicide | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 10:2-9 | Undisputed | |
| D246 | Laura Kim opened Marina Enterprise in 1999 or 2000 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 25:15, USA - 007401 | Undisputed | |
| D247 | Laura Kim attended Bookyong University in South Korea | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 7:21, USA - 007383 | Undisputed | |
| D248 | Laura Kim started attending Bookyong University in 2004 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 9:16, USA - 007385 | Undisputed | |
| D249 | Laura Kim studied ecological engineering | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 6:12 and 8:1-5 | Undisputed | |

36

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D250 | While Laura Kim attended Bookyong University, she was a full-time student | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 6:12 and 8:1-5 | Undisputed | |
| D251 | Laura Kim earned her bachelor's degree | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 17:12-18, USA – 007197 | Undisputed | |
| D252 | Laura Kim earned her master's degree | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 6:18, USA – 007382 | Undisputed | |
| D253 | Laura Kim earned her Ph.D. on August 26, 2011 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 10:6-7, USA - 007386 | Undisputed | |
| D254 | Laura Kim opened LK Water on July 15, 2011 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 21:2, USA - 007397 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D255 | Laura Kim has no training in finance | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 11 | Undisputed | |
| D256 | Laura Kim has no training in tax | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 11 | Undisputed | |
| D257 | Laura Kim has no training in accounting | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 11 | Undisputed | |
| D258 | Laura Kim relied on her family for bookkeeping, accounting, and tax return preparation | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 60:25-62:22; Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 11:6-14:5, USA – 007191 to USA - 007194 | Undisputed | |
| D259 | Laura Kim did not personally manage her bank accounts | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 28:15-20, USA - 007404 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D260 | Laura Kim did not personally do the accounting for her bank accounts | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 29:4-5, USA - 007405 | Undisputed | |
| D261 | The bookkeepers at Marina Enterprise took care of Laura Kim's business and personal bank accounts | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 45:3, USA - 007421 | Undisputed | |
| D262 | Laura Kim directed her accountants to her employees for information | Ex. 192, Excerpts from 6.23.2014 Laura Kim Interview Transcript, 14:3-5, USA – 007194; Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 60:5-7, USA – 019009 | Undisputed | |
| D263 | Laura Kim engaged a Korean accountant to prepare her Korean tax returns | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 37:1-3 | Undisputed | |
| D264 | Laura Kim paid her taxes to Korea | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 14 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D265 | The Korean accountant did not advise Laura Kim to report her Korean income and accounts to the U.S. | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 39:14-24 | Undisputed | |
| D266 | Michael Khim is a certified public accountant. | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 13:12-14 | Undisputed | |
| D267 | Michael Khim prepared Forms 1040 for Laura Kim for tax year 2009 | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 17:17-21; 47:13-15 | Undisputed | |
| D268 | Michael Khim prepared Forms 1040 for Laura Kim for tax year 2010 | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 17:17-21; 47:13-15 | Undisputed | |
| D269 | Michael Khim prepared Forms 1040 for Laura Kim for tax year 2011 | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 17:17-21; 47:13-15 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D270 | Michael Khim prepared Forms 1040 for Laura Kim for tax year 2012 | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 17:17-21; 47:13-15 | Undisputed | |
| D271 | Michael Khim prepared Forms 1040 for Laura Kim for tax year 2013 | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 17:17-21; 47:13-15 | Undisputed | |
| D272 | Michael Khim prepared the Form 1120S for Laura's French Baking Company for tax year 2008 | Ex. 197, 2008 Form 1120S for Laura's French Baking Company, USA – 017385 | Undisputed | |
| D273 | Michael Khim prepared the Form 1120S for Laura's French Baking Company for tax year 2009 | Ex. 198, 2009 Form 1120S for Laura's French Baking Company, USA - 017348 | Undisputed | |
| D274 | Michael Khim prepared the Form 1120S for Laura's French Baking Company for tax year 2010 | Ex. 199, 2010 Form 1120S for Laura's French Baking Company, USA - 020311 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D275 | Michael Khim prepared the Form 1120S for Laura's French Baking Company for tax year 2011 | Ex. 200, 2011 Form 1120S for Laura's French Baking Company, USA - 020323 | Undisputed | |
| D276 | Michael Khim prepared the Form 1120S for Laura's French Baking Company for tax year 2012 | Ex. 201, 2012 Form 1120S for Laura's French Baking Company, USA - 020335 | Undisputed | |
| D277 | Michael Khim knew that Laura Kim lived in Korea | Ex. 196, 7.20.2022 Michael Khim Deposition Transcript, 29:9-18 | Undisputed | |
| D278 | In 2009, Michael Khim learned that Laura Kim transferred money to Laura's French Baking Company from a personal account belonging to her in Korea | Ex. 104, Excerpts from 4.6.2017 Michael Khim Interview Transcript, 75:3-80:24, LHK_3105-LHK_3110 | Undisputed | |
| D279 | Michael Khim did not advise Laura Kim that she was required to report her Korean income to the U.S. | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 39:14-24 | Undisputed | |
| D280 | Michael Khim did not advise Laura Kim that she was required to report her Korean financial accounts to the U.S. | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003563 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D281 | Michael Khim did not send Laura Kim drafts of her U.S. tax returns for review | Ex. 196, Excerpts from 7.20.2022 Michael Khim Deposition Transcript, 40:9-23 | Undisputed | |
| D282 | Laura Kim did not review her 2009 U.S. income tax return before it was filed | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 61:3-4, USA - 007437 | Undisputed | |
| D283 | Laura Kim did not know she was required to report Korean income on her U.S. tax returns | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 39:14-24 | Undisputed | |
| D284 | Laura Kim did not report her Korean income on her 2009 U.S. tax return | Ex. 55, 2009 Form 1040 for Laura Kim, LHK_0288 | Undisputed | |
| D285 | Laura Kim did not claim a foreign tax credit on her 2009 U.S. tax return | Ex. 55, 2009 Form 1040 for Laura Kim, LHK_0289 | Undisputed | |
| D286 | Laura Kim did not report her Korean income on her 2010 U.S. tax return | Ex. 56, 2010 Form 1040 for Laura Kim, LHK_0294 | Undisputed | |
| D287 | Laura Kim did not claim a foreign tax credit on her 2010 U.S. tax return | Ex. 56, 2010 Form 1040 for Laura Kim, LHK_0295 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D288 | Laura Kim did not report her Korean income on her 2011 U.S. tax return | Ex. 57, 2011 Form 1040 for Laura Kim, LHK_0301 | Undisputed | |
| D289 | Laura Kim did not claim a foreign tax credit on her 2011 U.S. tax return | Ex. 57, 2011 Form 1040 for Laura Kim, LHK_0302 | Undisputed | |
| D290 | Laura Kim's tax liability on her foreign income in 2010 was $307,323 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D291 | Laura Kim was entitled to claim a foreign tax credit of $297,205 in 2010 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D292 | The omission of foreign income and the foreign tax credit on Laura Kim's 2010 U.S. tax return resulted in an underreporting of $10,118 in federal income tax for 2010. | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D293 | Laura Kim's tax liability on her foreign income in 2011 was $44,868 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |

44

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D294 | Laura Kim was entitled to claim a foreign tax credit of $74,426 in 2011 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D295 | The omission of foreign income and the foreign tax credit on Laura Kim's 2011 U.S. tax return resulted in an overreporting of $30,308 in federal income tax for 2011. | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D296 | Laura Kim's tax liability on her foreign income in 2012 was $135,034 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D297 | Laura Kim was entitled to claim a foreign tax credit of $95,609 in 2012 | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D298 | The omission of foreign income and the foreign tax credit on Laura Kim's 2012 U.S. tax return resulted in an underreporting of $39,425 in federal income tax for 2012. | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D299 | Laura Kim's sister is Caroline Son | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 41:23-25, 42:1-3 | Undisputed | |

45

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D300 | Caroline Son sent Laura Kim a newspaper clipping about the FBAR in 2009 | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 14:15-16:4, USA - 007390 to USA - 007392 | Undisputed | |
| D301 | Laura Kim first learned about the FBAR when Caroline Son sent her the newspaper clipping | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 15:19-16:2, USA – 007391 to USA – 007392 | Undisputed | |
| D302 | Laura Kim reached out to the IRS after learning about the FBAR | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 44:1-4 | Undisputed | |
| D303 | On Sept. 5, 2009, Laura Kim sent Michael Khim an email requesting that Michael Khim send her "the form for reporting foreign bank accounts." | Ex. 67, Emails between Laura Kim and Michael Khim (translated), LHK_0267 | Undisputed | |
| D304 | On Sept. 6, 2009, Michael Khim sent Laura Kim an email with Form TD F 90-22.1 attached | Ex. 67, Emails between Laura Kim and Michael Khim (translated), LHK_0267 | Undisputed | |

46

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D305 | Michael Khim did not explain to Defendant what needed to be reported on the FBAR | Ex. 67, Emails between Laura Kim and Michael Khim (translated), LHK_0267 | Undisputed | |
| D306 | Laura Kim read the instructions for the FBAR before filling out her 2008 FBAR | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 17 | Undisputed | |
| D307 | Laura Kim completed her 2008 FBAR based on account information from an employee who managed her Korean financial accounts | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 95:2-10, USA - 007471 | Undisputed | |
| D308 | Laura Kim included a cover letter with the first FBAR she filed for 2008 | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 44:2-5 | Undisputed | |
| D309 | The cover letter Laura Kim included with her first 2008 FBAR asked the IRS to tell her if she filled it out incorrectly | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 44:2-5 | Undisputed | |
| D310 | The IRS did not respond to the cover letter Laura Kim included with her first 2008 FBAR | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003563 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D311 | Laura Kim submitted two FBARs for 2008 | Ex. 202, 2008 FBAR for Laura Kim, USA - 000189 | Undisputed | |
| D312 | Laura Kim submitted a revised 2008 FBAR to the IRS on October 15, 2009 | Ex. 202, 2008 FBAR for Laura Kim, USA - 000186 to USA - 000189 | Undisputed | |
| D313 | Laura Kim included a note with her revised 2008 FBAR | Ex. 202, 2008 FBAR for Laura Kim, USA - 000189 | Undisputed | |
| D314 | The note that Laura Kim included with her revised 2008 FBAR notified the IRS that she was submitting a new FBAR to correct errors in her first FBAR | Ex. 202, 2008 FBAR for Laura Kim, USA - 000189 | Undisputed | |
| D315 | The IRS did not respond to the note included with Laura Kim's revised 2008 FBAR | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003563 | Undisputed | |
| D316 | Laura Kim prepared an FBAR for 2009 with the help of an employee | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 95:2-10, USA - 007471 | Undisputed | |
| D317 | Laura Kim prepared an FBAR for 2010 with the help of an employee | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 95:2-10, USA - 007471 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D318 | Laura Kim prepared an FBAR for 2011 with the help of an employee | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 95:2-10, USA - 007471 | Undisputed | |
| D319 | Laura Kim prepared an FBAR for 2012 with the help of an employee | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 56:21 to 57:8 | Undisputed | |
| D320 | Laura Kim timely filed an FBAR for 2009 | Ex. 63, Defendant's FBAR Transcript for the year 2009 from FinCEN, USA - 000001 to USA - 000004 | Undisputed | |
| D321 | Laura Kim timely filed an FBAR for 2010 | Ex. 64, Defendant's FBAR Transcript for the year 2010 from FinCEN, USA - 000005 to USA - 000008 | Undisputed | |
| D322 | Laura Kim timely filed an FBAR for 2011 | Ex. 65, Defendant's FBAR Transcript for the year 2011 from FinCEN, USA - 000009 to USA - 000010 | Undisputed | |

49

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D323 | Laura Kim timely filed an FBAR for 2012 | Ex. 66, Defendant's FBAR Transcript for the year 2012 from FinCEN, USA - 000080 to USA - 000082 | Undisputed | |
| D324 | The IRS audited Laura Kim's personal 2010 tax return | Ex. 203, 11.20.2012 Notice of Audit, USA - 009324 to USA - 009325 | Undisputed | |
| D325 | The IRS audited Laura Kim's personal 2011 tax return | Ex. 203, 11.20.2012 Notice of Audit, USA - 009324 to USA - 009325 | Undisputed | |
| D326 | Laura Kim learned that her FBARs for 2009 through 2012 were incorrect after she filed her 2012 FBAR | Ex. 191, 1.12.2023 Declaration of Laura Kim at No. 22 | Undisputed | |
| D327 | Laura Kim learned that she had more accounts than were reported on her 2009 FBAR after the IRS began its audit | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 52:3-9 | Undisputed | |
| D328 | Laura Kim fired Michael Khim after learning her FBARs were incorrect | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 88:10-21, USA - 007464 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D329 | Laura Kim hired Henry Chi | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 88:10-23, USA - 007464 | Undisputed | |
| D330 | Henry Chi is a CPA | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 76:25-77:2, USA - 007452 to USA - 007453 | Undisputed | |
| D331 | In April 2017, the IRS sent a Letter 3709 to Laura Kim | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003519 to USA - 003544 | Undisputed | |
| D332 | The Letter 3709 sent to Laura Kim in April 2017 proposed penalties of $6,111,613 for willfully failing to report her foreign accounts for 2009-2012 | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003523 | Undisputed | |
| D333 | The Letter 3709 contained a Form 13449, Agreement to Assessment and Collection of Penalties Under 31 U.S.C. § 5321(a)(5) and 5321(a)(6) | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003522 | Undisputed | |

51

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D334 | The Letter 3709 contained an FBAR Explanation of Items | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003525 to USA - 003544 | Undisputed | |
| D335 | The FBAR Explanation of Items specifies Ella Chernyak's rationale for determining that Laura Kim was liable for willful penalties for 2009-2012. | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003525 to USA - 003544 | Undisputed | |
| D336 | The FBAR Explanation of Items specifies Ella Chernyak's rationale for determining that Laura Kim was liable for a total penalty of $6,111,613. | Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003525 to USA - 003544 | Undisputed | |
| D337 | Laura Kim filed a protest to the April 2017 Letter 3709 | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003557 to USA - 003599 | Undisputed | |
| D338 | Laura Kim requested a hearing with the IRS Office of Appeals | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003557 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|------|------|----------|----------|----------|
| D339 | Laura Kim's representative signed a Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. Sec. 5321 for FBAR Violations ("Consent to Extend") for 2009 until June 30, 2019 | Ex. 185, 9.11.2017 Consent to Extend FBAR Statute to June 30, 2019, USA - 003548 | Undisputed | |
| D340 | Laura Kim's representative signed a Consent to Extend for 2010 until June 30, 2019 | Ex. 185, 9.11.2017 Consent to Extend FBAR Statute to June 30, 2019, USA - 003549 | Undisputed | |
| D341 | Laura Kim's representative signed a Consent to Extend for 2011 until June 30, 2019 | Ex. 185, 9.11.2017 Consent to Extend FBAR Statute to June 30, 2019, USA - 003550 | Undisputed | |
| D342 | Ella Chernyak met with Laura Kim's counsel in January 2018. | Ex. 161, EO Ella Chernyak Activity Record, Income Tax (complete), USA - 013086 | Undisputed | |
| D343 | Ella Chernyak issued a second Letter 3709 on March 7, 2018 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3479 to LHK_3598 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D344 | The second Letter 3709 proposed a penalty under 31 U.S.C. § 5321(a)(5) | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3479 | Undisputed | |
| D345 | The second Letter 3709 states, "proposing a penalty under 31 U.S.C. § 5321(a)(5) for failing to meet the record keeping requirements under 31 U.S.C. § 5314" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3479 | Undisputed | |
| D346 | The second Letter 3709 reduced the willful penalties to $1,014,109.85 for each year | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D347 | The IRS calculated the amount of Laura Kim's civil FBAR penalty for 2009 was $1,014,109.85 | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D348 | The IRS calculated the amount of Laura Kim's civil FBAR penalty for 2010 was $1,014,109.85 | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D349 | The IRS calculated the amount of Laura Kim's civil FBAR penalty for 2011 was $1,014,109.85 | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |

54

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D350 | The IRS calculated the amount of Laura Kim's civil FBAR penalty for 2012 was $1,014,109.85 | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D351 | The total proposed penalty was $4,056,439.40 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D352 | The second Letter 3709 included a Form 13449 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3482 to LHK_3483 | Undisputed | |
| D353 | The Form 13449 included with the second Letter 3709 states that the "total proposed penalty" was "$4056439.3999999999." | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3482 to LHK_3483 | Undisputed | |
| D354 | The Form 13449 included with the second Letter 3709 states that the "Foreign Bank, Institution, or Agent(s)" for 2011 is "Woori Bank and Standard Chartered Bank" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|------|------|----------|----------|----------|
| D355 | The Form 13449 included with the second Letter 3709 proposes a civil penalty for willful failure to report a foreign account on FinCEN Report 114 ("FBAR") for 2011 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3482 to LHK_3483 | Undisputed | |
| D356 | The Form 13449 included with the second Letter 3709 states that the "Maximum value of account" for 2011 is "various (see attached)" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D357 | The Form 13449 included with the second Letter 3709 states that the "Foreign account number(s)" for 2011 is "various ( see attached)" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D358 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign Bank, Institution, or Agent(s)" for 2010 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D359 | The Form 13449 included with the second Letter 3709 does not state what the reason for the proposed penalty for 2010 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D360 | The Form 13449 included with the second Letter 3709 states that the "Maximum value of account" for 2010 is "various (see attached)" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D361 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign account number(s)" for 2010 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D362 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign Bank, Institution, or Agent(s)" for 2009 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D363 | The Form 13449 included with the second Letter 3709 does not state what the reason for the proposed penalty for 2009 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D364 | The Form 13449 included with the second Letter 3709 states that the "Maximum value of account" for 2009 is "various (see attached)" | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D365 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign account number(s)" for 2009 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D366 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign Bank, Institution, or Agent(s)" for 2012 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D367 | The Form 13449 included with the second Letter 3709 does not state what the reason for the proposed penalty for 2012 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D368 | The Form 13449 included with the second Letter 3709 does not state what the "Maximum value of account" for 2012 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |
| D369 | The Form 13449 included with the second Letter 3709 does not state what the "Foreign account number(s)" for 2012 is. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3483 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D370 | The second Letter 3709 contains a revised FBAR Explanation of Items | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3580-LHK_3598 | Undisputed | |
| D371 | The text of the revised FBAR Explanation of Items is identical to that of the first FBAR Explanation of Items, with the exception of the section titled "Conclusion." | Compare Ex. 84, 4.24.2017 1st Letter 3709 and Attachments, USA - 003525 to USA - 003544; with Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3580-LHK_3598 | Undisputed | |
| D372 | The calculations for arriving at the total amount of FBAR Penalties are given in the "FBAR Penalty Calculation" spreadsheet | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D373 | The FBAR Penalty Calculation spreadsheet lists every account that Ella Chernyak determined was open between January 1, 2011, and June 30, 2012, and which Laura Kim had signature or other authority over. | Ex. 177, Excerpts from 8.5.2022 Ella Chernyak Deposition Transcript, 291:2-18; Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D374 | The FBAR Penalty Calculation spreadsheet lists what Ella Chernyak determined was the balance of each listed account on June 30, 2012. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D375 | Ella Chernyak calculated the total amount of Laura Kim's FBAR Penalties by taking every account that was open between January 1, 2011, and June 30, 2012, and for each such account determined a penalty equal to the greater of $100,000 or 50% of the balance of that account on June 30, 2012 | Ex. 177, Excerpts from 8.5.2022 Ella Chernyak Deposition Transcript, 291:2-18 | Undisputed | |
| D376 | Chernyak attached Korean account statements to the Penalty Spreadsheet | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3487 to LHK_3578 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D377 | Laura Kim filed a protest to the March 2018 Letter 3709 on April 23, 2018 | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003557 to USA - 003599 | Undisputed | |
| D378 | Laura Kim requested a hearing with the IRS Office of Appeals in her protest | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003557 | Undisputed | |
| D379 | In her protest, Laura Kim stated that she "repeatedly requested that the income tax audit and the FBAR penalty case be resolved concurrently," but that "the IRS has refused to do so." | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003564 | Undisputed | |
| D380 | In her protest, Laura Kim stated: "As of the date of this protest the IRS has still not issued a 30 day letter . . . for the income tax years under audit," in spite of being "repeatedly told that this audit will be closed soon. | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003573 | Undisputed | |
| D381 | On April 23, 2018, Laura Kim's representative signed a Consent to Extend for 2009 until December 31, 2019 | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003553 | Undisputed | |

61

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D382 | On April 23, 2018, Laura Kim's representative signed a Consent to Extend for 2010 until December 31, 2019 | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003554 | Undisputed | |
| D383 | On April 23, 2018, Laura Kim's representative signed a Consent to Extend for 2011 until December 31, 2019 | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003555 | Undisputed | |
| D384 | On April 23, 2018, Laura Kim's representative signed a Consent to Extend for 2012 until December 31, 2019 | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003556 | Undisputed | |
| D385 | On April 23, 2018, Laura Kim's representative submitted the Consents to Extend for 2009, 2010, 2011, and 2012 to Ella Chernyak | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003551 to USA - 003556 | Undisputed | |
| D386 | On April 23, 2018, Laura Kim's representative included a cover letter ("April 2018 letter") with the Consents to Extend that he submitted to Ella Chernyak | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003551 to USA - 003552 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D387 | The April 2018 letter stated, "It is our understanding that the FBAR penalty audit conducted by your office has now concluded and that your office will be forwarding our protest of the proposed FBAR penalty assessments against Ms. Kim, sent to you this same day, to the Office of Appeals in the very near future. The enclosed Consents are being submitted based and conditioned upon these understandings and representations by your office." | Ex. 85, 4.23.2018 Consent to Extend FBAR Statute to December 31, 2019, USA - 003551 | Undisputed | |
| D388 | Chernyak held onto the FBAR case while she continued to work on the income tax exam | Ex. 161, EO Ella Chernyak Activity Record, Income Tax (complete), USA - 013092 | Undisputed | |
| D389 | On May 1, 2018, Chernyak proposed a $4.5 million increase in Defendant's taxable income for 2010 through 2012 | Ex. 100, 5.1.2018 Income Tax Adjustments, USA - 016035 | Undisputed | |
| D390 | Defendant filed a protest and requested an Appeals conference on June 8, 2018 | Ex. 178, 6.8.2018 Protest Letter to Proposed Income Tax Adjustments, USA - 015967 to USA - 015992 | Undisputed | |
| D391 | Chernyak sent Defendant a revised Exam Report for Defendant's income tax exam on June 12, 2018 | Ex. 101, 6.12.2018 Income Tax Adjustments, USA - 010150 | Undisputed | |
| D392 | Chernyak sent Defendant a revised Exam Report for Defendant's income tax exam on August 7, 2018 | Ex. 90, 8.7.2018 Income Tax Adjustments, LHK_3739 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D393 | Chernyak sent Defendant a revised Exam Report for Defendant's income tax exam on August 29, 2018 | Ex. 91, 8.29.2018 Income Tax Adjustments, LHK_3778 | Undisputed | |
| D394 | Chernyak sent Defendant a revised Exam Report for Defendant's income tax exam on September 5, 2018 | Ex. 92, 9.5.2018 Income Tax Adjustments, LHK_3838 | Undisputed | |
| D395 | Defendant submitted her protest to the revised report dated September 5, 2018, and request for Appeals conference on September 17, 2018 | Ex. 116, 7.10.2019 Consent to Extend FBAR Statute to June 30, 2020, USA - 004600 | Undisputed | |
| D396 | Chernyak closed Defendant's FBAR audit on October 17, 2018 | Ex. 110, 10.17.2018 Form 3210 Document Transmittal Record, LHK_3941 | Undisputed | |
| D397 | Appeals received Defendant's case on November 15, 2018 | Ex. 111, 11.5.2018 Form 3210 Document Transmittal Record, USA - 012867 | Undisputed | |
| D398 | Appeals Officer Duane Binns was assigned to Laura Kim's appeal of her FBAR case. | Ex. 108, Appeals Case Activity Record from Duane Binns, USA - 004646 | Undisputed | |

64

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D399 | Appeals Officer Duane Binns was assigned to Laura Kim's appeal of her income tax case. | Ex. 108, Appeals Case Activity Record from Duane Binns, USA - 004646 | Undisputed | |
| D400 | Duane Binns sent Laura Kim an Appeals "welcome letter" on May 24, 2019. | Ex. 114, 5.24.2019 Appeals Welcome Letter, USA - 021588 | Undisputed | |
| D401 | Duane Binns included with the Appeals "welcome letter" a Consent to Extend for 2009, 2010, 2011, and 2012 until December 31, 2020 | Ex. 115, 7.10.2019 Consent to Extend FBAR Statute Signed by Duane Binns, USA - 004603 | Undisputed | |
| D402 | Laura Kim's representative signed the Consent to Extend for 2009, 2010, 2011, and 2012 included with the Appeals "welcome letter" on July 10, 2019 | Ex. 115, 7.10.2019 Consent to Extend FBAR Statute Signed by Duane Binns, USA - 004603 | Undisputed | |
| D403 | Laura Kim's representative sent Binns the signed Consent to Extend for 2009, 2010, 2011, and 2012 with a cover letter ("the July 2019 letter") | Ex. 116, 7.10.2019 Consent to Extend FBAR Statute to June 30, 2020, USA - 004596 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D404 | The July 2019 letter stated: "Please understand that the enclosed Extension is conditional in nature.  It operates to extend the statute of limitations on assessment for FBAR penalties for the years 20019 through 2012 only if the prior Consent to Extend the Time to Assess Civil FBAR Penalties, sent in April of 2018 to the Revenue Agent who conducted the audit, was valid.  That particular Extension stated that it extended the statute of limitations on assessing FBAR penalties for years 2009 through 2012 to December 31, 2019.  But that particular Consent was accompanied by a letter which imposed a condition on the Extension.  Specifically, that condition was as follows: Ms. Kim wishes to pursue a pre-assessment administrative appeal to challenge the proposed FBAR penalty assessments which have been proposed by your office. It is our understanding that the FBAR penalty audit conducted by your office has now concluded and that your office will be forwarding our protest of the proposed FBAR penalty assessments against Ms. Kim, sent to you this same day, to the Office of Appeals in the very near future. The enclosed Consents are being submitted based and conditioned upon these understandings and representations by your office." | Ex. 116, 7.10.2019 Consent to Extend FBAR Statute to June 30, 2020, USA - 004596 to USA - 004597 | Undisputed | |
| D405 | On July 24, 2019, Gregory Butler was Binns's manager | Ex. 204, Excerpts from 8.11.2022 Duane Binns Deposition Transcript, 18:8-10 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D406 | On July 24, 2019, Binns had not considered the merits of Ms. Kim's appeal | Ex. 204, Excerpts from 8.11.2022 Duane Binns Deposition Transcript, 172:1-8; 208:15-21 | Undisputed | |
| D407 | On July 24, 2019, Butler had not considered the merits of Ms. Kim's appeal | Ex. 204, Excerpts from 8.11.2022 Duane Binns Deposition Transcript, 79:18-80:5; 172:1-8 | Undisputed | |
| D408 | On July 24, 2019, Binns and Butler determined they could not rely on Ms. Kim's Consent signed July 10, 2019 | Ex. 108, Appeals Case Activity Record from Duane Binns, USA - 004647 | Undisputed | |
| D409 | On July 24, 2019, Binns and Butler agreed to request the immediate assessment of the FBAR Penalties | Ex. 108, Appeals Case Activity Record from Duane Binns, USA - 004647 | Undisputed | |
| D410 | Duane Binns was believed his job would be at risk if a limitations period expires on his watch | Ex. 205, Excerpts from 11.28.2022 Duane Binns Deposition Transcript, 122:4-10 | Undisputed | |
| D411 | On August 13, 2019, Gregory Butler signed a Form 13449 | Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4046 | Undisputed | |

67

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D412 | The Form 13449 signed by Butler was identical to the version sent with the second Letter 3709 except that the amount of the total penalties was different | Compare Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4046 to LHK_4047; with Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3482 to LHK_3483 | Undisputed | |
| D413 | The "total proposed penalty" on the revised Form 13449 was $4056439.39" | Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4046 to LHK_4047 | Undisputed | |
| D414 | On August 13, 2019, Duane Binns provided the Form 13449 signed by Butler to Onisha Darnell | Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4045 to LHK_4047 | Undisputed | |
| D415 | When Binns provided Laura Kim's Form 13449 to CTR Operations, he requested that CTR Operations assess an FBAR penalty | Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4045 to LHK_4047 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D416 | On August 13, 2019, Onisha Darnell was a penalty coordinator at CTR Operations | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 88:13-14 | Undisputed | |
| D417 | Duane Binns did not give CTR Operations any information other than the Form 13449 signed by Butler and the Consent to Extend signed by Laura Kim's representative on July 10, 2019 | Ex. 205, Excerpts from 11.28.2022 Duane Binns Deposition Transcript, 114:14-115:15 | Undisputed | |
| D418 | When Binns provided Laura Kim's Form 13449 to CTR Operations and requested that the FBAR penalties be assessed, he did not explain how the proposed penalties were calculated. | Ex. 205, Excerpts from 11.28.2022 Duane Binns Deposition Transcript, 114:14-115:15 | Undisputed | |
| D419 | On August 20, 2019, Onisha Darnell requested that Binns provide a Consent confirming that the limitations periods to assess the penalties had not expired. | Ex. 156, Dummy File - 8.20.2019 Emails between Onisha Darnell and Duane Binns, LHK_4044 | Undisputed | |
| D420 | On August 20, 2019, Duane Binns provided CTR Operations with the Consent to Extend signed by Laura Kim's representative on July 10, 2019 | Ex. 156, Dummy File - 8.20.2019 Emails between Onisha Darnell and Duane Binns, LHK_4044 to LHK_4043 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D421 | Binns did not send the July 2019 cover letter to CTR Operations | Ex. 205, Excerpts from 11.28.2022 Duane Binns Deposition Transcript, 115:19-21 | Undisputed | |
| D422 | Laura Kim's Forms 13448 were signed on August 20, 2019 | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687 | Undisputed | |
| D423 | Cesilee Graves signed Laura Kim's Forms 13448 | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687 | Undisputed | |
| D424 | Cesilee Graves was a Lead Tax Examiner in 2019 | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 84:22-85:1 | Undisputed | |
| D425 | Cesilee Graves was temporarily serving as a Supervisory Tax Examiner in August 2019 | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 84:13 | Undisputed | |
| D426 | The 2009 Form 13448 for Laura Kim lists the reason for the proposed penalty as "Willful Failure to Report - 31 USC 5321 (a)(5) | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D427 | The 2009 Form 13448 for Laura Kim lists the amount of the assessed penalty as "$1,014,109.85." | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 | Undisputed | |
| D428 | The 2009 Form 13448 for Laura Kim lists the "Foreign Account Number(s)" as "VARIOUS" | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 | Undisputed | |
| D429 | The 2009 Form 13448 for Laura Kim lists the "Foreign Bank" as "WOORI BANK AND STANDARD CHARTERED BANK" | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 | Undisputed | |
| D430 | The 2010 Form 13448 for Laura Kim lists the reason for the proposed penalty as "Willful Failure to Report - 31 USC 5321 (a)(5) | Ex. 70, 8.20.2019 Forms 13448, USA - 004685 | Undisputed | |
| D431 | The 2010 Form 13448 for Laura Kim lists the amount of the assessed penalty as "$1,014,109.85." | Ex. 70, 8.20.2019 Forms 13448, USA - 004685 | Undisputed | |
| D432 | The 2010 Form 13448 for Laura Kim lists the "Foreign Account Number(s)" as "VARIOUS" | Ex. 70, 8.20.2019 Forms 13448, USA - 004685 | Undisputed | |
| D433 | The 2010 Form 13448 for Laura Kim lists the "Foreign Bank" as "WOORI BANK AND STANDARD CHARTERED BANK" | Ex. 70, 8.20.2019 Forms 13448, USA - 004685 | Undisputed | |
| D434 | The 2011 Form 13448 for Laura Kim lists the reason for the proposed penalty as "Willful Failure to Report - 31 USC 5321 (a)(5) | Ex. 70, 8.20.2019 Forms 13448, USA - 004686 | Undisputed | |
| D435 | The 2011 Form 13448 for Laura Kim lists the amount of the assessed penalty as "$1,014,109.85." | Ex. 70, 8.20.2019 Forms 13448, USA - 004686 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D436 | The 2011 Form 13448 for Laura Kim lists the "Foreign Account Number(s)" as "VARIOUS" | Ex. 70, 8.20.2019 Forms 13448, USA - 004686 | Undisputed | |
| D437 | The 2011 Form 13448 for Laura Kim lists the "Foreign Bank" as "WOORI BANK AND STANDARD CHARTERED BANK" | Ex. 70, 8.20.2019 Forms 13448, USA - 004686 | Undisputed | |
| D438 | The 2012 Form 13448 for Laura Kim lists the reason for the proposed penalty as "Willful Failure to Report - 31 USC 5321 (a)(5) | Ex. 70, 8.20.2019 Forms 13448, USA - 004687 | Undisputed | |
| D439 | The 2012 Form 13448 for Laura Kim lists the amount of the assessed penalty as "$1,014,109.85." | Ex. 70, 8.20.2019 Forms 13448, USA - 004687 | Undisputed | |
| D440 | The 2012 Form 13448 for Laura Kim lists the "Foreign Account Number(s)" as "VARIOUS" | Ex. 70, 8.20.2019 Forms 13448, USA - 004687 | Undisputed | |
| D441 | The 2012 Form 13448 for Laura Kim lists the "Foreign Bank" as "WOORI BANK AND STANDARD CHARTERED BANK" | Ex. 70, 8.20.2019 Forms 13448, USA - 004687 | Undisputed | |
| D442 | Kathy Mitchell was a Supervisory Tax Law Specialist in the CTR Operations Department in August 2019 | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 35:13-17 | Undisputed | |
| D443 | Smith-Pope designated Mitchell to temporarily serve as Acting Department Manager, CTR Operations, from August 20-26, 2019 | Ex. 68, 8.19.2019 Designation Form re Kathy Mitchell, USA - 004860 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D444 | In August 2019, Smith-Pope was Department Manager, CTR Operations | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687 | Undisputed | |
| D445 | Cesilee Graves signed Laura Kim's Forms 13448 "for: Leah Smith-Pope" | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687 | Undisputed | |
| D446 | Binns began his analysis of the FBAR penalty calculation in October 2019. | Ex. 108, Appeals Case Activity Record from Duane Binns, USA - 004648 | Undisputed | |
| D447 | Binns discussed the FBAR penalty calculation with Ella Chernyak on October 28, 2019 | Ex. 82, 10.28.2019 Emails between Ella Chernyak and Duane Binns, USA - 022314 to USA - 022317 | Undisputed | |
| D448 | Binns determined that Chernyak applied $100,000 penalties to eight accounts that should not have been penalized | Ex. 153, 8.10.2020 Emails between Duane Binns, Russell McGeehan, and Denise Golden, LHK_4036-LHK_4037 | Undisputed | |

73

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D449 | Binns told Defendant's counsel that he recommended to Appeals management an $800,000 reduction in the penalty to the DOJ | Ex. 142, 9.24.2020 Duane Binns Fax to Jonathan Amitrano, LHK_3694 | Undisputed | |
| D450 | Binns told Defendant's counsel that the reduction was contingent upon the Defendant conceding liability and immediately paying the $3.3 million penalty | Ex. 142, 9.24.2020 Duane Binns Fax to Jonathan Amitrano, LHK_3694 | Undisputed | |
| D451 | Defendant rejected the $3.3 million penalty offer from Appeals | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D452 | Appeals upheld Chernyak's penalty determination following the Defendant's rejection of the $3.3 million offer | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D453 | Laura Kim filled out the FBAR according to her understanding of the FBAR instructions | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 43:24-44:2, USA - 007419 to USA - 007420 | Undisputed | |

74

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D454 | Laura Kim believed that she was reporting all her reportable accounts on her FBARs | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 43:24-44:2, USA - 007419 to USA - 007420 | Undisputed | |
| D455 | | | | |
| D456 | On or about August 20, 2019, Mitchell gave Defendant's Forms 13448 to Graves to sign | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 82:18-20 | Undisputed | |
| D457 | Russell McGeehan was the FBAR Coordinator assigned to Ms. Kim's appeal | Ex. 204, Excerpts from 8.11.2022 Duane Binns Deposition Transcript, 145:10-12 | Undisputed | |
| D458 | McGeehan told Binns: "We need a penalty calculation schedule that shows which foreign accounts were being penalized by Exam, how much of the penalty is attributable to each account, and which accounts your partial abatement recommendation involves." | Ex. 152, 5.6.2020 Emails between Russell McGeehan and Duane Binns (FW_KxxFBAR case(10)), LHK_4035 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D459 | Mitchell testified that no penalty should be authorized for assessment unless the fields on the Form 13449 for "Proposed penalty," "Foreign account number(s)," "Foreign Bank, Institution, or Agent(s)," and "Maximum value of account" are filled in. | Ex. 206, Excerpts from 8.4.2022 Kathy Mitchell Deposition Transcript, 70:4-72:15 | Undisputed | |
| D460 | The Forms 13449 and 13448 were not complete in Ms. Kim's case | Ex. 70, 8.20.2019 Forms 13448, USA - 004684 to USA - 004687; Ex. 155, 8.13.2019 Email from Duane Binns to Onisha Darnell, LHK_4046 to LHK_4047 | Undisputed | |
| D461 | Chernyak calculated the amount of the FBAR Penalties by taking every account that was open between January 1, 2011, and June 30, 2012, and for each such account determined a penalty equal to the greater of $100,000 or 50% of the balance of that account on June 30, 2012. The 2011 penalty was spread out equally over the four years. | Ex. 177, Excerpts from 8.5.2022 Ella Chernyak Deposition Transcript, 266:9-13, 291:2-18 | Undisputed | |
| D462 | The IRS attributed a penalty of $356,439.39 to Account x4681. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3485 | Undisputed | |

76

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D463 | The IRS attributed a separate penalty of $100,000 to Account x4681. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 | Undisputed | |
| D464 | The account statement for Account x4681 indicates that the June 30, 2012, USD balance of Account x4681 was $672,657 | Ex. 34, Account statement for Account x4681, LHK_0085 | Undisputed | |
| D465 | The IRS attributed two penalties of $100,000 to Account x5417 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D466 | The IRS attributed a $100,000 penalty to Account x6699 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 | Undisputed | |
| D467 | Laura Kim reported Account x6699 on her 2011 FBAR | Ex. 65, Defendant's FBAR Transcript for the year 2011 from FinCEN, USA - 000010 | Undisputed | |

77

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D468 | Laura Kim reported Accounts x6699, x3627, and x5282 together on her 2011 FBAR | Ex. 65, Defendant's FBAR Transcript for the year 2011 from FinCEN, USA - 000010 | Undisputed | |
| D469 | The account statement for Account x6699 indicates that the 2011 USD high balance of Account x6699 was $5,282.44 | Ex. 2, Account statement for Account x6699, LHK_0001 | Undisputed | |
| D470 | The account statement for Account x3627 indicates that the 2011 USD high balance of Account x3627 was $17.21 | Ex. 46, Account statement for Account x3627, LHK_0004 | Undisputed | |
| D471 | The account statement for Account x5282 indicates that the 2011 USD high balance of Account x5282 was $25,881 | Ex. 45, Account statement for Account x5282, LHK_0011 | Undisputed | |
| D472 | The account statements for Accounts x6699, x3627, and x5282 indicate that the 2011 aggregate USD high balance of Accounts x6699, x3627, and x5282 was no more than $31,180.65 | Ex. 2, Account statement for Account x6699, LHK_0001; Ex. 46, Account statement for Account x3627, LHK_0004; Ex. 45, Account statement for Account x5282, LHK_0011 | Undisputed | |

78

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D473 | Laura Kim reported that the 2011 aggregate high balance of Accounts x6699, x3627, and x5282 was $175,000 | Ex. 65, Defendant's FBAR Transcript for the year 2011 from FinCEN, USA - 000010 | Undisputed | |
| D474 | Laura Kim reported multiple accounts together in single account fields on her FBARs | Ex. 59, Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2009, LHK_0277 to LHK_0278 | Undisputed | |
| D475 | The IRS attributes a $100,000 penalty to Account x8765 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 to LHK_3485 | Undisputed | |
| D476 | The IRS attributes a $100,000 penalty to Account x9546 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 to LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D477 | The IRS attributes a $100,000 penalty to Account x6258 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 to LHK_3485 | Undisputed | |
| D478 | The account statement for Account x8765 indicates that Account x8765 was not open in 2011 | Ex. 44, Account statement for Account x8765, LHK_0228 | Undisputed | |
| D479 | The account statement for Account x9546 indicates that Account x9546 was not open in 2011 | Ex. 42, Account statement for Account x9546, LHK_0204 | Undisputed | |
| D480 | The account statement for Account x6258 indicates that Account x6258 was not open in 2011 | Ex. 41, Defendant's Bank statement for the account number ending in 6258, LHK_0179 | Undisputed | |
| D481 | The IRS attributes a $100,000 penalty to Account x0405 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 to LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D482 | The account statement for Account x0405 indicates that Account x0405 had no balance in 2011. | Ex. 208, Account statement for Account x0405, LHK_3716 | Undisputed | |
| D483 | The IRS attributes a $100,000 penalty to Account x1003 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3485 | Undisputed | |
| D484 | The IRS attributes a $100,000 penalty to Account x2001 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3485 | Undisputed | |
| D485 | The IRS attributes a $100,000 penalty to Account x2033 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 | Undisputed | |
| D486 | The IRS attributes a $100,000 penalty to Account x3001 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D487 | The IRS attributes a $100,000 penalty to Account x3441 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 | Undisputed | |
| D488 | The IRS attributes a $100,000 penalty to Account x6411 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484 | Undisputed | |
| D489 | The account statement for Account x3441 indicates that Account x3441 is the same account as Account x2001 | Ex. 209, Account statement for Account x3441, LHK_0030 | Undisputed | |
| D490 | The account statement for Account x6411 indicates that Account x6411 is the same account as Account x3001 | Ex. 211, Account statement for Account x6411, USA - 000239 | Undisputed | |
| D491 | The account statement for Account x2033 indicates that Account x2033 is the same account as Account x1003 | Ex. 210, Account statement for Account x2033, USA - 021947 | Undisputed | |
| D492 | On September 24, 2020, McGeehan told Binns: "When you discuss the status of the case with the rep you should mention that DoJ will probably make the partial abatement conditional on the TP full paying the remaining $3.3M FBAR liability immediately." | Ex. 207, 10.9.2020 Emails between Russell McGeehan and Duane Binns, LHK_4155 | Undisputed | |

82

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D493 | On September 24, 2020, Binns told Laura Kim's representative: Appeals management sees no reason to present this to the DOJ unless 1) Taxpayer agrees that she will settle the FBAR issue for this amount, and 2) Taxpayer agrees that she will immediately pay this amount (i.e., the DOJ's approval will, in all likelihood, be conditional on Taxpayer paying this amount upfront to secure the agreement). If Taxpayer is not willing to make these two commitments, Appeals will close the case unagreed, and you can take the full amount (i.e., with no abatement) to trial." | Ex. 142, 9.24.2020 Duane Binns Fax to Jonathan Amitrano, LHK_3694 | Undisputed | |
| D494 | The IRS attributed a $100,000 penalty to Account x9534 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D495 | The IRS attributed a $100,000 penalty to Account x8740 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D496 | The IRS attributed a $100,000 penalty to Account x6699 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |

83

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D497 | The IRS attributed a $100,000 penalty to Account x9676 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D498 | The IRS attributed a $100,000 penalty to Account x0232 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D499 | The IRS attributed a $100,000 penalty to Account x8951 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D500 | The IRS attributed a $100,000 penalty to Account x5091 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D501 | The IRS attributed a $100,000 penalty to Account x6048 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D502 | The IRS attributed a $100,000 penalty to Account x0907 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D503 | The IRS attributed a $100,000 penalty to Account x5711 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D504 | The IRS attributed a $100,000 penalty to Account x1926 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D505 | The IRS attributed a $100,000 penalty to Account x7808 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D506 | The IRS attributed a $100,000 penalty to Account x9166 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D507 | The IRS attributed a $100,000 penalty to Account x6539 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D508 | The IRS attributed a $100,000 penalty to Account x0405 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|---|---|---|---|---|
| D509 | The IRS attributed a $100,000 penalty to Account x6258 | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3484-LHK_3485 | Undisputed | |
| D510 | Ms. Kim learned that she had more accounts than were reported on her FBARs after the IRS began its audit. | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 52:3-5. | Undisputed | |
| D511 | In 2010, Ms. Kim had an employee bring bank statements to her house so she could complete the 2009 FBAR | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 52:2-12 | Undisputed | |
| D512 | Ms. Kim had bank accounts in Korea because she lived there. | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 13:12-15, USA - 007389 | Undisputed | |
| D513 | Ms. Kim had bank accounts in Korea because she had businesses in Korea. | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 26:24-27:18, USA – 007402 to USA - 007403 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D514 | Ms. Kim became a professor after earning her Ph.D. | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 74:6-10 | Undisputed | |
| D515 | Ms. Kim had short-term interest-bearing savings accounts at Korean banks | Ex. 193, Excerpts from 8.25.2016 Laura Kim Interview Transcript, 27:10-18, USA - 007450 | Undisputed | |
| D516 | In Korea, banks will often close short-term savings accounts without explicitly requesting authorization from their customers | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D517 | In Korea, banks will often roll over the funds from a closed short-term savings account into a new short-term savings account without explicitly requesting authorization from their customers | Ex. 195, US v. Kim - Defendant's Expert Witness Disclosure and Report | Undisputed | |
| D518 | Ms. Kim did not fully understand the FBAR instructions when she filled out her FBARs for 2008 through 2012. | Ex. 182, Excerpts from 7.18.2022 Laura Kim Deposition Transcript, 43:23-44:2. | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D519 | Ella Chernyak has no independent recollection of her audits of Laura Kim. | Ex. 177, Excerpts from 8.5.2022 Ella Chernyak Deposition Transcript, 199:19-20, 154:6-9, 189:9-10, 275:2-3; Ex. 212, Excerpts from 12.5.2022 Ella Chernyak Deposition Transcript, 60:9-10 | Undisputed | |
| D520 | The "FBAR Explanation of Items" included with the second Letter 3709 states, "In an effort to be conservative and safe regarding the statute, the examining agent is assessing $4,056,439.39 per the attached penalty calculation for the total FBAR penalty for the years 2009 through 2012. | Ex. 69, 3.7.2018 2nd Letter 3709 and Proposed FBAR Explanation of Items, LHK_3598. | Undisputed | |
| D521 | Defendant reported on her 2008 FBAR that she had a financial interest in or signatory authority over financial accounts at Woori Bank. | Ex. 202, 2008 FBAR for Laura Kim, USA – 000186 to USA - 000188. | Undisputed | |
| D522 | Defendant reported on her 2008 FBAR that she had a financial interest in or signatory authority over financial accounts at Standard Chartered. | Ex. 202, 2008 FBAR for Laura Kim, USA – 000186 to USA - 000188. | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D523 | Defendant reported on her 2009 FBAR that she had a financial interest in or signatory authority over financial accounts at Woori Bank. | Ex. 59, Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2009, LHK_0277 to LHK_0279. | Undisputed | |
| D524 | Defendant reported on her 2009 FBAR that she had a financial interest in or signatory authority over financial accounts at Standard Chartered. | Ex. 59, Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2009, LHK_0277 to LHK_0279. | Undisputed | |
| D525 | Defendant reported on her 2010 FBAR that she had a financial interest in or signatory authority over financial accounts at Woori Bank. | Ex. 60, Defendant's Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1) for the year 2010, LHK_0281 to LHK_0282. | Undisputed | |
| D526 | Defendant reported on her 2011 FBAR that she had a financial interest in or signatory authority over financial accounts at Woori Bank. | Ex. 61, Defendant's FBAR Transcript for the year 2011, LHK_0283 to LHK_0284 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D527 | Defendant reported on her 2011 FBAR that she had a financial interest in or signatory authority over financial accounts at Standard Chartered. | Ex. 61, Defendant's FBAR Transcript for the year 2011, LHK_0283 to LHK_0284 | Undisputed | |
| D528 | Defendant reported on her 2012 FBAR that she had a financial interest in or signatory authority over financial accounts at Standard Chartered. | Ex. 62, Defendant's FBAR Transcript for the year 2012, LHK_0285 to LHK_0287 | Undisputed | |
| D529 | Defendant reported on her 2012 FBAR that she had a financial interest in or signatory authority over financial accounts at Woori Bank. | Ex. 62, Defendant's FBAR Transcript for the year 2012, LHK_0285 to LHK_0287 | Undisputed | |
| D530 | Butler determined that Defendant's FBAR Penalties were calculated "by taking every account that had some balance in 2011, and for each such account determined a penalty equal to the greater of $100,000 or 50% of the blaance of that account on June 30, 2012. The 2011 penalty was spread out equally over the four years, or $1,014,109.85 for each year listed . . . ." | Ex. 144, 11.23.2020 FBAR Closing Letter, LHK_4007 | Undisputed | |
| D531 | The account statement for Account x4681 was in the administrative record for Defendant's FBAR audit. | Ex. 34, Account statement for Account x4681, LHK_0084 to LHK_0089 | Undisputed | |

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D532 | The account statement for Account x8765 was in the administrative record for Defendant's FBAR audit. | Ex. 44, Account statement for Account x8765, LHK_0228 | Undisputed | |
| D533 | The account statement for Account x9546 was in the administrative record for Defendant's FBAR audit. | Ex. 42, Account statement for Account x9546, LHK_0204 | Undisputed | |
| D534 | The account statement for Account x6258 was in the administrative record for Defendant's FBAR audit. | Ex. 41, Defendant's bank statement for the account number ending in 6258, LHK_0179 | Undisputed | |
| D535 | The account statement for Account x3441 was in the administrative record for Defendant's FBAR audit. | Ex. 209, Account statement for Account x3441, LHK_0030 to LHK_0081 | Undisputed | |
| D536 | The account statement for Account x2033 was in the administrative record for Defendant's FBAR audit. | Ex. 210, Account statement for Account x2033, USA – 021947 to USA – 021962 | Undisputed | |
| D537 | The account statement for Account x6411 was in the administrative record for Defendant's FBAR audit. | Ex. 211, Account statement for Account x6411, USA – 000239 to USA – 000306 | Undisputed | |

1

Respectfully submitted,

2

E. MARTIN ESTRADA

3

United States Attorney

THOMAS D. COKER

4

Assistant United States Attorney

5

Chief, Tax Division

6

7

8

Dated: February 7, 2023        /s/

9

GAVIN GREENE

Assistant United States Attorney

10

Attorneys for the United States of America

11

12

Dated: February 7, 2023        /s/

CAROLINE D. CIRAOLO

13

Kostelanetz LLP

14

Attorney for Laura Kim

15

Dated: February 7, 2023        /s/

16

WILLIAM GRECO

Kostelanetz LLP

17

Attorney for Laura Kim

18

19

Dated: February 7, 2023        /s/

A. LAVAR TAYLOR

20

Taylor, Nelson & Amitrano, LLP

21

Attorney for Laura Kim

22

Dated: February 7, 2023        /s/

23

JONATHAN AMITRANO

Taylor, Nelson & Amitrano, LLP

24

Attorney for Laura Kim

25

26

27

28