## Declaration of IRS Appeals Officer Duane Binns

I, Duane Binns, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as an Appeals Office for the IRS Office of Appeals.

2. As part of my duties, I investigated whether the willful FBAR penalty should be imposed against Laura Kim for the years 2009 through 2012. I make this declaration based on personal knowledge, where indicated specifically, and the files and records of this case. I could and would testify to those facts fully and truthfully if called and sworn as a witness.

**A. Assessment of FBAR Penalties**

3. Laura Kim's FBAR case was originally assigned to Appeals Officer Russell McGeehan on December 21, 2018.

4. On March 22, 2019, Appeals Officer McGeehan contacted Defendant's counsel and agreed on the contested issues and plan for a conference.

5. Appeals Officer McGeehan was delayed in working the case due to competing priorities, so as of May 15, 2019, the decision was made to reassign the case to me.

6. On May 24, 2019, I sent a letter to Laura Kim's attorney and enclosed a Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. § 5321 for FBAR Violations for the years 2009 through 2012.

7. On May 30, I received a call from Laura Kim's attorney Jonathan Amitrano who informed me that he would get the Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. § 5321 for FBAR Violations for the years 2009 through 2012 signed by his client

8. On July 24, 2019, I received a signed Consent to Extend the Time to Assess Civil Penalties Provided by 31 U.S.C. § 5321 for FBAR Violations for the years 2009 through 2012, conditionally extending the statute of limitations for assessing the FBAR penalty for tax years 2009 through 2012.

9. On July 24, 2019, I left a voicemail message for Laura Kim's attorney explaining that he could send the IRS another letter consenting to extend the statute of limitations without conditions, or the IRS would assess the FBAR penalty against Laura Kim for the years 2009 through 2012.

10. Defendant's counsel refused to unconditionally extend the statute of limitations for assessing the FBAR penalty for tax years 2009 through 2012.

11. On August 13, 2019, a request was sent to SBSE BSA Compliance-FBAR Penalty Coordinator in Detroit, Michigan, to assess the FBAR penalty against Laura Kim for the years 2009 through 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2023

Duane D. Binns
Digitally signed by Duane D. Binns
Date: 2023.01.06 13:36:57 -06'00'

Duane Binns
Appeals Officer
Internal Revenue Service