**Declaration of Kathy Mitchell**

I, Kathy Mitchell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Supervisory Tax Law Specialist for the Internal Revenue Service and I work in Currency Transaction Reporting (CTR) Operations. I make this declaration based on personal knowledge, where indicated specifically, and the files and records of this case. I could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. In August 2019, Leah Smith-Pope was the Department Manager of Currency Transaction Reporting (CTR) Operations.

3. In August 2019, Kathy Mitchell was a Supervisory Tax Law Specialist in CTR Operations and reported directly to Leah Smith-Pope.

4. In 2019, the general procedure in CTR Operations regarding the FBAR Penalty Assessment Certification (Form 13448) was as follows: first it was reviewed by Kathy Mitchell, and once her review was complete, she would give it to Leah Smith-Pope for signature so that one person was not both the initial reviewer and final signatory authorizing assessment.

5. During the week of August 20, 2019 to August 26, 2019, Leah Smith-Pope was on leave, and I was the Acting Department Manager, CTR Operations.

6. Attached as **Exhibit 68** is a true and correct copy of the memorandum authorizing me to act as Acting, Department Manager, CTR Operations.

7. During the week of August 20, 2019, Cesilee Graves was on detail as a frontline manager with the title Supervisory Tax Examiner in CTR Operations.

8. I reviewed the Penalty Assessment Certification (Form 13448) for Defendant for the years 2009, 2010, 2011, and 2012.

9. After reviewing Form 13448, I gave the form to Cesilee Graves and verbally requested that she sign the Form 13448 for Leah Smith-Pope so that I was not both the reviewer and signatory on the Form 13448.

10. Form 13448 for Defendant dated August 20, 2019, was signed by Cesilee Graves for Leah Smith-Pope.

11. Attached as **Exhibit 70** is a true and correct copy of the Form 13448 Penalty Assessment Certification (Title 31 "FBAR") for Laura Kim for the years 2009 through 2012 signed by Cesilee Graves for Leah Smith-Pope.

12. On August 20, 2019, the IRS assessed willful FBAR penalties against Defendant for the years 2009 through 2012 in the amount of $1,014,109.85 for each year, for a total of $4,056,439.40.

13. On August 26, 2019, the IRS sent Letter 3708 to Laura Kim.

14. Attached as **Exhibit 71** is a true and correct copy of Letter 3708 sent to Laura Kim on August 26, 2019.

15. As of September 2, 2022, the balance due for the FBAR penalties assessed against Laura Kim for the years 2009 through 2012 was $4,914,515.25, consisting of the FBAR penalties of $4,056,439.40, interest of $122,582.26, and additional penalties of $735,493.59.

16. Interest and penalties continue to accrue as allowed by law.

17. In July 2015, Delegation Order 25-13 was modified, and authority for FBAR enforcement was delegated to the Department Manager of CTR Operations.

///
///
///

2

18. Attached as **Exhibit 183** is a true and correct copy of the memorandum dated July 8, 2015, modifying Delegation Order 25-13.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/19/2023

*Kathy A. Mitchell*

Kathy Mitchell
Supervisory Tax Law Specialist
Internal Revenue Service

# Exhibit 68



# INTERNAL REVENUE SERVICE DESIGNATION

## Kathy Mitchell

IS DESIGNATED TO ACT AS:

### Acting, Department Manager, CTR Operations

**To:**

**From:** August 20, 2019

August 26, 2019

**Remarks:** 6:00 - 2:30 pm

*Leah F. Smith-Pope*

**Date:**

August 19, 2019

Signature :

**COPY TO:**  Drop File

Department of the Treasury - Internal Revenue Service          RCMW1-324

USA - 004860

# Exhibit 70

USA - 004684

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM  **SSN/EIN** ▮8486  **Calendar Year:** 12/31/2009

| Proposed Penalty: | | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $1,014,109.85 | VARIOUS | WOORI BANK AND STANDARD CHARTERED BANK |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

*[signatures: Cecila Alvares; Jori Leah Smith-Pope]*

CTR OPERATIONS DEPARTMENT MANAGER            Tuesday, August 20, 2019

Page 1 of 4

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM  **SSN/EIN** ███ 8486  **Calendar Year:** 12/31/2010

**Proposed Penalty:** | | **Foreign Account Number(s)** | **Foreign Bank:**

1. Willful Failure to Report - 31 USC 5321 (a)(5)   $1,014,109.85   VARIOUS   WOORI BANK AND STANDARD CHARTERED BANK

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

*Cecilee Graves*
*for Leah Smith-Pope*

CTR OPERATIONS DEPARTMENT MANAGER

Tuesday, August 20, 2019

Page 2 of 4

USA - 004685

USA - 004686

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM  **SSN/EIN** ▇▇▇▇3486  **Calendar Year:** 12/31/2011

**Proposed Penalty:**  **Foreign Account Number(s)**  **Foreign Bank:**

1. Willful Failure to Report - 31 USC 5321 (a)(5)   $1,014,109.85   VARIOUS   WOORI BANK AND STANDARD CHARTERED BANK

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_[signature]_   Tuesday, August 20, 2019

For: _[signature]_
CTR OPERATIONS DEPARTMENT MANAGER

Page 3 of 4

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** LAURA KIM

**SSN/EIN** ▇▇▇▇8486

**Calendar Year:** 12/31/2012

**Proposed Penalty:**

**Foreign Account Number(s)**

**Foreign Bank:**

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $1,014,109.85    VARIOUS    WOORI BANK AND STANDARD CHARTERED BANK

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_(signature)_    Tuesday, August 20, 2019
fo: Leah Smith-Pope
CTR OPERATIONS DEPARTMENT MANAGER

Page 4 of 4

USA - 004687

# Exhibit 71



**Department of the Treasury
Internal Revenue Service
Appeals Determination**
Detroit Federal Building
P.O. Box 33115
Detroit, MI 48232-0115

Laura Kim
Redacted
Los Angeles, CA 90027

Date:
08/26/2019
Person to contact:
O. Darnell (AB)
Employee ID number:
259071
Contact telephone number:
(313)234-1566
Taxpayer ID number:
xxx-xx-8486
Form:
TD F 90-22.1/FinCEN 114
Calendar years:
2009 - 2012
Response due date:
09/26/2019

Dear Laura Kim:

**Why we are sending you this letter**

We require payment of the Report of Foreign Bank and Financial Accounts (FBAR) penalty assessed to you on 08/20/2019, under [Title 31 of the U.S. Code Section 5321(a)(5) or 5321(a)(6)]. We previously sent Letter 3709 explaining the reasons why you owe this amount and how the penalty assessment applies.

**Account summary**

| Calendar Years: | Current Balance: | Calendar Years | Current Balance: |
|---|---|---|---|
| 12/31/2009 | $1,014,109.85 | | $0.00 |
| 12/31/2010 | $1,014,109.85 | | $0.00 |
| 12/31/2011 | $1,014,109.85 | | $0.00 |
| 12/31/2012 | $1,014,109.85 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |

**Total Amount Due:**
$4,056,439.40

**Payment instructions**

Send a check or money order payable to the United States Treasury for the total amount due within 30 days of the date of this letter. Include the following information on your check:

- FBAR (Report of Foreign Bank and Financial Accounts
- Calendar years
- Social Security number or other taxpayer identification number

Mail your payment to the following address:

Internal Revenue Service
Detroit Computing Center
P. O. BOX 33115
Detroit, MI 48232-0115

Letter 3708 (Rev. 10-2018)
Catalog Number 36613F

If you can't pay the full amount within 30 days from the date of this letter, pay what you can now. Let us know if you'd like to apply for an installment agreement for the amount due. Send your request with your payment to the address above. We'll forward your request to the Department of Treasury's Bureau of Fiscal Service. If you pay in installments, we will charge interest at the rate of 1% per year and an additional debt-servicing fee of approximately 3018% of the penalty amount.

**Interest and penalties**

We'll charge interest and a late payment penalty if you don't pay in full within 30 days of the date of this letter.

Interest will accrue at the rate of 1% per year. Interest will begin as of the date of this letter if payment isn't received within 30 days. Interest will not be charged if the full payment is received timely [Title 31 of the U.S. Code Sections 3717(a)-(d)].

A late payment penalty charge of 6% each year will be assessed on any amount of the penalty that remains unpaid 90 days from the date of this letter [Title 31 U.S. Code Section 3717(e)(2)].

Interest and penalties will be charged unless waived. (Title 31 Code of Federal Regulations Section 5.5)

**Collection costs**

If you do not pay the penalty in full within 30 days after the date of this letter, you may also owe additional costs associated with a delinquent debt under Title 31 U.S. Code Section 3717(e)(1). See the section below on "Collection enforcement action" for more information.

**Collection enforcement action**

If you do not pay within 30 days of the date of this letter, any of the following actions may be taken to enforce collection, which may result in more costs to you:

- Referral to the Department of Justice to start litigation against you.
- Referral to the Department of the Treasury's Bureau of Fiscal Service. (This referral involves an additional debt-servicing fee that is approximately 30% of the balance due.)
- Referral to private collection agencies. (Referral to a private collection agency increases the additional debt-servicing fee from approximately 30% to 32% of the balance due.)
- Offset of federal payments such as income tax refunds and certain benefit payments such as Social Security.
- Administrative garnishment of wages.
- Revocation or suspension of federal licenses, permits, or privileges.
- Ineligibility for federal loans, loan insurance, or guarantees.

**Contesting the penalty assessment**

If you didn't previously request an administrative penalty review, you may still request a hearing with the Appeals Office. You may also request a hearing if new situations occurred since an administrative review. To make the request, follow the requirements provided in Letter 3709 or you may review Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree.

Send the request to the address below within 30 days from the date of this letter.

       Internal Revenue Service
       Detroit Computing Center
       P. O. BOX 33115
       Detroit, MI 48232-0115

At the hearing, you may present proof you don't owe the debt, that the debt isn't overdue, or that it isn't legally enforceable.

**Letter 3708 (Rev. 10-2018)**
Catalog Number 36613F

In addition, you may try to recover previously paid FBAR penalties by taking your case to the United States District Court that has jurisdiction or the United States Court of Federal Claims. For more information about filing suit in federal court, contact the clerk of your U.S. District Court or the U.S. Court of Federal Claims.

If you have questions, you can contact the person listed in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Leah Smith-Pope
CTR Operations Department Manager

**Letter 3708 (Rev. 10-2018)**
Catalog Number 36613F

# Exhibit 183



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

**DEPUTY COMMISSIONER**

JUL 0 8 2015

MEMORANDUM FOR COMMISSIONER, LARGE BUSINESS & INTERNATIONAL
COMMISSIONER, SMALL BUSINESS/SELF-EMPLOYED
COMMISSIONER, TAX EXEMPT/GOVERNMENT ENTITIES

FROM: John M. Dalrymple
Deputy Commissioner, Services and Enforcement

SUBJECT: Delegation Order 25-13, Enforcement of Report of Foreign Bank and Financial Accounts (FBAR) Requirements

Effective immediately, this memorandum modifies items (3) and (9) of Delegation Order 25-13 (effective April 11, 2012), pending a revision of the order. The modification updates the titles of officials who may exercise the following authority:

(2) **Authority**. Except as otherwise set forth in this order, to take any action the Commissioner is authorized to take under the Memorandum of Agreement and Delegation of Authority for Enforcement of FBAR Requirements with respect to the enforcement of 31 USC § 5314, 31 CFR § 1010.350, 31 CFR § 1010.306, and 31 CFR § 1010.420, including, with respect to these provisions, the authority to assess and collect civil penalties under 31 USC § 5321 and 31 CFR § 1010.820 and to take any other action reasonably necessary for the enforcement of these and related provisions.

(3) **Delegated to:** The Department Manager, Examination, Specialty Examination, BSA [Bank Secrecy Act] Examination, CTR [Currency Transaction Reports] Operations, BSA Compliance; the Chief, Specialty Examination, BSA Examinations; and the Program Manager, Specialty Examination Policy and Quality, BSA Policy.

(8) **Authority:** To issue, serve, and recommend enforcement of summonses pursuant to the summons power of 31 CFR Chapter X, Subpart I.

(9) **Delegated to:** Directors, Specialty Examination and Specialty Examination Policy and Quality; Chief, BSA Examination and Program Manager, BSA Policy (Small Business/Self-Employed); Directors, Field Operations (Large Business & International and Tax Exempt and Government Entities); Area and Program Managers, Field Operations, Compliance (Tax Exempt and Government Entities); and Territory Managers (Small Business/Self-Employed and Large Business & International).

USA - 004858

2

The D.O. 25-13 (April 2012) is available at http://www.irs.gov/pub/foia/ig/spder/do-25-13.pdf.

The authorities captured in this memorandum will remain in effect until Delegation Order 25-13 is revised. You may direct questions concerning this memorandum to Barbara J. Fiebich, Director, Specialty Examination Policy and Quality, or to Sandra L. Stolt, Program Manager, BSA Policy.

cc: Chief Counsel
cc: Chief, Appeals

USA - 004859