E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | Case No. 2:21-cv-06746-FMO-KS<br><br>Notice of Lodgment of (1) Proposed Judgment in Favor of Plaintiff United States of America and (2) Proposed Judgment Granting Defendant's Motion for Summary Judgment<br><br>Date:    Thursday, March 9, 2023<br>Time:    10:00 a.m.<br>Courtroom:    6D<br>Location:    First Street Courthouse<br>    350 West First Street<br>    Los Angeles, California |

As part of the Cross Motion for Summary Judgment (ECF document number 36), the following documents are hereby lodged with the Court: (1) proposed judgment for the United States and (2) proposed judgment for Defendant.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: February 8, 2023          /s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America