1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

12

United States of America,

13

14          Plaintiff,

15                    v.

16   Laura Kim,

17          Defendant.

18

19

CASE NO. 2:21-cv-06746 FMO (KSx)

[Proposed] Judgment in Favor of
Plaintiff United States of America

20

21          Based on the Cross Motion for Summary Judgment (ECF document
22   number 36), and for good cause appearing:
23          The Cross Motion for Summary Judgment came before the Court, the
24   Honorable Fernando M. Olguin, United States District Judge, presiding. The
25   Court, having read and considered the motion and any response to the
26   motion, orders as follows:
27          Judgment is entered in favor of the United States of America and
28   against Defendant in the amount of $4,330,276.85 as of August 6, 2020, plus

1   all statutory accruals, including interest and penalties, plus costs and

2   expenses.

3

4      **IT IS SO ORDERED.**

5

6   DATED: _____                    _____

7                                                Fernando M. Olguin
                                                 United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2