Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Taylor, Nelson & Amitrano, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Hearing Date: Mar. 9, 2023<br>Motion Hearing Time: 10:00am PST<br>Courtroom: 6D<br>Judge: Fernando Olguin |

1

# JUDGMENT

This matter comes before the Court on the parties' joint motion for summary judgment filed February 7, 2023 ("the Motion"). Based on the Motion, any replies filed thereto, and all other matters properly made part of the record,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is hereby granted;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is hereby denied; and

**IT IS FURTHER ORDERED** that this case be dismissed with prejudice.

Dated _____         _____

                                                                                     Fernando M. Olguin
                                                                                     United States District Court Judge