E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-4600
     Facsimile: (213) 894-0115
     E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| United States of America, | Case No. 2:21-cv-06746-FMO-KS |
|---|---|
| Plaintiff, | Stipulation to Vacate Dates Pending Resolution of the Cross Motions for Summary Judgment |
| v. | |
| Laura Kim, | [Proposed] Order lodged concurrently |
| Defendant. | Current Pretrial Conference date: April 28, 2023, at 2:00 p.m. |
| | Current Jury Trial: May 16, 2023, at 9:00 a.m. |

The parties stipulate as follows:

1. On August 20, 2021, the United States filed its Complaint to reduce FBAR penalties to judgment. ECF document number 1.

2. On February 14, 2022, the Court issued a scheduling order establishing the dates for the pretrial conference and jury trial. ECF document number 20.

3. On October 6, 2022, the Court issued an order granting the joint request to extend deadlines related to summary judgment and trial. ECF document number 28.

4. On February 7, 2023, the parties filed cross motions for summary judgment. These motions were filed as one document. ECF document number 36.

5. Supplemental memoranda were filed on February 23, 2023. ECF document numbers 40 and 41.

6. On March 2, 2023, the Court took the cross motion for summary judgment off calendar and placed it under submission. ECF document number 42.

7. To preserve the resources of the parties and the Court, the parties request that the following dates be vacated, pending resolution of the cross motion for summary judgment:

   a. Pretrial Conference: April 28, 2023, at 2:00 p.m.
   b. Jury Trial: May 16, 2023, at 9:00 a.m.

8. The parties further request that if the motion for summary judgment does not resolve all the issues in this case, that the parties then submit a joint proposal for revised dates within 10 days after the order resolving the motion for summary judgment is entered.

9. The parties request that the Court enter the proposed Order lodged concurrently.

                                E. MARTIN ESTRADA
                                United States Attorney
                                THOMAS D. COKER
                                Assistant United States Attorney
                                Chief, Tax Division

Dated: March 6, 2023        /s/
                                GAVIN GREENE
                                Assistant United States Attorney
                                Attorneys for the United States of America


                                Kostelanetz LLP


Dated: March 6, 2023        /s/
                                CAROLINE D. CIRAOLO
                                Attorneys for Laura Kim



                                Kostelanetz LLP


Dated: March 6, 2023        /s/
                                WILLIAM GRECO
                                Attorneys for Laura Kim

1
2
          Taylor, Nelson & Amitrano, LLP
3  Dated: March 6, 2023          /s/
4                                A. LAVAR TAYLOR
                                 Attorneys for Laura Kim
5
6
7         Taylor, Nelson & Amitrano, LLP
8
9  Dated: March 6, 2023          /s/
                                 JONATHAN AMITRANO
10                               Attorneys for Laura Kim
11
12 Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Gavin Greene attest that Caroline D. Ciraolo, William Greco, A. Lavar Taylor, and Jonathan Amitrano concur in the contents of this document and have authorized this filing.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4