UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
|---|---|
| Plaintiff, | Order Vacating Dates Pending Resolution of the Cross Motions for Summary Judgment |
| v. | |
| Laura Kim, | |
| Defendant. | |

1

1  Based on the Stipulation to Vacate Dates Pending Resolution of the
2  Cross Motions for Summary Judgment (Stipulation) and for good cause
3  shown, the Stipulation is GRANTED.
4  **IT IS ORDERED** that the following dates are vacated:
5  1. Pretrial Conference: April 28, 2023, at 2:00 p.m.
6  2. Jury Trial: May 16, 2023, at 9:00 a.m.
7  **IT IS FURTHER ORDERED** that all other deadlines based on the
8  pretrial conference or trial dates are also vacated.
9  **IT IS FURTHER ORDERED** that if the case is not resolved by the
10 Court's ruling on the cross motions for summary judgement, the parties shall
11 submit a joint proposal for revised dates within 10 days after the order
12 resolving the cross motions for summary judgment is entered.

14 **IT IS SO ORDERED.**

16 DATED: March 9, 2023               /s/
                                   _____
17                                 Fernando M. Olguin
18                                 United States District Court Judge