Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Taylor, Nelson & Amitrano, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**NOTICE OF MOTION and MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Motion Hearing Date: April 13, 2023<br>Motion Hearing Time: 10:00am PST<br>Courtroom: 6D<br>Judge: Fernando Olguin |

1

# NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendant Laura Kim ("Defendant"), pursuant to L.R. 6-1, hereby gives written notice of this Motion for Leave to File Supplemental Brief for the reasons set forth in the Memorandum in Support of Motion for Leave to File Supplemental Brief, filed herewith.

This Motion is filed in accordance with L.R. 7-3, after a conference of counsel for Defendant and Plaintiff the United States of America ("Plaintiff") (collectively, "the Parties") held on March 6, 2023. Plaintiff opposes this motion.

Pursuant to L.R. 7-15, counsel for Defendant waives oral argument on this motion for leave to file supplemental briefs. If the Court orders that a hearing on this motion be held, Defendant's counsel respectfully requests that such hearing be held by videoconference.

Respectfully submitted,

March 15, 2023     /s/
CAROLINE D. CIRAOLO
Kostelanetz LLP

March 15, 2023     /s/
WILLIAM GRECO
Kostelanetz LLP

March 15, 2023     /s/
A. LAVAR TAYLOR
Taylor, Nelson & Amitrano, LLP

March 15, 2023     /s/
JONATHAN AMITRANO
Taylor, Nelson & Amitrano, LLP