Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Taylor, Nelson & Amitrano, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Laura Kim,<br><br>   Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Motion Hearing Date: April 13, 2023<br>Motion Hearing Time: 10:00am PST<br>Courtroom: 6D<br>Judge: Fernando Olguin |

1

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendant Laura Kim ("Defendant"), pursuant to the Initial Standing Order, requests leave to file a supplemental brief discussing the relevance of *Bittner v. United States*, 598 U.S. __, 143 S. Ct. 713 (2023) ("*Bittner*"), to the issues in the pending case. The Supreme Court issued its decision in *Bittner* on February 28, 2023, after the pending Cross Motions for Summary Judgment, ECF No. 36 (Feb. 7, 2023) ("Cross Motions"), and supplemental memoranda in support of the Cross Motions, ECF Nos. 40 and 41 (Feb. 23, 2023), were filed.

Supplemental briefing on this case is appropriate because the *Bittner* decision addresses the calculation of civil penalties for violations of 31 U.S.C. § 5314, an issue central to the pending Cross Motions. In *Bittner,* the Supreme Court addressed the calculation of civil FBAR penalties for the first time and, while the central issue in the case was the calculation of nonwillful FBAR penalties, the Court also spoke to the calculation of willful FBAR penalties. *See* 143 S.Ct. at 719-720.

Because L.R. 7-18 does not allow parties to move for reconsideration of an Order on the grounds that a change of law occurred after a motion was filed but before the Order on that motion was issued, the only way to discuss the relevance of *Bittner* is in supplemental briefing.

Respectfully submitted,

March 15, 2023

/s/
CAROLINE D. CIRAOLO
Kostelanetz LLP

March 15, 2023

/s/
WILLIAM GRECO
Kostelanetz LLP

| | | |
|---|---|---|
| 1 | March 15, 2023 | /s/ |
| 2 | | A. LAVAR TAYLOR |
| 3 | | Taylor, Nelson & Amitrano, LLP |
| 4 | March 15, 2023 | /s/ |
| 5 | | JONATHAN AMITRANO |
| | | Taylor, Nelson & Amitrano, LLP |

3