1 | Caroline D. Ciraolo
2 | Email: cciraolo@kflaw.com
3 | William G. Greco
  | Email: wgreco@kflaw.com
4 | Telephone: (443) 845-4898
  | Fax: (212) 808-8108
5 | Kostelanetz LLP
6 | 601 New Jersey Ave, N.W., Ste. 260
7 | Washington, DC 20001
  | *Pro Hac Vice Counsel*

8 | A. Lavar Taylor (CA Bar No. 129512)
9 | Email: ltaylor@taylorlaw.com
10 | Jonathan T. Amitrano (CA Bar No. 283389)
   | Email: jamitrano@taylorlaw.com
11 | Telephone: (714) 546-0445, ext. 116
12 | Fax: (714) 546-2604
   | Taylor, Nelson & Amitrano, LLP
13 | 3 Hutton Centre Drive, Ste. 500
14 | Santa Ana, CA 92707
15 | *Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Laura Kim,<br><br>Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

1

# ORDER

This matter comes before the Court on Defendant Laura Kim's Motion for Leave to File Supplemental Brief. The Court finds that briefing on *Bittner v. United States*, 598 U.S. __, 143 S. Ct. 713 (2023), which was decided subsequent to the filing of the Parties' Cross Motions for Summary Judgment and Supplemental Memoranda in support thereof, would aid it in the resolution of the pending Cross Motions.

GOOD CAUSE HAVING BEEN FOUND, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Supplemental Brief is GRANTED.

IT IS FURTHER ORDERED that the Parties shall limit their Supplemental Briefs to discussing *Bittner v. United States*, 598 U.S. __, 143 S. Ct. 713 (2023).

IT IS FURTHER ORDERED that the Parties' Supplemental Briefs shall be filed within seven (7) days of the issuance of this order.

**IT IS SO ORDERED.**

Dated:_____                   _____

Fernando M. Olguin

United States District Court Judge