UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6746 FMO (KSx) | Date | March 24, 2023 |
|---|---|---|---|
| Title | United States of America v. Laura Kim | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Re: Pending Motions

Having reviewed the briefing filed with respect to defendant's Motion for Leave to File Supplemental Brief (Dkt. 45, "Motion") and the parties' Cross Motion for Summary Judgment (Dkt. 36, "MSJ"), IT IS ORDERED THAT:

1. Defendant's Motion **(Document No. 45)** is **granted** as set forth in this Order.

2. By no later than **April 7, 2023**, the parties shall meet and confer to discuss the Supreme Court's decision Bittner v. United States, 143 S.Ct. 713 (2023). By no later than **June 7, 2023**, the parties shall refile their cross motion for summary judgment that addresses the Bittner decision.[1]

3. The pending MSJ **(Document No. 36)** is **denied without prejudice**.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | gga |

---

[1] The parties may rely on the currently filed evidentiary appendix, exhibits, and statement of uncontroverted facts.