E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Laura Kim,<br><br>    Defendant. | Case No. 2:21-cv-06746-FMO-KS<br><br>Stipulation Regarding Cross Motions for Summary Judgment<br><br>[Proposed] Order lodged concurrently |

1

The parties stipulate as follows:

1. On August 20, 2021, the United States filed its Complaint to reduce FBAR penalties to judgment. ECF document number 1.

2. On February 7, 2023, the parties filed cross motions for summary judgment. These motions were filed as one document. ECF document number 36.

3. On March 2, 2023, the Court took the cross motion for summary judgment off calendar and placed it under submission. ECF document number 42.

4. On March 9, 2023, the Court vacated the trial date pending resolution of the cross motions for summary judgment. ECF document number 44.

5. On March 15, 2023, Defendant requested leave to file a supplemental brief to discuss the relevance of *Bittner v. United States*, 143 S. Ct. 713 (2023). ECF document number 45.

6. On March 24, 2023, the Court entered an order directing the parties to refile their cross motions to summary judgment and address the *Bittner* decision by June 7, 2023. ECF document number 48.

7. To preserve the resources of the parties and the Court, the parties request that the Court enter an order providing for the following:

    a. The parties shall file the cross motions for summary judgment as one document by May 2, 2023. The parties may rely on the previously filed evidentiary appendix, exhibits, and statement of uncontroverted facts.

    b. Each party may file a supplemental memorandum of points and authorities no later than May 16, 2023. The supplemental memorandum may not exceed 10 pages in length.

1      c. The parties are not required to appear in person for a hearing on the cross motions for summary judgment unless directed to do so by further order of the Court. If the Court directs that a hearing be scheduled, the parties respectfully request the opportunity to provide their mutual availability in advance of scheduling.

d. If the case is not resolved by the Court's ruling on the cross motions for summary judgement, the parties shall submit a joint proposal for revised dates within 10 days after entry of the Court's decision on the cross motions for summary judgment.

8. The parties request that the Court enter the proposed Order lodged concurrently.

                              E. MARTIN ESTRADA
                              United States Attorney
                              THOMAS D. COKER
                              Assistant United States Attorney
                              Chief, Tax Division

Dated: April 6, 2023        /s/
                              GAVIN GREENE
                              Assistant United States Attorney
                              Attorneys for the United States of America

                              Kostelanetz LLP

Dated: April 6, 2023        /s/
                              CAROLINE D. CIRAOLO
                              Attorneys for Laura Kim

Case 2:21-cv-06746-FMO-KS Document 49 Filed 04/06/23 Page 4 of 4 Page ID #:2481

                              Kostelanetz LLP

Dated: April 6, 2023            /s/
                                       WILLIAM GRECO
                                       Attorneys for Laura Kim


                              Taylor, Nelson & Amitrano, LLP

Dated: April 6, 2023            /s/
                                       A. LAVAR TAYLOR
                                       Attorneys for Laura Kim


                              Taylor, Nelson & Amitrano, LLP

Dated: April 6, 2023            /s/
                                       JONATHAN AMITRANO
                                       Attorneys for Laura Kim

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Gavin Greene attest that Caroline D. Ciraolo, William Greco, A. Lavar Taylor, and Jonathan Amitrano concur in the contents of this document and have authorized this filing.

4