1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
|---|---|
| Plaintiff, | [Proposed] Order Regarding Cross Motions for Summary Judgment |
| v. | |
| Laura Kim, | |
| Defendant. | |

1

1  Based on the Stipulation Regarding Cross Motions for Summary
2  Judgment (Stipulation) and for good cause shown, the Stipulation is
3  GRANTED.
4  **IT IS ORDERED** that the parties shall file the cross motions for
5  summary judgment as one document by May 2, 2023. The parties may rely
6  on the previously filed evidentiary appendix, exhibits, and statement of
7  uncontroverted facts.
8  Each party may file a supplemental memorandum of points and
9  authorities no later than May 16, 2023. The supplemental memorandum
10 may not exceed 10 pages in length.
11 The parties are not required to appear in person for a hearing on the
12 cross motions for summary judgment.
13 If the case is not resolved by the Court's ruling on the cross motions for
14 summary judgement, the parties shall submit a joint proposal for revised
15 dates within 10 days after entry of the Court's decision on the cross motions
16 for summary judgment.
17
18 **IT IS SO ORDERED.**
19
20 DATED: _____          _____
21                                    Fernando M. Olguin
22                                    United States District Court Judge
23
24
25
26
27
28

2