UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
|---|---|
| Plaintiff, | Order Regarding Cross Motions for Summary Judgment |
| v. | |
| Laura Kim, | |
| Defendant. | |

Based on the Stipulation Regarding Cross Motions for Summary Judgment (Stipulation) and for good cause shown, the Stipulation is GRANTED.

**IT IS ORDERED** that the parties shall file the cross motions for summary judgment as one document by May 2, 2023. The parties may rely on the previously filed evidentiary appendix, exhibits, and statement of uncontroverted facts.

Each party may file a supplemental memorandum of points and authorities no later than May 16, 2023. The supplemental memorandum may not exceed 10 pages in length.

The Motion shall be heard on **June 1, 2023 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: April 13, 2023                              /s/
                                                                Fernando M. Olguin
                                                                United States District Court Judge