1  E. MARTIN ESTRADA
   United States Attorney
2  THOMAS D. COKER
3  Assistant United States Attorney
   Chief, Tax Division
4  GAVIN L. GREENE (Cal. Bar No. 230807)
5  Assistant United States Attorney
6       Federal Building, Suite 7211
        300 North Los Angeles Street
7       Los Angeles, California 90012
8       Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
9       E-mail: Gavin.Greene@usdoj.gov
10
11 Attorneys for the United States of America
12
13              UNITED STATES DISTRICT COURT
14            CENTRAL DISTRICT OF CALIFORNIA
15                   WESTERN DIVISION
16
17

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-06746-FMO-KS |
| Plaintiff, | Supplement to Joint Appendix of Disputed and Undisputed Facts |
| v. | Date:     Thursday, June 1, 2023 |
| Laura Kim, | Time:     10:00 a.m. |
| Defendant. | Courtroom: 6D |
| | Location: First Street Courthouse 350 West First Street Los Angeles, California |

18
19
20
21
22
23
24
25
26
27
28

1

1

## Supplement to Joint Appendix of Disputed and Undisputed Facts

| No. | Fact | Citation | Response | Citation |
|-----|------|----------|----------|----------|
| D538 | In her Protest dated April 23, 2018, Ms. Kim stated, "The Code does not allow for a penalty to be based on an account by account penalty computation. Explained differently, the IRS cannot assert that the penalty is $100,000 per account, for each account with less than $200,000 in it. The IRS must either assert a $100,000 penalty, or a penalty equal to 50% of the account balance of all accounts." | Ex. 107, 4.23.2018 Protest Letter to Proposed FBAR Penalties, USA - 003597 | Undisputed | |

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: May 2, 2023                    /s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America

Dated: May 2, 2023                    /s/
CAROLINE D. CIRAOLO
Kostelanetz LLP
Attorney for Laura Kim

Dated: May 2, 2023                    /s/
WILLIAM GRECO
Kostelanetz LLP
Attorney for Laura Kim

2

1

Dated: May 2, 2023                    /s/

2                                      A. LAVAR TAYLOR
                                       Taylor, Nelson & Amitrano, LLP
3                                      Attorney for Laura Kim

4
Dated: May 2, 2023                    /s/

5                                      JONATHAN AMITRANO
                                       Taylor, Nelson & Amitrano, LLP
6                                      Attorney for Laura Kim

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28