UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO. 2:21-cv-06746 FMO (KSx) |
| Plaintiff, | [Proposed] Judgment in Favor of Plaintiff United States of America |
| v. | |
| Laura Kim, | |
| Defendant. | |

  Based on the Cross-Motion for Summary Judgment (ECF document number 51), and for good cause appearing:

  The Cross-Motion for Summary Judgment came before the Court, the Honorable Fernando M. Olguin, United States District Judge, presiding. The Court, having read and considered the motion and any response to the motion, orders as follows:

  Judgment is entered in favor of the United States of America and against Defendant in the amount of $4,330,276.85 as of August 6, 2020, plus

1

1  all statutory accruals, including interest and penalties, plus costs and
2  expenses.
3
4      **IT IS SO ORDERED.**
5
6  DATED: _____                _____
7                                          Fernando M. Olguin
8                                          United States District Court Judge

2