Caroline D. Ciraolo
Email: cciraolo@kflaw.com
William G. Greco
Email: wgreco@kflaw.com
Telephone: (443) 845-4898
Fax: (212) 808-8108
Kostelanetz LLP
601 New Jersey Ave, N.W., Ste. 260
Washington, DC 20001
*Pro Hac Vice Counsel*

A. Lavar Taylor (CA Bar No. 129512)
Email: ltaylor@taylorlaw.com
Jonathan T. Amitrano (CA Bar No. 283389)
Email: jamitrano@taylorlaw.com
Telephone: (714) 546-0445, ext. 116
Fax: (714) 546-2604
Taylor, Nelson & Amitrano, LLP
3 Hutton Centre Drive, Ste. 500
Santa Ana, CA 92707
*Attorneys for Laura Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Laura Kim,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-06746 FMO (KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Hearing Date: June 1, 2023<br>Motion Hearing Time: 10:00am PST<br>Courtroom: 6D<br>Judge: Fernando Olguin |

1

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | This matter comes before the Court on the parties' cross-motion for |
| 3 | summary judgment filed May 2, 2023 ("the Motion"). Based on the Motion, |
| 4 | any replies filed thereto, and all other matters properly made part of the |
| 5 | record, |
| 6 | **IT IS ORDERED** that Defendant's Motion for Summary Judgment is |
| 7 | hereby granted; |
| 8 | **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary |
| 9 | Judgment is hereby denied; and |
| 10 | **IT IS FURTHER ORDERED** that judgment be and hereby is entered |
| 11 | for Defendant. |
| 13 | Dated _____                    _____ |
| 14 |                                                                                      Fernando M. Olguin |
| 15 |                                                                                      United States District Court Judge |