1  E. MARTIN ESTRADA
2  United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
4  Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
5  NITHYA SENRA (Cal. Bar No. 291803)
6  Assistant United States Attorney
        Federal Building, Suite 7211
7       300 North Los Angeles Street
8       Los Angeles, California 90012
        Telephone: (213) 894-4600 (Greene)
9                  (213) 894-5810 (Senra)
10      Facsimile: (213) 894-0115
        E-mail:    Gavin.Greene@usdoj.gov
11                 Nithya.Senra@usdoj.gov
12
13 Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-06746-FMO-KS |
| Plaintiff, | Notice of Lodging Statement of Consent to Proceed Before a United States Magistrate Judge |
| v. | |
| Laura Kim, | |
| Defendant. | |

1

1 Please take notice that the United States is concurrently lodging a
2 Statement of Consent to Proceed Before a United States Magistrate Judge,
3 CV-11D.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: 3/18/2024        /s/
GAVIN GREENE
NITHYA SENRA
Assistant United States Attorneys
Attorneys for the United States of America

2