JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO. 2:21-cv-06746-SK |
| Plaintiff, | Judgment |
| v. | |
| Laura Kim, | |
| Defendant. | |

Based on the Stipulation to reduce FBAR penalty to judgment, and for good cause appearing:

Laura Kim is liable to the United States for the FBAR penalty plus penalties and interest for the years 2009, 2010, 2011, and 2012 in the amount of $4,056,439.40 as of the date of assessment on August 20, 2019, plus penalties and interest as allowed by law.

1

Judgment is hereby entered in favor of the United States of America and against Laura Kim in the amount of $5,538,428.96 as of November 12, 2024, with pre-judgment interest and late payment penalty accruing pursuant to 31 U.S.C. § 3717 up to the date of entry of this judgment. Post-judgment interest shall accrue as allowed by law pursuant to 28 U.S.C. § 1961. The late payment penalty pursuant to 31 U.S.C. § 3717 continues to accrue post-judgment.

However, in the event Laura Kim pays the United States the settlement amount of $1,500,000 plus interest and late payment penalties totaling 7% per year within two years from the entry of this judgment, this judgment will be deemed fully and completely paid and satisfied, the United States shall file and record a full and complete satisfaction of judgment, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment. Said interest and late payment penalties shall not accrue until two months after entry of this judgment.

Payment(s) of the settlement amount and any accrued interest and late payment penalties shall be made by cashier's check made payable to the United States Treasury and delivered to:

> United States Attorney's Office – Civil Tax Division
> Attn: AUSA Gavin Greene
> 300 N. Los Angeles Street, Room 7211
> Los Angeles, California 90012

The United States may record an abstract of judgment after three months from entry of this judgment, but it shall not otherwise seek to

enforce the judgment until two years after the judgment is entered. Laura Kim shall not list or transfer any real property she owns without first notifying the United States.

The parties will bear their own costs and expenses, including any attorney's fees.

Entry of judgment shall resolve all issues in the case. Accordingly, the final pretrial conference and trial dates are vacated. This case is administratively closed, and the Court retains jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: February 19, 2025         _____
                                 Steve Kim
                                 United States Magistrate Judge

3